**BROWNFIELD v. GRUENBERG (FDIC)**

**DEFENDANT'S MOTION TO DISMISS COUNT I**

**OF PLAINTIFF'S COMPLAINT (HOSTILE WORK ENVIRONMENT)**

# EXHIBIT 1



| | |
|---|---|
| **VACANCY ANNOUNCEMENT:** | 2003-HQ-2412 |
| **OPENING DATE:** | 11/17/2003 |
| **CLOSING DATE:** | 12/2/2003 |
| **POSITION:** | MANAGEMENT ANALYST |
| **PAY PLAN-SERIES GRADE:** | CG-0343-13 |
| **FULL PERFORMANCE LEVEL:** | CG-13 |
| **GRADE AND SALARY RANGE:** | 13  $70,775 - $114,426 |
| | The salary range reflects total compensation including basic pay and applicable locality adjustment. |
| **LOCATION:** | Division of Administration<br>Washington DC Metro Area, DC |
| **POSITION OPEN TO:** | FDIC Permanent Employees in the Competitive Service |
| **NUMBER OF VACANCIES:** | Multiple |
| **AREA OF CONSIDERATION:** | Local Commuting Area and CTAP Eligibles Nationwide |
| **TYPE OF APPOINTMENT:** | PERMANENT COMPETITIVE SERVICE |

This position is located in the Division of Administration, Management Services Branch, Management Support Section, Washington, DC.

## CONDITIONS OF APPOINTMENT:

The FDIC is barred from accepting or considering political recommendations regarding appointment or any other personnel action by 5 USC 3303; any violation of the bar on recommendations is a prohibited personnel action. The FDIC is obligated to take appropriate adverse action against employees who solicit, or Corporation officials who consider prohibited political recommendations.

Candidates who are tentatively identified for appointment must meet suitability requirements for Federal employment prior to appointment. FDIC may request applicant to provide additional information prior to making a formal offer of employment, as required by 12 CFR Part 336.

This agency provides reasonable accommodation to applicants with disabilties where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please notify Greg Cofer, Deputy Director of FDIC's Office of Diversity and Economic Opportunity on (202) 416-4482. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

Position Sensitivity: Low Risk—National Agency Check Investigation (NACI) Required. See FDIC Circular 2120.1, a 165 Kb Microsoft Word (registered trademark) file. (See MS Word help.).

Applicants tentatively selected for this covered position must complete a Confidential Financial Disclosure SF-450 (FDIC Form 2410/05) prior to receiving an official offer from the Human Resources Branch.

Travel Requirement: Some overnight travel may be required.

**SUMMARY OF DUTIES:**

The incumbent plans and carries out a wide variety of corporate-wide and internal organization and management analysis projects which evaluate the effectiveness and efficiency of organizations and their policies and procedures, and operations and which make recommendations for improvement. Plans and leads "A-76" type studies; performs administrative compliance reviews and reports findings. Coordinates audit resolution activities including interacting with internal and external auditors, preparing responses to audit findings, reviewing and analyzing audit reports, and other related audit resolution activities. Evaluates organizational structure, delegations, operations, and objectives and make recommendations. Provides a structured process for organizational analysis and reorganization; leads and/or participates in reviews of reorganization proposals and makes recommendations concerning alternatives for achieving optimal results. Performs budget formulation, tracking and reporting responsibilities; assists in monitoring /tracking all budget expenditures and comparing actual expenditures to budget projections; provides analysis on organizational expenditures versus budget allocations and prepares reports. Develops policy guidance, procedural instructions and formats to assist program managers in planning and estimating funding needs. Performs work-load analysis and work measurement studies and prepares reports. Provides consultation in the field of management science. Negotiates with senior staff for the approval of proposals and recommendations to resolve major management systems, operations or procedural problems. Appraises the effectiveness of and need for improvement of management and administrative systems, operations and procedures; and recommends appropriate solutions. Conducts management reviews to improve management and administrative practices. Represents the corporation on interagency task forces focusing on management science issues or concern to the corporation. Develops new and innovative approaches and methodologies to resolve problems. Participates as an expert in the planning and furnishing of expert management advisory services regarding proposed management structures, functions, operating plans and procedures.

**QUALIFICATION REQUIRED: US CITIZENSHIP IS REQUIRED.**

Candidates must have one year of specialized experience equivalent to the next lower grade level (CG-12). SPECIALIZED EXPERIENCE is experience directly related to the position to be filled and which has equipped the candidate with the knowledge, skills and abilities related to conducting analytical studies, management reviews, workload analysis or organizational analysis.

**QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):**

1. Knowledge of management and program analysis concepts, principles, and evaluation methods.

2. Ability to conduct a variety of organizational and management analysis studies (including internal compliance and risk-based reviews) and prepare recommendations designed to increase the effectiveness and efficiency of program operations (i.e., "A-76" type studies, workload analysis, and process improvement studies).

3. Skill in analyzing internal and external reorganization proposals and making recommendations to senior executives on the impact of these proposals.

4. Skill in writing a wide range of diverse written products including management reports, memoranda, and other documents for use by top level executive officials.

5. Knowledge of the Corporation budget and planning process and of strategic planning and financial

management practices and procedures.

6. Skill in evaluating and responding to external audit findings, conclusions and recommendations in order to resolve audit issues.

**EVALUATION METHODS:**

Applicants will be evaluated on the basis of information provided in their application package as to their paid or volunteer experience, training, self-development and awards; knowledge, skills and abilities; and, performance appraisals. Failure to provide specific information regarding the selective and/or quality ranking factors described in this vacancy announcement could result in your application not being referred to the selecting official for consideration.

**FDIC AND INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN (CTAP AND ICTAP):**

Individuals who have special priority selection rights under the FDIC Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP) must be well-qualified for the position to receive consideration for special selection priority. CTAP and ICTAP eligibles will be considered well-qualified if they possess the knowledge, skills, and abilities which clearly exceed the minimum requirements of the position. A well-qualified CTAP or ICTAP eligible must be able to satisfactory perform the duties of the position upon entry without additional training.

Federal employees seeking CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605 for CTAP and 5 CFR 330.704 for ICTAP. This includes a copy of the agency notice, a copy of their most recent Performance Rating and a copy of their most recent SF-50 noting current position, grade level, and duty location. Please annotate your application to reflect that you are applying as a CTAP or ICTAP eligible. Check the fact sheet links available on our Careers at FDIC web site for further information about the programs.

**HOW TO APPLY:**

All application material for each position must be included with your original submission. FDIC is not responsible for adding supplemental information to your original submissions.

We recommend that you include with your application, descriptions or examples of experience which demonstrate your possession of the knowledge, skills and abilities identified in the qualification requirements and ranking factor sections of this vacancy announcement.

Applications submitted in Government franked envelopes will not receive consideration.

1. In order to apply, you need to submit **one** of the following documents:

*OF 612, Optional Application for Federal Employment, (You can get this form at the OPM site in both Word and PDF Format: CLICK HERE.);

*SF-171, Application for Federal Employment;

*Your resume.

2. Whichever document you submit must include all of the following information:

*The position title and announcement number on the first page of your application;

*Your name, address, Social Security Number, telephone numbers where you can be reached during the day, and citizenship.

*All FDIC applicants are requested to submit a current appraisal with their application package.

*Applicants entitled to receive consideration as status candidates who are not currently permanent, competitive service FDIC employees should submit a copy of their most recent SF-50, Notification of

Personnel Action, which documents eligibility for competitive service reinstatement or transfer.

Electronic (e-mail) applications will be accepted from FDIC employees.

FDIC applicants who apply via e-mail may fax a copy of their current performance appraisal and/or SF-50, Notification of Personnel Action documenting eligibility for competitive service reinstatement or transfer, to the fax numbers listed below. Please indicate the position title and announcement number on the fax cover sheet.

E-MAIL ADDRESS FOR ELECTRONIC APPLICATIONS: CareersWashington@FDIC.gov

FAX NUMBER FOR PAPER APPLICATIONS/SUPPORITNG DOCUMENTS: 202-942-3415 / 202-942-3468

For further information contact the FDIC Call Center at 1-877-275-3342. Specific questions about this announcement or application procedures should be addressed to the Human Resources Service Center at (202) 942-3626. When making an inquiry concerning a position, please reference the position announcement number.

Application must be received by 12/02/03.

Applicants can help the FDIC measure the effectiveness of outreach and communication efforts by completing the attached "Applicant Background Questionnaire." Completion of this form is strictly voluntary and will have no effect on hiring decisions. If you do not currently work for the FDIC and are interested in completing the questionnaire, please CLICK HERE, complete the form and mail it in a separate envelope along with your application. If you don't have access to the web and would like a copy of the form, please contact the Human Resources Service Center at the number/address listed in this announcement. Thank you.

To open the "Applicant Background Questionnaire" form you must have Acrobat Reader . To install Acrobat Reader proceed to: http://www.adobe.com/products/acrobat/readstep.html

FDIC is recognized as one of the Best Workplaces for Commuters by the Greater Washington Region's Best Workplace for Commuters Coalition.

YOUR APPLICATION MUST BE RECEIVED BY 12/02/03. PAPER APPLICATIONS POSTMARKED BY THE CLOSING DATE, BUT RECEIVED AFTER THE CLOSING DATE, WILL NOT BE ACCEPTED.

| | |
|---|---|
| **MAILING ADDRESS FOR APPLICATIONS:** | Human Resources Service Center 3501 Fairfax Drive HRB (PA-1730-5007) Arlington, VA 22226 |
| **WALK-IN ADDRESS:** | FDIC Human Resources Branch 1730 Pennsylvania Avenue, NW 5th Floor Washington DC 20429-9990 |

YOUR APPLICATION MUST BE RECEIVED BY 12/2/2003

FDIC is an equal opportunity employer.

Applications will be considered without regard to race, color, religion, gender, national origin, age, marital status, disability, political affiliation, sexual orientation, or any other non-merit factor.

IJ0905A/001623

**Return to Careers at FDIC**

Careers at FDIC

**Home   Contact Us   Search   Help   SiteMap   Forms**
Freedom of Information Act   Website Policies   FirstGov.gov

## Merit Promotion Roster

| Location/Division/Office | Issue Date |
| --- | --- |
| | 12/9/03 |
| Division of Administration | Announcement No. |
| Management Services Branch | 2003-HQ-2412 |
| Management Support Section | Position Title/Series/Grade |
| Washington, DC | MANAGEMENT ANALYST |
| | CG-0343-13 |

**INSTRUCTIONS FOR SELECTING OFFICIAL:** The candidates listed below may be considered for the subject position. Selections from this roster must be made by the DUE DATE, which may be extended with approval from the Personnel Services Branch (PSB).

Due Date: 2/7/04

To assure full consideration, if one candidate is interviewed, every reasonable effort should be made to interview all candidates. After the review and interview process is complete, please select or non-select the candidates, indicating "S" for select and "NS" for non-select in the "Action" column below. If no selection is made, indicate the reason in the "Remarks" section. Please do not notify any of the candidates without prior concurrence of the Personnel Services Branch.

Sign, date and return this roster and all attachments to: PSB, Headquarters-Washington DC Personnel Services Sections. Questions may be addressed to the PSB Certifying Official who has signed in the space below.

| Applicants | Action |
| --- | --- |
| **CG-13 ELIGIBLES** | |
| BRACELY, BRENT  NS | |
| BROWNFIELD, PAMELA A.  NS | |
| GATELY JR, WILLIAM J.  S | |
| MATTUS, HOLLY J.  S | |
| ROBERTSON, ALMALITA D.  NS | |

Note: You are advised not to make any job offers or tentative job offers without the concurrence of your servicing personnelist.

Remarks:

| PSB CERTIFYING OFFICIAL | TELEPHONE NUMBER |
| --- | --- |
| [signature] | 202-942-3069 |
| SELECTING OFFICIAL (Print and Sign Name) & DATE | DIV/OFF APPROVING OFFICIAL & DATE |
| [signature] 3-5-04 | [signature] 3-5-04 |

FDIC Form 2110/19(1-94)

# Reassignment Referral Memorandum

**DATE:** 12/9/03

**TO:** Selecting Official

**FROM:** Ingra Jones
Personnel Management Specialist

**SUBJECT:** MANAGEMENT ANALYST, CG-0343-13
Headquarters-Washington DC
Announcement No.: 2003-HQ-2412
Division of Administration Management Services Branch Management Support Section Washington, DC

The following candidate(s) may be considered for the position stated above as an exception to merit promotion in accordance with FDIC Circular 2110.2. These candidates previously occupied or currently occupy a position in the Federal Service with a permanent target grade that is at or above the target grade level of the subject position.

Consistent with guidance issued by the Personnel Services Branch (PSB) in October 2000, you may make a tentative job offer with concurrence of PSB. PSB will make the formal offer of employment.

Please indicate action to be taken by marking "S" for Selection, "D" for Declination, or "NS" for Non-Selection. You may indicate alternate selectees in order of preference ("S1" for first choice, "S2" for second choice etc.). In the event the first selectee declines or is otherwise unavailable for appointment, we will contact you prior to taking further action.

After you have identified your action, please sign and date this memorandum and return it, along with all materials to the PSB Certifying Official by 2/7/04.

| **CG-13 ELIGIBLES** | **ACTION** |
|---|---|
| BAKER, VALERIA | NS |
| LOK, DAVID | S |

|  | Print Name | Signature/Date |
|---|---|---|
| PSB Certifying Official: | Ingra Jones | Ingra Jones 12-9-03 |
| Selecting Official: | Daniel Bendler 3-5-04 | Daniel Bendler |
| Approving Official: | [signature] 3-5-04 | Paul K. Sherman |