**BROWNFIELD v. GRUENBERG (FDIC)**

**DEFENDANT'S MOTION TO DISMISS COUNT I**

**OF PLAINTIFF'S COMPLAINT (HOSTILE WORK ENVIRONMENT)**

# EXHIBIT 2

## Positions with Identified Employee Surpluses

**Updated March 10, 2006**

Due to continued industry consolidation, organizational and workload changes, the expanded use of automation, and the implementation of other initiatives to reduce costs and improve efficiency, each division and office has been asked to determine if their organizational focus and workforce composition is properly aligned with the current workload and evolving corporate vision. The findings of anticipated surpluses found in this review process are reported by division in the matrix below.

- If you have trouble viewing data in a link below, press F5 then the press ESC.

- Divisions and offices whose link is not active have no current employee surpluses.

| | | | |
|---|---|---|---|
| • DIR | • DIT | • DOA | • DOF |
| • DRR | • DSC | • Legal | • ODEO |
| • OERM | • OIG | • OLA | • OO |
| • OPA | | | |

All permanent employees occupying positions included on a division/office list will be eligible for preferential consideration for vacant positions throughout the Corporation for the period beginning 12 months prior to the date the positions are projected to become surplus.

In addition, they will be eligible for the job search assistance and administrative leave benefits provided under the Career Transition Outplacement Program (CTOP). This includes up to 48 hours of administrative leave (subject to supervisory approval) for job search activities other than those sponsored by the FDIC. Such leave may not exceed eight hours per pay period (nine hours for employees on compressed work schedules).

Inclusion on this list does not confer eligibility for the Career Transition Assistant Plan (CTAP).

# DETAIL OF IDENTIFIED SURPLUS POSITIONS
## as of 11-28-05

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| DOA | Washington | 12/31/05 | Insurance Specialists, CG-1163-13<br>Program Analysts, CG-343-12, 13<br>Management Analysts, CG-343-12<br>HR Specialists (Info Sys & Comp) IT Ops and Payroll, CG-201-12 in HR IMP<br>Contract Specialists, CG-1102-11, 12<br>HR Specialists (HRD), CG-201-9, 12 in HRB CRCM<br>Procurement Analysts, CG-1102-9<br>HR Specialists (Info Systems & Compensation), CG-201- 9/11 in HRB SC<br>HR Specialists, CG-201-9 in HRB Benefits<br>Sr. HR Assistants (Payroll/Personnel) IT Ops & Payroll, CG-203-8 in HRB IMP<br>Records Management Technicians, CG-303-8<br>Purchasing Agents, CG-1105-8<br>Information Systems Assistants, CG-303-7<br>Human Resource Assistants, CG-203-7 in HRB SC |
| | Washington Wage Grade Employees | 12/31/05 | Offset Press Operators, XP-4417-10<br>Bindery Machine Operators, XP-4402-8<br>Warehouse Workers, WG-6907-5 |

DOA continued on next page

2

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| DOA Regional Surplus | Dallas Region | 12/31/05 | Contract Specialists, CG-1102-11, 12<br>Facilities Operations Specialists, CG-342-9, 12<br>Procurement Analysts, CG-1102-9 |
| | Memphis Area Office | 12/31/05 | Facilities Operations Specialists, CG-342-9, 13 |
| | New York Region | 12/31/05 | Human Resources Assistants, CG-203-7<br>Facilities Services Assistants, CG-303-7<br>Information Receptionists (Typg), CG-304-5<br>Mail Clerk, CG-305-4 |
| | Boston Area Office | 12/31/05 | Human Resources Specialists (HR Development), CG-201-13<br>Facilities Operations Specialists, CG-301-11 |
| | San Francisco Region | 12/31/05 | Lead HR Specialist (HRD), CG-201-14 |

## DETAIL OF IDENTIFIED SURPLUS POSITIONS

as of 12-13-05

2/10/2006

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| DOF | Washington | 11/1/05 | Senior Accountants, CG-510-13<br>Financial Management Analysts, CG-501-11, 12<br>Travel Audit Specialists, CG-301-12<br>Travel Audit Assistants, CG-303-9<br>Program Assistants, CG-303-7 |

# DETAIL OF IDENTIFIED SURPLUS POSITIONS
## as of 2-24-06

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| Legal | Washington | 12/31/05 | Counsel, CG-905-15 |
| | | | Ethics Program Specialists, CG-301-13 |
| | | | Criminal Information Specialists, CG-301-12 |
| | | | Legal Secretaries, CG-318-8 |
| | | | Legal Technicians, CG-986-6 |
| | | | Secretaries, CG-318-6 |
| | Dallas | 12/31/05 | Counsel, CG-905-15 |
| | | | Administrative Assistants, CG-303-8 |
| | | | Legal Technicians, CG-986-6 |
| | | | File Clerks (Typing), CG-303-5 |

## DETAIL OF IDENTIFIED SURPLUS POSITIONS
### as of 12-22-05

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| OIG | Atlanta | 4/30/06 | Audit Specialists, CG-511-13 |

## POSITIONS/OCCUPATIONS WITH IDENTIFIED EMPLOYEE SURPLUS

### as of 8-16-04

| DIVISION | LOCATION | Projected Date Positions are Surplus | POSITIONS/OCCUPATIONAL GROUPS |
|---|---|---|---|
| OMBUD | Washington | 12/31/2004 | Deputy Director (Senior Counsel), E-905-1 |