**BROWNFIELD v. GRUENBERG (FDIC)**

**DEFENDANT'S MOTION TO DISMISS COUNT I**

**OF PLAINTIFF'S COMPLAINT (HOSTILE WORK ENVIRONMENT)**

# EXHIBIT 4

## 2005 Contribution-Based Compensation: System Description

### 2005 Contribution-Based Compensation (CBC) System for Non-Bargaining Unit (NBU) Employees

The Contribution-based Compensation (CBC) system replaces the Corporate Success Award (CSA) for non-bargaining unit employees in the Corporate Graded (CG) and Prevailing Rate (Wage) pay plans. CBC is a tiered system with compensation determined by the level of individual employee contribution.

- The contribution period for CBC will be extended to December 31, 2004 from the presently scheduled end date of October 31, 2004 for CSAs.

- Contributions for eligible NBU employees will be ranked within their organizational units from highest to lowest: Legal, DOF, DIRM, DOA, DRR, DSC, DIR, and all others together (CU, Executive Offices, and Executive Support Offices).

- Eligible NBU employees (those with a current rating of "Meets Expectations") will be ranked within their organizational units from highest to lowest, based on their individual contributions, and will be assigned to one of the five groups below, based on their relative contributions:

    - Group I: the top 10% of contributors.
    - Group II: the next 15% of contributors
    - Group III: the next 25% of contributors.
    - Group IV: the next 45% of contributors.
    - Group V: The bottom 5% of contributors.

- Where the number of eligible NBU employees in a particular organizational unit is small, management may exercise discretion to adjust the percentage of NBU employees assigned to Group V, subject to the concurrence of the Chief Operating Officer.

- Meaningful distinctions must be made, based on employee contributions, to place employees in the different compensation groups.

- Employees placed in each of the five groups will receive total CBC payouts as follows:

    - Group I: 7.5% of basic pay, consisting of a 5.5% pay increase and a lump sum of 2.0%.
    - Group II: 6.0% of basic pay, consisting of a 4.5% pay increase and a lump sum of 1.5%.
    - Group III: 4.5% of basic pay, consisting of a 3.5% pay increase and a lump sum of 1.0%.
    - Group IV: 3.2% of basic pay, all in a pay increase.
    - Group V: a pay out of zero.

- 2005 payouts will be based on 2004 contributions. There will be no across-the-board 3.2 percent pay raise for NBU employees in 2005.

- CBC payouts for employees in career ladder positions below the full performance grade would consist of a lump sum only, as follows:

  - Group I       $2,000
  - Group II       1,800
  - Group III      1,200
  - Group IV       1,000
  - Group V        Zero

- NBU employees can grieve a CBC decision under the FDIC Administrative Grievance System.

- FDIC will not publish data listing NBU employee names, their placements by compensation group, or their payouts.

- Basic pay increases and lump sum payments for 2005 will be made retroactive to pay period 1 (Jan 9, 2005) and paid on March 17, 2005.

Briefings are being planned to further explain and answer questions on the CBC system. Employees and supervisors will be informed of the dates and times of these briefings. Also, CBC Q&As will be available on FDICnet.

Return to Pay, Performance & Recognition page

Return to top

Last Updated: 10/12/2004    Search FDICnet | DOA Home | Home    Contact: Helen Belletti, 202-942-3534