# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PAMELA A. BROWNFIELD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:05-cv-02468-EGS |
| | ) |
| **MARTIN J. GRUENBERG,** | ) |
| **Acting Chairman,** | ) |
| **Federal Deposit Insurance Corporation,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss Count I of Plaintiff's Complaint (Hostile Work Environment), the opposition thereto, the reply, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further

ORDERED that Count I of Plaintiff's Complaint (hostile work environment based on race) is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE