IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAMELA A. BROWNFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2468 EGS |
| ) | |
| MARTIN J. GRUENBERG, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by and through her below-signed counsel of record, hereby respectfully moves this honorable Court for an enlargement of time of two weeks, to and including Friday, May 19, 2006, within which to respond to defendant's motion to dismiss plaintiff's hostile work environment claim (Court I of the Complaint) for failure to state a claim upon which relief may be granted.

The press of other business, along with the commencement of the employment of a new associates attorney, necessitates additional time to prepare a response in opposition to defendant's motion. Further, plaintiff notes that the motion, while denominated as a motion brought pursuant to Rule 12(b)(6), Fed. R. Civ. P., has appended to it several exhibits. Accordingly, additional time is required to study these items and consider their import prior to drafting a response to the demurrer.

Upon a query by plaintiff's counsel, defendant's attorney of record has indicated that defendant consents to the Court's granting this motion and enlarging the time for plaintiff's response to defendant's motion for a partial dismissal of the complaint of two weeks, to and including Friday, May 19, 2006.

**Conclusion**

Accordingly, plaintiff respectfully urges this Court to grant this consent motion and enlarge the time plaintiff may have to file a response to defendant's motion to dismiss Court I of the Complaint by two weeks, to and including Friday, May 19, 2006.

                                        Respectfully submitted,

                                        /s/
                                        David H. Shapiro
                                        D.C. Bar No. 961326
                                        SWICK & SHAPIRO, P.C.
                                        1225 Eye Street, N.W.
                                        Suite 1290
                                        Washington, D.C.  20005
                                        (202) 842-0300

                                        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAMELA A. BROWNFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2468 EGS |
| MARTIN J. GRUENBERG, | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION OF Plaintiff motion for an enlargement of time of two weeks, to and including Friday, May 19, 2006, within which to respond to defendant's motion to dismiss plaintiff's hostile work environment claim (Court I of the Complaint) for failure to state a claim upon which relief may be granted, and for the reasons set forth therein, and in light of defendant's consent to the granting of said enlargement of time, it is by this Court this ___ day of May 2006

ORDERED that plaintiff's motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED that plaintiff may have to and including Friday, May 19, 2006, within which to respond to defendant's motion to dismiss plaintiff's hostile work environment claim (Court I of the Complaint) for failure to state a claim upon which relief may be granted.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
email - dhshapiro@swickandshapiro.com

and

William S. Jones
Federal Deposit Insurance Corporation
801 17th Street, N.W.
Room H-2152A
Washington, D.C. 20434
email - wjones@fdic.gov