UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA A. BROWNFIELD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:05-cv-02468-EGS<br>) |
| SHEILA C. BAIR,<br>  Chairman,<br>  Federal Deposit Insurance Corporation | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard L. Swick as counsel for the plaintiff.

Respectfully submitted,

___s_____
Richard L. Swick
D.C. Bar No. 936930
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff