UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAMELA A. BROWNFIELD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A.No.1:05-cv-02468-EGS |
| SHEILA C. BAIR,<br>  Chairman,<br>  Federal Deposit Insurance Corporation | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO ADMIT FOREIGN ATTORNEY

COMES NOW the Plaintiff, Pamela A. Brownfield, by and through her counsel and moves Sarah L. Riger, a licensed attorney in the District of Columbia to be admitted to practice before this Court in the instant case. This is permitted pursuant to U.S. District Court for the District of Columbia LcvR 83.2(c) and (d). Please see the attached Declaration of Sarah L. Riger.

Respectfully submitted,

/S/
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0330

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMELA A. BROWNFIELD, )
)
Plaintiff, )
)
v. ) C.A.No.1:05-cv-02468-EGS
)
SHEILA C. BAIR, )
  Chairman, )
  Federal Deposit Insurance Corporation )
)
Defendant. )

### DECLARATION OF SARAH L. RIGER

Pursuant to LcvR 83.2(d), I hereby provide the following declaration:

1. My full name is Sarah Louise Riger.

2. I work at Swick & Shapiro, P.C., located at 1225 Eye Street, N.W., Suite 1290, Washington, D.C. 20005. My telephone number is (202) 842-0300.

3. I am admitted to practice law in the state of Maryland, the District of Columbia (Bar Number 486591), and the United States District Court for the District of Maryland.

4. I have not been disciplined by any bar.

5. This is the first time I have applied to appear *pro hac vice* before this Court.

6. I was admitted to the District of Columbia Bar on December 11, 2006.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, belief and recollection.

_____                           _____
Date                                                         Sarah L. Riger