UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PAMELA A. BROWNFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02468-EGS |
| ) | |
| **SHEILA C. BAIR,** ) | |
| **Chairman,** ) | |
| **Federal Deposit Insurance Corporation,** ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

The parties, through undersigned counsel, hereby move for the entry of the attached Stipulated Protective Order.

FOR THE DEFENDANT:                                    FOR THE PLAINTIFF:

/s/ *William S. Jones*_____   3/5/07              /s/ *Richard L. Swick*_____   3/5/07
William S. Jones            Date                       Richard L. Swick            Date
Ga. Bar No. 404288                                     D.C. Bar No. 936930
Counsel, FDIC Legal Division                           SWICK & SHAPIRO, P.C.
3501 Fairfax Dr., Room H-6006                          1225 Eye Street, N.W., Suite 1290
Arlington, VA 22226                                    Washington, D.C. 20005
703-562-2362 (office)                                  202-842-0300 (office)
703-562-2482 (fax)                                     202-842-1418 (fax)

     **SO ORDERED** this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE