UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAMELA A. BROWNFIELD,<br><br>  Plaintiff,<br><br>     v.<br><br>SHEILA C. BAIR,<br>  Chairman,<br>  Federal Deposit Insurance Corporation<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A.No.1:05-cv-02468-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXCUSE COUNSEL FROM STATUS CONFERENCE**

      Plaintiff, Pamela Brownfield, by and through her below-signed counsel of record, hereby respectfully moves this honorable Court to excuse Plaintiff's lead attorney, David H. Shapiro, from the status conference scheduled for March 23, 2007, at 10:30 a.m.  Mr. Shapiro will not be able to attend the status conference because he is out of town due to a family emergency.

    However, Mr. Shapiro's law partner, Richard Swick, will attend the status conference with Sarah Riger, who has been admitted to this court *pro hac vice,* to try this case with Mr. Shapiro.

    Counsel for the FDIC, William S. Jones, has consented to this motion.

Respectfully submitted,

  /S/
Richard L. Swick
D.C. Bar No. 936930

SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0330

Attorney for Plaintiff_____