UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA A. BROWNFIELD,** | ) |
| Plaintiff, | ) |
| v. | ) C.A.No.1:05-cv-02468-EGS |
| **SHEILA C. BAIR,** Chairman, Federal Deposit Insurance Corporation | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of Plaintiff's consent motion to excuse counsel from the March 23, 2007, status conference, it is by the Court on this ___ day of March, 2007, hereby

ORDERED that said motion be and hereby is granted.

_____
UNITED STATES DISTRICT COURT JUDGE