UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAMELA A. BROWNFIELD,         )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>    v.                        )<br>                              )<br>SHEILA C. BAIR,               )<br>Chairman,                     )<br>Federal Deposit Insurance Corporation, )<br>                              )<br>    Defendant.                )<br> | Case No. 1:05-cv-02468-EGS |

## JOINT STATUS REPORT

Pursuant to this Court's Scheduling Order entered on July 18, 2006, the parties hereby file this Joint Status Report prior to the Status Conference which has been scheduled for March 23, 2007. The parties hereby report to the Court as follows, in accordance with the numbered topics listed in paragraph (2) of the Scheduling Order:

**(1) Date of last court appearance.** July 18, 2006 (Initial Scheduling Conference).

**(2) Current case status.** Discovery was completed on March 15, 2007, in accordance with the terms of the Scheduling Order.

**(3) Pending motions.** Although there are currently no pending motions, Defendant believes that this case may be resolved through a motion for summary judgment. Inasmuch as discovery has just been completed, and the deposition transcripts have not yet been received by counsel nor reviewed by the deponents, the parties request that the Court enter an Order setting forth the following briefing schedule: (i) any dispositive motions shall be due by May 31, 2007;

(ii) oppositions to such motions shall be filed within 45 days after the filing of the dispositive motion; and (iii) any reply shall be filed within 21 days after the filing of the opposition. The parties request that the Court render its decision on any motions for summary judgment 30 days before the pretrial conference.

**(4) Matters to be resolved at the Status Conference.** The parties request that Court set a briefing schedule for dispositive motions in accordance with paragraph (3) above.

**(5) Recommendations as to how the case should proceed.** The parties utilized the Agency's mediation process during the administrative process, but were unsuccessful in their attempts to resolve Plaintiff's claims. Now that discovery has been completed, the parties believe that this case could benefit from the Court's alternative dispute resolution procedures. If the parties' settlement efforts are unsuccessful, the parties request that the Court set a pretrial conference date 30 days after its ruling on any motions for summary judgment filed in accordance with paragraph (3) above, and further request that a trial date be set at the pretrial conference.

Respectfully submitted,

/s/ David H. Shapiro                              /s/ William S. Jones
_____        _____
David H. Shapiro                                   William S. Jones
D.C. Bar No. 961326                              Georgia Bar No. 404288
Swick & Shapiro, P.C.                           Counsel, Legal Division
1225 Eye Street, N.W., Suite 1290       Federal Deposit Insurance Corporation
Washington, D.C. 20005                       3501 N. Fairfax Drive (Rm. VS-E6006)
(202) 842-0300                                      Arlington, VA 22226
(202) 842-1418 (Fax)                             (703) 562-2362
                                                              (703) 562-2482 (Fax)

Richard L. Swick                                  Patricia Davison-Lewis

2

| | |
|---|---|
| D.C. Bar No. 936930 | D.C. Bar No. 414378 |
| Swick & Shapiro, P.C. | Counsel, Legal Division |
| 1225 Eye Street, N.W., Suite 1290 | Federal Deposit Insurance Corporation |
| Washington, D.C. 20005 | 3501 N. Fairfax Drive (VS-E6010) |
| (202) 842-0300 | Arlington, VA 22226 |
| (202) 842-1418 (Fax) | (703) 562-2315 |
| | (703) 562-2482 (Fax) |

Sarah L. Riger
D.C. Bar No. 486591
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418 (Fax)

Attorneys for Plaintiff                Attorneys for Defendant

Dated: March 21, 2007