UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAMELA A. BROWNFIELD,            )<br>                                  )<br>            Plaintiff,             )<br>                                  )<br>       v.                         ) Civil Action No. 05-2468(EGS)<br>                                  )<br>SHEILA C. BAIR,                   )<br>Chairman, Federal Deposit         )<br>Insurance Corporation,            )<br>                                  )<br>            Defendant.             )<br>_____) | |

## ORDER

Pursuant to the parties' March 21, 2007 Joint Status Report, it is hereby

**ORDERED** that the status hearing scheduled for **March 23, 2007 at 10:30 a.m.** is **VACATED**; and it is

**FURTHER ORDERED** that this case is referred to Magistrate Judge John Facciola for settlement purposes; and it is

**FURTHER ORDERED** that dispositive motions shall be filed no later than **May 31, 2007**, responses to such motions shall be filed no later than **July 13, 2007**, and replies, if any, shall be filed no later than **August 3, 2007**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 22, 2007**