**FDIC**

**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1232), Arlington, VA 22226-3500          Office of Diversity and Economic Opportunity

---

June 2, 2005

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>
# 7000 1670 0000 0949 3666

David H. Shapiro
Swick & Shapiro, P.C.
Attorneys at Law
1225 Eye Street, N.W., Suite 1290
Washington, DC 20005

        In Reply Refer To:    Pamela A. Brownfield
        Agency Docket No.:  FDICEO – 050036
        Date Filed:           May 16, 2005

Subject: <u>Acceptance of Formal Discrimination Complaint</u>

Dear Mr. Shapiro:

This is regarding the formal discrimination complaint filed by Pamela A. Brownfield ("Complainant")[1] against the Federal Deposit Insurance Corporation ("FDIC" or "Agency") under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16.

Complainant's formal complaint, dated May 13, 2005, was faxed to and received by our office on May 16, 2005, and is deemed filed on the date received.

Complainant initially contacted an Equal Employment Opportunity ("EEO") Counselor on March 3, 2005, alleging discrimination involving the Division of Administration, Management Services Branch, Management Support Section, Washington, DC. On April 22, 2005, Complainant participated in the Agency's EEO Mediation Program. Mediation was not successful in resolving the claim raised and on April 27, 2005, Complainant was issued a Notice of Right to File a Formal Discrimination Complaint ("NRTF"). The NRTF advised Complainant of the procedures and time limit for filing a formal complaint.

Based on Complainant's formal complaint, a May 31, 2005 telephone conversation[2] between Complainant and a member of my staff, and the enclosed EEO Counselor's Report, the following claim is accepted for investigation:

---

[1] All official correspondence will be sent to Complainant's representative, with copies sent to Complainant, unless Complainant submits a written request directing the FDIC to send all correspondence directly to Complainant. 29 C.F.R. § 1614.605(d).

[2] On May 26, 2005, the Agency contacted David H. Shapiro, Complainant's representative, to ask permission to contact Complainant to clarify her formal complaint. In a telephone conversation, on May 31, 2005, Complainant informed the Agency that she was filing a formal complaint on the Contribution-Based Compensation Program, and

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 1**

Re: Brownfield, FDICEO – 050036

Page 2 of 4

> Whether Complainant was discriminated against and subjected to a hostile work environment on the basis of race (African American), when on February 17, 2005, she was notified that based on her performance contribution during calendar year 2004, she was placed in Group V for the 2005 Contribution-Based Compensation Program, and would not receive a base pay increase for the calendar year 2005.

If the above-identified claim is incorrect, please inform Carol H. Banks, EEO Specialist, of the claim Complainant is alleging to be discriminatory, as well as the relevant date(s). This information must be provided, in writing, within five (5) calendar days of Complainant's receipt of this letter, to Ms. Banks at the address provided below. If this Office does not receive a written reply within five (5) calendar days of receipt of this letter, the above-identified claim will be forwarded for investigation. Due to delays with the Agency receiving mail sent through the U.S. Postal Service, a copy may also be sent by facsimile transmission to Ms. Banks at (202) 416-4295.

All correspondence regarding this complaint must include the Agency Docket Number FDICEO-050036 and the date filed, May 16, 2005. This information will assist us in responding promptly. Correspondence forwarded to this Office by regular and certified mail should be addressed in the format indicated below:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> COMPLAINTS PROCESSING BRANCH
> ATTN: CAROL H. BANKS, EEO SPECIALIST
> ROOM 801-1224
> 3501 NORTH FAIRFAX DRIVE
> ARLINGTON, VA 22226-3500

Overnight and express mail and hand deliveries should be to:

> FEDERAL DEPOSIT INSURANCE CORPORATION
> OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
> COMPLAINTS PROCESSING BRANCH
> ATTN: CAROL H. BANKS, EEO SPECIALIST
> 801 17TH STREET, NW (ROOM 1224)
> WASHINGTON, DC  20434

Complainant will be notified of the investigator assigned to conduct the investigation. If evidence obtained during the investigation indicates that dismissal of a claim is appropriate, all decisions will be made in accordance with the U.S. Equal Employment Opportunity Commission ("EEOC") regulations at 29 C.F.R. § 1614.107. If a hearing is requested at the conclusion of the

---

that the claims listed in the EEO Counselor's Report under allegation #2 were intended as background evidence. Complainant refused to provide written clarification to the Agency because her attorney advised her not to do so.

Re: Brownfield, FDICEO – 050036

investigation of the accepted claim(s), an administrative judge appointed by the EEOC may review the dismissed claim(s). However, there is no immediate right to appeal the dismissed claim. Any dismissed claim(s) may not be appealed until final agency action is rendered by the Agency on all the claims. 29 C.F.R. § 1614.107(b). A final agency action is either a Final Agency Order (if there is a hearing) or a Final Agency Decision (if no hearing is held). A complaint that is dismissed in its entirety may be appealed after a Final Agency Decision is issued. Complainant will be provided appeal rights with the final agency action.

Pursuant to the EEOC regulations at 29 C.F.R. § 1614.108, a copy of the Report of Investigation ("ROI") is to be forwarded to Complainant within 180 calendar days of the date that Complainant filed the formal complaint, unless there is a written agreement to an extension. Prior to receipt of the ROI, Complainant may amend this complaint to add claims that are like or related to the claim(s) raised in this complaint. 29 C.F.R. § 1614.106(d). There is no requirement that Complainant seek EEO counseling on these new claims. However, if the new claim is not like or related, then Complainant will be referred to an EEO counselor. Complainant must submit any new claim(s) to this Office to the address indicated above.

At the time the ROI is transmitted, a Notice about participating in the FDIC's EEO Mediation Program and the Right to Request a final agency action with or without a hearing will be provided. Complainant may elect to participate in the FDIC's EEO Mediation Program or request a hearing before an Administrative Judge appointed by the EEOC or request a Final Agency Decision without a hearing to be issued by Donald E. Powell, Chairman, FDIC, or his designee. The Notice will provide detailed information relating to the procedures and time limits imposed for making the election and requests.

The EEOC regulations also provide that if 180 calendar days have elapsed from the filing date of the formal complaint, and a copy of the ROI has not been received, then Complainant may request a hearing before an Administrative Judge appointed by the EEOC, or may file an action in federal district court. Unless this Office receives written notification from Complainant that one of these options is being exercised, this Office will continue processing this complaint.

When 180 calendar days have elapsed from the filing date of the formal complaint, and Complainant requests a hearing, <u>Complainant must send the written request directly to the U.S. EEOC Washington Field Office</u> to:

    U.S. Equal Employment Opportunity Commission
    Hearings Unit
    Washington Field Office
    1801 L Street, NW., Suite 100
    Washington, DC 20507

Re: Brownfield, FDICEO – 050036

Page 4 of 4

Complainant must certify that a copy of the request for a hearing was also sent to the FDIC to Ms. Banks at the FDIC address indicated above.

If there are any questions, please contact Ms. Banks at (202) 416-2473 or me at (202) 416-2148.

Sincerely,

Susan L. Berman
Deputy Chief
Complaints Processing Branch

Enclosure: EEO Counselor's Report

cc: Pamela A. Brownfield (w/enclosure)
P.O. Box 28124
Washington, DC 20038
   VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
   # 7000 1670 0000 0949 3659

Carol H. Banks, EEO Specialist, Complaints Processing Branch, ODEO
Stephanie M. Gordon, EEO Specialist, Complaints Processing Branch, ODEO