**FDIC**

**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

# EEO COUNSELOR'S REPORT
## AGENCY DOCKET NUMBER FDICEO-050036

A. **AGGRIEVED PERSON:**

| | |
|---|---|
| Name: | Pamela A. Brownfield |
| Job Title/Series/Grade: | Management Analyst, CG-343-12 |
| Office/Division: | Division of Administration |
| Work Address: | 1730 Pennsylvania, Room 6055 |
| | Washington, DC  20429 |
| Work Phone No.: | 202-942-3658 |
| Home Address: | Post Office Box 28124 |
| | Washington, DC  20038 |
| Home Phone No.: | 202-726-5554 |

B. **AGGRIEVED PERSON'S REPRESENTATIVE** (if applicable)   N/A (X)

Attorney: Yes ( )  No ( )
Name:
Address:
Phone:

C. **COMPLAINT INFORMATION**

Complaint is:   An Individual Complaint (X)   A Class Action ( )
Aggrieved Person Waived Anonymity: Yes (X)  No ( )
Negotiated Union Grievance Filed: Yes ( )  No (X)
For Mixed Cases - Appeal Filed (or to be Filed) with MSPB: Yes ( )  No ( )  N/A (X)
Has Aggrieved Person Filed Prior Complaint(s)? Yes (X)  No ( )
    If so, Docket Number(s):

    RTC 93-31

D. **CHRONOLOGY OF EEO COUNSELING:**

| | |
|---|---|
| Date of Initial Contact: | March 3, 2005 |
| Date of Initial Interview: | March 3, 2005 |
| Date of Occurrence of Alleged Discriminatory Event: | February 17, 2005 |
| 45th Day after Event (or Knowledge of Event): | April 3, 2005 |
| If contact is beyond the 45th day, explain the reason for the delay: | Not Applicable |
| Date Notice of Rights and Responsibilities issued: | March 7, 2005 |
| Date Election of Informal Processing Procedure: | March 9, 2005 |
| Mediation [X]  Counseling [ ] | |

- 2 -

**Date of Extension of Counseling:** March 10, 2005    **90th Day:** June 1, 2005    N/A ( )
**Date of Final Interview:**                                                     April 27, 2005
**Date Notice of Right to File a Formal Complaint issued:**    April 27, 2005

E. **BASIS(ES) FOR ALLEGED DISCRIMINATION:**

1  (X) Race (Black)
2  ( ) Color (specify)
3  ( ) National Origin (specify)
4  ( ) Sex (specify)
5  ( ) Age (date of birth)
6  ( ) Mental Disability (specify)
7  ( ) Physical Disability (specify)
8  ( ) Religion (specify)
9  ( ) Reprisal (opposed practice(s), or docket number(s) of prior complaint(s), and date(s))
10 ( ) Sexual Orientation
11 ( ) Parental Status (specify)
12 ( ) Genetic Information (specify)

F. **ISSUE(S):** (actions, decisions, policies or practices alleged to be discriminatory)

( ) Appointment/Hire      ( ) Training              ( ) Promotion
( ) Time & Attendance     ( ) Pay                   ( ) Overtime
( ) Reassignment          ( ) Reduction-In-Force    ( ) Retirement
( ) Reinstatement         ( ) Assignments/Duties    ( ) Termination
( ) Awards                ( ) Suspension            ( ) Transfer
( ) Reprimand             ( ) Work Conditions       ( ) Demotion
( ) Evaluation/Appraisal  (X) Harassment (non-sexual)
( ) Sexual Harassment     (X) Other explain: **Contribution-Based Compensation (CBC)**

G. **REMEDY REQUESTED:**

1. Placement in Group IV of the Contribution Based Compensation Plan with a 3.2% pay increase.
2. Stop the harassment.

H. **SUMMARY OF COUNSELOR'S INQUIRY:**

(1) <u>Aggrieved Person</u>:

<u>Allegation #1:</u>
Ms. Pamela A. Brownfield, the Aggrieved Person ("AP"), alleges discrimination on the basis of race (Black) when, on February 17, 2005, she was

- 3 -

informed that, based on her contributions during 2004, she was placed in group 5 of the Agency's Contribution Based Compensation ("CBC") program, and she would not receive any salary increase for 2005.

AP states that even though she met all of the performance criteria for the 2004 rating period and was named employee of the month in December 2004, she was ranked as one of the lowest contributors in the Agency.

### Allegation #2:

AP alleges discrimination on the basis of race (Black) when she suffered harassment that created a hostile work environment based on the following:

1) On January 25, 2005 AP received an electronic message (attached) from Daniel Bendler ("Bendler"), Chief, Management Support Services stating that he was following up on a discussion that was held with her on January 18, 2005. AP states that the electronic message addressed her professional conduct and behavior, time and attendance, future employment with the FDIC and her 2004 performance. AP states that she believes the electronic message establishes a baseline for (or is the creation of) a derogatory file on her. AP states that many of the statements in the electronic message were misquoted and many things were taken out of context and misconstrued.

2) Approximately a year ago, AP states that she was coping with her sister's terminal illness and eventual death. AP states that she returned to the office on a Tuesday and was scheduled to interview for a promotion to a grade 13 position in her section on the following Friday. AP states that she asked for an extension but only was given a week. AP states that she was so depressed at the interview that she did not do well, which subsequently resulted in her non-selection. AP states that the three grade 13 positions were given to two white females and one white male even though she was highly qualified for the position and had been with the section the longest. AP believes that the non-selection was beginning of the demise of her FDIC career and was carefully orchestrated by her managers.

3) On December 15, 2004, AP states that she received notification about being placed on the surplus list. AP states that her position is the only grade 12 position identified as surplus in her section. According to AP, only one other person in the entire branch has been identified as surplus, and he is Asian and hearing impaired.

AP states that the negative electronic message from her supervisor, the refusal to accommodate her emotional distress in scheduling an interview for a promotion, the subsequent non-selection, the placement of her position on the surplus list, and her placement in group 5 of the CBC program, which denied her any salary increase and

- 4 -

identified her as one of the lowest contributors in the Agency, were all racially motivated actions because she is the only African American in her section.

(2) <u>**Involved Manager(s) Response:**</u>

**Daniel Bendler, Chief, Management Support Services, Division of Administration, 1730 Pennsylvania Avenue, Room PA-1730-6044 Washington, DC 20429 Telephone Number: 202-942-3586**

**Paul Sherman, Assistant Director, Division of Administration, 1730 Pennsylvania Avenue, Room PA-1730-6016 Washington, DC 20429 Telephone Number: 202-942-3547**

(3) <u>**Documents Reviewed**</u> (if any):

Contribution-Based Compensation Nomination dated January 19, 2005
Performance Plan and Evaluation dated October 20, 2004.
Electronic message from Daniel Bendler dated January 25, 2005

I. **SUMMARY OF INFORMAL RESOLUTION ATTEMPT:**

Settlement:   Yes ( )   Date: (insert date)   No (X)

Through: Counseling____, Mediation ____

Withdrawal:   Yes ( )   Date: (insert date)   No ( )

Stephanie Gordon                                   202-416-4327
Name of EEO Counselor (printed)                    Telephone Number

801 17th Street, Room 1226 Washington, DC 20434
Work Address

*[signature: Stephanie Gordon]*
EEO Counselor's Signature

April 27, 2005
Date