Federal Deposit Insurance Corporation

# SPECIAL ACT OR SERVICE AWARD NOMINATION

**INSTRUCTIONS:** Complete this form and forward it through the appropriate division/office for review and approval. Forward the original form to the Division of Administration (DOA), Personnel Services Branch (PSB), Labor and Employee Relations Section, and present one copy to the employee. Submit Form FDIC 2420/12, Cash Award Voucher Sheet to DOA, PSB, Operations and Compensation Section.

## SECTION I – NOMINATION INFORMATION (If nomination is for a team award, use attachments for Section I – Nominee Information.)

| NAME OF NOMINEE (Last, First, MI) | SOCIAL SECURITY NUMBER | TITLE OF POSITION | GRADE |
|---|---|---|---|
| BROWNFIELD, Pamela A. | ███ | Management Analyst | CG-12 |

| DATE OF LAST PROMOTION | DATE OF LAST WITHIN GRADE | DATE & TYPE OF LAST AWARD | PERIOD COVERED BY THIS RECOMMENDATION ||||||
|---|---|---|---|---|---|---|---|---|
| | | | FROM ||| TO |||
| | | | MO. | DAY | YR | MO. | DAY | YR |
| 04/23/00 | N/A | STAR Award - 01/16/00 | 04 | 01 | 00 | 08 | 31 | 00 |

## SECTION II – RECOGNITION

Amount of Cash Award Recommended: $ $2,000.00

## SECTION III – AWARD CRITERIA

1. Special Act Award Criteria for Individual or Team *(Check one or more)*

   [X] Superior Performance          [ ] Overcoming Unusual Difficulties

   [ ] Disclosure of Fraud, Waste, or Abuse     [ ] Furthering EEO/Diversity

   [X] Process Improvement

2. Intangible or Tangible Benefits *(Check one)*

   [ ] This award is based on tangible benefits. The amount of the award is based on the value of the act or service to the Corporation and not on the time and effort required to accomplish it. The amount of the award is based on tangible savings to the Corporation in the amount of $ _____

   [X] This award is based on intangible benefits. The amount of the award is based on the extent, duration, and scope of application; the contribution in light of the responsibilities of the employees and intangible savings of *(circle one)* moderate, substantial, (high) or exceptional value with *(circle one)* local, (extended) or Corporation-wide application.

## SECTION IV – SUMMARY OF SUPPORTING JUSTIFICATION

Provide a brief and factual description of the pertinent reasons for nominating the employee(s) for the award. Data in support of the proposed cash award amount must be presented in sufficient detail to show the manner in which any applicable benefits were computed. The following should represent a one-time special act, service, or achievement of a non-recurring nature. *(Eight line limit. Continue on Page 2.)*

**SECTION V – SUMMARY OF SUPPORTING JUSTIFICATION** *(Continued. 21 line limit).*

Ms. Brownfield served as a key participant on a one-time human resources project to re-examine the full range of human resources operational processes from an internal control perspective. The group identified and mapped out the various processes; identified potential areas of risk; identified existing control techniques for minimizing these risks; and developed appropriate testing methods for assessing the effectiveness of existing control techniques. These new testing methods are currently being incorporated into the Division of Administration Administrative Compliance Review process, and will provide a much more effective means of testing for internal control vulnerabilities in the human resources area.

Ms. Brownfield was extremely effective in helping to indoctrinate the group to the FDIC Chief Financial Officer's Act (CFOA) internal control testing process, and in helping the group to focus on its operational processes, identify appropriate risks, control techniques, and testing methods, and incorporate them into the formats required by the CFOA program. She managed to balance this key project with her normal workload, and received praise from the human resources staff,

**SECTION VI – SIGNATURE OF APPROVING OFFICIALS**

| | Signature | DATE |
|---|---|---|
| SUBMITTED BY *(Name and Title)* <br> Paul Sherman, Assistant Director - Management Review Staff | [signed] | 10/5/00 |
| FIRST-LEVEL SUPERVISORY APPROVAL *(Name and Title)* <br> Paul Sherman, Assistant Director - Management Review Staff | [signed] | 10/5/00 |
| SECOND-LEVEL SUPERVISORY APPROVAL *(Name and Title)* <br> John Lynn, Deputy Director DOA | [signed] | 10/5/00 |
| DIVISION/OFFICE DIRECTOR APPROVAL *(Name and Title)*. | | DATE |
| CHIEF OPERATING OFFICER APPROVAL *(Name and Title)* | | DATE |

**SECTION VII – DISAPPROVAL** *(If disapproved, submit form to the appropriate Division's/Office's Administrative Officer.) (17 line limit.)*

REASON FOR DISAPPROVAL

| SIGNATURE OF DISAPPROVING OFFICIAL *(Name and Title)* | DATE |
|---|---|
| | |

FDIC 2420/07 (8-95) Page 2

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 3

3

Federal Deposit Insurance Corporation
# INCENTIVE AWARD SELECTION FORM

| Employee Name | Social Security Number |
|---|---|
| Pamela A. Brownfield | 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 |

You have been approved for an incentive award in the amount of $ 2000            .

In accordance with the provisions of the time-off awards for FDIC employees, all or part of this award can be converted to time-off (administrative leave) at your option. The maximum number of hours for time-off is 40            

If you wish to convert only a portion of the award to time-off, you will need to divide your total hourly rate of $ 29.86            into the dollar amount of the award you wish to convert.

Any remaining award amount of $50 or more will be issued as cash. Amounts of less than $50 will not be paid due to the administrative costs associated with processing the award.

**Time-off hours must be used within twelve (12) months from the beginning of the pay period following the date of your election below.** It is the employee's responsibility to schedule the time-off hours in a timely manner and to obtain prior supervisory approval for the period of absence. **When using <u>these</u> time-off hours, the accounting code (appropriation code, org. code, loc. code, exp. type, and bank no.) _P A 7 1 - 0 0 1 - 9 9 5 5 _ must be reflected on your Corporate Time and Attendance Worksheet.**

Please indicate your selection below. After you and your supervisor have signed, return this form to your Administrative Officer (AO), or designee, no later than 10/19/00.       

**AWARD TYPE** *(Check One or Both)*

☑ Cash

☐ Time-off

| (To be completed by AO or Designee) | (To be completed by Employee) |
|---|---|
| Awarded Dollar Amount<br><br>$2000 | Amount Requested in Cash<br><br>$2000 |
| Maximum Amount<br><br>40 | Number of Hours Selected |

**NOTE:** If your Administrative Officer, or designee, does not receive a response by the date listed above, the entire amount will be processed as a cash award.

| Employee Signature | Date |
|---|---|
| [signature] | 10-6-00 |
| Supervisory Signature | Date |
| [signature] | 10-6-00 |

FDIC 2420/13 (4-99)      (See Privacy Act Statement on Reverse)

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 3

4