IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
                                  :
PAMELA A. BROWNFIELD,             :
                                  :
             Plaintiff,           :
                                  :
        v.                        : Civil Action No.
                                  : 1:05-cv-02468-EGS
SHEILA C. BAIR, Chairman,         :
Federal Deposit Insurance Corp.   :
                                  :
             Defendant.           :
                                  :
- - - - - - - - - - - - - - - - - x


                        Washington, D.C.

                        Thursday, March 15, 2007




Deposition of

                    DANIEL BENDLER

a witness of lawful age, taken on behalf of the Plaintiff in

the above-entitled action, before Rita M. Hemphill, CVR-CM,

Notary Public in and for the District of Columbia in the

office of Swick & Shapiro, PC, 1225 Eye Street, NW, Suite

1290, Washington, DC 20005, commencing at 2:45 p.m.

Page 2

APPEARANCES:

    On Behalf of the Plaintiff:

        DAVID H. SHAPIRO, ESQ.
        SARAH L. RIGER, ESQ.
        Swick & Shapiro, PC
        1225 Eye Street, NW
        Suite 1290
        Washington, DC 20005

    On Behalf of the Defendant:

        WILLIAM S. JONES, ESQ.
        PATRICIA DAVISO-LEWIS, ESQ.
        Federal Deposit Insurance Corporation
        Legal Division
        3501 Fairfax Drive, Room E6006
        Arlington, VA 22226

C O N T E N T S

EXAMINATION BY:                                          PAGE

    Counsel for Plaintiff                              3


BENDLER DEPOSITION EXHIBITS:

1 - 10/24/03 Memo from Bendler to Torrado               38

2 - Spreadsheet Bates stamped 00504                     71

3 - Spreadsheet Bates stamped 00597                     76

4 - Spreadsheet Bates stamped 00505                     79

5 - Ranking of employees for 2004 CBC                  184

6 - Notes on CBC nominations                           187

Page 3

1                    P R O C E E D I N G S

2     Whereupon,

3                         DANIEL BENDLER

4     was called as a witness and, after having been duly

5     sworn, was examined and testified as follows:

6               MR. JONES:  Before we get started, I just

7     want to state for the record that Mr. Bendler has

8     some back problems so he made need to get up and

9     stretch now and then.

10              MR. SHAPIRO:  We can take as many breaks as

11    he needs

12              THE WITNESS:  I don't need breaks, I just

13    might need to stand up.

14              EXAMINATION BY COUNSEL FOR PLAINTIFF

15              BY MR. SHAPIRO:

16        **Q    You're a white male, sir?**

17        A    I am.

18        **Q    And what is your age?**

19        A    Forty.  Forty-one.

20        **Q    Are you a college graduate?**

21        A    Yes.

22        **Q    Where did you got to college?**

Page 4

1      A     I went to the University of Baltimore Law

2   and Business School for my Bachelor's Degree, and the

3   Johns Hopkins University School of Continuing Studies

4   for my Master's.

5          **Q     University of Baltimore -- what is it**

6   **called?**

7      A     It's called the University of Baltimore

8   Business and Law School is the complete name.

9          **Q     Are you a law school graduate?**

10     A     No, business school.

11         **Q     Bachelor of Science in Business?**

12     A     Yes.

13         **Q     Any particular field of business?**

14     A     Accounting.

15         **Q     Are you a CPA?**

16     A     No.

17         **Q     Didn't take the exam?**

18     A     No.

19         **Q     You say you have a master's degree from**

20   **Johns Hopkins?**

21     A     Yes.

22         **Q     And that's what kind of degree?**

Page 5

1    A    That's a Master of Science in Financial

2    Analysis and Management.

3         Q    When did you get your master's degree?

4    A    1992.

5         Q    And your bachelor's degree?

6    A    1989.

7         Q    Where did you go to high school?

8    A    Woodlawn Senior High School in Baltimore.

9         Q    When did you graduate from there?

10    A    In '84.

11         Q    You took a year off between college

12    somehow, between college and high school?

13    A    Between college and high school, yeah.

14         Q    So you took five years to graduate from

15    college?

16    A    Exactly, the first time.

17         Q    And you were full-time student in college?

18    A    Yes.

19         Q    How about in your master's program?

20    A    I was part time.  I worked full time also

21    during both -- I was a full-time student but I worked

22    full time as well.

1    Q    During college you worked full time as

2 well?

3    A    Yes.

4    Q    Where did you work during college?

5    A    During college I worked for a home

6 improvement cp in Baltimore called The King Basement

7 Waterproofing and Remodeling Company.

8    Q    And after college?

9    A    After college I went to work for the Rouse

10 Property Management Company in Baltimore.

11    Q    Doing what?

12    A    Property management for the Galleria

13 complex at the Inner Harbor.

14    Q    Was it being built then?

15    A    It was already built.  It was pretty new.

16    Q    What did you specifically do for them?

17    A    Well, I worked -- I was assigned to two

18 properties, the Galleria complex, which was

19 essentially a mall connected to a hotel, and I also

20 managed or co-managed I guess I should say the

21 parking garage for Central Parking Systems, which was

22 under contract for Rouse Company.

Page 7

1     Q    And you were the co-property manager of the

2 Galleria and the parking garage?

3     A    Yeah, correct.  I'm sorry, for the parking

4 garage I was.

5     Q    For the Galleria you were the manager?

6     A    I was one of several -- I was not the --

7     Q    How long did you work for them?

8     A    Oh gosh, a year.

9     Q    What was your salary?

10    A    Twenty-five thousand.

11    Q    So that would have been 1989-90?

12    A    1988-89.

13    Q    Okay.  And after that?

14    A    In 1989 I went to work for the U.S.

15 Department of the Treasury, Office of Inspector

16 General, Bureau of Public Debt.

17    Q    What did you do for them?

18    A    I was just a entry level auditor.

19    Q    Grade?

20    A    I was a Grade 5 when I started.

21    Q    And you started in 1989?

22    A    December 1989.

Page 8

1  **Q**  **How long did you stay there?**

2  A  One year.

3  **Q**  **Until December 1990?**

4  A  'Til January 1991.

5  **Q**  **And what was your grade when you finished?**

6  A  A seven.

7  **Q**  **And why did you leave?**

8  A  Well, my boss had left to -- she was

9 offered a job at the RTC, the Resolution Trust

10 Corporation, and she asked me to join her.  They were

11 staffing up at the time.  The RTC had some issues

12 that were very much in line with my master's program.

13  So I thought it was a good fit.

14  **Q**  **What issues?**

15  A  Just banking issues, failing banks, the

16 sale of assets we were learning about, receivership,

17 conservatorships.  This is all very timely and

18 dovetailed into some of my classes.

19  **Q**  **Who was your boss?**

20  A  At --

21  **Q**  **Who you followed to the RTC?**

22  A  Pam Gardner.

Page 9

1       Q      And what was she at the IG's office, just a

2  supervisor?

3       A      They called them directors.  I guess she

4  was a director.

5       Q      So you went over the RTC in '91; is that

6  right?

7       A      Correct, with the Office of Inspector

8  General.  Stayed there until '95 until the transition

9  with FDIC, also still with the Office of Inspector

10  General.  And by then we had merged with a whole

11  other group of auditors and managers.

12       Q      So you stayed there 'til '96, 'til the

13  merger at RTC?

14       A      Correct.

15       Q      And you were an auditor in the OIG's

16  office?

17       A      Correct.

18       Q      What was your grade when you started?

19       A      When I started I was a 7, and when I left I

20  was a 12.

21       Q      When you left -- when the merger happened,

22  you were a 12?

Page 10

1      A    No, I was -- yes, I was a 12 at the merger.

2   And then I applied for a job in the Division of

3   Administration because the Office of Inspector

4   General was beginning to kind of downsize a little

5   bit.  So I --

6      **Q    Let me ask you this, did you go over in the**

7   **OIG into FDIC with the merger?**

8      A    Yes.

9      **Q    So because of the downsizing you applied to**

10  **the DOA?**

11     A    There was a number of factors.  That was

12  one of them.

13     **Q    At the FDIC and you got a job there?**

14     A    Yes.

15     **Q    What year?**

16     A    1996.

17     **Q    You were in the Division of Administration.**

18  **Any particular spot there?**

19     A    Yeah, it was called the Management Review

20  Staff at the time.

21     **Q    And what grade did you take when you got**

22  **there?**

Page 11

1     A    I took a Grade 13.

2     **Q    So it was a promotion for you?**

3     A    Yes.

4     **Q    And what was your position?**

5     A    Management analyst CG- -- what was it, 343.

6     **Q    This was your first management analyst job?**

7     A    Correct.

8     **Q    Because auditors are 511s; is that right?**

9     A    Mm-hmm.  CG-511s, yes.

10    **Q    You were a 511 at the Department of**

11 **Treasury as well, weren't you?**

12    A    Correct.

13    **Q    All right.  So in 1996 you took a job as a**

14 **management analyst CG-343, right?**

15    A    Yes.

16    **Q    That's the series for management analysts,**

17 **correct?**

18    A    Yes.

19    **Q    In the Management Review --**

20    A    Management Review Staff.

21    **Q    Management Review Staff.**

22    A    Yes.

Page 12

1    **Q    Who was your boss?**

2    A    My first-line boss was Paul Sherman.  My

3    second-line boss was Tom Peddicord, Thomas Peddicord.

4    **Q    So the head of MRS was Paul Sherman?**

5    A    I'm going to say that the head of that

6    group was Tom Peddicord.

7    **Q    Okay.**

8    A    But Paul was my immediate boss in the

9    Management Review Staff.

10    **Q    Did there come a time when you got promoted**

11    **to a 14?**

12    A    Yes.

13    **Q    When was that?**

14    A    Could have been possibly 1999

15    approximately.

16    **Q    And you were still under Paul Sherman who**

17    **was under Tom Peddicord, or at that point Mr.**

18    **Peddicord was no longer in the picture?**

19    A    Mr. Peddicord was still in that group at

20    that time.

21    **Q    So he was still your second level?**

22    A    Yes.

1     **Q     Okay.  Did there come a time when Mr.**

2   **Peddicord was no longer in DOA?**

3     A     Yes.

4     **Q     When was that?**

5     A     Tom moved to a different division, Division

6   of Finance, around 2000 approximately.  I don't

7   recall exactly.

8     **Q     And at that point who did Mr. Sherman --**

9   **Mr. Sherman was still your boss?**

10    A     Yes.

11    **Q     And who did he report to?**

12    A     At that time he then reported to John Lynn,

13  who was the Deputy Director of the Division of

14  Administration.

15    **Q     And who was the Director of Administration**

16  **at that point?**

17    A     At that point, by then Arleas Upton-Kea had

18  been named the director.  Prior to Arleas it was

19  James Sartori.  And it was right around that time

20  that Arleas came on board.

21          And now that I recall, you know what,

22  Arleas was on board before Tom left because she

Page 14

1    fought to keep Tom on board.

2        Q    I want to take a snapshot of the

3    organization -- I understand that you eventually

4    became the section chief for what morphed into MSS,

5    which had been MRS but it sort of became MSS.

6        A    Yes, right.

7        Q    Now when it became MSS, were you the chief

8    at the becoming of MSS or was that still Paul

9    Sherman?

10       A    That was Paul Sherman.

11       Q    And just before you became chief, in other

12   words you served in MSS?

13       A    Correct.

14       Q    And just before you became chief, in other

15   words before Mr. Sherman announced he was moving

16   somewhere else, things were going along.  Give me a

17   snapshot of MSS.

18            There was Sherman as the chief.  He was a

19   15, correct?

20       A    There was Sherman, me, --

21       Q    Well, let's do it in order.  Sherman was

22   the chief.  He was a 15, right?

Page 15

1    A    Right.

2    **Q    And then there was you, and you were a 14,**

3    **right?  How many other 14 management analysts were**

4    **there in MSS?**

5    A    Wilma Probst, that's one; Andrew Nickel;

6    Mark David.  Three, including me would be four.

7    **Q    And were there 13s at that point in time?**

8    **Sherman's still there.**

9    A    Yes.

10   **Q    And who were the 13s?**

11   A    Gail Kennedy.  I want to just say Gail

12   Kennedy.

13   **Q    And she was a management analyst as well**

14   **but at a 13 level?**

15   A    To the best of my recollection, yes.

16   **Q    Okay.  And were there 12s?**

17   A    Yes.

18   **Q    And who were they?**

19   A    They were David Lok --

20   **Q    He was there already?**

21   A    Yes.

22   **Q    Okay.**

Page 16

1     A     There was Bill Gately.   There was Pam.

2   There was Holly Mattus.   She came over at a different

3   time and I'm --

4     **Q     Were you already the chief?**

5     A     I was already the chief, so she was out of

6   the picture.

7     **Q     She wasn't there?   She wasn't in the**

8   **picture yet?**

9     A     Right.

10    **Q     Was there a different 12 that was there?**

11    A     I'm going to say no.

12    **Q     So at the time just before Mr. Sherman**

13  **left, Paul Sherman left, MSS was populated as**

14  **follows, follow me and make sure I've said this**

15  **correctly.   I want to make sure I have it in my head.**

16   **Paul Sherman was the 15, and there were four 14s,**

17  **one 13 and three 12s, all management analysts?**

18    A     (No audible response.)

19    **Q     Is that a yes?**

20    A     That's a no.   Some were management

21  analysts, some were senior management analysts.

22    **Q     I see.   They were all in the management**

1    analysts 343 series?

2        A    Yes.

3        Q    Senior just being because they were 14s?

4        A    Yes.

5        Q    In fact, the 15 was a supervisory

6    management analyst.

7        A    Supervisory management analyst.

8        Q    But they were all in the 343 series, right?

9        A    Yes.

10       Q    Management analysts, correct?

11       A    Yes.  And I apologize, there was a Grade 7

12   or 9 clerical person.

13       Q    A non-management analyst support person?

14       A    Right.  A clerical administrative type

15   person, and another -- there was two.

16       Q    There were two of them in the section, in

17   MSS?

18       A    Yes.

19       Q    And who were they?

20       A    Tammy Dease, no longer at the FDIC, and Kim

21   -- she got married and has a new last name --

22   Kimberly Pearson - Pearmon.

Page 18

1  **Q**  **I'm sorry?**

2  A  I believe it's Pearmon.

3  **Q**  **Pearmon.  And what were their races?**

4  A  They were both white females.

5  **Q**  **And in that group that we've now described,**

6 **including these secretarial support, there was only**

7 **one African-American, that was Pam, right?**

8  A  Right.

9  **Q**  **There were a couple of three Orientals,**

10 **that is Asian employees, correct?**

11  A  There were, yes.

12  **Q**  **Who were they?**

13  A  They were David Lok, Andrew Nickel, Mark

14 David.

15  **Q**  **And everybody else was white?**

16  A  Yes.  I'm making -- by the way, I'm making

17 an assumption that they were Asian -- I'm going to

18 say yes, they were Asian.

19  **Q**  **You have some question about that because**

20 **Mr. Nickel didn't look particularly Asian?**

21  A  No, because I'm not sure when you asked me

22 that question whether you mean -- I believe Mark

Page 19

1  never really categorized himself in his personnel

2  records in that category.

3      **Q**    **What did he characterize himself as?**

4      A    Caucasian.

5      **Q**    **Caucasian?**

6      A    Yes.

7      **Q**    **Mark?**

8      A    David.

9      **Q**    **Mark David.  What about Mr. Nickel?**

10      A    I don't know.

11      **Q**    **He didn't look Asian, Mr. Nickel?**

12      A    I don't know.  He looked --

13      **Q**    **You wouldn't have characterized him**

14  **necessarily Asian, would you?**

15      A    No.

16      **Q**    **You would have characterized him as**

17  **Caucasian?**

18      A    No.

19      **Q**    **As what?**

20      A    Something other than Caucasian but to me

21  not Asian.

22      **Q**    **Not African-American though?**

Page 20

1     A     Maybe Hispanic.

2     **Q     Was he Hispanic?**

3     A     No.

4     **Q     Okay.  Now when you took over, you**

5     **eventually became the chief, right?  That was a**

6     **competitive selection?  You applied for it?**

7     A     Yes.

8     **Q     And so you moved to a 15?**

9     A     Yes.

10    **Q     When was that?**

11    A     December 2002.

12    **Q     Was this your first supervisory job?**

13    A     In government, yes, but not my first

14    supervisory job.

15    **Q     You had a supervisory job elsewhere when --**

16    A     When I worked for the Rouse Company in

17    Baltimore I was a manager of people.

18    **Q     That's when you were a 22, 23 year old?**

19    A     Correct.  Also when I was in the home

20    improvement company I managed the workforce of

21    laborers.

22    **Q     When you were a college student?**

1    A    Correct.  By the way, if it matters, I had

2  another job before that home improvement company job,

3  1978 to 1980 in a Chinese restaurant working as a

4  busboy.

5    **Q    So once you were the chief starting in**

6  **December 2002, initially you had three 14s, one 13**

7  **and three 12s?**

8    A    Yes.

9    **Q    And you had no support staff at that point,**

10  **support staff had departed, right?**

11    A    No support staff.

12    **Q    So all of your people were 343 employees,**

13  **that is to say management analyst series employees?**

14    A    Correct.

15    **Q    The 14s were senior, the 13 and 12s were**

16  **management analysts, and you were a supervisory**

17  **management analyst?**

18    A    Yes.

19    **Q    All in 343.  The only African-American was**

20  **one 12, Pam Brownfield, right?**

21    A    Yes.  One correction.  At that point Holly

22  Mattus had joined our staff.

Page 22

1  Q  She joined --

2  A  So she was part of -- when I became the

3  chief, she was already part of our group.

4  Q  Okay

5  A  She was a Grade 12.

6  Q  So there were four 12s?

7  A  Let's count them.  We've got --

8  Q  There are four?

9  A  Yes.

10  Q  There was Gately --

11  A  Gately, Mattus, Brownfield --

12  Q  And Lok.

13  A  -- and Lok.

14  Q  So you had four 12s?

15  A  Correct.

16  Q  So you had a staff of eight and yourself?

17  A  Correct.

18  Q  This is circa end of December 2002, right?

19  A  Correct.  I guess that wraps it up.

20  Q  What was the next personnel change in MSS?

21  A  The next personnel change was when I was

22  promoted to a 15.  That left a vacant 14 position on

Page 23

1    the staff.  That was a position that I previously

2    occupied.

3         Q    So there was a vacancy announcement cut?

4         A    Vacancy announcement, a competitive

5    announcement posted during 2003.

6         Q    When in 2003 was that position filled?

7         A    I don't recall.

8         Q    Was it right away, right after your

9    departure?

10        A    I don't recall.

11        Q    I mean the moment you got selected to be

12   the chief and move up, the vacancy was created,

13   correct?

14        A    Correct.

15        Q    So how long did it take the FDIC to fill

16   that vacancy?

17        A    During the first half of 2003.

18        Q    All right.  So would you say by June 30th

19   it was filled and there was a person on board?

20        A    To the best of my recollection.  That in

21   turn, of course, set off a chain reaction of a vacant

22   13.

Page 24

1    Q    Right.  Well, it didn't of course set it

2    off, it's only that the person who got the job was

3    Ms. Kennedy, who was the 13.

4    A    Right.

5    Q    Was the vacancy limited to people who were

6    in MSS, only people in the section could apply?

7    A    No, that would have limited it to only one

8    person.

9    Q    How many people did apply?

10   A    One person.

11   Q    So limited or not, only Ms. Kennedy

12   applied?

13   A    Correct.

14   Q    She was the only one on the cert?

15   A    Correct.

16   Q    There was no competition for the job?

17   A    Nope.

18   Q    You selected her anyway?

19   A    I selected Gail Kennedy.

20   Q    Right, off the cert which had one person?

21   A    Correct.

22   Q    You could have competed the job further,

Page 25

1    right?

2        A    I don't know.

3        Q    You don't know that you could have said,

4    you know, there's not enough competition here.  We

5    could do better.  Maybe we'll get a better candidate,

6    let's re-advertise?

7        A    That's correct.  I don't know that I could

8    have done that.

9        Q    Nobody told you could do that?

10       A    No.

11       Q    Who was your personnel contact at that

12   point, the person in HR who helped you do this

13   application?

14       A    Probably Shirley Purnell.

15       Q    Shirley Purnell.  And she never advised you

16   that one person has applied, one qualified candidate,

17   you could re-compete this if you want?

18       A    No.

19       Q    You had never filled a job in the

20   government before as a selecting official; is that

21   correct?

22       A    No, and I've never worked in HR.  So I

Page 26

1    relied very heavily on --

2        Q    Well, I didn't ask you about HR, I just

3    asked you if you ever filled a job as a selecting

4    official before in the government.  Had you?

5        A    No

6        Q    Okay, good.  So Ms. Kennedy moved up by the

7    middle -- at least by the middle of 2003, correct?

8        A    Correct.

9        Q    In fact, wasn't it in April that she

10   actually moved up?

11       A    As I said, I don't recall the exact time.

12       Q    Well, let's think about the season that you

13   were making the selection.  Was it spring time or was

14   it summer?

15       A    It was in 2003.

16       Q    Yes, that's four years ago or so.  First

17   time you ever made a selection as a supervisor in

18   federal government?

19       A    It's reasonable to say that it could have

20   been April 2003.

21       Q    Okay.  Now you said a moment ago that this

22   left a vacancy at the 13 level?

Page 27

1      A     Correct.

2      Q     At this point in time in 2003, was the

3  Corporation still downsizing?

4      A     Certain -- I believe --

5            MR. SHAPIRO:  Off the record.

6            (A brief recess was taken.)

7            BY MR. SHAPIRO:

8      Q     So you selected Ms. Kennedy for this 14 and

9  this created a 13 vacancy?

10     A     Correct.

11     Q     Now I wanted to ask you about this.  During

12  the timeframe I take it the work of the section was

13  stable in terms of the amount of work?

14     A     I would say so.

15     Q     So it made sense to fill positions that

16  were vacant because you needed the help?

17     A     Yes.

18     Q     So in other words, at the end of 2002,

19  beginning of 2003 when you took your job you had room

20  for another 14?  You had work for another 14 to do,

21  senior management analyst?

22     A     Yes.

Page 28

1      Q    And when you filled -- when you left that

2  13 vacancy by Ms. Kennedy being selected for the 14,

3  it made sense to fill that too?

4      A    Yes.

5      Q    All right.  Now during this timeframe, the

6  office, your branch -- your section was located

7  where?

8      A    Physically where?

9      Q    Yes.

10     A    We were still at that time on Pennsylvania

11 Avenue, 1700 Pennsylvania Avenue.

12     Q    Northwest Washington, DC?

13     A    Correct.

14     Q    And when did you move out to Virginia?

15     A    We just moved to Virginia Square January or

16 February timeframe of 2006.  So we've been there

17 almost a year.

18     Q    And the branch of which you were a part,

19 MSB, that was also located in Washington until

20 January of 2006?

21     A    Yes.

22     Q    And how about DOA, the division, that was

Page 29

1    located largely in Washington until 2006?

2        A    Largely, yes.

3        **Q    They had some functions, payroll and so**

4    **forth, that were out in --**

5        A    Well, not payroll but there were some

6    facility related staffs -- small staffs located --

7        **Q    Out in Virginia Square?**

8        A    Correct.

9        **Q    When you say Virginia Square, you're**

10   **talking about the Seidman Center?**

11       A    Yes.

12       **Q    All right.**

13       A    And of course, we had our student residence

14   center at Virginia Square as well, which was a part

15   of DOA.

16       **Q    So you filled the 13.  And when did they**

17   **announce the new 13 -- a vacancy for the 13?**

18       A    You mean I filled the 14?

19       **Q    Yeah, you filled the 14 leaving a 13**

20   **vacant.**

21       A    Right.

22       **Q    And how long did it take to announce the**

Page 30

1    **13?**

2        A    Well, it took about six months.

3        **Q    Six months to announce?**

4        A    Roughly six months, yes, to post the job.

5        **Q    What were you doing about during the six**

6    **months?  I mean you've had six months without a**

7    **person on your staff.  Your staff was one down,**

8    **right?**

9        A    Correct.

10       **Q    Everybody had to contribute and work harder**

11   **to make up the slack?**

12       A    We handled the workload with the staff that

13   we had.

14       **Q    Right.  So everybody did have to work**

15   **harder to pick up the slack?**

16       A    Correct.

17       **Q    I mean when you have 100 people on the**

18   **staff and you lose one, it's not depending on the one**

19   **unless we're talking about a unique situation.  It's**

20   **not much of a slack.  But you have seven, eight**

21   **people on the staff and you lose one, that's a chunk**

22   **of your workforce, isn't it?**

Page 31

1      A    That is.

2      **Q    And so people had to fill in the gaps and**

3  **work hard, right?**

4      A    Correct.

5      **Q    Okay.  Now did you engage in any sort of --**

6  **when you moved to the 15 and Ms. Kennedy got selected**

7  **for the 14 leaving the vacant 13, did you have**

8  **occasion to review the PD, the position description**

9  **for the 13 job?**

10     A    I did.

11     **Q    And who had you do that?**

12     A    I did that on my own.  I reviewed the PD of

13  the 13 and the PD of the 12s because I had never done

14  that before.  As a new supervisor I was trying to get

15  my bearings on the staff, the type of work that was

16  being done and how people were graded compared to

17  their PDs.  So I requested from our admin staff a

18  copy of the PDs for the 13 -- management analyst 13

19  and the management analyst 12.

20     **Q    What about the management analyst 14 PD,**

21  **did you ever review that?**

22     A    Well that was -- yes, that was my PD.  I

Page 32

1    was on that PD.

2        **Q    I understand.  But did you ever review it**

3    **when you left the 14 job before you filled the 14?**

4        A    Yes.  I was required to review it.

5        **Q    So why were you required to review it?**

6        A    Just as part of the -- it was part of the

7    competitive posting process.  I had to --

8        **Q    For the 14?**

9        A    For all announcements but, yes, for the 14.

10       **Q    So you reviewed the 13 before the**

11   **announcement of the 13 and you reviewed the 14 before**

12   **the announcement of the 14?**

13       A    Correct.

14       **Q    Why did you come to review the 12s?**

15       A    Because you know once I became the chief, I

16   was becoming more connected with the work that was

17   being done in the section, and it occurred to me that

18   some of the work being done at the Grade 12 position

19   level seemed to very close to the Grade 13 PD.  In

20   other words, I thought that there was Grade 12

21   employees doing 13 level work, and I just wanted to

22   sort that out and see what remedies might exist.

Page 33

1      **Q    So you reviewed the 12 PDs.  There was only**

2   **one 12 PD wasn't there?  They all were on a common**

3   **PD?**

4      A    I believe so.

5      **Q    Did you ever change that to more unique PDs**

6   **at the 12 level?**

7      A    More unique PDs, like customized?

8      **Q    Yes, for each employee.  If they're doing**

9   **really different things you could have different PDs.**

10     A    Never did that.

11     **Q    A PD is supposed to reflect what the**

12  **incumbent does, correct?**

13     A    Correct.

14     **Q    Now you said you -- did you have more than**

15  **one 13 PD or just the one?**

16     A    I think there was more than one 13 PD.

17  There was one that was geared toward management

18  analysis type work, and then there was one that was

19  geared towards management analysis but it also had a

20  flavor of budget in it as well.

21     **Q    Those things existed at the time?**

22     A    At the time they did.

Page 34

1    Q    There were two PDs that you looked at, two

2    13 PDs?

3    A    To the best of my recollection I do recall

4    there being two Grade 13 PDs.

5    Q    Okay.  Did you end up using both PDs?

6    A    Well, what I ultimately ended up doing --

7    what I wanted to do at the guidance/advice of HR,

8    HRB, which at the time would have been called PSB,

9    was combine that into one.

10    Q    One PD?

11    A    One PD, yes.

12    Q    So you'd have a PD for a 13 management

13    analyst that had some budget duties?

14    A    Exactly.

15    Q    And did you use this -- did you only use

16    one 13 PD when you filled 13 positions?

17    A    Yes.

18    Q    So you had this one combined PD newly

19    written for several 13 positions?

20    A    Correct.

21    Q    Was everybody supposed to be doing budget

22    work among the 13s?

Page 35

1    A    Not -- it was not my anticipation that

2    everybody would be doing budget work.  However, I

3    thought that every analyst could potentially be asked

4    to do some budget work.

5    **Q    Was the budget work also reflected in the**

6    **14 positions, the PDs for the 14 -- the single PD for**

7    **the 14?**

8    A    Well, I seem to recall yes.

9    **Q    And how about in the 12s?**

10   A    I don't think there was any reference --

11   it's been a long time since I've looked at that, but

12   I don't recall seeing reference to budget work in the

13   -- let me just think about this.  I just don't

14   recall.  There's over 30 tasks and responsibilities

15   on the PD, so I don't recall.

16   **Q    I take it there was more on the 14 PD?**

17   A    Well, probably.

18   **Q    All right.  So Ms. Kennedy got this 14**

19   **position.  She was the only applicant, then the only**

20   **qualified applicant and you selected her for the 14.**

21   **So now you had four 14s and four 12s, right?**

22   A    Correct.

Page 36

1      Q     And you had a vacant 13 job?

2      A     Correct.

3      Q     And you said you suspected that some of

4   your 13s -- some of 12s were doing 13 work?

5      A     Correct.

6      Q     Which 12s did you suspect were doing 13

7   level work?

8      A     It was more a matter of the workload

9   demands of the 12 were consistent with a 13 PD.  For

10  example, the Grade 12 PD would have language such as

11  assist in the conduct of an administrative compliance

12  review; assist in the conduct of audit resolution

13  activity; assist in the conduct of special studies

14  and analysis or impromptu --

15     Q     And they weren't assisting anymore, they

16  were doing it?

17     A     It had evolved where they were leading

18  these projects.

19     Q     All of them?

20     A     No.

21     Q     Pam never led a project?

22     A     I'm sure she has led a project.

Page 37

1    **Q    So she was also not just assisting?  All of**

2    **them were assisting and not assisting, leading and**

3    **not leading depending on the project?**

4    A    Some were clearly leading more than others.

5    **Q    Who was that?  There were only four of**

6    **them.  Who were the ones that were clearly leading**

7    **more than others?**

8    A    Based on my observations in 2003, Bill

9    Gately was clearly had taken a lead role in most of

10   his responsibilities.  David Lok had begun to do the

11   same.

12   **Q    Mr. Lok had just arrive sometime in 2002,**

13   **right?**

14   A    Yes.

15   **Q    In fact, you were David Lok's colleague**

16   **only for a very short time at the 14 level.**

17   A    That's correct.

18   **Q    You became a supervisor a few months after**

19   **he got there, right?**

20   A    Correct.

21   **Q    Was it that the work had changed or these**

22   **particular people were doing more?**

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 6

Page 38

1       A     I would say a combination of both.

2       Q     I'm going to show you -- let's go off the

3  record.

4              (A brief recess was taken.)

5                        (Bendler Deposition Exhibit

6                         1 was marked for

7                         identification.)

8              BY MR. SHAPIRO:

9       Q     Now I'm showing you what's been marked for

10 identification as Exhibit 1 to this deposition.  And

11 I ask you to take a look at this document and ask you

12 if you recognize it?

13      A     Yes.

14      Q     It's your work product?

15      A     Yes.

16      Q     Can you tell me the last time before this

17 last few minutes that you've seen this document and

18 reviewed it?

19      A     Probably 2003.

20      Q     You didn't look at it in advance of this

21 deposition, did you?

22      A     No.

Page 39

1          Q     This is a memorandum dated October 24,

2     2003, to Miguel Torrado, the Associate Director,

3     Human Resource Branch, from you, Chief Management

4     Support Section.   Subject: Request for assistance in

5     resolving grade level disparity within DOA's

6     Management Support Section.   Do you see that?

7          A     Yes.

8          Q     Okay.   Now in this document you say that

9     there are two incumbents out of your core of CG-343

10    12 personnel who are at the time successfully

11    performing work assignments that are consistent with

12    the duties and responsibilities expected of a CG-343

13    13 management analyst.   That would be on page two in

14    the first paragraph that actually begins on that

15    page.   Do you see it?

16         A     Yes.   Yes.

17         Q     Now this was generated not because of

18    focusing on these people according to you but because

19    the nature and complexity of the work, the scope and

20    complexity of the work had grown and these two

21    particular incumbents were now doing work that was

22    more consistent with a 13 than a 12 in the management

Page 40

1    analyst series, correct?

2         A    Correct.

3         **Q    Were these people Mr. Gately and Mr. Lok?**

4         A    One was Mr. Gately and the other one was

5    not David Lok.

6         **Q    Who was the other one?**

7         A    Holly Mattus.

8         **Q    Holly Mattus.  Now Ms. Mattus, at the time**

9    **in October 2003 was pretty much just doing budget,**

10   **correct?**

11        A    She wasn't doing exclusively budget, she

12   was doing mostly budget.

13        **Q    Yeah, but kind of overwhelmingly budget?**

14        A    Yes.

15        **Q    In fact, that's all she had ever done since**

16   **joining the staff, correct?**

17        A    Correct.

18        **Q    Because she had been brought in with a**

19   **budget function that was consolidated with MSS?**

20        A    Correct.

21        **Q    And in fact, she wasn't doing the budget**

22   **function alone, she was in fact assisting.  She was**

Page 41

1    assisting Mr. David, who was a 14, who was your

2    budget guy, right?

3        A    Correct.

4        Q    So of all the 12s, it was very clear that

5    overwhelmingly what Ms. Mattus was doing was

6    assisting and not leading, correct?

7        A    I would say that she was assisting Mark

8    David, who was our senior budget analyst.  But also

9    at the time we were beginning to implement the NFE,

10   the new financial environment, which had cost

11   management components involved, and she was taking a

12   lead role in that.

13       Q    Lead role as opposed to Mr. David or more

14   of a role in that under Mr. David?

15       A    I would say --

16       Q    Mr. David was your lead guy in budget?

17       A    In budget.

18       Q    But he wasn't a budget analyst, he was a

19   management analyst.

20       A    Right.

21       Q    There was no budget analyst position in

22   MSS, there was only management analysts, correct?

Page 42

1    A    Correct.

2    Q    Now we do have a career field in the

3  government called budget analyst, right?

4    A    We have them in FDIC.

5    Q    Did you ask to have somebody made into a

6  budget analyst in your office?

7    A    No.

8    Q    Could have done that, right?  If you have

9  somebody that's supposed to be doing mostly budget --

10  it's mostly budget analyst work, correct?

11    A    I haven't seen the PD for a budget analyst.

12    Q    Well, you used the term "budget analyst"

13  just a minute ago in mischaracterizing the position

14  that Mr. David h held.  You said "senior budget

15  analyst."  That may be what he was, but that's not

16  what his PD was and not what his official position

17  was.  He was a management analyst, senior management

18  analyst, correct?

19    A    Right.

20    Q    But there is something called a budget

21  analyst?

22    A    Right.

Page  43

1     **Q    That deals pretty much with budgets?**

2     A    Correct.

3     **Q    You didn't have any of those?**

4     A    No.

5     **Q    Did you go to HRB and ask to maybe convert**

6     **one or two of your positions into budget analyst**

7     **jobs?**

8     A    No.

9     **Q    That would have made more sense, wouldn't**

10    **it, given what David and Mattus were doing?**

11    A    I would disagree with that, because both

12    Mark David and Holly Mattus were involved in other

13    areas besides budget, and possibly, without seeing

14    the budget analyst PD that, might have been too

15    narrow of a scope of a PD to handle all the

16    responsibilities and may have prevented me to not

17    have -- not have afforded me the flexibility to move

18    them around and as I had done many times to do other

19    areas.

20    **Q    You had done that many times with Ms.**

21    **Mattus?**

22    A    Not so much with Ms. Mattus but with Mark.

Page 44

1      Q     Have you done it now many times with Ms.

2 Mattus?

3      A     Not many times.

4      Q     In fact, Ms. Mattus pretty much does

5 budget?

6      A     Yes.

7      Q     And now even more than ever because David

8 is gone?

9      A     Correct.

10     Q     She's the only budget person, correct?

11     A     Correct.

12     Q     And it is also true that even when David

13 was there she pretty much did budget work?

14     A     Correct.

15     Q     Though she has always had in your shop a

16 management analyst PD --

17     A     Correct.

18     Q     -- of which budget is a miniscule portion,

19 correct?  Of the multiple 30 odd roles, maybe three

20 or four mentioned budget, correct?

21     A     Correct.

22     Q     Okay.  But one of the rules that -- one of

Page 45

1    the things that managers are supposed to do is to

2    make their PDs effective documents, really track what

3    employees, the incumbents do, correct?  That's why

4    you review PDs from time to time, correct?

5        A    Restate the question.

6        Q    To make the PD match what the incumbent

7    actually does is a goal of management, isn't it?

8        A    I'm not sure that is a goal of management.

9        Q    Isn't that why you review PDs before you

10   fill positions before the vacancy comes out to make

11   sure that the job PD matches the job that you're

12   advertising for?

13       A    Yes.

14       Q    So you say -- now I'm looking at the

15   paragraph under accretion of duties.  It starts on

16   page one.  It's the section actually, not the

17   paragraph but the section marked "Accretion of

18   duties."  I'm going to read that.

19            It says, "Accretion of duties.  The

20   workload assigned in the Management Support Section,

21   the MSS, (previously called Management Review Staff)

22   has changed considerably over the past thee years.

Page 46

1    For example, officials within and outside DOA have

2    grown to rely on MSS to evaluate increasingly more

3    complex and frequent reorganization proposals."

4            I read that accurately?

5    A    You did.

6    Q    "The volume and intensity of OIG audits

7    directed at DOA has increased reliance on MSS staff

8    to aggressively protect DOA's interests.  Increased

9    audit activity is the result of the OIG's recently

10   appointed Assistant Inspector General for Audits

11   focus on the Corporation's administrative operations.

12           In addition, the growing emphasis on

13   internal controls and risks associated with high

14   profile administrative functions, such as the

15   procurement credit card program, contracting,

16   oversight management, hiring and staffing, physical

17   security, and business continuity planning has

18   intensified the workload associated DOA's internal

19   review program."

20           I read that accurately?

21   A    You did.

22   Q    "In addition, late in 1999, the Management

Page 47

1   Review Staff was unexpectedly split into two

2   organizations, one organization headed by Tom

3   Peddicord, was realigned under DOF while the

4   "surviving" Management Review Staff (headed by Paul

5   Sherman) remained under DOA.

6           This reorganization, along with the

7   appointment of Arleas Upton-Kea as DOA's new director

8   resulted in a leaner Management Review Staff with

9   mounting responsibilities."

10          I read that accurately?

11      A    Yes.

12      Q    Continuing.  "To our extreme delight,

13  Arleas began delegating more complex and challenging

14  assignments to the Management Review Staff at first

15  sporadically and now on a consistent basis, thus,

16  greatly changing the landscape of several of our

17  positions."

18          I read that accurately?

19      A    Yes.

20      Q    Now you have a second paragraph in this

21  particular part.  And that reads, "As a result of all

22  these changes," you will agree that that refers to

Page 48

1    the stuff that I just read?

2        A    Yes.

3        Q    "The complexity of work and scope of

4    responsibilities for two of MSS's 343 12 positions

5    have increased significantly.  Out of necessity, two

6    incumbents are now successfully performing work

7    assignments that are consistent with the duties and

8    responsibilities expected of a CG-343 13 management

9    analyst."

10           I read that correctly?

11       A    No.  You misspoke.  That's not a GS -- it's

12   a CG.

13       Q    Sorry.  But other than that I read it

14   correctly?

15       A    Yes.

16       Q    "In addition, it is no longer possible to

17   differentiate between complexity and scope of work

18   being assigned to two Grade 12 employees and higher

19   graded employees on the same staff."

20           I read that accurately?

21       A    Yes.

22       Q    Now all the changes that you talk about in

1    the first paragraph of this section have to do with

2    increased  management analyst duties, correct?

3        A    Yes.

4        Q    And then you go on to say because of that

5    two of the 12s on your staff have been performing

6    increased work and they are now performing work

7    assignments that are consistent with higher grade, 13

8    grade jobs.  But it's management analyst work, right?

9        A    Correct.

10       Q    So I ask you now, which management analysts

11   -- which 12s did you have in mind in this document?

12       A    Bill Gately was one for certain and -- he

13   was one of the folks performing the work.

14       Q    Yes, I got you.

15       A    And then there was enough work to justify a

16   second one.

17       Q    But you say two incumbents are now

18   successfully performing work assignments that are

19   consistent with the duties and responsibilities

20   expected of a CG-343 13 management analyst.

21            MR. JONES:  Okay.  I'm going to ask that he

22   be given time to review the rest of the document at

Page 50

1    this point.

2            MR. SHAPIRO:  He can review whatever he

3    wants.  I'm asking him which analysts he's talking

4    about.

5            MR. JONES:  And I think the rest of the

6    document is relevant to that.

7            MR. SHAPIRO:  Well, it may be, but he's

8    talked -- we've already established that the

9    paragraph before where the changes is that generated

10   this, and that he's talking about those changes.

11   Those were management analyst changes.  I'd like to

12   know --

13           MR. JONES:  Are you saying he can't review

14   the rest of the document?

15           MR. SHAPIRO:  He can do what he wants.  I'm

16   asking him to answer this question, which analysts

17   was he talking about.  He knows it's Bill Gately.  He

18   said that more than once.  So which was the other

19   analyst who was at the time, at this time, this

20   writing, was performing duties and responsibilities

21   consistent with 13 level work.  He said two

22   incumbents were doing that.  Gately is one.  Who is

Page 51

1    the other?

2          BY MR. SHAPIRO:

3      **Q    You only have three choices, right?**

4      A    Right.

5      **Q    So who as the one?**

6      A    Well, how about if I take my counsel's

7    advice and review the rest of the document.

8      **Q    You can do what you want.  That's what**

9    **you're insisting on doing.  Be my guest.**

10          **We'll take five to let him do that.**

11          **(A brief recess was taken.)**

12          **BY MR. SHAPIRO:**

13      **Q    All right, sir.  You've now reviewed what**

14    **you wanted to review of this Exhibit No. 1.  Can you**

15    **answer my question please.**

16      A    Yes.  If you could just repeat the question

17    once more please.

18      **Q    What I wanted to know was -- I think I**

19    **wanted to know who were the two -- who, in addition**

20    **to Mr. Gately, was the other incumbent who is now at**

21    **that time, October 2003, successfully performing work**

22    **assignments that are consistent w the duties and**

Page 52

1  responsibilities expected of a CG-343 13 management

2  analyst?

3       A    My intention when writing this was Holly

4  Mattus.

5       Q    Holly Mattus?

6       A    Yes.

7       Q    Now Holly Mattus at the time was working

8  almost exclusively on budget matters; is that right?

9       A    Right.

10      Q    Nothing in the first paragraph of accretion

11 of duties says anything about budget matters, does

12 it?

13      A    Correct.

14      Q    Not one thing.

15      A    Correct.

16      Q    You've already told me that the first

17 sentence of the second paragraph from which I just

18 read, "As a result of these changes," these changes

19 are the ones you reflect in the first paragraph of

20 accretion of duties, correct?

21      A    Correct.

22      Q    So how is it that Holly Mattus is the

1    **person you had in mind?**

2         A    Well, I used -- in the accretion of duties

3    paragraph I used as an example the MRS part, for

4    example.  I did not include the responsibilities of

5    the budget an analyst until I got to the table below

6    where I talked about previous responsibilities and

7    current responsibilities.

8         **Q    That's your answer?  All right.  Now when**

9    **was it that you decided that you'd make three 13s --**

10   **you'd select three 13s?**

11        A    After the second panel interviewing

12   process, which was me, Paul Sherman, June DeRousse,

13   we interviewed four people that were referred to us

14   from the first panel.  Three candidates did extremely

15   well at that interview, hit the benchmarks very well,

16   addressed the questions very well, application

17   packages were well done.  And at that point Paul and

18   I decided to talk to our HRB contacts.  Mainly at

19   that point it was Shirley Purnell and Miguel Torrado.

20    I think we had a hard time making a decisive

21   determination between those three and talked about

22   what our options were.  We were basically asking for

Page 54

1    the guidance and help of HRB in making a selection

2    and what options that we had.

3         Miguel came back to us after a couple of

4    days and suggested that based on the workload

5    accretion in the area of management analysis that he

6    would grant us a third Grade 13 position.

7    **Q    Well, did you have authority under the**

8    **multiple fillings to do three anyway?**

9    A    I don't know if we did have authority to do

10   that.  We had -- it was left multiple to give us some

11   flexibility I believe, according to my conversations

12   with the personnel specialist who I worked with, Inga

13   Jones, to give us some flexibility.  But I had

14   announced to the Grade 12s in a meeting, Pam, Holly,

15   David and Bill that I was going to select two people.

16    And this deviation, I felt like we needed some

17   counsel from subject matter experts.

18   **Q    Subject matter experts?  You mean HR**

19   **experts?**

20   A    Correct.

21   **Q    So you said it was Miguel Torrado, the head**

22   **of HR, who said he would grant you the ability to**

1    **fill three?**

2        A    He did not say so right away.  He asked for

3    a few days to think about it to look over the

4    analysis, to do some analysis between the workload

5    drivers, the PDs and he would let us know.  And in a

6    few days -- so we put the process on hold and when he

7    came back, that was his recommendation, his remedy.

8            MR. SHAPIRO:  I'm going to need Mr.

9    Torrado's address, counsel.  I'm going to need to

10   know where I can get him.

11           MR. JONES:  I'm going to give you our best

12   efforts to give you his address.

13           MR. SHAPIRO:  He's a retiree, isn't he?  I

14   think he is.  I think he's a retiree.  I think I

15   should be able to -- I think FDIC should be able to

16   get his address.

17           MR. JONES:  One would think his checks are

18   going somewhere.

19           MR. SHAPIRO:  That's right.  Even if

20   they're going to a bank account you still have to

21   have an address to bring them up to date.  So I'm

22   going to need a contact for Mr. Torrado.

Page 56

1          BY MR. SHAPIRO:

2     **Q    So it's your -- just to make sure I**

3  **understand, I wasn't until after you interviewed all**

4  **three of the second -- all four of the second**

5  **interviewees, after that that you and Mr. Sherman**

6  **went to -- decided that you wanted to do all three if**

7  **you could.  And you went to Torrado to find out if**

8  **you could.  Do I have that right?**

9          **You wanted to promote three because you had**

10  **three people who were tied?**

11     A    Correct.

12     **Q    And you and Paul Sherman, your supervisor,**

13  **said you'd like to promote them all if you can.**

14  **Let's talk to HR.**

15     A    Or if we can't, what do they suggest -- how

16  do they suggest that we break this tie?  What is the

17  right process for selecting two of the three.

18     **Q    And you spoke -- the two of you spoke to**

19  **Torrado together?**

20     A    I spoke to Miguel mostly myself.  He worked

21  --

22     **Q    Did Paul --**

1      A    But he may have been in some of the

2    meetings.  Miguel worked very close to our office.

3      **Q    I want you to think back.  See, I don't**

4    **want you to think what might have happened, what**

5    **could have happened, what probably happened.  You may**

6    **have to tell me only that, but what I want to know is**

7    **what did happened based on your recollection.  So I**

8    **want you to take a moment, I want you to think back**

9    **to that time, think back to the meeting with -- when**

10   **you said boy, I have three good candidates here, I**

11   **can't separate them, and you and Sherman were talking**

12   **about this.**

13           **Now did you both go off to talk to Miguel?**

14    **Think about that.**

15     A    To the best of my recollection I recall

16   walking into his office alone -- he worked right down

17   the hall from me -- sitting down and explaining the

18   situation.  Paul was not present at that time.

19     **Q    What about when Torrado came back to you,**

20   **how long was it before he came back?**

21     A    He asked for a few days.  It was two or

22   three days but not much more than that.

Page 58

1    **Q    When you went to Miguel Torrado, was it**

2    **right after the interviews or was it a few days**

3    **later?**

4    A    It was not right after the interviews, it

5    was probably the next day or maybe the day after

6    that.

7    **Q    And you and Paul Sherman had talked**

8    **already, had spoken about this?**

9    A    Together?

10   **Q    You and he determined that you had three**

11   **good candidates and you wanted to bring all three or**

12   **see how you could determine between them?**

13   A    Correct.

14   **Q    And Paul said let's talk to -- you've got**

15   **to talk to Miguel?**

16   A    Well, it might have been my idea to talk to

17   Miguel.

18   **Q    But you talked it over with Paul?**

19   A    Right.  Correct.

20   **Q    But it was your recollection now that only**

21   **you went to Miguel Torrado?**

22   A    Correct.

Page 59

1    **Q    And when he came back to  you a few days**

2    **alter, did he come back to you and Paul?**

3    A    He called me on the phone.

4    **Q    And he talked to you over the phone, had a**

5    **meeting?**

6    A    Correct.

7    **Q    And you told Paul?**

8    A    Correct.

9    **Q    And then you made your selections?**

10    A    We had to go through some administrative HR

11    sequence of events according to some procedures and

12    policies that involved Inga, it involved Shirley

13    Purnell, some guy named David Sand, who was Inga's

14    boss.  But essentially that's correct.  I mean we had

15    to follow a series of procedures to make our

16    selection, document that selection and then allow HR

17    to do their thing, which was send out notices.

18    **Q    Okay.**

19    A    In other words, we did not have the license

20    to simply make offers on our own without going

21    through a certain process and run it through the HR

22    chain of command.

Page 60

1     **Q    And when was all this?  When did all this**

2  **happen?**

3     A   By then it was in March.

4     **Q   Of 2004?**

5     A   Right.

6     **Q   So this position had been vacant for almost**

7  **a year?  The 13 had been vacant almost a year at this**

8  **point?**

9     A   Correct.  Correct.

10     **Q   So this left you, after this selection,**

11  **with four 14s, three 13s and a 12?**

12    A   Correct.

13     **Q   The 12 did different work than the 13s?**

14    A   I would say yes.

15     **Q   How so?**

16    A   I would say the Grade 13s took on --

17  assumed the roles that they pretty much had already

18  been doing --

19     **Q   Well, now you said two of them had already**

20  **been doing.  Mattus and Gately.  The two people who**

21  **were the incumbents who were pretty much doing 13**

22  **level work were Gately and Mattus, not Lok, right?**

Page 61

1    A    Correct.

2    **Q    So Lok took on new jobs, new**

3    **responsibilities when he became a 13, correct?**

4    A    Maybe not immediately but he did evolve

5    into a lead analyst in our section.

6    **Q    A lead analyst?**

7    A    Yes.

8    **Q    He led a team?**

9    A    Before this happened, he was assisting the

10    senior level, the Grade 14s, like Andrew Nickels, the

11    Wilma Probst.

12    **Q    Afterward he was --**

13    A    Afterwards he found himself or I was

14    assigning him instead of being the follower, you're

15    in charge of this area.  You're in charge of this

16    area.

17    **Q    So it's your testimony that his work**

18    **assignments changed and he had a different level of**

19    **work afterward?**

20    A    It would probably be a subtle difference

21    but it would be a difference revolving around the

22    lead versus assist role.

Page 62

1      Q    Well, nothing in your memorandum, which

2   describes the difference in the work, indicates a

3   subtle difference.  It says the assignments are

4   consistent with duties and responsibilities expected

5   of a 13 by these 12s, the incumbents.  Now that

6   wasn't Mr. Lok, but there is a distinction between 13

7   level, at least according to your memo, between 13

8   level work and 12 level work of a management analyst,

9   correct?

10     A    Correct.

11     Q    So what you're telling me is that after he

12  was a 13, though not before, he got different levels

13  of assignments, 13 level assignments rather than 12

14  level assignments, is that right?

15     A    I'm going to say yes.

16     Q    Whereas Ms. Brownfield continued at 12

17  level assignments, never 13 level assignments?

18     A    Correct.

19     Q    All right.  You didn't change her

20  assignments, either the complexity or the amount of

21  assignments afterward, after these 13s were selected,

22  you just continued her in the same assignments that

Page 63

1    she had and they were 12s not 13 level; is that

2    right?

3        A    To the best of my recollection.

4        Q    Okay.  Pam was disappointed when you told

5    her that she wasn't moving on to the second level of

6    interviews, isn't that right, that she didn't make

7    the cut?

8        A    I don't feel comfortable speaking for Pam

9    and how she felt.

10       Q    Did she cry when you told her that?

11       A    No.

12       Q    She didn't show that she was upset?  She

13   wasn't visibly upset?

14       A    She did not cry.

15       Q    She wasn't visibly upset in your opinion?

16       A    In my opinion she was not visibly upset at

17   that time.

18       Q    Now initially who did the interview

19   scheduling for these interviews?

20       A    For the first round?

21       Q    Both rounds?

22       A    I scheduled the all seven interviews --

Page 64

1    Q    For the first round?

2    A    Yes.

3    Q    And you also scheduled Pam's interview,

4    didn't you?

5    A    Yes.

6    Q    You scheduled it for two days after she

7    returned from her sister's death.

8    A    When did she return from her sister's

9    death?

10    Q    She returned on a Tuesday and you had

11    scheduled the interview for the Thursday.

12    A    What date?  Her interview was on the 23rd I

13    believe.

14    Q    That's the second time it was scheduled.

15    The first time it was scheduled it was scheduled for

16    some 10, 11 days before that.  Do you recall that?

17    A    Do I recall that?  I do not recall that.

18    What I --

19    Q    She -- go ahead.

20    A    What I do recall is working very closely

21    with Paul and HR in a very, very compassionate,

22    sensitive way to push out the -- to request an

Page 65

1   extension on the roster due date so that we could

2   accommodate Pam and her situation.  And I asked for

3   the very latest possible date that they could provide

4   me without breaking any rules, without being

5   unethical, and it was approved.

6           I received an e-mail from HR granting my

7   request, which came in through Annette Nelson on our

8   admin staff.

9       **Q    They didn't tell you that they regularly**

10  **extend the time 30 days?**

11      A    I think it was extended 30 days.

12      **Q    They regularly extend the time 30 days to**

13  **accommodate people?**

14      A    They did extend it.

15      **Q    Yes, I understand that.  But you scheduled**

16  **her interview for two days after she returned to**

17  **duty.**

18      A    No, I scheduled it at the new date that I

19  was allowed to --

20      **Q    You don't recall double scheduling?  You**

21  **don't recall scheduling it again after she came back**

22  **because she said she couldn't possibly do an**

Page 66

1    interview two days after returning?  This is drawing

2    a blank with you?

3        A    Hold on.  This is drawing a blank with me.

4        Q    Okay, fine.  And how long was she out on

5    leave because of her sister's situation?

6        A    Well, it was sporadic.  There was the

7    period during 2003 during her sister Rita's illness

8    that she would take off from time to time.

9        Q    I'm talking about the last part, the part

10   where her sister was dying and Pam was caring for her

11   out of town and her sister died and got buried.

12   That's the part I'm talking about.

13       A    How --

14       Q    How long was she out for?

15       A    I don't recall.  But if I had to guess at

16   it, it would be somewhere in the neighborhood of a

17   week's time.

18       Q    One week.  Is that your testimony, your

19   recollection?

20       A    That is what I recall without looking at my

21   notes.

22       Q    Okay.  Don't you recall that she had to sit

Page 67

1    by her sister's death bed while her sister died for

2    several weeks and then arrange the funeral?

3        A    I do recall conversations about that.

4        Q    She would call you from time to time from

5    her sister's death bed telling you how things were

6    going.  Do you recall that?

7        A    Yes.

8        Q    So it wasn't just a week, was it?

9        A    Without checking my notes, I --

10       Q    Did you check your notes in advance of

11   preparing for this deposition?

12       A    Yes, but I just don't recall.

13       Q    When did you last check your notes in

14   preparation for this deposition?

15       A    This week.

16       Q    And you can't recall how long --

17       A    I did not look at that schedule.

18       Q    Excuse me, you cannot recall how long Pam

19   Brownfield was out in the last part of her sister's

20   illness and her death?

21       A    I do not recall.

22       Q    You don't recall a conversation with her

Page 68

1    **when she said Dan, I can't take an interview in two**

2    **days when she just came back?**

3        A    I recall a conversation when I had with her

4    when I went into her office when she came back and

5    sat down with her and told her that I had rescheduled

6    or scheduled her interview whatever date it was.  I

7    think it was February 23rd.

8            I said "Is that okay with you?"  And she

9    said "Yes."  I said "Do you have any questions?"  She

10    said "No."  "Are there any concerns?"  "No."

11            I met with her before the interview to go

12    over the process, who was going to be in the

13    interview, the panel, that there would be three

14    people, that there was a structured interview process

15    with five questions, that people would be writing

16    notes as she was answering questions, and that that

17    would be the first round of interviews.

18            She seemed actually very grateful at that

19    time.  She expressed no concern about that date.  She

20    did not ask me to reschedule that date even up until

21    the interview itself.

22        Q    **She never asked you to reschedule a date?**

Page 69

1     A    Not to my recollection.  Paul and I

2  proactively -- it was a matter of common courtesy.

3  We would have done it for anyone, requested an

4  extension on the date that our roster was due.

5     **Q**    **And when did you do that, when Pam was back**

6  **from bereavement or before?**

7     A    I'm going to say before.

8     **Q**    **Before she was back?**

9     A    I'm not certain, but I would expect that I

10  would -- that is --

11     **Q**    **Did you take notes on the second interview,**

12  **the interview that you participated in?**

13     A    Yes.

14     **Q**    **And did the others take notes?**

15     A    Yes.

16     **Q**    **Do you have those notes?**

17     A    I think I might.

18     **Q**    **Did you review the notes in preparation for**

19  **this deposition?**

20     A    No, I did not.  I'm not even sure if I have

21  them.

22     **Q**    **Now you chose three 13s from interviews of**

Page 70

1    four people, correct?

2         A    Correct.

3         Q    Did you have enough candidates to make

4    three choices out of four?

5         A    Do I have enough candidates?

6         Q    Yeah, you could have chosen out of seven,

7    couldn't you?

8         A    Only four were referred to us.

9         Q    By the first interview panel, who were not

10   supervisors in MSS, right?

11        A    Correct.

12        Q    They only were asked to judge five

13   questions, the answers to five questions put to

14   candidates, correct?

15        A    As well as applications.

16        Q    They were asked to judge the applications?

17        A    They were asked to review and consider the

18   applications.

19        Q    They were?  But they only rated on the

20   basis of answers to interviews, didn't they?

21        A    I don't know.

22        Q    You don't know?  Let me ask you if you've

Page 71

1   ever sent his document.  I'll ask this be marked for

2   identification.

3               (Bendler Deposition Exhibit 2

4               was marked for identification.

5               BY MR. SHAPIRO:

6       Q    I'll show you what's been marked as Exhibit

7   No. 2 to this deposition.  It is a spreadsheet.  Did

8   you ever see this before?

9       A    Yes.

10      Q    Did you draft this?

11      A    No.

12      Q    You received this from somebody?

13      A    Yes.

14      Q    Who did you receive this from?

15      A    Rick Marlatt.

16      Q    Rick Marlatt.  Rick Marlatt was your

17  contact with the first panel, correct?

18      A    One of them.

19      Q    Well, he was your contact.  He's the one

20  that referred to you what the panel had done,

21  correct?

22      A    Correct.

Page 72

1    Q    And this is what he referred to you?

2    A    Correct.

3    Q    Now let's look at this document.  It

4    doesn't have a title but it does say "Order of

5    interview."  That's the first column, do you see

6    that?

7    A    Mm-hmm.

8    Q    And then it has seven people's names.  And

9    in the column is numbers one through seven in order,

10   and then r were names to the right of that, which is

11   a column called "Name."  Do you see that?  Those are

12   the interviewees listed by order that they were

13   interviewed, correct?

14   A    Yes.

15   Q    Next there are six superior columns, the

16   first five of which are divided in two each.  Do you

17   see that?

18   A    Yes.

19   Q    And they are labeled question 1, question

20   2, questions 3, question 4, question 5 and then total

21   score.  Do you see that?

22   A    Yes.

Page 73

1      Q    Now within each double question column

2   there is a column for a letter.  O, G or I seem to be

3   the only options in all of these.  And then a number.

4    So in each question double column, one is for these

5   letter code and one is for a number, correct?

6      A    Correct.

7      Q    Over the top of all of this chart, there is

8   a thing that -- there is a line, a row that says

9   "weighted factors."  And over each question double

10  question there is a number, 1.5 over question 1, 2

11  over question 2, and then 1 over question 3, question

12  4 and question 5, correct?

13     A    Correct.

14     Q    So now there is also something called an

15  answer score or answee score.  Do you see that?

16  That's a small box sort of in the middle.

17     A    Yes.

18     Q    And that says O, 3, G, 2, I, 0.  Do you

19  understand what that means?

20     A    Yes.

21     Q    That means there's a numeric score

22  connected with the O letter, the G letter and the I

Page 74

1    letter.  Each has a different numeric score, correct?

2        A    Correct.

3        Q    Now there is another box at the bottom that

4    says rank and name.  It has two columns, rank and

5    name.  The rank and there are five rows under that,

6    correct?

7        A    Correct.

8        Q    There is rank 1, which has a name William

9    Gately associated with it in the row, correct?

10       A    Correct.

11       Q    A row in the rank that it says ranked 2 and

12   3, Holly Mattus and David Lok.  Four is the rank, and

13   that's Valeria Baker, right?

14       A    Correct.

15       Q    Then 5 and 6 are the rank, and that line

16   has Brent Bracely and Pamela Brownfield.

17       A    Correct.

18       Q    And then ranked 7 has Almalita Robertson,

19   correct?

20       A    Correct.

21       Q    Okay.  Now is -- there's an indication that

22   questions or I would think answers to questions or

Page 75

1   responses to questions are what's rated numerically;

2   is that right?

3       A    Correct.

4       Q    The questions were questions given you

5   understood were the five questions that were asked of

6   each of the applicants in the first interview?

7       A    Correct.

8       Q    Is there any place on here for a ranking of

9   candidates which takes into account their

10  applications?

11      A    Yes.

12      Q    Where?

13      A    The box that you just read from.  That

14  should be a compilation of two things:  One, the

15  interview question and scores; and two, the review of

16  their applications.

17      Q    Is there any place on here that shows

18  relative scores or results of the application review?

19      A    No.

20      Q    The only thing that's shown in terms of

21  relative and absolute scores is the answers to each

22  question and then a composite of those answers,

Page 76

1  correct?

2       A    Correct.

3       Q    And the scores associated with the ranking

4  are exactly those of the composite scores for the

5  answers to the questions, aren't they?  Isn't that

6  right?

7       A    Yes.

8       Q    I want to show you another document.  And

9  this is the document you received from Mr. Marlatt,

10  right?

11      A    Correct.

12      Q    And you understood this to be the results

13  of the first panel's work?

14      A    Correct.

15      Q    And this is the only thing you got that

16  resulted from the first panel's work?

17      A    Yes.  Yes.

18      Q    I want to show you something else then.

19                 (Bendler Deposition Exhibit 3

20            wss marked for identification.)

21            BY MR. SHAPIRO:

22      Q    I'm showing you what has been marked as

Page 77

1    Exhibit 3.  Now you will agree with me, will you not,

2    that in terms of the non-marginalia, that is the non-

3    handwriting on this page, it is identical to Exhibit

4    No. 2?  If you extract the handwriting portion, it is

5    exactly what you said you got; is that right?

6        A    No.

7        Q    What's different?

8        A    There's a recommendation box.

9        Q    There's a fourth box, isn't there?

10       A    Yes.

11       Q    And that box says, it's at the bottom on

12   the right-hand side, the lower portion of the right-

13   hand side of the page.

14           MR. JONES:  Left-hand side.

15           BY MR. SHAPIRO:

16       Q    Sorry, left-hand side, yes.  And it says

17   "Recommendation:  The interview members recommend

18   that the first and second ranked individuals be

19   advanced to the second round of interviews."  Do you

20   see that?

21       A    Yes.

22       Q    Did you receive that from the panel or from

Page 78

1    Mr. Marlatt?

2        A    I'm going to have to say that I must have

3    because this looks my handwriting.

4        Q    So the marginalia is your handwriting,

5    correct?

6        A    Correct.

7        Q    And you were checking what the figures were

8    and what they resulted from in composite, weren't

9    you?  That's what the right hand side stuff is?

10       A    Let me see what I was doing here.

11       Q    How many goods, how many inadequates, how

12   many outstandings that each candidate received.

13       A    I was validating the calculations in the

14   spreadsheet.

15       Q    And you also made a note of what O, G and I

16   meant, correct?

17       A    Correct.

18       Q    Did you do this for the panelists of the

19   second panel or did you just do this for yourself?

20       A    I'm not sure I understand --

21       Q    Did you make a copy of this and give it to

22   the members of the second panel?

Page 79

1       A    I don't recall.

2       **Q    Did you receive Exhibit No. 2 or just**

3    **Exhibit No. 3 without the marginalia?**

4       A    I don't -- they're so similar I don't

5    recall.

6       **Q    Did you send it back and say hey, what's**

7    **your recommendation?  You didn't give me a**

8    **recommendation, do you recall doing that?**

9       A    I might have.

10      **Q    Before all this, did you ever see this**

11   **document?**

12           MR. JONES:  Excuse me, David.

13           MR. SHAPIRO:  What?

14           MR. JONES:  I don't think we have the right

15   Exhibit 2.  The copy that we have is the six

16   candidate one.

17           MR. SHAPIRO:  I'll fix it.

18           MR. JONES:  Non-annotated, non-

19   recommendation -- you have the right one.

20           MR. SHAPIRO:  Here.  That's what you're

21   looking for.

22           (Bendler Deposition Exhibit 4

Page 80

1          was marked for identification.)

2          BY MR. SHAPIRO:

3      Q    I'd like to show you this document.  I'm

4   showing you what is marked as Exhibit 4.  This is

5   another chart.  This one has all four boxes, the same

6   as the one you annotated, correct?  It has the

7   recommendation box, correct?

8      A    Mm-hmm.

9      Q    Did you ever receive this document?

10     A    I don't remember seeing this.

11     Q    You don't remember seeing this?

12     A    No.

13     Q    This has the same scores, doesn't it?

14     A    Let's see.  It appears to have the same

15  scores.

16     Q    It has the same rankings, yes?

17     A    Yes.

18     Q    And it has the same recommendation?

19     A    Yes.

20     Q    And it has the same answer scores, the Os

21  and the 3 -- in other words, what the numeric

22  equivalent is of the letter indications?

Page 81

1    A    Right.

2    **Q    The same as the other two documents,**

3    **correct?**

4    A    Yes.

5    **Q    What's different?**

6    A    Pam's name is not on it.  She hadn't been

7    interviewed yet.

8    **Q    How do you know?**

9    A    That's your assumption.

10    **Q    That's your assumption, but you don't know**

11    **that, right?  You said you never saw this document?**

12    A    I don't recall seeing it.

13    **Q    But you recall seeing the other two?**

14    A    Well, these are very familiar.  This one I

15    know I saw.

16    **Q    Which one you know you saw?**

17    A    The one that I wrote on.

18    **Q    But you testified you saw both the first**

19    **two.**

20    A    I believe that to be true.

21    **Q    Right.  But you'd say you didn't see the --**

22    A    I can't recall whether -- as you can see,

Page 82

1    they're very similar.

2        **Q    Okay.**

3        A    It would, to me, make perfect sense that

4    they would keep track of the interviews, the ratings,

5    their rankings --

6        **Q    They being the panelists?**

7        A    The panelists.  And then make their final

8    draft when they were completed all interviews.

9        **Q    That would make perfect sense, but you**

10   **don't know that's what happened, do you?**

11       A    No.

12       **Q    Okay.  All right.  Is it your testimony**

13   **that Pam was doing lesser level of work than the**

14   **other three before the promotions?**

15       A    Lesser level of work?

16       **Q    Yes.  Her -- the grade level of the work**

17   **that she was producing in 2003 was lower than the**

18   **level of work was being produced by Mr. Lok, Mr.**

19   **Gately and Mr. Mattus?**

20       A    During 2003, it is my --

21       **Q    Yes, the year before the selection.**

22       A    During 2003, it is my testimony that Pam

Page 83

1  had a productive year.  She was on par with Bill,

2  Holly and David.

3      **Q    In terms of the level of work that she was**

4  **producing?**

5      A    In terms of the level of productivity.

6      **Q    I'm not talking about how much she**

7  **produced.  I'm talking about the level of the**

8  **assignments that she did.**

9      A    You mean the complexity?

10     **Q    Yes, complexity.  Whatever makes up the**

11 **level in terms of the grade level.**

12     A    I would say in answer to that question, no.

13     **Q    She was doing a lower level of work than**

14 **those three?**

15     A    She was doing a little bit lower level of

16 work than those three, yes.

17     **Q    And can you tell us as between her and Mr.**

18 **Lok in 2003 precisely what made the difference in the**

19 **level of work?**

20     A    I cannot.

21     **Q    Can you do that with respect to the**

22 **management analyst's assignments between her and Ms.**

Page 84

1    **Mattus in 2003?**

2         A     Not without looking at my notes with any of

3    those.

4         **Q     Well, do you have notes for these people?**

5         A     I have performance appraisals.

6         **Q     Did you look at them in preparation for**

7    **this deposition?**

8         A     I looked at some of them, maybe not as far

9    back as 2003.  I just can't -- I just don't have

10   enough information with me to --

11        **Q     And Mr. Gately, what was the difference**

12   **between his assignments and the level of work that he**

13   **did as compared to Pam Brownfield?**

14        A     With Mr. Gately I can more confidently

15   remember that he was constantly seeking more advanced

16   level assignments, taking on bigger projects, more

17   responsibility.

18        **Q     Which projects as compared to Pam in 2003?**

19        A     In 2003 he -- his role in the Audit

20   Resolution Program, he began to -- he flourished in

21   that regard.

22        **Q     Who did he work for in that project?  Which**

Page 85

1    **14?**

2        A    Me.

3        **Q    No 14 was involved?**

4        A    He didn't work for any 14, he worked for

5    me.

6        **Q    So you were directing that.**

7        A    There's no team leaders.

8        **Q    You were directing that directly?  There**

9    **was no team leaders?**

10       A    Not in this.

11       **Q    You weren't acting as a team leader?**

12       A    No, he worked closely with Andrew Nickel,

13   who was a 14.

14       **Q    And Andrew Nickel was the senior on the**

15   **program?**

16       A    He was a Grade 14.

17       **Q    She was taking direction from Mr. Nickel?**

18       A    He was taking direction --

19       **Q    David, that is.**

20       A    Taking direction probably isn't the term I

21   would use.  He was taking direction from me mostly

22   and working closely with Andrew Nickel as well.

Page 86

1    **Q    Between he and Nickel, who was the most**

2    **senior person on the project?**

3    A    Andrew was the more senior --

4    **Q    So who would make judgment calls when they**

5    **had to be made?**

6    A    That's what I'm saying.  Bill was beginning

7    to make judgment calls, beginning to take on

8    assignments on his own, make his own conclusions,

9    deal with our clients independently, give briefings

10   and presentations on his own to high level officials.

11    He was clearly setting himself apart from his --

12   **Q    12 peers?**

13   A    -- 12 PD, 12 peers in my opinion as well as

14   in the area of the -- our Administrative Compliance

15   Review Program.

16   **Q    Can you tell me a single management**

17   **analyst's assignment that Ms. Mattus did in 2003?**

18   A    That Ms. Mattus did?

19   **Q    Yes, a single one at any level?**

20   A    Not without consulting with my -- with some

21   --

22   **Q    How about Mr. Lok, can you tell me what**

1    assignments he did at a higher level in 2003?

2       A    Mr. Lok was assigned a lot of work in 2003.

3    Off the top of my head -- I would be concerned about

4    mixing 2003 with 2004.

5       Q    So the short answer to me is that you can't

6    recall?

7       A    I have seven people doing lots and lots of

8    work, and it's difficult to recall what one person

9    did specifically in 2003.

10      Q    I see.  In 2004, did Pam continue to

11    receive assignments from you at the same level she

12    was getting in 2003?

13      A    Yes.

14      Q    What assignments did she get in 2004?

15      A    She was assigned several reorganization

16    proposals where you analyze division and offices'

17    requests to reorganize.  That was one level of

18    assignment.  That's a responsibility that our staff

19    handles for the entire Corporation.

20      Q    Who did she work for on that?

21      A    She worked for me during 2004?

22      Q    Which senior management analyst led that

Page 88

1    effort or did she work directly for you on that?

2        A    She worked for me on that.

3        Q    So she worked independently of a senior

4    management analyst?

5        A    Yeah.

6        Q    I see.  And in doing this she would seek --

7    she would talk to people in the organization seeking

8    reorganization, yeah?

9        A    Well, I would assign them to her.

10       Q    Yes, I understand that.  She would do the

11   work.  She would liaison with them.  She would review

12   their papers.  And she would issue a report.

13       A    Right.  She would issue a summary or

14   reorganization proposal.

15       Q    And what she thought of it?

16       A    And recommendations.

17       Q    And her recommendation for it?

18       A    Correct.

19       Q    All independent of a senior management

20   analyst, right?

21       A    I mean it wouldn't be unlikely -- it would

22   be common for folks in our staff to communicate with

Page 89

1    each other.

2        Q    But that's true of anyone in your staff?

3        A    Correct.

4        Q    Including seniors asking junior people what

5    they thought?

6        A    Including me.

7        Q    Right?

8        A    Correct.

9        Q    It was a team.  Everybody participated,

10   correct?  People backed each other up.  People

11   reviewed each others work to make it better, correct?

12       A    Correct.

13       Q    What else did she do in 2004?

14       A    She was involved in Customer Advisory

15   Committee meetings where she scheduled meetings via

16   e-mail.  She requested ideas for the meeting agendas.

17    And then at the meetings she would take minutes.

18   Those -- that event -- that was a recurring.  That

19   was approximately once every three months, maybe once

20   every two months, and maybe 25 percent of the time

21   those meetings were cancelled.

22       Q    What else did she do in 2004?

Page 90

1     A    In 2004 I assigned her to work on a high

2    profile, high visibility portion of our internal

3    review program that she had done in previous years

4    even before I was made chief.  That was called the

5    Procurement Credit Card Program.  That was one of the

6    most visible programs because of publicity it had

7    received across government in abuse of procurement

8    credit cards.  She was assigned that along with a

9    fellow staff member, David Lok, to --

10        **Q    Was she assigned that or was David Lok that**

11   **was assigned that?**

12        A    David Lok and Pam Brownfield was assigned

13   to that project by me to work on that equally to

14   review half of the files equally.  That's --

15        **Q    How many did she do?**

16        A    She did about five, six.

17        **Q    And he did the rest?  How many was that?**

18        A    He didn't do the rest.  He did most of the

19   rest, and I had to call in a summer intern to help

20   pick up the slack.

21        **Q    So you assigned it equally to Pam and Mr.**

22   **Lok, right?**

Page 91

1      A    Correct.

2      **Q    And Pam did five and David did most of the**

3  **rest and the you had to supplement that with the work**

4  **of a summer intern?**

5      A    After a week of the assignment being

6  assigned, I checked in with David to see how things

7  were going.  He expressed grave concern to me that

8  Pam was doing very little.  I walked into Pam's

9  office and asked her about it.  And she said -- she

10  had a stack of files on her desk.  She said she would

11  get to it.  She was working on it.

12          I said "How many have you done?"  "I've

13  done a few."  She was clearly annoyed by my visit,

14  didn't talk to me, look at me, didn't offer an

15  explanation of why she wasn't doing the work.  At

16  that time, though, she had an awful lot of time

17  logged from office to office socializing, on the

18  phone, doing various things that were not work

19  related.  I physically personally observed that.

20          The following week I checked in again with

21  David and he was busting his but putting together

22  these -- reviewing these files.  And the common

Page 92

1    practice -- we had -- this was not revolutionary

2    territory.  We had done these for years.  It was

3    common business practice that we d form a team of two

4    people or three and we'd split it equally.  You know,

5    it wouldn't be exactly equal, of course, because the

6    files are different sizes and there's other

7    priorities sometimes.  But overall, you would expect

8    a fair distribution of the workload.

9            There was not a fair distribution of the

10   workload. David -- I don't know the exact numbers --

11   handled about 70.  A summer intern who was floating

12   among the different review teams helping out

13   different folks, I asked him to step in and wrap it

14   up because we were pressed up against our deadline.

15       Q    **That was in the -- during the second week?**

16       A    Yeah.

17       Q    **And I bet you did that.**

18       A    Mm-hmm.

19       Q    **It was during the second week that you saw**

20   **Pam and you asked her?**

21       A    It was during the first week.

22       Q    **The first week that you saw Pam and you**

Page 93

1    asked her, and you saw -- you described this

2    conversation that you had with her in her office,

3    right?

4         A    Right.

5         Q    And it was the second week that you gave

6    the assignment to a summer intern to help  David Lok

7    finish up; is that right?

8         A    That's correct.  The intern may have

9    dabbled in a few files earlier than that, but he was

10   floating among the different reviews.  I wouldn't

11   consider him a key player.

12        Q    And you have a clear recollection of this

13   it seems?

14        A    Yes, I do.

15        Q    Crystal clear it seems to me.

16        A    Yes.

17        Q    Good.  So her performance appraisal for

18   2005 had this in there about this?

19        A    2004 you mean?

20        Q    2004, I'm sorry.  Yes, the performance

21   appraisal that she got in 2004 --

22        A    It was a consideration.

Page 94

1    **Q    -- talked about this in the appraisal**
2    **itself?**
3    A    In the performance appraisal -
4    **Q    Yes, indeed.**
5    A    No.
6    **Q    Why not?**
7    A    My tendency was to -- are you talking about
8    the PMP, the Performance Management Plan?
9    **Q    Yes, yes, the performance appraisal when**
10   **you tell an employee how they're doing, how they did**
11   **and all that.**
12   A    My performance plans were mostly positive.
13   I try to highlight the accomplishments, the good
14   points and not beat people down per se or not take
15   stabs at poor performance.  I chose instead to do
16   that to talk to people about any shortfalls during
17   the year face-to-face as they were happening, mid
18   year and at annual performance period which I did and
19   which I've documented.  During all of those occasions
20   she never once denied any of my assertions.  She did
21   not -- in fact, she didn't say a word.  She wouldn't
22   even look up at me.  She wouldn't say you're crazy, I

Page 95

1    did all of this work or attempt to refute any of my

2    concerns.

3        **Q    How about the CFOA, did Pam do that during**

4    **the 2004?**

5        A    This was -- this is CFOA.

6        **Q    Yeah, but this is a particular credit card**

7    **thing.**

8        A    But that is CFOA.  That's part of it.

9        **Q    Pam usually did the summaries of the CFOA**

10   **in addition to the credit card thing?**

11       A    Yeah, the summaries were different.

12       **Q    Did she do the summaries of the CFOA in**

13   **2004?**

14       A    She did some.  She was assigned --

15       **Q    Did she do what she was expected to do?**

16       A    No.

17       **Q    She didn't?  Who did them?**

18       A    Other staff members.

19       **Q    Anybody particular?**

20       A    Gail Kennedy, Andrew Nickel.

21       **Q    So she did them instead of her?  She was**

22   **supposed to do all of them and she didn't do all of**

Page 96

1    them?

2        A    Correct.

3        **Q    Did you write that up in the performance**

4    **appraisal?**

5        A    No, but I spoke to her about that in

6    person.

7        **Q    But it's not documented in the performance**

8    **appraisal?**

9        A    No.

10       **Q    Isn't that what a performance appraisal is**

11   **supposed to be, it's supposed to be the evaluation,**

12   **good points, bad points, need improvement for the**

13   **year, correct?  That's what a performance appraisal**

14   **is, an annual performance appraisal, true?**

15       A    Well --

16       **Q    Do I have it right?**

17       A    Well, 2004 was not a very good year for

18   Pam.  And the last thing I wanted to do was to make

19   it even worse.  I wanted to re-engage her in work.  I

20   wanted to make her successful, help her become back

21   engaged and involved in the staff.  Putting negative

22   comments in a performance plan probably would have

1   been the textbook thing to do.  I chose not to do

2   that and to focus on her positive attributes.

3        Q     Because you're a great humanitarian?

4        A     Because it was a decision I made.  During

5   the year, because I was so concerned about her

6   performance, I met with folks in labor employee

7   relations.  I said what can I do to reconnect with

8   Pam?

9        Q     Who did you meet with?

10       A     Mary Laverty.  And Mary said well, you

11  know, don't give up.  Consider sending her to some

12  type of course, a class, and she made some

13  recommendations.  I did research, contacted USDA.

14  They sent me a nice brochure about something about

15  reconnecting with your career or re-establishing your

16  career, and it looked great.  I mean the objectives

17  of the course, the goals, everything looked great.

18  It was a two or three day class.  It wasn't overly

19  intrusive.  Best of all, we had the funding to pay

20  for it.

21            I approached Pam with this mid year.  I

22  said, you know, I really think this is a great idea.

Page 98

1      Q    Mid year 2004?

2      A    Probably toward -- well, I would have to

3   say it was more towards like July-August timeframe.

4      Q    Of 2004?

5      A    Yeah.  She took it, looked at, laughed,

6   handed it back and told me she could never wake up

7   early enough to go to that class, it started at 8:30.

8

9      Q    It sounds like she was being jocular.

10     A    Yeah, she was being jocular.

11     Q    For the first time in months and months and

12  maybe a year according to your telling me about how

13  she was.

14     A    It was a rather sarcastic jocularity.

15     Q    Oh, I see, she was sarcastic?

16     A    Well, maybe she was; maybe she wasn't.

17     Q    What was she in your opinion?

18     A    She was laughing at an opportunity to

19  improve her performance.

20     Q    Her performance.  This was a performance

21  course in management analysis?

22     A    It was a course on getting back on track.

1      **Q      Getting back on track?**

2      A      Re-establishing your career.  It was along

3    that tone.

4            MR. SHAPIRO:  I see.  I think we'll take a

5    break here.

6            (A brief recess was taken.)

7            BY MR. SHAPIRO:

8      **Q      It's true, is it not, that Pam consistently**

9    **asked for more assignments in 2005 and 2006?**

10     A      Yes.

11     **Q      And you sometimes gave her assignments and**

12   **sometimes didn't; isn't that right?**

13     A      Yes.

14     **Q      But she consistently asked and wanted to**

15   **work and be busy, correct?**

16     A      Yes.

17     **Q      Why didn't you give her assignments when**

18   **she asked?**

19     A      Well, I tried to give her assignments when

20   they were available.  What started happening in 2005

21   is our workload started to decline considerably due

22   to various circumstances.  Traditionally, our section

Page 100

1  has peaks and valleys in terms of our workflows.

2  Some cycles are very, very busy.  Some cycles are not

3  so busy.  And you know, that is true, Pam, throughout

4  2005 and 2006 before she left to go to DIT began to

5  request assignments.  And to the extent possible, I

6  tried to -- you never want to see anybody sitting

7  idle.  That's not a great way to spend your work day.

8   And unfortunately, other staff members had similar

9  complaints or concerns that they were just not fully

10 occupied.

11      **Q    Is that still true?**

12      A    Right now?

13      **Q    Yes.**

14      A    She doesn't work for me anymore.

15      **Q    I'm talking about other employees, other**

16 **staff members at MSS, are they still complaining**

17 **about they're not fully occupied?**

18      A    From time at certain parts of the year,

19 like the first few months of the year typically are a

20 little bit slow.  There's down time.  And I have a

21 few folks ask me if there's anything that they can

22 do.  By now, though, it's starting to pick up and it

Page 101

1  should be a pretty steady workload through the end of

2  the year.

3      At one time, as part of -- Pam's workload

4  to a large extent revolved around our Internal Review

5  program.  And that program, over the years, has just

6  been very demanding and it's been a full-time job in

7  a number of ways.  At one time, without exaggeration,

8  mountains of documents and forms that needed to be

9  completed and submitted to our customers and to the

10  Office of Enterprise Risk Management.  There was a

11  form called a Management Control Plan.  There was a

12  form called Risk Assessment.  We had matrixes that

13  all had to be filled out.  They had multiple columns.

14   And it wasn't just one or two, there was a dozen of

15  those or more.  It was just a really time intensive -

16  - you know, it was a lot of work that Pam handled for

17  our section, and she generally would do a good job.

18  She was familiar with that responsibility.

19      All of that has just gone away.  We no

20  longer do that work.  And that's --

21      **Q    So when did you stop doing that work, 2003,**

22  **2004?**

Page 102

1      A    It happened gradually over --

2      **Q    Over a period beginning when and ending**

3   **when?**

4      A    It's still ending, but probably beginning

5   in 2004 moving through 2005 and 2006.  It kind of

6   started with the hiring of a new Director of Office

7   of Enterprise Risk Management.  His name is Jim

8   Angel.  And he just had a different philosophy on how

9   the Corporation should handle its assessment of

10  risks.  And his philosophy --

11     **Q    When did he come in?**

12     A    I can't recall.  Well, let's see.  He's

13  going on his third year, so he began --

14     **Q    In 2004.**

15     A    -- in 2004.

16     **Q    And I took him a while to institute this?**

17     A    He started, you know, floating some ideas

18  almost immediately and just gradually he has shared

19  his vision and has marketed his vision.

20     **Q    Now you'll agree with me, won't you, that**

21  **you know the kind of job, type of work, the quality**

22  **of the work and the quantity of the work that your**

Page 103

1    people do better than say Paul Sherman does?  You're

2    more familiar with your people or the people in MSS

3    than Mr. Sherman even though he is -- because he's

4    the second level supervisor?

5        A    That's not a great example because he used

6    to be in charge of --

7        Q    I'm talking about the work of a job that's

8    being done in 2006 by one of your people or two of

9    your people.  You're more familiar with how well

10    they're doing than he would be?

11        A    Yes.  Yes, that is a correct statement.

12        Q    He's largely familiar by your telling him?

13        A    Or his interaction with the --

14        Q    Yeah, if he's interacting on the project.

15            MR. JONES:  Can he finish his answer, Mr.

16    Shapiro?

17            BY MR. SHAPIRO:

18        Q    Yes, or his interaction with people in the

19    project.  And that is also true that he'd be more

20    familiar with your people's work on any particular

21    project in any particular year than say Arleas would

22    be?

Page 104

1      A    That is true.

2      **Q    And Glen would be, Glen Bjorklund, correct?**

3      A    Yes.

4      **Q    Okay.  Is it also -- you would also agree**

5   **with me, I think, that if, for example, let's say Ms.**

6   **Mattus is working on a budge matter with Mr. David**

7   **when Mr. David was there, right, and Ms. Mattus is**

8   **working on the budget matters and David is the lead**

9   **guy on the budget matters, he's going to be a bit**

10  **more familiar with how Ms. Mattus is doing, the**

11  **quality and quantity of her work, than you would be**

12  **because he's directly engaged in it, correct?**

13     A    Yes.

14     **Q    And you would agree that that's generally**

15  **true that the senior person who's working on a**

16  **project is more familiar with the work of the person**

17  **who is assisting them than say you would be as a**

18  **general proposition?**

19     A    As a general rule, yes.

20     **Q    You would also agree with me, won't you, a**

21  **person who is actually doing the project, a**

22  **particular project, is likely to be more**

1    knowledgeable about the specifics about what happened

2    and when they happened as he's doing the project than

3    say you would be if the person's on your staff?

4         A    Yes.

5         Q    That stands to reason, doesn't it?

6         A    Of course.

7         Q    Okay.  It is generally true, isn't it, that

8    in the larger projects the 14s are the leads and the

9    lower graded people follow, correct?  Not always

10   true, sometimes the lower graded people are doing --

11   but in a project that requires two or three people,

12   there's somebody usually leading the way and that

13   somebody is usually one of the 14s?

14        A    Usually but no always.

15        Q    Not always but that's the usual case, isn't

16   it?

17        A    Yes.

18        Q    Now, I was wondering how Pam's position got

19   on the surplus list?  Do you recall that?

20        A    Well, I recall that was arguably the most

21   painful and difficult task bestowed upon me that I've

22   ever had to deal with.  It was just a very, very

Page 106

1  painful, painful process that started with from way

2  up top from John Bovenzi, our Chief Operating

3  Officer, who I imagine was taking direction from the

4  chairman that our organization was changing

5  considerably.  We hadn't had a bank failure in years.

6   Just the landscape of the financial services

7  industry had changed so much.  The banks were

8  extremely healthy.  We had an awful lot of employees

9  who maybe we needed to re-evaluate our workload and

10  our resources.

11          That trickled down to our director, Arleas

12  Kea.  She embraced that message and she challenged

13  her management team.  She said DOA is a support

14  organization.  We are supporting the FDIC, its

15  divisions and offices, and the divisions are

16  shrinking.  Their workload is shrinking.  They're

17  consolidating.  It doesn't make sense for us to be at

18  600 or 500 people anymore.  She dictated to her

19  senior management team that it was time to engage in

20  a very serious process of evaluating our workload,

21  our staffing needs and identify opportunities where

22  we might be -- might have opportunities to realize

Page 107

1    some efficiencies with a reduction of staff.

2        **Q    How big was DOA at the time this happened?**

3        A    Four hundred and forty-eight.

4        **Q    Four hundred and forty-eight?**

5        A    Approximately 448 people.

6        **Q    Approximately 448.  And when was this?**

7    **When was it that you found out that you were going to**

8    **have to valuate, that there was an evaluation going**

9    **to go on?**

10       A    I found out -- John's e-mail came out and

11   then --

12       **Q    When did John's e-mail come out?  Is this**

13   **John Bovenzi?**

14       A    Yeah.  It had to be the -- I'll tell you

15   when it was, sometime during -- gosh, I should know

16   this but I'm just drawing a blank.

17       **Q    Well, when did Bovenzi's e-mail come out?**

18       A    I can tell you exactly -- that's what I'm

19   trying to remember, because if I can remember that --

20   I don't want to misspeak.  I should know this.  I

21   just can't recall.

22       **Q    Well, was it 2003?**

Page 108

1      A    I don't think it was early as 2003.  I

2   think it was in the 2004 timeframe because that's

3   when we started I guess doing the analysis of our

4   staffing, our on-board authorized staffing not just

5   within MSS but DOA-wide.

6      **Q    But that's when you started doing it.  But**

7   **Bovenzi's e-mail would have started -- come out long**

8   **before that.**

9      A    Right.

10     **Q    So was it in 2003 that this was hinted at**

11  **that it was coming down the pike?**

12     A    I don't recall that.  I really don't.  You

13  know, since -- I started RTC in 1990, and from the

14  day I started in my job interview we were almost

15  downsizing -- I was promised that I was going to lose

16  my job.  It just seems like we've been downsizing

17  forever.  So there's always that undercurrent of

18  rumors that we hear even to this day.

19     **Q    Even now you hear those rumors?**

20     A    I do.

21     **Q    So it's always -- at FDIC for the last at**

22  **least decade and a half, this is what's been going**

Page 109

1    on, downsizing?

2        A    Or the talk of downsizing.

3        **Q    Right, or the -- the impending downsizing**

4    **or the threat of the impending downsizing, correct?**

5    **I mean, that's still true today, isn't it?**

6        A    Not so much today.  I would say now with

7    our new chairman we've reached, according to them, an

8    equilibrium.

9        **Q    But this is the first time that you've felt**

10   **you reached --**

11       A    This is the first time I've heard rhetoric

12   along those lines.

13       **Q    This being since Ms. Bair came in, the new**

14   **chairman or chairwoman?**

15       A    Yes.

16       **Q    And she came in in 2006, didn't she?**

17       A    Yes.

18       **Q    So Bovenzi writes this e-mail and Arleas**

19   **embraces it and calls in her senior management.**

20   **That's not you, right?**

21       A    No.

22       **Q    And say we're going to have to go through a**

Page 110

1    **study to see how many positions we can give up,**

2    **correct?**

3        A    I wasn't at that meeting.

4        **Q    But then you're told that that meeting took**

5    **place, and you're told that you have to do that for**

6    **MSS, right?**

7        A    Arleas actually sent out an e-mail, a

8    global e-mail to DOA employees explaining what was

9    going on.

10       **Q    But you were told that in advance by your**

11   **manager?**

12       A    Yes.

13       **Q    It's a management thing, managers have to**

14   **take responsibility to do this, right?**

15       A    Well, not all messages come down to my

16   level.

17       **Q    I understand.  So what did you do?**

18       A    At first nothing because sometimes messages

19   like that or those initiatives do not materialize or

20   come to fruition.

21       **Q    Sometimes they blow over?**

22       A    And we've been very lucky because that has

Page 111

1    exactly been the case with our group.  So sometimes

2    if you sit tight and you just keep patient, then you

3    get lucky.  You can only dodge the hatchet so much I

4    suppose.  But what we really wanted to do within DOA

5    was, according to Arleas, was wait, wait until DRR

6    finished their downsizing because they couldn't RIF

7    people without our HR staff.  They needed an HR staff

8    in order to process the actions to handle benefit

9    claims, to handle labor employee relations issues.

10            We had to wait as a division because just

11   the nature of DOA, we had our facilities group that

12   had to move furniture and move offices and contracts

13   who had to maybe award new contracts to take over

14   services lost by people who were leaving.  So we had

15   a little bit of a breathing -- we had a stay of

16   execution, so to speak, from Mr. Bovenzi's initial e-

17   mail where we could sit back and just kind of breathe

18   easily.

19            So when you ask what did we do at first,

20   when we first got notice, when we saw the direction

21   of the Corporation it was to be patient.  Of course,

22   we couldn't be patient forever, and it came time

1  where Arleas' boss wanted her to follow suit.  And in

2  a large part it started with the Acquisition Services

3  Branch within DOA.  The Associated Director in that

4  group was Ann Bridges Steely.  She had a dramatically

5  different vision for her staff, to cut every employee

6  below the grade level of 13, anyone who wasn't a -- I

7  forgot the series of -- anyone who wasn't a contract

8  specialist.

9      **Q      1102.**

10     A      Thank you.  And some pretty damn good

11  people.  I mean I knew every one of them.  They sat

12  right near us, you know.  I can name every one of

13  them by name, friends I'd worked with for year.  All

14  of a sudden in the stroke of a pen they're in big

15  trouble.  They're looking to be displaced

16  potentially.

17        HR was going through a similar analysis.

18  Corporate Services were evaluating whether there were

19  functions that could be contracted out.  Do we need

20  mailroom people of our own or could we contract that

21  function out?  Do we need a whole printing room or

22  can we hire Kinkos.  All those type of analyses were

Page 113

1   going on.

2          And Arleas expected Paul to do the same.

3   And gosh, I mean, you know, we've worked together --

4   the Management Review Staff and now the Management

5   Support Section I always thought was much different

6   than any other group in FDIC.  We've had no turnover,

7   virtually no turnover, we've been together for a

8   decade.  It's more of a family than a staff.  I mean

9   we've bought houses together.  We've had kids

10  together.  We've lost parents together.  It's

11  everything -- it's a small group, so we're not just

12  casual co-workers passing in the night, we're a

13  pretty tight group.  We know each other well.

14         There's times folks would go out with each

15  other after work and -- just 10 years is a long time

16  to work with the same eight or nine group of people.

17   So to all of a sudden be mandated to cut a position

18  is just something that just absolutely kept me up at

19  night, but it was required.  It was an absolute

20  requirement that we do so.

21         Before I even got the position as Chief of

22  the Management Support Section, Pam and I were

1   together -- she was in MSS before -- MRS before I was

2   hired.  And we had -- I'd consider her back then a

3   friend.  We had very similar interests.  Out of

4   everyone in that group, I would consider

5   -- if I had to pick someone I had the most in common

6   with, it would probably be Pam. We talked about

7   politics, about history, t.v. shows, the war in Iraq.

8    She was very sympathetic to me when my mother was

9   dying of cancer.  Four months later my son was

10  diagnosed with juvenile diabetes at age four.  She

11  would call my house.  I mean we were beyond co-

12  workers.  And to make the matter worse, once we

13  conducted our analysis and made decisions, I was told

14  face-to-face by the big boss, I was absolutely

15  forbidden from telling anybody who's on the -- any

16  positions that are on the surplus list.

17       **Q    Who is the big boss?**

18       A    Glen Bjorkland.  They wanted everyone to

19  find out on the same day, which I'll never forget the

20  date, December 15th.  It was the day after we had a

21  holiday party.  Here we are having a holiday party,

22  everyone's laughing having a good time.  I'm looking

Page 115

1    at Pam in the face like I'm stabbing her in the back

2    because I can't tell her something that is going to

3    in the next few days impact her life greatly.

4          In fact, I had off the next day, it was my

5    scheduled off day, and I knew that e-mail was coming

6    out and I called her from home.  It was just very --

7    it was just a very emotional time.

8        **Q    ABS comes under Bjorkland as well, correct?**

9        A    Ann Bridges Steely?

10       **Q    Yes, she's under Bjorkland?**

11       A    Yes.

12       **Q    She's under DOA, so she's under Bjorkland.**

13       A    I'm sorry, she doesn't report to Glen,

14   though.  She reports -- she's no longer with the

15   Corporation.

16       **Q    I understand.  I'm talking about -- ABS is**

17   **under Bjorkland and --**

18          MR. JONES:  ASB.

19          THE WITNESS:  I think you mean ASB.

20          BY MR. SHAPIRO:

21       **Q    Yes, ASB is under Bjorkland as well,**

22   **correct?**

Page 116

1      A    That's not really the organization.  Glen

2  is the Deputy Director.  ASB, HRB and CSB are three

3  main branches, report really directly to Arleas.

4  Glen is her deputy.

5      **Q    The silence, don't tell anybody, don't tell**

6  **the staff about who's going --**

7      A    That came up from high.  I mean that was

8  universal.

9      **Q    That was universal.**

10     A    That wasn't just Glen, that was corporate

11  policy.

12     **Q    But you were told by Glen?**

13     A    I told Glen that I was going to tell Pam.

14  I said I -- I told Glen that I didn't think I could

15  go that long and, you know, pretend like I didn't

16  know and then all of a sudden have her come in one

17  day after working all those years at the FDIC and get

18  an e-mail, that I was going to tell her.  And that's

19  when he corrected me.

20     **Q    But the standard -- the policy was DOA-**

21  **wide?**

22     A    No, corporate-wide.

1  **Q** **So it even transcended DOA.  So it**

2 **certainly applied to Ann Bridges Steely's group?**

3  A Absolutely.  Maybe even more so for them

4 because it was a union negotiated condition.

5  **Q** **When did they find out?**

6  A The union?

7  **Q** **No, the employees.**

8  A They were all --

9  **Q** **The same day?**

10  A The whole intent was that everyone was to

11 find out the same exact day.

12  **Q** **December what?**

13  A December 15th.

14  **Q** **Isn't it true that Bridges Steely's group**

15 **found out in November?**

16  A Well, Ann's group found out because she had

17 such this radical plan where she was eliminating --

18 she had a broad brush elimination of everyone below a

19 certain grade level, and she had Powerpoint

20 presentations -- she had already shared that vision

21 for quite some time.  So they weren't officially

22 notified, but they were smart enough to figure out

Page 118

1   what was going on.  I think they speculated and they

2   figured that they -- whether or not Ann told --

3       **Q    So how was it that you selected Pam as the**

4   **person that was going to be put -- her position was**

5   **going to be surplussed and not any of the others?**

6       A    Just a point of clarification, and this is

7   -- you might say I'm nitpicking, but truthfully I

8   didn't select Pam, I selected a position.

9       **Q    I understand.  You selected the position**

10  **that Pam encumbered.**

11      A    That she occupied, right.

12      **Q    So how did it come about that Pam's**

13  **position was selected by you as surplus?**

14      A    I spent weeks, maybe even a month, creating

15  these documents, maps of all of our workload, our

16  current workload and our projected workload, what is

17  it that we're doing right now; how long does it take;

18  what's the complexity of it; and is this likely to

19  continue or is this going away.  And what level of

20  expertise will we require to do this workload, to

21  handle this workload.  And I tried to be as inclusive

22  as possible down to even the mundane tasks because we

Page 119

1    do everything from the mundane to the magnificent but

2    the mundane things have to be done.  And just

3    analyzed our workload, our projection, trends where

4    other organizations were headed and the likelihood of

5    what our -- what the burden will be on our staff.

6         And knowing that I would have to either

7    meet with Paul or Glen and support a decision, I

8    would have to document it and give an explanation.  I

9    couldn't just throw a dart at a position, I had to

10   make the painful decision to erase the names and

11   faces from positions and simply focus on the position

12   not the people.  And all fingers pointed to the grade

13   12 management analyst.

14        We no longer had that huge amount of

15   internal review documentation we had to do.  Our

16   internal reviews had just changed dramatically.  We

17   were just doing things so differently that I just had

18   a hard time justifying any other position with the

19   level of credibility and confidence.  And I hope I

20   never have to do that again.

21        **Q    You had -- at the time your unit, MSS, had**

22        **eight people, right, including yourself?**

Page 120

1      A     Yes, including myself.

2      **Q     And you were supposed to go down 15**

3  **percent, correct?  The whole of DOA was supposed to**

4  **go down 25 percent?**

5      A     We weren't mandated a set percentage.  We

6  were never told that had to go down by a quantity or

7  a percentage, it had to be based on a business

8  reason.

9      **Q     It could be nobody.  Some units couldn't**

10  **spare anybody, correct?**

11      A     That is -- theoretically that could be

12  true.  It would have been very unpopular.

13      **Q     It would have made you unpopular with other**

14  **managers?**

15      A     It would have made a manager unpopular to -

16  - I don't know, I think that was not the expectation.

17   I think everybody was supposed to dig deep.

18      **Q     Well, you dug one which, in an eight person**

19  **office, is 12-and-a-half percent.  But how many**

20  **people did DOA lose, positions not people?**

21      A     One hundred and thirty.

22      **Q     I heard it was closer to 140.  But if you**

Page 121

1    tell me 130, that's fine.

2        A    Well, --

3        Q    You had 348?

4        A    We lost 140, but really we only -- 10 of

5    those positions we simply -- we reallocated to other

6    divisions and offices.  So I guess we did lose 140,

7    but the net effect of the Corporation was we were

8    down 130.

9        Q    So you lost 140 positions out of 448,

10   correct?  Is that right?

11       A    That's correct.

12       Q    So you went down close to a third, correct?

13       A    Correct.

14       Q    You, however, suggested a 12-and-a-half

15   percent reduction for MSS.  If every office had done

16   that in DOA, you would have dropped something like 60

17   or 70 people not 140, correct?

18       A    Okay, say that one again.

19       Q    I said if every office in DOA had done the

20   same percentage cut as you had done, you wouldn't

21   have lost 140, you'd have lost something like 40

22   people, 50 people or 60 people, 70 people, correct?

Page 122

1    A    That's the math.

2    **Q    So you didn't dig as deep as you could**

3  **have, correct?**

4    A    I could have dug as deep as I was -- as

5  deep as I was told.

6    **Q    Pam was your only black employee, correct?**

7    A    Correct.

8    **Q    And she's the one that got surplussed,**

9  **right?**

10    A    Her position was the only one in my section

11  who as placed on the surplus list.

12    **Q    Surplussing and reductions and downsizing**

13  **is not a question of people, it's really in the end a**

14  **question of money, isn't it, right?**

15    A    It's a question of efficiency, which is

16  money, but it's also a question of efficiency.  It's

17  about being a health organization.

18    **Q    Yes, I understand.  But it's really a**

19  **question of money in the end, isn't it?  If I CG-12**

20  **can do the job of a CG-13, CG-12 makes less money.**

21  **Cast away the CG-13, you save bigger.  Isn't that**

22  **right?**

Page 123

1      A    You know, I think we could argue this

2  point.  I would argue that downsizing is not only

3  about money.

4      **Q    I see.  It may not only be about money, but**

5  **it's fundamentally about money, isn't it?  That's**

6  **what you downsize for, to save, correct?**

7      A    I'm going to just disagree with you.  We

8  just differ on that philosophy.  I think it's about

9  efficiency and about creating a health organization.

10     **Q    Fine.  All right.**

11     A    Saving money is an outcome of that.

12     **Q    So you wrote up -- in order to do this, you**

13  **wrote up -- you made a recommendation that Pam's job,**

14  **the 12, should be surplussed.  What kind of**

15  **documentation did you give your boss, just a**

16  **recommendation, I can lose the 12?**

17     A    I don't recall.

18     **Q    All right.  You don't recall how you**

19  **documented this at all?**

20     A    I think --

21     **Q    Was it just saying, look, we could lose the**

22  **12?**

Page 124

1    A    Well, no, there was my analysis that I did

2  with workload --

3        **Q    So you sent your analysis forward too?**

4    A    To Paul.

5        **Q    Right.**

6    A    And we went over it.

7        **Q    Right.  And he sent it forward --**

8    A    He did a similar analysis I believe,

9  although I may be mistaken, because he had a broader

10  staff than I did.  He had the IT section, he had

11  administrative section.

12        **Q    So how many people did he recommend losing?**

13    A    Our branch -- Paul's branch overall lost --

14  I'm just talking positions, it doesn't necessarily

15  translate to people --

16        **Q    That's right.**

17    A    I actually know because I'm the one who

18  tracks this stuff.  I want to say we lost six

19  positions approximately.

20        **Q    Six positions.  Well, I know you lost two**

21  **positions that were vacant.  They were put on**

22  **surplus.**

Page 125

1      A    Yeah.

2      Q    **So that would have had no personal effect**

3  **on a person but it had an organizational effect,**

4  **right?  And that was the point, right?**

5      A    We lost -- that was -- we not backfilling

6  those positions, we were giving those positions back.

7   That's correct.

8      Q    **Right.  So two positions were surplussed**

9  **and one person who was going to retire anyway was**

10  **surplussed, right, the head of administration?**

11     A    Yeah, and that's not as clean as it sounds

12  the way you've framed it because --

13     Q    **Well, she had 42 years of service so she**

14  **was maxed out on retirement, correct?  And she had**

15  **announced that she was going to pull the plug and**

16  **take a buyout, the next buyout that came along,**

17  **correct?**

18     A    Correct.

19     Q    **So that position as not going to be**

20  **refilled, correct?**

21     A    Correct.

22     Q    **And that made some -- that didn't have an**

1    individual effect either, it just had an

2    organizational effect, correct?

3        A    Correct.

4        Q    And another thing about that was there was

5    a standard that you didn't want to have a supervisor

6    who was supervising less than five or six people, and

7    that supervisor was supervising less than five or

8    six, correct?

9        A    Correct.

10       Q    And in fact, the administrative people came

11   under you after that?

12       A    Correct.

13       Q    And then there was this guy in IT who was a

14   CG-7 who was going to lose his job.  He was

15   handicapped, do you recall that?

16       A    He is handicapped, yes.

17       Q    And then there was Pam's job.

18       A    Correct.

19       Q    And that was it, right, five jobs?

20       A    Correct.

21       Q    Out of how many employees?

22       A    There might have been 28 at the time.  I'm

1    not exactly sure.

2        Q    And is that what happened in the

3    surplussing?

4        A    Yes.

5        Q    The fellow -- the deaf fellow lost his job?

6        A    No.

7        Q    They took him off the surplus list, right?

8        A    Conditions changed --

9        Q    Because a couple of people took buyouts

10    that weren't expected to; isn't that right?

11        A    That wasn't my understanding.  My

12    understanding was that when don Pell left, our then

13    chairman, Martin Gruenberg came on board and decided

14    he wanted to put a hold on any involuntary

15    separations and gave divisions and offices permission

16    to reclaim.

17        Q    Did you reclaim Pam's position?

18        A    No.

19        Q    How come?

20        A    I wasn't given that option.

21        Q    I thought the new chairman -- the acting

22    chairman said reclaim the, you can have the option?

Page 128

1    A    I'm not sure -- his name was Hung Yee, was

2    part of that initiative.

3    **Q    Well, you just told me he was.  That's why**

4    **I was asking you about Pam.**

5    A    I'm rethinking it.  I'm not sure.

6    **Q    But somebody from your office took a buyout**

7    **and wasn't expected to, right?**

8    A    Mark David took a buyout.

9    **Q    Mark David took a buyout.  So you would**

10   **have lost a position, correct, without Pam leaving;**

11   **is that right?**

12   A    Well, we did lose that position.

13   **Q    So you didn't need to lose Pam?**

14   A    It depends on what the timing is.

15   **Q    Well, you didn't replace Mr. David, had**

16   **you?**

17   A    No.

18   **Q    You haven't done that, and he's gone for**

19   **quite some time now.**

20   A    That's correct.

21   **Q    A year, right?**

22   A    Yes.

Page 129

1  **Q**  **Has his position been announced?**

2  A  No.

3  **Q**  **In fact, Mr. Davey (sic) hasn't been**

4 **replaced --**

5    MR. JONES:  Mr. David.

6    BY MR. SHAPIRO:

7  **Q**  **Mr. David hasn't been replaced and Ms.**

8 **Mattus is now in charge of the budget.  She stepped**

9 **up, correct?**

10  A  That's correct.

11  **Q**  **And Pam was assisting her, correct?**

12  A  That is a huge stretch.  Pam was helping

13 her do some reporting.  It wasn't --

14  **Q**  **It's not a -- as between you and Ms.**

15 **Mattus, who would know better how valuable Pam's**

16 **contribution to the budget work, you or Ms. Mattus?**

17  A  You know --

18  **Q**  **It's a simple question.  As between you and**

19 **Ms. Mattus, the person in charge of the budget work,**

20 **the person who was dealing with Pam, who was being**

21 **assisted by Pam, who would know more the value of**

22 **Pam's work and contribution to the budget work, you**

Page 130

1    or her?

2        A    In this case?

3        Q    Yes.

4        A    Holly and I were equally apprised.

5        Q    I see.  You had done the budget work

6    previously when you were a 14?

7        A    I had done budget work.

8        Q    No, were you the budget guy or was Mr.

9    David the budget guy when you were a 14?

10       A    Mark was.

11       Q    Yes, I see.  You were never the budget guy;

12   is that right?

13       A    No.

14       Q    I'm correct?

15       A    Yes.

16       Q    Okay.  So you lost Mr. David but you

17   jettisoned Pam anyway, and you haven't replaced Mr.

18   David; is that correct?

19       A    That's correct.

20       Q    And your plan for surplus was one person,

21   one positioned lost, correct?

22       A    Correct.

Page 131

1    Q    Anybody else from your section gone, just

2   Pam and Mr. David?

3        A    No.

4        Q    I'm correct, that's it?

5        A    Yes.

6        Q    And Pam left in August, this past August?

7        A    Yes.

8        Q    David left a year ago?

9        A    Yes.

10       Q    No position has been announced, no vacancy

11   has been announced?

12       A    No.

13       Q    Have you reviewed Mr. David's 14 position

14   description?

15       A    Have I reviewed it?

16       Q    Yes, since he's left.

17       A    Not since he's left.

18       Q    So you haven't conducted a review that is a

19   predicate for announcing a vacancy, correct?

20       A    Correct.

21       Q    So there's no plan to announce a vacancy

22   for Mr. David's position; isn't that right?

Page 132

1    A    Not only is that correct, but that's

2    consistent with the instructions and guidance, the

3    corporate policy where every position is lost.  It's

4    not an automatic backfill but an opportunity to

5    evaluate whether that position is needed anymore.

6    **Q    Yes, I understand.  I wanted to ask you a**

7    **question as long as we're on this question of**

8    **backfilling.  Now the decision to compete the jobs,**

9    **the 13 jobs, rather than fill them through accretion**

10   **of duties, the people that were actually doing 13s,**

11   **but to compete them, that opened it up to people who**

12   **were out -- necessarily opened it up to people who**

13   **were outside the section, correct?**

14   A    Correct.

15   **Q    If three great candidates had come along,**

16   **you'd have been stuck with three additional people,**

17   **correct?**

18   A    Correct.

19   **Q    You'd have to run a RIF, wouldn't you?**

20   A    That was one of my big concerns that I

21   raised to Paul, Glen and Tom Peddicord.  What happens

22   if the first panel refers four excellent candidates

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 6

Page 133

1    who happen to be outside of our group?  We select two

2    or three, all of a sudden I have this huge staff that

3    I didn't count on and where I don't have workload to

4    support that larger staff.

5        Q    On top of that, you don't have FTEs.  You

6    can't take on more people.

7        A    Well, right, I would be exceeding my

8    authorized core staffing level.

9        Q    Automatically by choosing people who

10   weren't already there.

11       A    And that was a question I asked early in

12   the process.

13       Q    And what did they say?

14       A    The authoritarian person on this matter is

15   Tom Peddicord.  He handles corporate budget,

16   planning, staffing, and he said we would work with

17   Miguel Torrado if that were the case to remedy this

18   situation.  And I'm not so sure I completely

19   understood how we would reconcile that imbalance.

20       Q    The better thing to do is to choose people

21   who are already 12s.  That way you don't grow and you

22   never confront that problem, correct?

Page 134

1    A    If those people are selected and advanced

2    for consideration by the first panel.

3    **Q    Lucky you.  Three were and those are the**

4    **three you chose.**

5    A    How about that.

6    **Q    So the black person who was referred never**

7    **really had a chance, did she, Ms. Baker?**

8    A    She absolutely did.

9    **Q    How did she have a chance?  If had chosen**

10    **her, you would have put yourself into an over-hire**

11    **situation, correct?**

12    A    And there was a remedy to take care of

13    that.

14    **Q    What was the remedy?**

15    A    That was beyond my authority.

16    **Q    Somebody else would have to be RIF'd; isn't**

17    **that right?**

18    A    I don't know.  There was a remedy in place.

19    It was a concern I raised.  If she had --

20    **Q    A remedy in place?  What was the remedy**

21    **again?  You don't know what the remedy was.**

22    A    I don't know, but it was a concern that I

Page 135

1    raised.

2        Q    Right.  You, Bjorkland is a white guy,

3    right?

4        A    Right.

5        Q    Peddicord is a white guy?

6        A    Right.

7        Q    Sherman's a white guy?

8        A    Right.

9        Q    And you're a white guy, correct?

10       A    Correct.  Okay.  It's kind of hard to

11   select somebody who doesn't get referred for another

12   interview.

13       Q    You could have done that, though.  You

14   could have said listen, I'm going to select three

15   positions, I need more people to select from.  I'll

16   choose from the people that are on the best qualified

17   list.  All seven were on the best qualified list,

18   correct?

19       A    All seven were referred by HR on the

20   roster.

21       Q    Which means they were all on the best

22   qualified list, correct?

Page 136

1    A    Correct.  Yeah.

2    **Q    Anybody could have been selected, correct?**

3    A    Well, tampering with that first panel and

4    playing fast and loose with the recommendation was

5    not something I was really feeling comfortable about

6    doing.

7                              6:00 pm - Evening Session

8    **Q    Their recommendation was just, as we've**

9    **seen, just about the questions that they asked on the**

10   **interview, correct?**

11   A    Incorrect.  And their application package.

12   **Q    Is there anything on that form that shows**

13   **that they reviewed or rated an application package**

14   **other than the questions on the interview?**

15   A    Is there anything on here that shows that

16   they didn't?

17   **Q    Yes, nothing on there shows a rating for**

18   **anything but --**

19   A    Right there.

20   **Q    Yeah, but it's all based on the scores**

21   **above, isn't it?**

22   A    Did you see all the seven application

Page 137

1    packages?

2        Q    Excuse me.  Is it all based -- isn't that

3    ranking exactly based on the scores in the first

4    chart?

5        A    Yes, it is.

6        Q    Okay.  Also the people that were on that

7    first panel never worked in the section, correct?

8        A    Correct.

9        Q    And were not all management analysts, were

10   they?

11       A    By design.

12       Q    By design.  But you and Sherman, who served

13   on the second panel, you as the selecting official

14   and he as the approving official were both qualified

15   management analysts, correct?

16       A    Correct.

17       Q    Both of whom who headed that section, one

18   in the recent past and one currently, correct?

19       A    Correct.  HRB encouraged us and guided us

20   to select the first panel in terms of what type of

21   people.

22       Q    And you selected all the people on the

Page 138

1    first panel, didn't you?

2         A    Yes.

3         Q    You personally chose who was going to be on

4    that first panel and asked them to serve on the

5    panel?

6         A    Right.

7         Q    The people that served on the first panel

8    were not management analysts from other parts of the

9    agency?

10        A    Correct.

11        Q    There are management analysts in other

12   parts of the agency, aren't there?

13        A    Sure.

14        Q    In other parts of the Corporation, correct?

15        A    Yes.

16        Q    Management analyst is kind of common

17   governmental career field, correct?

18        A    Sure.

19        Q    But none of the people you selected were

20   management analysts, am I right?

21        A    Correct.

22        Q    Now the people you selected were whom?

Page 139

1        A    Rick Marlatt, Jerrie Kitchens and Mary

2    Carmichael.

3        **Q    And Mr. Marlatt worked in the branch --**

4        A    Right.

5        **Q    -- but not in the section?**

6        A    Correct.

7        **Q    And he was a 14 or a 13?**

8        A    He as a 14.

9        **Q    What was his job category?**

10       A    He is a -- I'm not sure -- IT systems

11   specialist.

12       **Q    So he's an IT guy, which is specifically**

13   **not MSS, because there is an IT section, right?**

14       A    Right.

15       **Q    And that's where he serves?**

16       A    Right.

17       **Q    And Ms. Carmichael, she's in the IG's**

18   **office.  She's an auditor?**

19       A    Correct.

20       **Q    So she's not a management analyst either?**

21       A    I would say that an auditor is management

22   analyst on steroids.  She's beyond a management

Page 140

1    analyst.

2        Q    I see, she's beyond a management analyst.

3        A    That's essentially a management analyst

4    type --

5        Q    An auditor is essentially a management

6    analyst?

7        A    The knowledge skills and abilities, the

8    duties --

9        Q    Do you need any accounting background to be

10    -- any accounting background at all to be a

11    management analyst under the standards?

12        A    No.

13        Q    Do you need any accounting background to be

14    an auditor?

15        A    That has nothing to do with this.

16        Q    Do you need any accounting background to be

17    an auditor?

18        A    Yes.

19        Q    Auditing requires an accounting background.

20        A    Yes.

21        Q    In fact, it is related to the accounting

22    and auditing field, correct?

Page 141

1    A    Yes.  Mary Carmichael is an auditor by her

2    grade and her series.  Her --

3    **Q    Her grade and series I believe are 511**

4    **Auditing or 510 Accounting, correct?**

5    A    One of the two.

6    **Q    Yes.  And the management analysts is 343,**

7    **not even in the same area, right?  It's in a**

8    **management area not in a professional accounting**

9    **area, correct?**

10    A    This is not productive but go ahead.

11    **Q    Is that correct?  Am I right?**

12    A    Yes.  Yes.

13    **Q    Now Ms. -- the third person on the thing**

14    **was who?  Who was the third person besides Ms.**

15    **Carmichael?**

16    A    Rick Marlatt.

17    **Q    And Mr. Marlatt --**

18    A    Jerrie Kitchens.

19    **Q    Jerrie Kitchens, was she a management**

20    **analyst?**

21    A    No.

22    **Q    Is she a college educated person?**

Page 142

1        A    I don't know.

2        Q    **She is an administrative assistant, isn't**

3    **she?**

4        A    Yes, to Arleas.

5        Q    **To Arleas, the head of DOA.  But an**

6    **administrative assistant is in the clerical support**

7    **area, isn't she?**

8        A    I'm not sure if that's --

9        Q    **Don't they call secretaries in the business**

10   **world administrative assistants?  Isn't that the new**

11   **term --**

12       A    Is there --

13       Q    **-- for executive secretary?**

14       A    Yes.  Is that her title, administrative

15   assistant?

16       Q    **Well, you told me it was administrative**

17   **assistant.  I didn't say administrative assistant.**

18       A    Are you trying to --

19            MR. JONES:  Objection.

20            BY MR. SHAPIRO:

21       Q    **You said administrative -- is that what she**

22   **is?**

1        MR. JONES:  It misstates prior testimony.

2        BY MR. SHAPIRO:

3    **Q    Is she a college graduate?**

4    A    I don't know.

5    **Q    Has she ever been a management analyst?**

6    A    I don't know.

7    **Q    How did you come to choose her?**

8    A    She was a Grade 14.  HRB encouraged us to -

9    -

10   **Q    HRB --**

11   A    I'm answering the question you just asked.

12   **Q    I got you.**

13   A    HRB encouraged us to select people who were

14   higher graded than the position that was being

15   applied for.  She was a representative of Arleas in

16   the front --

17   **Q    She was on the panel as a representative**

18   **for Arleas?**

19   A    Well, she was from the front office.  I

20   didn't want to pick two people from the OIG or two

21   people from IT.  So we were --

22   **Q    How many are there in DOA?**

Page 144

1          MR. JONES:  Are you finished with your

2     answer?

3          THE WITNESS:  No.  We were instructed to

4     select one person from outside of DOA, which we did.

5      That was Mary Carmichael, OIG.  And somebody

6     internal to MSB who was generally familiar with the

7     work in the branch. That was Rick Marlatt --

8          BY MR. SHAPIRO:

9     **Q    You could have had somebody from the branch**

10    **in.**

11    A    I -- well, he --

12    **Q    You could have had a 14 from the branch.**

13    A    From our section?

14    **Q    Yes.**

15    A    I purposely decided not to do that to avoid

16    any type of bias, claims of bias selections or

17    favoritism, anything like that.  And that was also a

18    recommendation from HRB.

19    **Q    Who gave you these recommendations from**

20    **HRB?**

21    A    I worked with --

22    **Q    Miguel?**

Page 145

1      A    Lorinda Potucek and -- she was very helpful

2   in this regard when it came to -- she was in charge -

3   - along the way there were various steps where I had

4   to submit my questions and benchmarks to Lorinda to

5   ensure that they complied with the consent decree.

6      **Q    What consent decree?**

7      A    Oh my gosh, to --

8      **Q    This is the consent decree on a race**

9   **discrimination suit that requires DOA to --**

10     A    Follow certain procedures and rules when

11  posting a job.  So we had to have her sign off on

12  pretty much every step of the way.

13     **Q    Is she a personnelist?**

14     A    Yeah.

15     **Q    She is?**

16     A    Right now she's on detail to our corporate

17  university, but she's in the HR organization with an

18  HR background.

19     **Q    So in DOA you have contract people, you**

20  **have a contract shop, right, Acquisition Management?**

21     A    Yes.

22     **Q    That's a pretty big shop.  How big is that**

Page 146

1    shop?

2        A    Not anymore.

3        Q    At the time of the selections in 2004?

4        A    About 50 people.

5        Q    Fifty people, which is two to three times

6    the size of MSB, right?

7        A    Correct.

8        Q    Right.  And then you have HR, which is also

9    a pretty big shop.  You could have chosen a 14 from

10   HR to be on the panel, correct?

11       A    Correct.

12       Q    Any other units within DOA?  At this point

13   there were 450 people in DOA of which seven were in

14   your shop, right?

15       A    Right.  Corporate Services Branch.

16       Q    Why didn't you choose somebody with

17   management analyst type experience?

18       A    Well, there aren't many management analyst

19   types in DOA.

20       Q    You didn't have to go only DOA, you could

21   have gone outside DOA and found a management analyst,

22   correct?  You could have found a budget analyst.

Page 147

1    There's lots of --

2         A    It was my judgment.  I made a decision.

3         Q    **Program analyst.  I understand you did, and**

4    **your decision I'm asking you about it.  Why didn't**

5    **you get panelists for that very important first panel**

6    **who knew something of the level we were talking about**

7    **here?**

8         A    Because I believed that the panelists that

9    I selected were extremely intelligent, analytical,

10   were capable of interviewing candidates, asking

11   questions, reading benchmarks, interpreting

12   responses, looking at applications.  They were Grade

13   14, which is a very high level graded employee.  They

14   were professional and I thought it was a good

15   decision.

16        Q    **Excuse me, they didn't have to ask**

17   **questions, they had to read questions.  There were**

18   **five questions to be read, correct?**

19        A    Right.

20        Q    **They didn't ask a single question, did**

21   **they?**

22        A    They read the question.

Page 148

1    Q    They read five questions and they rated the

2    answers, and then they ranked the candidates based on

3    the answers, correct?

4    A    Correct.

5    Q    Okay.  Now you remember the CBC, the short-

6    lived and much maligned CBC.  Do you recall that?

7    A    All too well.

8    Q    That was the new method for giving annual

9    raises or denying them to Corporation employees as a

10   whole, correct?

11   A    To motivate them to perform better.

12   Q    To motivate them to perform better.  What

13   was your participation in the ratings for that?  Tell

14   me how you came to participate and what you did in

15   that process?

16   A    I was responsible for rating the employees

17   in my section, the top contributor to the bottom

18   contributor, then meeting with my counterparts within

19   my branch, Paul's branch MSB, and that was Connie

20   Young -- she's no longer with the Corporation -- and

21   Frances Childers.  So we came together and

22   collectively evaluated the contributions and the

Page 149

1    accomplishments of the bargaining unit and non-

2    bargaining unit employees in MSB.

3        Q    Well, they were done separately, bargaining

4    unit and non-bargaining separate.

5        A    Right.

6        Q    I'm just talking about the non-bargaining

7    unit. You didn't have any bargaining unit people in

8    your --

9        A    No.

10        Q    -- in MSS, right?

11        A    Correct.

12        Q    So it was all non-bargaining?

13        A    Correct.

14        Q    So they were all going to share the same

15    pot or not?

16        A    Correct.

17        Q    How many ratings were there possible in

18    CBC?

19        A    Five.

20        Q    And the last rating got nothing?

21        A    Correct.

22        Q    And then it was a percentage share of the

Page 150

1    pot that was set aside of money that the other

2    ratings would share, rating 1, rating 2, rating 3,

3    rating 4 would share varying percentages going down,

4    correct?

5        A    Correct.

6        Q    By the way, did you participate in that?

7    You were a non-bargaining unit.

8        A    No.

9        Q    You were a manager, so --

10       A    I wasn't involved in that pool.

11       Q    So you got a raise that year, didn't you?

12       A    What year was that?

13       Q    For 2004 but it was done in 2005.

14       A    Yes.

15       Q    What did you get?  What kind of raise did

16   you get?  You can answer.  You've got to answer.

17       A    I'm trying to remember.  I think I got four

18   percent or four and a half percent.

19       Q    Is that high for management, high for your

20   level of employee?

21       A    I don't really know.

22       Q    Were you rated in some --

Page 151

1    A    I don't know what the averages were for the

2    COME ranks across the Corporation.  It sounds like it

3    might have been average.

4        **Q    Pam got nothing, didn't she?**

5        A    Yes.

6        **Q    Zero.  And the -- your co-managers at the**

7    **branch level, they wouldn't have known what Pam's**

8    **accomplishments were except by you telling them about**

9    **it.**

10       A    They relied on me.

11       **Q    So if you wrote something that said she**

12   **didn't accomplish very much, she didn't contribute**

13   **very much in 2004, they wouldn't have any way to**

14   **dispute that, would they?**

15       A    No.

16       **Q    Some of them fought for their people,**

17   **right?**

18       A    We all fought for our people.

19       **Q    Well, you didn't fight for Pam, did you?**

20   **You thought she deserved nothing, de minimus**

21   **contribution, right?**

22       A    Actually, I did not place her in group 5.

Page 152

1    I rated her last in our group of 7 people.

2        Q    I understand that.  You gave her a tiny

3    little write-up in terms of her contributions for

4    2004; is that right?

5        A    And she did a tiny little bit of work in

6    2004.

7        Q    Oh she did?  And you indicated what it was

8    in your sheet, correct?  Everything that she

9    contributed you said?

10       A    No.

11       Q    Why not?

12       A    Because I didn't add everything that

13   everybody contributed to anybody's sheet.  I had

14   people coming to me weeks following that complaining

15   that why didn't you add this, why didn't you add

16   that.

17       Q    Who came to you to complain?

18       A    Wilma Probst, David Lok, Andrew Nickel.

19       Q    They all got money, didn't they?

20       A    Yes.

21       Q    How much money did they get?  What were

22   they rated?

Page 153

1      A      Depends on what the rating was.

2      **Q      How did your group do, your section?**

3      A      Just my section?

4      **Q      Yeah.**

5      A      It spanned all the numbers from 1 to 4.

6      **Q      So who got 1?**

7      A      Andrew Nickel.

8      **Q      Anybody else?**

9      A      No.

10     **Q      Who got 2?**

11     A      I'm sorry, Andrew Nickel did not get 1, he

12     got number 2.  Nobody got 1 in my group.

13     **Q      Who got 2, just Nickel?**

14     A      Just Nickel.

15     **Q      Who got 3?**

16     A      Well, between 3 and 4 everyone else except

17     Pam.

18     **Q      So who got 3 and who got 4?**

19     A      I don't recall.

20     **Q      Anybody in 4?**

21     A      Yeah.

22     **Q      How did your group -- your section do**

Page 154

1    within MSB, the branch?

2        A    When we came together, Paul, me, Connie,

3    Frances, we discussed everybody's contributions and

4    we individually kind of broke down the walls of our

5    individual sections and voted on each other's

6    employees and then --

7        Q    Of course they wouldn't have known about

8    them except what you wrote.

9        A    That's correct.

10       Q    They could vote all they want, but what

11   they were staring at in terms of level of

12   contribution was exactly the way you characterized

13   it.

14       A    But the number one person on my list when I

15   was rating it, the person who ended up in group 1 was

16   not somebody from my section, it was Annette Nelson,

17   an African-American female at the Grade 12 level,

18   approximately Pam's age.

19       Q    So you're free of discrimination on the

20   basis of that I take it?  That's your view?  That's

21   your view of equal employment opportunity, sir?  I'm

22   asking.  Answer the question.

Page 155

1       A     I'm just giving you a factual answer.

2       **Q     So tell me, is that your view of equal**

3    **employment opportunity, you're off the hook because**

4    **you thought --**

5       A     Absolutely not.

6       **Q     Well, then, tell me why you said that?**

7       A     Why did you answer my question that way?  I

8    didn't ask you who you voted for first, who got in

9    first group from another section.

10      **Q     Because of your earlier comments about me**

11   **being white, Glen Bjorkland being white, Paul Sherman**

12   **being white.  Because of my earlier comments.  I see.**

13   **And that's -- so you think that that's what equal**

14   **employment -- that let's you off the hook; is that**

15   **right?**

16      A     Absolutely not.

17      **Q     I see.  Okay.  So you wrote your write-up**

18   **was the thing that followed Pam and all your other**

19   **employees all the way up through the decision; is**

20   **that right?**

21      A     Correct.

22      **Q     And you knew that was going to be the case**

Page 156

1   when you did the write-ups; isn't that right?

2       A    Correct.  And the safety net in that

3   process was that employees have the opportunity to

4   respond in Section 6 of the CBC form with any

5   contributions that were not --

6       Q    That was the safety net?

7       A    On September 14th, 2004, I sent out an e-

8   mail the entire MSS staff asking for their

9   contributions.  It was a requirement to give them an

10  opportunity to tell me what was the most important

11  contributions that you made to the staff over the

12  year.  It was an important process that most

13  supervisors do so supervisors get an idea of what --

14  you know, how employees feel about the assignments

15  that they are accomplishing throughout the year.  It

16  gives them a chance to kind of refresh our memory, my

17  memory.  Everybody responded with one, two, three

18  pages on the staff except for Pam.  I got nothing

19  from Pam.

20      Q    She got nothing from her?  She certainly

21  got the e-mail, huh?

22      A    Oh yeah.  And when I walked to her office a

Page 157

```
 1    couple of days later and asked her, you know, because

 2    sometimes e-mails just get lost or asked if she

 3    wanted to send me anything, she said no.

 4         Q    I see.  And this was the -- this thing

 5    followed her being put on -- for having her position

 6    put on surplus, correct?

 7         A    Yes.

 8         Q    And it followed her not being the one 12

 9    who didn't get promoted to 13, correct?

10         A    Correct.

11         Q    So the sequence of events are all of her

12    colleagues get promoted except her, and she's now

13    left as the only 12 in the unit though she is the

14    most senior person in terms of length of service in

15    the unit, correct?

16         A    Correct.

17         Q    Right.  And she's the only person in the

18    section, in fact, in the branch to be placed on -- to

19    have her position placed on surplus, correct?

20         A    She's the only position to be --

21         Q    Her position was the only one surplussed,

22    correct, in your unit?
```

Page 158

1      A    In my unit.   In my section.

2      **Q    Yes, in your section.**

3      A    Yes.   Yes.

4      **Q    And she's the only person not getting a pay**

5   **increase, correct?**

6      A    Correct.

7      **Q    I'd say she had a bad 2004 from your point**

8   **of view, didn't she?**

9      A    Yes.

10     **Q    She would probably say that, too, wouldn't**

11  **she?**

12     A    (No response.)

13     **Q    Sir?**

14     A    You might want to ask her.

15     **Q    Well, I'm asking you, what do you think?**

16     A    I'm not going to speak for Pam.

17     **Q    I'm not going to ask you to speak for Pam.**

18   **I'm talking for what you think.**

19     A    What's your question?

20     **Q    She got shafted by management in 2004,**

21  **didn't she?**

22     A    I disagree.

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 6**

Page 159

1    Q    You disagree?  She had a great year by

2    management in 2004?

3    A    No.

4    Q    I see.  Okay.  Now I wanted to ask you a

5    question about this replacement for CBC, this Pay for

6    Performance, which you're still living with aren't

7    you?

8    A    (Nods head.)

9         MR. JONES:  You have to answer.

10        THE WITNESS:  Yes.

11        BY MR. SHAPIRO:

12   Q    Did she get a raise in 2005 on the Pay for

13   Performance System?

14   A    Yes.

15   Q    Everybody did, correct?

16   A    No.

17   Q    Unless you were rated unsatisfactory?

18   A    Right.

19   Q    She got the lowest level raise for MSS,

20   right?

21   A    Yes.

22   Q    Nobody else got a raise as low as hers in

Page 160

1    MSS?

2         A    Correct.

3         Q    Again she was at the bottom, correct?

4         A    Correct.

5         Q    In 2005 -- that is, given in 2006 for 2005

6    performance.

7         A    Correct.

8         Q    Did she have a good year in 2005?

9         A    She had a better year in 2005, yes.

10        Q    From your point of view.

11        A    Yes.

12        Q    I see.  And she didn't get a raise -- she

13   wasn't considered this last time as an MSS employee

14   because she had left in August.

15        A    Well, wait a minute.

16        Q    For 2006.

17        A    I don't know what she got in 2005.

18        Q    I just said that.  She wasn't considered in

19   MSS because she had left in August.

20        A    Yes.  But I provided input to her current

21   supervisor.

22        Q    Did you mention what a good job she had

Page 161

1    done in helping in the budget matters?

2        A    I did prepare a --

3        Q    Did she mention what a good job Ms. Mattus

4    thought she had done in helping with the budget

5    matters?

6        A    I don't recall.

7        Q    I see.  So again she got the lowest level

8    of any MSS employee, but this time she got something

9    because the system was changed, correct?

10       A    Correct.

11       Q    Okay.  It seems I want to ask you a

12   question about your personal relations with her.  Now

13   every employee in your office physically has their

14   own office?

15       A    Yes.

16       Q    You don't have like a bullpen setup where

17   people have workstations that don't have doors and

18   that sort of thing, correct?

19       A    No.

20       Q    Everybody has their office?

21       A    Correct.

22       Q    Every office has a door?

Page 162

1      A    Correct.

2      Q    Some people keep their doors closed; some

3  people keep their doors open, correct?

4      A    Correct.

5      Q    Just like anywhere else, people have

6  different styles.  They get disturbed differently by

7  noise or distractions, correct?

8      A    Correct.

9      Q    Do you keep your door open?

10     A    All the time.

11     Q    All the time.  Some people close it

12  sometimes; some people keep it open.

13     A    Correct.

14     Q    I myself sometimes close my door and

15  sometimes I leave it open.  Do you have employees

16  like that?

17     A    Yes.

18     Q    Do you have employees that keep their door

19  closed most of the time?

20     A    Yes.

21     Q    Good employees who do that?

22     A    Yes.

Page 163

1    Q    Who leaves the door closed on your staff?

2    A    Wilma Probst.

3    Q    Abel employee?

4    A    Yes.

5    Q    Fourteen level employee?

6    A    Yes.

7         MR. SHAPIRO:  Off the record.

8         (A brief recess was taken.)

9         BY MR. SHAPIRO:

10   Q    Now we were talking about doors and

11   offices, do you remember that, just before we took

12   the break?

13   A    You like your doors closed or open.

14   Q    And Ms. Probst, she works generally with

15   her door closed, yes?

16   A    Yes.

17   Q    Abel employee?

18   A    Yes.

19   Q    Gets the work done?

20   A    Yes.

21   Q    Congenial employee with her colleagues?

22   A    Yes.

Page 164

1     Q     But likes her privacy and likes to work

2  with her door closed apparently.

3     A     Apparently.

4     Q     Do you hound her about that?

5     A     No.

6     Q     Do you object to her having her door

7  closed?

8     A     No.

9     Q     Do you recall talking to Pam about having

10  her door closed?

11     A     I remember talking to Pam about not

12  communicating with me.

13     Q     Not communicating with you?

14     A     It had absolutely nothing to do with her

15  door --

16     Q     Do you recall telling Pam that she should

17  not keep her door closed?

18     A     I don't recall that.

19     Q     Do you recall telling Pam that she had to

20  talk and be convivial with her colleagues?

21     A     Never said that.

22     Q     Never said that?  Never indicated anything

Page 165

1   like that?

2       A    Never told her she had to be -- I read that

3   in her affidavit.   The conversation, that never took

4   place.

5       Q    She's lying?  You're calling her a liar

6   now?

7       A    I'm saying that I never told her that she

8   had to be jovial and jocular with her workmates.  I

9   remember the conversation well.  What I said was --

10      Q    There was only conversation that you had

11  with her on this subject?

12      A    The one conversation that I'm thinking

13  about.

14      Q    What did you say?

15      A    I said that she -- I walked into her office

16  because I was concerned that she wasn't communicating

17  with me mainly.  I wanted to re-establish some lines

18  of communication.  Her door was closed.  When I came

19  in there she wouldn't talk to me.  She wouldn't look

20  at me.  She wouldn't answer me.  She would

21  occasionally grunt or say something under her breath.

22   And it was when I tend to start once again try and

Page 166

1    re-establish a productive, healthy working

2    relationship.  I mean it was weeks she hadn't said a

3    word to me and people were coming to me from the

4    staff asking me what's wrong with Pam, she hasn't

5    spoken to me.  She doesn't talk anymore.  And I chose

6    to talk to Pam about that.

7        **Q    When was this?**

8        A    January 2005.

9        **Q    So this would have been after her position**

10   **was placed on surplus, right?**

11       A    Correct.

12       **Q    After she had been left at the 12 level by**

13   **everyone else in the unit, correct?**

14       A    Correct.

15       **Q    And had she been told that she wasn't**

16   **getting a raise?  Had you had that conversation with**

17   **her yet?**

18       A    The e-mail would have come out by then.

19       **Q    So she knew that she was not getting**

20   **anything in terms of an annual increase, correct?**

21       A    Correct.

22       **Q    And she had not talked to anybody in weeks**

Page 167

1    even on work-related matters?

2        A    I don't recall she spoke to anybody.

3        Q    Well, the work required that you speak.

4    Was she not doing her work?

5        A    I don't recall at that timeframe.

6        Q    The complaint that you had was that she

7    wasn't talking to you generally.  But if she had

8    work-related things she would let you know, wouldn't

9    she?  She'd e-mail you.  She'd let you know, correct?

10       A    I assume so.

11       Q    She just was not being convivial, correct,

12   that was the complaint.

13       A    The complaint was -- it really wasn't a

14   complaint, it was a concern from me and the staff

15   that she was -- seemed unaccessible even though she

16   was right there.  We could have walked in her office

17   at any time, but folks just didn't feel comfortable

18   asking her help with things, asking her questions

19   about work, or just talking to her in general, and I

20   felt that same level of uncomfort.  It wasn't

21   intended to be a hostile discussion with Pam.  I

22   walked in there with the best of intentions.  I mean

Page 168

1    I really did.  I could have just backed off and done

2    nothing.  I just didn't think that was a good

3    supervisory decision.

4        **Q    Is this the only conversation you had with**

5    **her on this topic?**

6        A    I don't recall.

7        **Q    You're thinking of a particular**

8    **conversation I take it?**

9        A    Yes.  Yes, I am.

10       **Q    Now was there any other conversations you**

11   **recall on this same or similar topic that Pam wasn't**

12   **communicating, that she wasn't making people feel**

13   **comfortable, that people felt uncomfortable with her,**

14   **that she kept her door closed, that she's cutting**

15   **herself, those kinds of things?  Any other**

16   **conversations where you raised or discussed that with**

17   **her?**

18       A    I want to say that topic seemed to come up

19   at mid year review time.

20       **Q    So this was after --**

21       A    That was farther down in the year.

22       **Q    So it was further down in the year?**

Page 169

1      A    Yes.

2      Q    Pam refused to do work?

3      A    No.

4      Q    Pam, in fact, consistently sought work from

5    you, correct --

6      A    Correct.

7      Q    -- right through this period?

8      A    Correct.

9      Q    By e-mails?

10     A    Correct.

11     Q    In person?

12     A    By e-mail.

13     Q    So there's a record of each and every time

14   she asked for work and whether you gave it to her as

15   well, correct?

16     A    Correct.

17     Q    So she was communicating with you, correct?

18     A    Through e-mail, yes.

19     Q    She did the work assigned, didn't she?

20     A    Yes.

21     Q    Okay.  And she asked for more assignments?

22     A    Yes.

Page 170

1    **Q    And you sometimes gave her more**

2    **assignments, not always but sometimes, right?**

3    A    (Nods head.)

4    **Q    Is that a yes?**

5    A    Yes.

6    **Q    So you didn't like the fact that she was**

7    **keeping to herself.  That's what it amounts to,**

8    **correct?**

9    A    It wasn't so much that she was keeping to

10   herself.  I was concerned that by withdrawing from

11   the staff that it detracted from a teamwork

12   environment that perhaps if someone needed help with

13   a project they would be less likely to approach Pam,

14   and it just --

15   **Q    Was she hostile with her colleagues?  Was**

16   **there any talk of that?**

17        MR. JONES:  Can he finish his answer,

18   please, before you start a --

19        BY MR. SHAPIRO:

20   **Q    Sure.**

21   A    Even though I was her supervisor, I was

22   even kind of uncomfortable talking to her, not

Page 171

1    knowing you know if it was the right time or if I was

2    going to get a response.  And again, it was a concern

3    enough for me to make a decision to walk into her

4    office and try and begin a dialogue, a healthy,

5    productive dialogue.

6        **Q    Did you begin to dialogue?**

7        A    I did.

8        **Q    And what happened?**

9        A    It was not a successful dialogue.  Pam

10   erupted into a fit of rage.  She told me to leave her

11   office.  She told me I wasn't a man.  She told me to

12   be a man.  She said some other things.

13       **Q    What did she say?**

14       A    She told me find her a new job.

15       **Q    You mean more work or a different job out**

16   **of your unit?**

17       A    She said if I don't like the way she's

18   sitting in her office, then I should find her a new

19   job.

20       **Q    I see.**

21       A    It wasn't a congenial conversation.  She

22   was screaming at me, yelling at me.

Page 172

1    **Q    So she raised her voice, but you didn't?**

2    A    I did not.  I tried to diffuse the

3    situation and I eventually just made a judgment call

4    to leave.

5    **Q    Anybody overhear this?**

6    A    I don't know.

7    **Q    Who didn't feel comfortable with her?  Who**

8    **told you that they didn't feel comfortable with good**

9    **old Pam not behaving in a good old way?**

10    A    Three people come to mind.

11    **Q    Who is that?**

12    A    Gail Kennedy, David Lok, Bill Gately all

13    approached me.

14    **Q    Out of concern for Pam?**

15    A    Well, just out of concern in general.

16    **Q    Ms. Probst have a problem dealing with Pam?**

17    A    I don't know.  She did not approach me.

18    **Q    How about the contract person, did they**

19    **have a problem?**

20    A    The contract person?

21    MR. JONES:  Objection, vague.

22    BY MR. SHAPIRO:

Page 173

1    Q    Yes, the people who did contract work for

2    you, Mr. David.

3    A    Mr. David?  Did he approach you about Pam?

4    A    He wasn't even there.  He had --

5    Q    He had left?

6    A    Yeah, he wasn't on the staff.  But he

7    wasn't a contract person, though.  Do you mean the

8    contract staff?

9    Q    No, no, I don't mean contract.  I'm sorry.

10    The people who do budget?

11    A    Oh the budget.

12    Q    So he was gone.  He was the budget guy,

13    right?

14    A    Yeah, but he was long gone.

15    Q    He was gone.  So who was doing the budget

16    now?

17    A    Holly.

18    Q    Holly.  Did she approach you that she had

19    a problem dealing with Pam this time?

20    A    I don't recall her approaching me.

21    Q    Pam worked a lot with Ms. Probst, didn't

22    she?

Page 174

1    A    Yes.

2    Q    And she worked some with Holly?

3    A    I would say she worked with everybody

4    throughout the years.

5    Q    I'm talking about in -- around the time

6    that you went into her office and tried to have this

7    conversation with her.  She was working primarily

8    with Holly and with Probst, right?

9    A    I don't recall.

10    Q    But they didn't approach you about Pam?

11    A    I don't recall that.

12    Q    Did Mr. Nickel approach you about Pam?

13    A    I don't recall.

14    Q    Now it seems I want to ask you about

15    something you mentioned in your affidavit about this

16    thing with Ms. Bridges Steely and coming down and

17    making a complaint about Pam.

18    A    Right.

19    Q    Bridges Steely is a white woman, isn't she?

20    A    Yes.

21    Q    And she's the one that had her staff in an

22    uproar about this deep -- putting people on --

Page 175

1    cutting her staff by large numbers, correct?

2         A    Correct.

3         Q    She came down to complain to you or

4    complain to somebody else?

5         A    No, she did not complain to me.  She

6    complained to Paul Sherman.

7         Q    What was her complaint as you understand

8    it?

9         A    Well, this is hearsay because I wasn't

10   there.  But according to Paul, Ann approached him in

11   his office and said that employees on her staff

12   complained that Pam was disturbing them, distracting

13   them from their work because of excessive

14   socializing.

15        Q    Is that it?  That was the sum total of her

16   complaint?

17        A    Yes.

18        Q    And Paul talked it over with you?

19        A    Yes.

20        Q    And you decided that you would go down and

21   talk to Pam about this?

22        A    Yes.

Page 176

1    **Q    Because it would be easier coming from you**

2    **than coming from Paul?**

3    A    I just thought I'm the first-line

4    supervisor and it would be appropriate.

5    **Q    Did you talk to Bridges Steely about this**

6    **before you went down there so you got a good sense of**

7    **what the complaint really was about?**

8    A    No.

9    **Q    I see.  Did you ask Paul who were these**

10   **people who were complaining?**

11   A    Yes.

12   **Q    And who were they?**

13   A    Pam would not release those names.

14   **Q    Pam?**

15   A    I'm sorry, I mean Ann.

16   **Q    Ann would not release those?**

17   A    Ann didn't give them.  I'm not saying she

18   wouldn't, she didn't.

19   **Q    And you didn't call her to get them?  You**

20   **don't know if she would have told you if you'd have**

21   **called but you didn't call?**

22   A    I don't know.  I didn't call.

Page 177

1    Q    I see.  And how far away are those contract

2 people sitting from where Pam sat?

3    A    Just right around the corner.

4    Q    Right around the corner.  Okay.  There was

5 a EEO complaint against Ms. Bridges Steely by a black

6 woman, wasn't there?

7    A    I have no idea.

8    Q    Never heard that?

9    A    No.

10    Q    Ms. Bridges Steely popular with her staff?

11    A    Not very.

12    Q    All right.  Does she have some African-

13 Americans on her staff, did she, Bridges Steely?

14    A    Yes, she does.  She did.

15    Q    Particularly bad relations with them, isn't

16 that right?  Come on, everybody knew that in DOA.

17    A    That was the rumor.

18    Q    And where is Bridges Steely today?  Is she

19 still with DOA?

20    A    No.

21    Q    Where is she?

22    A    Retired.

Page 178

1    Q    She retired?  Forced out?

2    A    I don't know.

3    Q    That's the rumor, isn't it?  Isn't that the

4    rumor?

5    A    I have actually not heard that rumor.

6    Q    You have not heard that she was --

7    A    I've heard lots of rumors but not --

8    Q    -- that it was suggested that she leave?

9    A    I have not heard that rumor.

10    Q    Okay.  So you had this conversation with

11    Pam.  You went down to her office and you said Pam,

12    there's been a complaint made by Bridges Steely?

13    A    I walked into her office, and knowing how

14    her --

15    Q    When was this?

16    A    As soon as --

17    Q    When was it, 2006, 2005 --

18    A    2005.

19    Q    2005, okay.

20    A    I believe.

21    Q    Okay.

22    A    And I knew walking into there that we had a

Page 179

1    strained relationship and so I was very careful in

2    the words that I chose because I did not want her to

3    think that -- in my mind, this was -- everybody talks

4    to everybody else in DOA.  We're --

5        **Q    It's a social group.**

6        A    Well, every work office, you know, there's

7    a certain extent of socializing that occurs.  So I

8    didn't want her to feel like this was a big deal

9    because in my mind it was absolutely not.  It was

10   just in my mind a heads up to Pam that somebody in

11   ASB allegedly said something to Ann and Ann said

12   something to Paul.  And so I was as nice as I could

13   possibly.  I mean --

14       **Q    I understand.  Butter wouldn't have melted**

15   **in your mouth.**

16       A    Thank you.  I said Pam, and I started off,

17   this is not a big deal.

18            MR. JONES:  I believe the term is it would

19   melt in your mouth.

20            BY MR. SHAPIRO:

21       **Q    Go ahead.**

22       A    Pam, this is not a big deal.  I just want

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 6**

Page 180

1    to give you a heads up, please just be mindful that

2    the folks over in ASB, you know, supposedly they

3    complained that maybe you were spending a little more

4    time over there.  I understand that they're stressed,

5    they're under a lot of pressures because of various

6    factors.  Just passing this along to you, FYI, please

7    it's not a big deal.  And it was a very brief

8    conversation.

9        **Q    What was her reaction?  Any?**

10       A    She simply said, "That's very funny."

11       **Q    Did she look at you when she said that?**

12       A    She hadn't looked at me in months.  So no.

13       **Q    So you passed along the information, gave**

14   **her the heads up, and she --**

15       A    I had no doubt in my mind that was Pam

16   smart enough to, you know, -- the matter was closed

17   as far as I'm concerned.  I mean it was just a very

18   minor incident according --

19       **Q    Did you ever hear that Bridges Steely came**

20   **back and said she's still doing it?**

21       A    She never approached me and said that.

22       **Q    And Paul never approached you saying that**

Page 181

1    she said that?

2        A    Correct.

3        Q    And that was the end of the incident as far

4    as you're concerned?

5        A    It never happened again as far as I was

6    concerned.  Pam sent me an e-mail following that

7    conversation.

8        Q    Saying what?

9        A    She just denied that she had been

10   socializing or disturbing or distracting employees.

11       Q    Well, she said she has friends over there,

12   so she had spent some time over there, didn't see?

13       A    Right.  Right.

14       Q    She didn't deny that she went over there

15   socializing, she just denied that she did it

16   excessively or that it had disturbed anybody.

17       A    Correct.

18       Q    You believed that, didn't you?  As you say,

19   everybody's social in that office.  They're close

20   knit.  People have worked there for a long time,

21   right?

22       A    Actually I couldn't imagine why Ann would

Page 182

1    go to the effort of approaching Paul on something

2    like that.  But --

3        **Q    But you had heard rumors about Ann not**

4    **being able to get on with her staff, particularly her**

5    **African-American staff, right?**

6        A    Well, I had heard rumors that she was not

7    well liked by her staff.

8        **Q    Particularly the African-American staff?**

9        A    That I did not hear.

10       **Q    You didn't hear she had EEO problems?**

11       A    I did not hear that.

12       **Q    Okay.**

13           MR. SHAPIRO:  We'll take five.  We're

14   almost done.

15           (A brief recess was taken.)

16           BY MR. SHAPIRO:

17       **Q    I have a couple of clean-up questions here.**

18    **And I'd like to know what you looked at in**

19   **preparation for this deposition, every document that**

20   **you saw if you could tell me please.**

21       A    I looked at every affidavit that Bill Jones

22   provided me.

Page 183

1    Q    And which affidavits did he provide you?

2    A    My own, Pam's, Pam's rebuttal, the

3    affidavit from Paul Sherman, Arleas Kea, Glen

4    Bjorkland.  It was a package.  I think that was all

5    of them.  If I didn't mention my own, there were two

6    of Pam's.  So that was the affidavit package.  And

7    then I looked at performance appraisals, some

8    performance appraisal.  Not very -- I didn't have as

9    much time as I wanted to.

10    Q    A performance appraisal of whom?

11    A    Of everybody on the staff for 2004.

12    Q    Anything else?

13    A    Let me think.  I looked at personal notes

14    of mine that I wrote after -- that I kept to refresh

15    my memory of chronology of events, what happened

16    first, second, third, fourth and from the time I was

17    promoted until 2006, just a timeline.

18    Q    About your career?

19    A    About my career and events along that line

20    since I became chief --

21    Q    Involving Pam?

22    A    -- of the Management Support Section.  No,

Page 184

1    no, just like date I was promoted, the John Bovenzi

2    e-mail, the time period covered by the CBC versus

3    CSA's versus now the PFPs to organize my thoughts.

4    And that's pretty much it.

5        **Q    Do you still have those notes?**

6        A    It's just a one-page handwritten thing.

7    Yeah, I have it with me.  That's it.

8        **Q    That's it?  Counsel show you any documents**

9    **aside from the affidavits?**

10       A    No.

11       **Q    Okay.  Anything in your affidavit that you**

12   **looked at that you think now is not true?**

13       A    No.

14       **Q    It's all true?**

15       A    Nothing comes to mind that --

16       **Q    This is not true?**

17       A    -- is not true.

18           MR. SHAPIRO:  Could we have this marked for

19   identification.

20           (Bendler Deposition Exhibit 5

21           was marked for identification.)

22           BY MR. SHAPIRO:

Page 185

1        Q    I'm showing you what has been marked for

2    identification as Exhibit 5 to this deposition.  I'll

3    ask you to look at this document.  It is document 828

4    through I think 833, although the last two pages

5    don't seem to have a Bates stamp on them in

6    production from the FDIC.

7            Do you know what this document is?

8        A    Yes.

9        Q    What is it?

10       A    It is my ranking of employees from most

11   contributions to the least in preparation for the CBC

12   program for the 2005 -- I'm sorry for the 2004 --

13       Q    CBC, right?

14       A    CBC for 2004.

15       Q    Which happened in 2005.  It couldn't happen

16   in 2004.  You did the ratings after the year was

17   over.

18       A    Correct.

19       Q    So you put this together, this document,

20   Exhibit 5, in preparation for having to fill out the

21   forms for the CBC recommendations, right?

22       A    Oh no, this was kind of a summary that I

Page 186

1   prepared based on the responses I got from my

2   September 14th, 2004 e-mail based on the responses I

3   received from individual employees on their

4   contributions and their accomplishments that they

5   wanted to present to me along with just some little

6   notes that I made to myself.

7       **Q      Well, Pam is on here, so she must have**

8   **responded somehow.**

9       A      She didn't respond.   I --

10      **Q      I see.**

11      A      She did not respond.

12      **Q      I suppose we can have these marked as well.**

13  **Why don't we just do that.**

14          **So this is your work product, this exhibit?**

15      A      Correct.

16      **Q      You wrote this up?  You did the bullets?**

17  **You organized it, and these words are your words?**

18      A      Yes.

19      **Q      So I take it you thought Andrew Nickels --**

20  **from what you've just said, Andrew Nickels was the**

21  **most contributing employee in MSS that year?**

22      A      Correct.

Page 187

1      **Q    David Lok, second; Mark David, third;  Gail**

2    **Kennedy, fourth; Wilma Probst, fifth; Holly Mattus,**

3    **sixth; Bill Gately, seventh; and Pam Brownfield last;**

4    **is that right?**

5      A    Yeah.  I'm not sure if this was my final

6    draft or not.  I may have cut and pasted and

7    reorganized --

8      **Q    Well, you told me that this was top to**

9    **bottom.**

10     A    I mean that's what this is.  Whether it's

11   the final, though, my final decision I'm not sure.  I

12   mean it goes through different iterations as I

13   analyze the workload.

14     **Q    So it's not just what they wrote you, it's**

15   **your impressions?**

16     A    Correct.

17     **Q    Some of what they wrote you you might have**

18   **rejected as not particularly contributing.**

19     A    That's true.

20     **Q    Some things that they did they might have**

21   **spent a lot of time on didn't contribute to the**

22   **Corporation's success that year or mission that year,**

Page 188

1  **right?**

2      A    Or surprisingly some people leave out

3  things that I consider to be pretty important for

4  whatever reason.

5      **Q    But what I said is true, some people wrote**

6  **things that just turns out in your mind wasn't much**

7  **of a contribution?**

8          MR. JONES:  Objection, misstates your

9  previous question.

10          BY MR. SHAPIRO:

11      **Q    Correct?  Some people wrote things that you**

12  **rejected because you didn't think it was much of a**

13  **contribution even though they emphasized it.  It was**

14  **important to them but not important to the**

15  **Corporation?**

16      A    I did not include everything that employees

17  submitted for --

18      **Q    Based on your analysis of contribution?**

19      A    -- various reasons.  Correct.

20          (Bendler Deposition Exhibit 6

21          was marked for identification.)

22          BY MR. SHAPIRO:

Page 189

1    **Q    I'd like you to look at 6.  These are what**

2    **you -- at least the initial ones are what you**

3    **submitted I would say back to Kim Burger.  Before Kim**

4    **Burger, these are all yours, correct, your employees?**

5    A    Before Kim Burger?

6    **Q    Before Kim Burger, these are the CBC**

7    **nominations you submitted to your boss?**

8         MR. JONES:  Do you want to call them by the

9    numbers, 739 through 747?

10        BY MR. SHAPIRO:

11   **Q    Yes, 739 through 747, right?**

12   A    Correct.

13   **Q    And all the words in the justifications are**

14   **your words, right?**

15   A    Correct.

16   **Q    And with regard to Ms. Burger and the**

17   **others, that is 748 through the end, anything you**

18   **know about their contributions for that year is**

19   **limited to this write-up, correct, because you don't**

20   **really know what they did?**

21   A    Incorrect.

22   **Q    Incorrect?**

Page 190

1          A     Because we -- his contributions and his

2     accomplishments were discussed when we -- what I told

3     you earlier, when we met as a group.

4          **Q     I understand.  But they were told to you by**

5     **that person's supervisor.**

6          A     Right.  But it may extend beyond this

7     write-up.

8          **Q     I understand.  But it would have been the**

9     **product of conversations with the person who wrote**

10    **this?**

11         A     Correct.

12         **Q     And that's true of everybody else?**

13         A     Correct.

14         **Q     Good.  Okay, you can put it aside.**

15         MR. SHAPIRO: Okay, I don't have anything

16    further.  Do you have some questions?

17         MR. JONES:  We will read and sign.

18         (Whereupon, at approximately 7:00 p.m. the

19    deposition of DANIEL BENDLER was adjourned.)

20                              *  *  *  *

21         I have read the foregoing pages, which are

22    a correct transcript of the answers given by me to

Page 191

1    the questions therein recorded.

2

3    DEPONENT: _____

4

5        DATE: _____

6

7