**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200     Fax: (202) 296-3468

# ERRATA

In Re: **Pamela A. Brownfield**     v     **Sheila C. Bair, Chairman**

Case No. **1:05-cv-02468-EGS**     Date Taken **March 15, 2007**

Disposition Of: **Daniel Bendler**

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 7 | 6 | (A) I was not the -- | (A) I was not the primary property Manager. |
| 16 | 5 | (A) I was already the chief, so she was of the picture. | (A) I was not already the chief, Holly had joined the MSS before I became chief. |
| 16 | 9 | (A) Right. | (A) Incorrect. |
| 26 | 1 | (A) relied very heavily on -- | (A) relied very heavily on HR's guidance. |
| 56 | 21 | (A) -- | (A) very near my office. |
| 69 | 10 | (A) would -- that is -- | (A) would. I believe I rescheduled Pam's interview or at least begun the process before she had returned. |
| 81 | 9 | (A) That's your assumption. | (A) That's my assumption. |
| 84 | 10 | (A) enough information with me to -- | (A) enough information with me to -- positively state the difference in the complexity of work between Lok & Brownfield during 2003. |
| 84 | 20 | (A) Resolution Program, he began to -- he flourished in | (A) Resolution Program, he began to lead meetings & independently resolve/draft responses to audit reports. -- he flourished in |
| 85 | 7 | (A) There's no team leaders. | (A) There are no team leaders. |
| 86 | 11 | (A) He was clearly setting himself apart from his --. | (A) He was clearly setting himself apart from his PD. |
| 86 | 20 | (A) Not without consulting with my --with some | (A) Not without consulting with my notes. |

Deponent
Signature: _____     Date: 5/1/07

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200     Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield          v        Sheila C. Bair, Chairman

Case No.   1:05-cv-02468-EGS            Date Taken   March 15, 2007

Disposition Of:   Daniel Bendler

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 87 | 16 | (A) proposals where you analyze division and offices' | (A) proposals which involve analyzing divisions' and offices' |
| 89 | 18 | (A) Those -- that event --that was a recurring. That | (A) Those -- that event --that was recurring. That |
| 90 | 12 | (A) David Lok and Pam Brownfield was assigned | (A) David Lok and Pam Brownfield were assigned |
| 91 | 21 | (A) David and he was busting his but putting together | (A) David and he was busting his butt putting together |
| 91 | 22 | (A) these -- | (A) and -- |
| 92 | 3 | (A) common business practice that we d form a team of two | (A) common business practice that we'd form a team of two |
| 92 | 4 | (A) files are different sizes and there's other | (A) files are different sizes and there are other |
| 92 | 10 | (A) workload. David -- I don't know the exact numbers -- | (A) workload. David -- I don't know the exact number -- |
| 92 | 14 | (A) up because we were pressed up against our deadline. | (A) up because we were approaching against our deadline. |
| 94 | 15 | (A) I chose instead to do | (A) I chose instead to |
| 94 | 16 | (A) that to talk to people about any shortfalls during | (A) talk to people about any shortfalls during |
| 96 | 20 | (A) help her become back | (A) help her become |
| 97 | 7 | (A) I said what can I do to reconnect with | (A) I requested advice on how I could reconnect with |
| 100 | 6 | (A) tried to -- you | (A) tried to assign meaningful jobs to her -- you |
| 100 | 18 | (A) From time at certain parts of the year, | (A) From time to time at certain parts of the year, |

Deponent
Signature: _[signature]_____   Date: 5/1/07

**Brownfield v. Bair, 05-cv-2468-EGS**
Exhibit 6-1
Page 2 of 6

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200     Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield              v         Sheila C. Bair, Chairman

Case No.   1:05-cv-02468-EGS              Date Taken   March 15, 2007

Disposition Of:   Daniel Bendler

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 101 | 15 | (A) It was just a really time intensive - | (A) It was just a really time intensive process. |
| 101 | 16 | (A) - you know, it was a lot of work that Pam handled for | (A) It was a lot of work that Pam handled for |
| 102 | 5 | (A) It kind of | (A) It |
| 103 | 6 | (A) to be in charge of -- | (A) to be in charge of-- our group and is very familiar w/ our responsibilities. |
| 103 | 13 | (A) or his interaction with the -- | (A) or his interaction with the -- employees. |
| 105 | 14 | (A) Usually but no always. | (A) Usually but not always. |
| 106 | 1 | (A) painful, painful process that started with from way | (A) painful, painful process that started from way |
| 106 | 9 | (A) who maybe we needed to re-evaluate our workload and | (A) and maybe we needed to re-evaluate our workload and |
| 108 | 14 | (A) day I started in my job interview we were almost | (A) day I started in my job interview we were almost always |
| 111 | 2 | (A) if you sit tight and you just keep patient, then you | (A) if you sit tight and you just remain patient, then you |
| 111 | 12 | (A) had to move furniture and move offices and contract's | (A) had to move furniture and move offices and contract specialists |
| 111 | 15 | (A) a little bit of a breathing -- we had a stay of | (A) a little bit of breathing room -- we had a stay of |
| 112 | 22 | (A) All those type of analyses were | (A) All those types of analyses were |
| 114 | 16 | (A) forbidden from telling anybody who's on the -- any | (A) forbidden from telling anybody who was on the -- any |
| 115 | 2 | (A) because I can't tell her something that is going to | (A) because I can't tell her something that is going to happen |

Deponent
Signature: _____      Date: 5/1/07

**Brownfield v. Bair, 05-cv-2468-EGS**
Exhibit B-1
Page 3 of 6

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield        v    Sheila C. Bair, Chairman

Case No.  1:05-cv-02468-EGS       Date Taken   March 15, 2007

Disposition Of:   Daniel Bendler

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
| --- | --- | --- | --- |
| 115 | 3 | (A) in the next few days impact her life greatly. | (A) in the next few days that will impact her life greatly. |
| 118 | 2 | (A) figured that they -- whether or not Ann told -- | (A) figured that they were in harm's way -- whether or not Ann told. |
| 120 | 6 | (A) were never told that had to go down by a quantity or | (A) were never told that we had to go down by a quantity or |
| 122 | 4 | (A) I could have dug as deep as I was -- as | (A) I dug as deep as made sense |
| 122 | 5 | (A) deep as I was told. | (A) according to our projected workload. |
| 122 | 11 | (A) who as placed on the surplus list. | (A) who was placed on the surplus list. |
| 122 | 16 | (A) money, but it's also a question of efficiency. It's | (A) money, but it's also a question of effectiveness  It's |
| 123 | 9 | (A) efficiency and about creating a health organization. | (A) efficiency and about creating a healthy organization. |
| 125 | 5 | (A) We lost -- that was -- we not backfilling. | (A) We lost -- that was -- we were not backfilling. |
| 127 | 12 | (A) understanding was that when don Pell left, our then | (A) understanding was that when Don Powell left, our then Acting. |
| 127 | 16 | (A) to reclaim. | (A) to reclaim positions. |
| 129 | 13 | (A) her do some reporting.  It wasn't -- | (A) her do some reporting. |
| 133 | 14 | (A) The authoritarian person on this matter is | (A) The authoritative person on this matter is |
| 136 | 20 | (A) to select the first panel in terms of what type of | (A) to select the first panel in terms of |
| 136 | 21 | (A) people. | (A) grade level & organizational placement. |

Deponent
Signature: [signature]                            Date: 5/1/07

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 6-1
Page 4 of 6

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield         v    Sheila C. Bair, Chairman

Case No.   1:05-cv-02468-EGS          Date Taken    March 15, 2007

Disposition Of:   Daniel Bendler

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 139 | 8 | (A) He as a 14. | (A) He was a 14. |
| 140 | 8 | (A) duties -- | (A) duties -- are nearly identical. |
| 143 | 8 | (A) She was a Grade 14. HRB encouraged us to - | (A) She was a Grade 14. HRB encouraged us to – select higher graded employees, possibly ones who were not closely associated with candidates, to serve on the panel. |
| 143 | 16 | (A) the front -- | (A) the front – office, who was also a professional & experienced employee. |
| 147 | 2 | (A) It was my judgment. I made a decision. | (A) It was my judgment. I made a decision, to select the panel members & they were qualified panel members. |
| 150 | 2 | (A) COME ranks across the Corporation. It sounds like it | (A) CM ranks across the Corporation. It sounds like it |
| 155 | 7 | (A) Why did you answer my question that way? I | (Q) Why did you answer my question that way? I **(lines 8 and 9 continues line 7 question)** |
| 155 | 10 | (Q) Because of your earlier comments about me | (A) Because of your earlier comments about me **(lines 11 and 12 continues this answer to the period.)** |
| 155 | 10 | (A) I see. | (A) I see. **(lines 13 though 15 continues this question)** |
| 156 | 8 | (A) mail the entire MMS staff asking for their | (A) mail to the entire MSS ~~MMS~~ staff asking for their |
| 156 | 11 | (A) contributions that you made to the staff over the | (A) contributions that they had made to the staff over the |

Deponent
Signature: [signature]                    Date: 5/1/07

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re:  Pamela A. Brownfield      v      Sheila C. Bair, Chairman

Case No.  1:05-cv-02468-EGS         Date Taken  March 15, 2007

Disposition Of:  Daniel Bendler

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 156 | 16 | (A) gives them a chance to kind of refresh our memory, my | (A) gives them a chance to refresh our memory, my |
| 161 | 2 | (A) I did prepare a -- | (A) I did prepare a -- close out appraisal. |
| 162 | 10 | (A) All the time. | (A) Most of the time. |
| 171 | 14 | (A) She told me find her a new job. | (A) She told me to find her a new job. |
| 173 | 3 | (A) Mr. David? Did he approach you about Pam? | (Q) Mr. David? Did he approach you about Pam? |
| 179 | 13 | (A) possibly. I mean -- | (A) possibly be. I mean -- |
| 180 | 15 | (A) I had no doubt in my mind that was Pam | (A) I had no doubt in my mind that Pam was |
| 180 | 17 | (A) as far as I'm concerned. I mean it was just a very | (A) as far as I was concerned. I mean it was just a very |
| 180 | 18 | (A) minor incident according -- | (A) minor incident according -- to the chain of events. |
| 184 | 7 | (A) yeah, I have it with me. That's it. | (A) yeah, I don't have it with me. That's it. |
| 186 | 9 | (A) She didn't respond. I -- | (A) She didn't respond. I -- added a few points for her but she provided no information. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: /s/ Bendler            Date: 5/1/07

**Brownfield v. Bair, 05-cv-2468-EGS**
Exhibit 6-
Page 6 of 6