## COMPLAINANT'S AFFIDAVIT

I, Pamela Brownfield, am an employee of the Federal Deposit Insurance Corporation located in Washington, D.C. My telephone number during working hours is: 202-942-3658.

Having been fully informed of my rights as a witness in an EEO investigation, as set forth in the attached Notice of Rights of Witnesses in EEO Investigations, I solemnly swear that the statement, which follows, is true and complete to the best of my knowledge and belief and fully addresses the issues and allegations raised by me in my EEO complaint.

**Question 1:** What is your race?

**My Response:** I am African American.

**Question 2:** Describe your current position, including your duties and responsibilities in that position.

**My Response:** I am a Management Analyst, CG-343-12 in the Management Support Section, Management Services Branch of the Division of Administration ("DOA"). The DOA supports the FDIC with administrative services. As a Management Analyst, I am responsible for risk-based testing and the reporting process of DOA functions pursuant to the Chief Financial Officer Act ("CFOA"). During the 2004 review process, I gathered and analyzed information and prepared written reports of my findings and those of other analysts. I also summarized the results of three separate regional office reviews into succinct reports for each risk area. In addition, I submitted all these reports to management for approval and inclusion in the corporate CFOA report. I also work on special projects for the DOA which, during the 2004 compensation year, included testing a computer-based instruction courses, researching and summarizing the FDIC's primary business functions, locations, and assets for the FDIC's Critical Infrastructure Plan. I am responsible for scheduling the bi-monthly Customer Advisory Committee preparing the agenda and minutes, and the annual audit of employees' time and attendance records, and,

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 8

37


Initials

Case No. FDICEO 050036
Pamela Brownfield, Complainant
Page 2 of 7

during 2004, coordinating the request for information between investigators and DOA staff for Equal Employment Opportunity complaints in DOA. Additionally, I evaluate corporate reorganization proposals (although I began the DRR proposal in February 2004, it was later pulled in March 2004 due to the upcoming Workforce Planning). Also during the compensation period, I participated in the Administrative Compliance Review at Headquarters by evaluating all the Washington-area mailrooms and assisting another analyst in completing his work reviewing procurement credit cards. I assisted a senior analyst by preparing approximately 20 email/memoranda to request credit card holder files from the various approving officials at the field sites. And I coordinated the directive review process for DOA.

**Question 3:** Describe the organizational structure of the Management Services section.

**My Response:** Actually, the name of the section of the DOA in which I work is the "Management Support Section." In that section, there are currently eight Management Analysts: one CG-15 Analyst; three CG-14 Analysts; three CG-13 Analysts; and one CG-12 Analyst. One CG-14 Management Analyst unexpectedly took the buyout offered by the FDIC in March 2005. Daniel Bendler is a CG-15 Analyst and is the section chief. He is my direct supervisor. Paul Sherman is the Assistant Director of the Management Services Branch and is my second line supervisor. I am the only CG-12 Analyst in the section.

**Question 4:** What is the racial make-up of your department?

**My Response:** I am the only African American in my section. The other seven Management Analysts are either Caucasian or Asian. They are all of a higher grade than me. There are 27 employees (actually, now that two employees have left with the buyout, and including the vacant position, the current number is 25 employees) in the Management Services Branch. Of those 27



employees, there are another two African American employees who are also in CG-12 positions. All other higher graded positions are filled by employees who are either Caucasian or Asian.

**Question 5:** Why do you believe that you were discriminated against when you were placed in Group V of the FDIC's Contribution Based Compensation Program for the 2005 compensation period?

**My Response:** In 2005, the FDIC began a new compensation program called the Contribution Based Compensation Program ("CBC"). This program was described by the Corporation as compensating employees based on their contributions throughout the rating year. The program had five different performance groups with Group I being the highest and Group V being the lowest in contributions. Employees in Group V did not get a pay increase for 2005. We were asked to write a bulleted list of additional tasks completed between October 1 and December 31, 2004, after the close of the performance review period for the 2005 compensation period that set forth our accomplishments during 2004. Although supervisors did not have to place employees in a specific category, Mr. Bendler took that information and then ranked us into one of the five performance groups – placing me in Group V, thereby implying that in his view I had not made any valuable contributions to the Corporation during 2004.

I believe that his placing me in Group V was an act of discrimination based on my race. I am the only African American in my section and was the only employee in my section to be placed in Group V. Prior to the CBC Program, I had always received 'fully successful' performance ratings and pay increases. In fact, I had made important contributions to the Corporation during 2004, just as other employees in my section had -- though as a CG-12 (my colleagues being higher graded employees) my contributions might well be considered more worthy of recognition. My work on the annual CFOA process was high level and was included in the

FDIC's report to Congress. Certainly, I should not have been placed in Group V and thereby been denied a pay increase. My sister passed away in February 2004 after a long illness and I returned to work immediately after the funeral. Within two weeks I had to interview for a competitive promotion to the CG-13. I did not have enough time to prepare for the interview and did not perform well during the interview. All the other CG-12 Management Analysts in my section – none of whom are African American -- were promoted to CG-13 level except me; I was the only one not promoted. When my position was put on the surplus list in December 2004, I realized that my not being promoted to CG-13 when all my non-African American co-workers were promoted to that grade level fit perfectly with management's plan to get rid of me without risk or effort by abolishing my position effective August 2006. My position was the only one in my Section and only one of four in my Branch to be put on the surplus list. Of the other three positions in my branch to be "surplused", one was vacant, one is currently filled by an older worker who is known to be retiring soon, and one is currently filled by a lower-graded an Asian male who is hearing impaired. I believe that my position was eliminated because it was easy to take such an action against an African American female – and management set up the ease by denying me the promotion obtained by my colleagues and devaluing my contribution to the Corporation.

**Question 6:** Why do you believe that you have been subjected to a hostile work environment?

**My Response:** After my position was put on the surplus list, I was angry. I had worked hard for the FDIC and my unit and I believed that I had not been treated fairly. When I was not promoted along with the other CG-12s in my section (all of whom are non-African American) in early March 2004, certainly I did not initially feel like socializing at the office. However, by the end of March 2004 I had got back with the "program" -- once I got over not getting the promotion.



Indeed, by the Spring of 2004 I was making gifts for my co-workers' children and bringing snacks to share in the office. However, I did again stay to myself after being notified of the position being placed on the surplus list, closing my door often because I needed to concentrate on work and did not want to chit-chat with others in the office. I attended Corporation-sponsored individual sessions in Anger and the Other Emotions of Change, as I (along with a deaf Asian man in my branch, but not in my section) were the only people on a floor of almost 40 employees who were set to lose their jobs -- unlike in other branches within the division where the "pain" was more evenly distributed. Mr. Bendler indicated that he expected me to be the same friendly, happy person that I was before the surplus list came out – he just did not seem to appreciate that, under the circumstances, I did not want to socialize because of the hurtful and discriminatory decisions he and Mr. Sherman had made. In a meeting on January 18, 2005, Mr. Bendler told me that I could not go around "snubbing" the people in the office, and on January 25, 2005, he wrote me up based on what he perceived occurred during our discussion on January 18, 2005 – mentioning performance issues that we had never discussed before and using the fact that I had suffered a period of grief following my sister's death against me. I believe that his actions were unfair and created a hostile work environment. I feel betrayed by Mr. Bendler and by Mr. Sherman, who supported Mr. Bendler's actions. I have worked with both men for a number of years. Although I went through a difficult year, I did not ask for, require, or expect any special favors; all I wanted and expected was to be evaluated and awarded fairly and equally with my non-African American co-workers. On this, Bendler was incapable of setting aside his bigotry, and Sherman, to his shame, supported this discriminatory attitude and conduct.


Initials

**Question 7:** Who specifically do you believe has discriminated against you?

**My Response:** I believe that Mr. Bendler and Mr. Sherman discriminated against me. They could have given me more time to prepare for the CG-13 interview after my sister's death – or, failing that, given me an opportunity for a second interview once it was clear that I was not myself during the first interview (which came so quickly after my return from my sister's deathbed). While I lodged no complaint about this at the time, it later became clear to me that my discomfort immediately following my return to duty in the aftermath of my sister's death suited Bendler's and Sherman's plan to get rid of me -- the sole African American at my level. Bendler's later-revealed decision to put my job on the surplus list, and Sherman's support of that decision, was the next step in that plan. Likewise, Bendler and Sherman made the decision that I should be placed in Group V of the CBC Program in furtherance of this plan of harassing me out of the FDIC. As window dressing – a cover for their racially discriminatory motives -- Arleas Upton Kea, who is an African American executive and the DOA division director, signed off on and "approved" of their actions.

**Question 8:** Do you know of any documents that contain relevant information about the facts related to your claims of discrimination?

**My Response:** None that I can identify at this time, except my work-product which Bendler and Sherman failed to fairly and properly evaluate on the same basis on which they evaluated the work of the other professionals on the staff – all of whom are either white and Asian and are of a higher grade level than me.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 8




Initials

**Question 9:** What relief are you seeking from your complaint?

**My Response:** At a minimum, I want to be retroactively placed in Group IV for the 2005 compensation year, with full back pay; I want a Career Development Plan to the CG-13 level so that I can attain promotion to CG-13; I want my position to be taken off the surplus list; I want my legal fees to be paid; finally, I belief I should be awarded monetary relief for the emotional pain, humiliation and unpleasantness caused by management's race-based hostility.

**Question 10:** Is there anything you would like to add to the record about your complaint at this time?

**My Response:** Not at this time.

I have reviewed this statement, which consists of seven (7) pages, and hereby solemnly swear that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____
Pamela Brownfield (Affiant)

August 9, 2005
Date