**AFFIDAVIT**

**DISTRICT OF COLUMBIA**

**CITY OF WASHINGTON**

I, Pamela Brownfield, Management Analyst, CG-343-12, Management Support Section, Management Services Branch, Division of Administration, Federal Deposit Insurance Corporation, after first being placed under oath, make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for the Federal Deposit Insurance Corporation, investigating a complaint of employment discrimination filed by Pamela Brownfield, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

In response to questions from the EEO Investigator, I hereby solemnly swear or affirm:

1. I have held my current position as a CG-12 Management Analyst since 2000 and have 25 years of Federal service. My 1st and 2nd level supervisors are Daniel Bendler and Paul Sherman. I have worked with Mr. Bendler since late 1996 or early 1997 when we were colleagues. He was promoted to a CG-15 position in early 2003 and then began to supervise me. I have known and worked with Mr. Sherman since March 1992. I am the only grade 12 employee on the MSS staff of 8 employees and I am the only African American.

2.  I allege that I have been discriminated and retaliated against, harassed, and subjected to a hostile work environment because of my race (African American) and my protected EEO activity. Mr. Bendler and Mr. Sherman are the management officials I believe to be responsible for continuously discriminating against me since at least 2004. My EEO activity consists of a formal complaint that I filed in May 2005 over a pay issue. Mr. Bendler, Mr. Sherman and Arleas Upton Kea, the DOA Director, were all alleged discriminating officials. That complaint is now pending in U.S. District Court and currently in the discovery phase. Mr. Bendler's and Mr. Sherman's harassment has continuously intensified since I filed that complaint.

3.  In February 2006, Ann Bridges Steely, Associate Director, Acquisition Services Branch (ASB), allegedly complained about me. I was in training with my seven section co-workers and about 6-7 other employees from the Acquisition Services Branch between February 21 and 23. The course was Introduction to Business Analysis. Mr. Bendler came to me on February 23, approximately 2 hours after the conclusion of the training class, and said Ms. Steely complained that I had been disturbing and distracting employees in the ASB. He said I needed to stay

away from the ASB but I don't recall going to that work area that week. During training I engaged in light conversation with some of my friends from ASB but it was by no means disruptive to anyone and no one said anything at the time. He also told me I needed to be "mindful" of spending extensive time in the ASB work area. He spoke as though I had been going there and making trouble but I had not been going to ASB with any kind of frequency.

4.  I found it strange to have my supervisor say this to me so I asked my co-workers if he said this to any of them. Those I asked all said no. I also asked several people in ASB if they knew anything about this and they said no. I had no communication with Ms. Steely or Mr. Sherman about this incident. After we talked, I sent Mr. Bendler an email confirming what was said. I was harmed by this incident because I felt singled out for no good reason. I felt I couldn't talk to anyone anymore out of fear that my supervisor will make accusations against me and that I could be told not to speak with other FDIC employees with whom I am friends. The message for me to be watchful about who I talk with was clear.

5. Another example of harassment concerns my workload. Mr. Bendler gives me all my work and for many years I was heavily involved in the Chief Financial Officer Act risk assessment process. I was responsible for data write-ups after the testing phase was completed. I actually did all the write-ups, with oversight from a CG-14 employee. In 2005, this responsibility was taken away and I was left with only one small part -- testing and writing up the procurement credit card area. My work went to higher-graded employees like William Gatley (13), David Lok (13), Gail Kennedy (14), Andrew Nickle (14), and Wilma Probst Levy (14). We were told in a staff meeting about the change but I was never given a valid reason for the adverse impact this had on my duties.

I was also the DOA contact person for the Directive Review Process since 2003. This work was also taken from me sometime during 2005. I stopped receiving email contacts requesting I apply the reviewing process. I have no idea who does it now. It has to be someone because the Review Process is still going on. There was no meeting held, or announcement made about the change.

During this time period, I would ask Mr. Bendler for work assignments and he usually responded that he had nothing for me. I specifically spent one 6-week period

(between January and February 2006) with no assignments and while actively asking for something to do. There were other times when I received no assignments for one or two, even three weeks at a time. I was left with reviewing and organizing my files and attending to whatever little jobs I could find or make up. During this period, all my white co-workers were busy. When I asked about that difference, Mr. Bendler just said their work areas were more "robust."

6. Another example of harassment concerns restrictions on my on-going contacts with co-workers. Because of Mr. Bendler's complaint in February 2006 about me bothering people, I began to be careful about speaking to anyone. My floor has DOA and the Division of Finance offices and I know and used to be friendly with many employees from both divisions. I have not been told that I cannot speak to anyone but my actions have certainly been chilled by Mr. Bendler's treatment.

7. I have also been treated in a hostile and exclusionary manner by Mr. Bendler. For example, on February 9, 2006, following an all-hands Division meeting there was a branch appreciation luncheon for about 20-25 people in the MSB. He knew I was not interested in

socializing with the group because of the way he had been treating me so I did not go to the luncheon, which was held in a conference room right next to my office. Close to the time the luncheon was to end, I was about to go out to have my own lunch and Mr. Bendler came to my door and asked if I wanted to join them. The luncheon was nearly over and I had not given any indication that I planned to attend so I felt his late invitation was odd. I said no and immediately after he stepped back into the room I heard an uproar of loud laughter. It was obvious that he said something to make everyone laugh and I must assume it was about me. I felt very bad after that and I wanted to go right into the room and tell him to stop treating me like this. Later I went by his office to tell him if I don't come to an event like that it is because I do not want to come. He replied that he just wanted to make an invitation to me a second time. I believe Mr. Bendler would make a joke about me in that way in front of an audience. That's how he does it, when he has an audience to perform in front of.

8. I also allege I was discriminated and retaliated against when I was placed in Group III in the Pay for Performance Program in March 2006. This was the first year

we were allowed to review and comment on our PFP evaluations. Mr. Bendler completely left out some important work I did. In an email addressed to him, I pointed out that I prepared the schedule, agenda and minutes for the Customer Advisory Committee bi-monthly meetings. I am the only person in the corporation who does this yet he said nothing of it in my evaluation. He also stated in my PFP form that I "helped" with revisions to CFOA documents when in fact I did all the revisions myself. I should have been placed in Group II because I do excellent work and even seek work when he fails to give me anything to do.

9. I believe my race has been used against me because I am the only African American in the office, the only one on the surplus list and the only person who got no raise. Also, I have been subjected to continuous retaliation ever since I sought help with my situation from the agency's EEO office. Mr. Bendler and Mr. Sherman strongly resent my challenge to their actions by filing an EEO complaint.

10. I ask for compensatory damages because the way management has treated me has resulted in my gaining weight

and feeling very stressed out and humiliated every day. I come in to work and do my job because I have dignity for who I am, but the stress is very hard on me. I also suffer from sleeplessness. I never know if I will get credit for my work and often feel isolated. I am always afraid of being mischaracterized in what I do and this often makes me feel very sad. I have taken Zanax for anxiety but I try not to take it unless I have to.

11. As witnesses, I suggest Andrew Nickle and Wilma Probst Levy.

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of perjury. I understand that the information I have given is not to be considered strictly confidential and may be shown to interested parties on a need to know basis pursuant to applicable EEOC regulations.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 4th day of August, 2006.

_____
Notary Public, D.C.
My commission expires _____

Pamela Brownfield    8/4/06

Constantine Fersizidis
Notary Public, District of Columbia
My Commission Expires 11/14/2010

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 9

Page 8 of 8    Initials PAB