IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA


- - - - - - - - - - - - - - - - - x
                                  :
PAMELA A. BROWNFIELD,             :
                                  :
          Plaintiff,              :
                                  :
     v.                           : Civil Action No.
                                  : 1:05-cv-02468-EGS
SHEILA C. BAIR,                   :
CHAIRMAN, FEDERAL DEPOSIT         :
INSURANCE CORPORATION             :
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - x


                         Washington, D.C.

                         Tuesday, March 13, 2007


Deposition of

          MARY C. CARMICHAEL

a witness of lawful age, taken on behalf of the

Plaintiff in the above-entitled action, before Rita

M. Hemphill, Notary Public in and for the District of

Columbia, in the offices of Swick and Shapiro, P.C.,

1225 I Street, N.W., Suite 1290, Washington, D.C.

20005, commencing at 10:05 a.m.

Page 2

APPEARANCES:

On Behalf of the Plaintiff:


DAVID H. SHAPIRO, ESQ.

SARAH L. RIGER, ESQ.

Swick and Shapiro, P.C.

1225 Eye Street, N.W., Suite 1290

Washington, D.C.  20005



On Behalf of the Defendant:


WILLIAM S. JONES, ESQ.

PATRICIA DAVISON-LEWIS, ESQ.

Federal Deposit Insurance Corporation

3501 Fairfax Drive

Arlington, VA  22226



Also Present:


Pamela Brownfield, Plaintiff

Page 3

| 1 | - | Job analysis worksheet | 59 |
| 2 | - | Packet of interview materials | 61 |
| 3 | - | Score sheets for management analyst selection | 85 |
| 4 | - | M. Carmichael's rating of P. Brownfield's interview, 2/23/04 | 96 |
| 5 | - | M. Carmichael's rating of D. Lok's interview, 2/5/04 | 114 |
| 6 | - | M. Carmichael's rating of V. Baker's interview, 2/4/04 | 129 |
| 7 | - | M. Carmichael's rating of H. Mattus' interview, 2/4/04 | 135 |

Page 4

1                    P R O C E E D I N G S

2       Whereupon,

3                       MARY C. CARMICHAEL

4       was called as a witness and, having been first duly

5       sworn, was examined and testified as follows:

6                 REPORTER:  Please state your full name for

7       the record.

8                 THE WITNESS:  Mary Catherine Carmichael.

9                 REPORTER:  Thank you.

10                EXAMINATION BY COUNSEL FOR PLAINTIFF

11                BY MR. SHAPIRO:

12          Q    **Ms. Carmichael, can you tell us what your**

13      **address is?**

14          A    26095 Glasgow Drive.

15          Q    **Glasgow?**

16          A    Yes.

17          Q    **Spell that.**

18          A    G-l-a-s-g-o-w Drive, South Riding.

19          Q    **South Riding?**

20          A    Yes.

21          Q    **R-i-d --**

22          A    -- i-n-g.  Virginia, 20152.

1       **Q**    **What county is that in?**

2       A    Loudoun.

3       **Q**    **And your home phone number there?**

4       A    703-327-8703.

5       **Q**    **And you are Caucasian?**

6       A    Yes.

7       **Q**    **And what is your age?**

8       A    Forty-three.

9       **Q**    **Where were you raised?**

10      A    I am an Army brat, so I lived all over, but

11    primarily, I would say this area.

12      **Q**    **Washington area.**

13      A    Washington, D.C.

14      **Q**    **Virginia?**

15      A    Maryland.

16      **Q**    **Maryland.  Okay.  And can you tell us if**

17    **you are a college graduate?**

18      A    Yes.

19      **Q**    **And where did you go to college?**

20      A    Florida State University.

21      **Q**    **That is in Tallahassee?**

22      A    Yes.

1    Q    What did you study?

2    A    Accounting.

3    Q    And do you have a degree from there?

4    A    Yes.

5    Q    And what is the degree?

6    A    B.S.

7    Q    B.S. in business administration or in

8    accounting?

9    A    In accounting.

10    Q    And when did you graduate?

11    A    1985.

12    Q    Where did you go to high school?

13    A    Friendly Senior High, Fort Washington,

14    Maryland.

15    Q    And do you have a degree after the bachelor

16    of science?

17    A    No.

18    Q    Have you taken any courses, master's degree

19    courses?

20    A    No.

21    Q    And when did you graduate from high school?

22    A    1981.

1    Q    So you went straight to college from high
2    school?

3    A    Yes.

4    Q    And you went full-time to college at
5    Florida State?

6    A    Yes.

7    Q    Good.  And can you tell us where you are
8    currently employed.

9    A    I work for the Federal Deposit Insurance
10   Corporation, Office of Inspector General, Office of
11   Audit.

12   Q    And what is your position there?

13   A    I am an auditor, and my position title is
14   senior program specialist.

15   Q    Is that the general title that auditors
16   get?

17   A    No, I have a different title.

18   Q    And what is the series that you are in?

19   A    5-11.

20   Q    That is the auditor series, right?

21   A    Right.

22   Q    And your grade?

Page 8

1    A    CG-15.

2    Q    **Are you a supervisor?**

3    A    No.

4    Q    **Have you been a supervisor in OIG?**

5    A    Not at FDIC OIG.

6    Q    **Okay.  How long have you been at OIG at**

7    **FDIC?**

8    A    Since the merger.  I worked at RTC since

9    1990.  So since 1995, I have been -- we merged with

10   RTC --

11   Q    **'95 or '96?**

12   A    It was, I guess, effective January 1996.

13   Q    **And since '90, you were with RTC?**

14   A    Yes.

15   Q    **And in the OIG?**

16   A    Yes, Office of Audits.

17   Q    **Okay.  And when you first came to RTC, what**

18   **was your grade?**

19   A    A 13.

20   Q    **And that was CG-13?**

21   A    I think at the time it was something else.

22   Q    **GS?**

1      A    It wasn't GS.  There was something other

2    than CG.

3      **Q    Okay.  And when you left RTC, what was your**

4    **grade?  In other words, the merger --**

5      A    13.

6      **Q    When did you get your 14?**

7      A    1998.

8      **Q    And is that a career ladder?**

9      A    No.

10     **Q    All right.  So that is when you became a**

11   **senior?**

12     A    It is -- actually, at RTC, a 13 was an

13   auditor in charge; at FDIC, a 14 was an auditor in

14   charge.  So it was the same title, but you had to

15   compete.  They sort of reorganized, I guess,

16   different responsibilities.

17     **Q    Okay.  When did you get your 15?**

18     A    I hate to say the number.  It was in, I

19   think, 2004.

20     **Q    And what -- that was also competitive.**

21     A    Yes.

22     **Q    And what was that?**

1      A     That job, I was competing -- we had an

2  Office of Quality Assurance and it was a small

3  component within the OIG and I moved to that group.

4      **Q     And are you there now?**

5      A     No, that was dissolved later.  That group

6  disbursed and I went back to Office of Audit.

7      **Q     But as a 15.**

8      A     Yes.  And I did similar -- the quality

9  assurance.  Instead of having a separate component,

10  we have that component sort of in the front office of

11  Office of Audit.  I work directly for the assistant

12  inspector general for audit.

13      **Q     And who is that?**

14      A     Russell Rowe.

15      **Q     I know your boss.  All right.  Now, in**

16  **2003, where were you working?  You were a 14, right?**

17      A     I was working in the Office of Audits for

18  the evaluation component.  I worked for Marshall

19  Gentry at the time.

20      **Q     And the CG-14, at that point you were a**

21  **senior auditor or manager or --**

22      A     Auditor in charge.

Page 11

1    Q    Auditor in charge.

2    A    Essentially a team leader.

3    Q    So on audits that had more than one

4    auditor, you would be -- likely be the person in

5    charge of the audit.

6    A    Yes.

7    Q    Okay.  And the -- you were working in the

8    evaluation component?

9    A    Yes.

10    Q    Which did what?

11    A    It is similar to audit, but it is instead

12    of an audit of compliance, you might be doing best

13    practice reviews or that type of thing.  We always

14    say evaluated the nature.  The objective is the

15    audit.  It is just sort of geared toward analyzing

16    and coming up with solutions to problems, not did you

17    do something right or wrong.

18    Q    So it is sort of a problem, an audit of a

19    situation.

20    A    Correct.  More of that nature.  They are

21    all -- we primarily do performance audits and that

22    sort of type of performance audit.  We call them

Page 12

1    evaluations.

2        Q    Okay.  And how long have you been doing

3    that?

4        A    I did that since 1998.

5        Q    1998.  Now, in -- you said you got your 15

6    in 2004.  So that was the next thing that happened

7    when you went to quality assurance.

8        A    Right.

9        Q    A quality assurance unit.

10       A    Right.

11       Q    And when was that in 2004?

12       A    It was in the fall.  It was in November,

13   October, November.  It might have been 2005.  I just

14   can't remember it.  I am getting mixed up.

15       Q    But it wasn't 2003.

16       A    No.

17       Q    Okay.  Before you came to RTC in 1990,

18   where did you work?

19       A    General Accounting Office.

20       Q    And what were you -- what was your job

21   there?

22       A    Auditor.  I think I was actually a 5-10,

Page 13

1    which was an accountant, but I was an auditor.

2          Q    Well, if they had it in the wrong series,

3    they would never own up to it in the GAO.  In my

4    experience, the GAO never owns up to anything.  How

5    long were you at GAO?

6          A    I started there in January 1996 and that

7    was my first --

8          Q    '86.

9          A    '86.  Sorry.  And that was my --

10         Q    And then you left in what month?

11         A    July of 1990.

12         Q    So that was your first job out of college.

13         A    Yes.

14         Q    And you were there for about

15   four-and-a-half years?

16         A    Yes.

17         Q    And you started as a GS --

18         A    7.

19         Q    7.  And end?  Where did you end up?

20         A    I was a 12 when I left.

21         Q    5-10?

22         A    Yes.

Page 14

1    Q    And so coming to RTC was a promotion to a

2    13.

3    A    Yes.

4    Q    That is why you left?

5    A    Yes.

6    Q    RTC had the increased pay the way FDIC does

7    over the federal --

8    A    Yes.

9    Q    Okay.  Now, in your time at RTC/FDIC -- I

10   am going to merge them for the purposes of this

11   conversation, this part of the conversation -- had

12   you ever served on a promotion panel?

13   A    I served on the panel to do the paperwork

14   review, not an interview panel.

15   Q    Okay.  So how many times did you do the

16   paperwork review as a panelist?  How many -- in other

17   words, how many promotion panels did you serve on

18   where you did the review of the applications?  That

19   is the paperwork you are talking about, the

20   applications.

21        MR. JONES:  Are you talking about pre 2003

22   now or her whole career?

Page 15

1          BY MR. SHAPIRO:

2      Q    Well, RTC/FDIC you said you served on a

3  panel to review applications.

4      A    Once.

5      Q    Once.  Okay.  And when was that?

6      A    I don't remember.

7      Q    Was the job in OIG?

8      A    Yes.

9      Q    Okay.  So was it an auditor job?

10     A    I think so.

11     Q    Okay.  And was it an entry level auditor

12 job?

13     A    I don't recall.

14     Q    Okay.  But it was below whatever level you

15 were.

16     A    Yes.

17     Q    So if you were a 13 at the time, then it

18 would have been at least a 12.

19     A    Yes.

20     Q    It might have been even lower than that.

21     A    Yes.

22     Q    And were you a 13 at the time?

1       A    I -- yes because I know it was at --

2       Q    **RTC.**

3       A    RTC or FDIC.

4       Q    **Okay.  So we know that this job, an auditor**

5    **position, was a 12 or below.**

6       A    Yes.

7       Q    **And you don't remember if it was below a 12**

8    **or what grade it was.**

9       A    No.

10      Q    **But we know from the timing that it had to**

11   **be a 12 or below, correct?**

12      A    Yes, I think so.

13      Q    **Right.  Because you were on the panel and**

14   **you were a 13 so it would be lower than your grade,**

15   **correct?**

16      A    Yes.

17      Q    **Okay.  And that -- prior to coming to**

18   **RTC -- now I am talking about a period before that**

19   **when you were at GAO -- did you serve on any panels**

20   **there, that is, selection panels?**

21      A    No.

22      Q    **Okay.  Now, I understand that in 2004, you**

Page 17

1    served on a selection panel where interviews were

2    conducted.  Do you recall that?

3         A    Yes.

4         Q    Okay.  Now, aside from that panel service,

5    had you ever served on an interview panel, a

6    selection panel, where interviews were conducted

7    otherwise?

8         A    Yes.

9         Q    Okay.  Since then, correct?

10        A    I think I served on a panel.  It was around

11   the same time.

12        Q    So you served on two panels around the same

13   time.

14        A    It was in the same year.

15        Q    Okay.  And so were those the other two

16   panels that you served on or have you served on more

17   since then?

18        A    I have served on more.

19        Q    Okay.  The first time you served on an

20   interview panel, what was the job?

21        A    It was this job.

22        Q    Okay.  So the first service on the

Page 18

1    selection panel where candidates were interviewed,

2    applicants were interviewed, was the job that brings

3    us here today.

4         A    Yes.

5         Q    The selection of a program analyst.

6              MR. JONES:  Do you mean a management

7    analyst?

8              MR. SHAPIRO:  A management analyst.

9              BY MR. SHAPIRO:

10        Q    So you said you served on two at the same

11   time?

12        A    It was shortly after.

13        Q    After this job.  It was another one.

14        A    After I served within the OIG, I served on

15   an interview panel.

16        Q    Okay.  And what was the job, auditor?

17        A    It was management analyst for evaluation.

18        Q    But in OIG.

19        A    In OIG.

20        Q    And was that in the audit side of OIG or

21   the investigation side?

22        A    Audit side, but it was for an evaluation

Page 19

1  component.

2      Q    Which is what you were doing.

3      A    Right.

4      Q    That is when you already moved over to the

5  valuation as quality assurance.

6      A    No, it was the valuation.

7      Q    Oh, valuation.

8      A    Valuation.

9      Q    So at this point it was for the office that

10  you were in.

11      A    Yes.

12      Q    Were you the selecting official?

13      A    No.

14      Q    Who was the selecting official?

15      A    Russell Rowe.

16      Q    And this was the valuations office where

17  you were serving.

18      A    Yes.

19      Q    Was it an office or a unit?  I guess it was

20  a unit.

21      A    Unit.

22      Q    And at the time, you were reporting to

Page 20

1    **Russell Rowe?**

2         A    I was reporting to Marshall Gentry.

3         **Q    And Mr. Gentry was the selecting official**

4    **or was it his unit that this vacancy was going to be**

5    **in?**

6         A    It was his unit.

7         **Q    So he would have something to say about the**

8    **selection?**

9         A    Yes, he worked -- we were the two on the

10   interview panel.

11        **Q    So this person would be working for you or**

12   **with you.**

13        A    In our group.

14        **Q    In your group, right, and for your boss.**

15        A    Yes.

16        **Q    Now, since then, you have served on other**

17   **interview panels?**

18        A    Yes.

19        **Q    Okay.  How many?**

20        A    Two or three.

21        **Q    All at OIG?**

22        A    Yes.

Page 21

1    Q    All in audits as opposed to investigations?

2    A    Yes, all in audits.

3    Q    So just to make sure I understand, in terms

4    of your service on a selection panel where interviews

5    are conducted, all that service was for people for

6    positions, vacancies in audits, in OIG audits, except

7    for the one --

8    A    Correct.

9    Q    -- that is involved in this case.

10    A    Correct.

11    Q    And even your earlier service where you

12    just reviewed the paper as part of a panel, that was

13    also in audits.

14    A    As best as I can recall, yes.

15    Q    Well, we are only going by as best as you

16    can recall.  We can't do better than that because we

17    can't recall it for you.  All right.  So I do have it

18    right.

19    A    Yes.

20    Q    How did you come -- in the audit side of

21    the OIG where you work, how do you come to be on a

22    panel?  How did you come to be on a panel since --

Page 22

1    you were asked?

2        A    Yes.

3        Q    Or assigned?

4        A    Assigned in my capacity now in the front

5    office.  I am assigned.

6        Q    All right.

7        A    And I could -- I was just recently asked

8    and I declined.  I just said I was too busy.

9        Q    So you can decline.  It is not something

10   where you are assigned and that is what you have got

11   to do.  You can say, "Listen.  I am really too busy.

12    Can you get somebody else."

13       A    Yes.

14       Q    Who does the asking?

15       A    In my case, it is Russell Rowe or the

16   former deputy to him was Steven Beard.  He was asked.

17       Q    Okay.  And that is true of all the panels

18   you served at FDIC OIG.

19       A    Yes.

20       Q    Okay.  What about when you served on that

21   paper review panel, the application review panel in

22   RTC?  How did you come to do that?

Page 23

1      A    Somebody asked I think.

2      **Q    Somebody in audits asked?**

3      A    Yes, I don't remember who.

4      **Q    Okay.  And why was it no interviews in that**

5 **case?**

6      A    At the time you did -- there wasn't the

7 automated system where the systems screened, you

8 know, the paperwork.  You had a group that manually

9 went through and worked.  You had KSA's or something

10 and you kind of ranked the paperwork and then you

11 passed a list down.

12     **Q    So the job of the panel there was to look**

13 **for the best-qualified list.  Not to interview**

14 **candidates, but just to get a best-qualified list.**

15     A    Yes.

16     **Q    The job of the panels that you served on in**

17 **the interview has been actually to interview**

18 **candidates.**

19     A    Right.

20     **Q    Not the best-qualified group.  The cert**

21 **comes to you.**

22     A    Right.

Page 24

1    Q    So that is because now it is automated?

2    A    Yes.

3    Q    So there is an automated system that kicks

4    out people who are not best qualified.

5    A    Right.

6    Q    That is your understanding.

7    A    That is my understanding.

8    Q    Okay.  Did you take any training to be on

9    the first panel you were on, the one where you were

10   just to look for best qualifieds?

11   A    No formal training.  Personnel, I think,

12   met with us and I think set the parameters as to what

13   we were going to do.

14   Q    And how many panelists were on that RTC

15   panel that reviewed an application, the applicants?

16   The applications, the paper.

17   A    Three or four people.

18   Q    Three people and a personnelist to guide

19   you or four actual raters?

20   A    Three or four raters.

21   Q    Okay.  And a personnelist.

22   A    And a personnelist.

1    Q    And on this interview panel, how many

2    panelists were there, the interview panels that you

3    have been on?  You said on one there were two.

4    A    I have served -- within the IG, they have

5    all been two people.  We tried to have a third and it

6    was too hard to coordinate and then on the panel for

7    this, there were three of us.

8    Q    Okay.  Now, the interview, were there

9    panels for the IG or just two people interviewing?

10    A    Two people interviewing with structured

11    interview questions.  So everybody is asked the same

12    question.

13    Q    Right, but it was not a selection panel,

14    was it?  One of the interviewers was the selecting

15    official.

16    A    No.

17    Q    One of the interviewers was the

18    recommending official.

19        MR. JONES:  Objection.  I am not sure there

20    is a recommending --

21        MR. SHAPIRO:  It is a question.

22        BY MR. SHAPIRO:

1      Q    In other words, one of the interviewers in

2    each case was going to be the superior to the

3    selectee, whoever got the job, correct?

4      A    I don't think I understand.

5      Q    Okay.  You were one of two people

6    designated to interview the best qualifieds in

7    selection to the OIG audit whether it was for

8    auditors or for a program analyst or a management

9    analyst.  What was it, a management analyst?

10     A    Yes.

11     Q    But it was all for people who were going to

12   serve for vacancies in the audit unit, right?  In the

13   audit side of OIG.

14     A    Yes, it was for people to be on --

15     Q    And the other person who was doing the

16   interview was the person that was a supervisor?  The

17   other person was a supervisor?

18     A    They were supervisors.

19     Q    And you were not a supervisor.

20     A    Correct.

21     Q    So the person who was doing the interview

22   with you was the supervisor of the vacant -- whoever

1    **became the incumbent.**

2      A    No.

3      **Q    No?**

4      A    It was the group -- the first time it was

5    when I interviewed in evaluations, last year the

6    interviews I participated we had multiple vacancies.

7     And so we have three groups within the Office of

8    Audit and it happened to be one of the directors, but

9    he didn't necessarily know it was the person that

10   would work for him.

11     **Q    Right.  But he knew that one of these**

12   **vacancies, one of the multiple vacancies would work**

13   **for him.**

14     A    Didn't know that for sure.  We didn't

15   know --

16     **Q    Oh, you didn't know where the person was**

17   **going to be.**

18     A    Right.

19     **Q    But other than that time, it was the person**

20   **who was going -- the supervisor who was going --**

21     A    The other time I interviewed as well, we

22   didn't know where --

Page 28

1    Q    But it was always you and a supervisor.

2    A    Yes.  Another -- it would be a CM-1.

3    Q    One of the directors.

4    A    Yes.

5    Q    Under Rowe.

6    A    Yes.

7    Q    Okay.  So unless the person was going to
8    work directly for Rowe, the person would be working
9    for either the person who was doing the interview
10   with you or one of his or her colleagues.

11   A    Yes.

12   Q    All right.  Now, this case, the one that
13   brings us here, was not in OIG.  Where was this?

14   A    Division of Administration.  It was called
15   management review branch.

16   Q    And who headed the branch, do you know?

17   A    I believe it was Paul Sherman at the time.

18   Q    Paul Sherman.  And was this vacancy in a
19   particular section of the branch?

20   A    I don't remember.

21   Q    Okay.  Do you know Mr. Sherman?  Did you
22   know him then?

Page 29

1         A    I knew -- I just had worked with him.

2    Sometimes when we do audits, we -- he is our liaison

3    if we do something in the Division of Administration.

4     So just come in contact with him on occasion.

5         **Q    Do you know Dan Bendler?**

6         A    Yes.

7         **Q    And was he involved in this selection?**

8         A    Yes.

9         **Q    Okay.  What was he?**

10             MR. JONES:  Is that what was he?

11             BY MR. SHAPIRO:

12        **Q    What was his position?**

13        A    I don't know what his position was.

14        **Q    Was he a supervisor?**

15        A    I don't know.

16        **Q    What was his involvement in this selection?**

17        A    He asked me to participate on this panel.

18   I think he was a supervisor.  He was, I want to say,

19   a chief.  I am not sure what his title was.

20        **Q    Was the vacancy in his unit?**

21        A    Yes, I believe so.

22        **Q    So who was the selecting official in this**

Page 30

1    selection?

2        A    I don't know if it was Dan or Paul, the

3    official selecting official.

4        Q    **But you knew that Dan had something to do**

5    **with the selection.**

6        A    Yes.

7        Q    **He was going to be the supervisor of the**

8    **vacancy.**

9        A    I believe so.

10       Q    **As far as you understand.**

11       A    Yes.

12       Q    **Okay.  And Bendler asked you to serve?**

13       A    Yes.

14       Q    **Did he say why?**

15       A    Yes.  He just wanted, I think, just

16   somebody from the outside.

17       Q    **Okay.**

18       A    Outside his group.

19       Q    **Right.  You and everybody but about 10 or**

20   **15 people in the FDIC would have been outside that**

21   **group, right?  Why you?  Did he say why he was asking**

22   **you to serve?**

Page 31

1      A    We had worked together and he just -- I was

2  somebody he could go to and ask just because we had a

3  prior working relationship.

4      **Q    And how had you worked with Dan Bendler?**

5      A    We worked at RTC OIG together.

6      **Q    So he is a former auditor at -- in an OIG**

7  **office?**

8      A    Yes.

9      **Q    And when you -- when the merger happened,**

10  **was he also in OIG and you both merged into OIG FDIC?**

11      A    Yes.

12      **Q    Okay.  So you worked together at OIG FDIC**

13  **for a time together.**

14      A    Yes.

15      **Q    Is he a friend of yours?**

16      A    We are friends, yes.

17      **Q    Do you see each other at work, have lunch**

18  **together occasionally?**

19      A    Occasionally we have lunch together.  I

20  don't interact with him daily.

21      **Q    Right.  You don't usually have business**

22  **with him.**

1        A    Only if we were doing an audit and it

2   related --

3        **Q    Of his unit.**

4        A    Not of his unit, of anything in the

5   Division of Administration.

6        **Q    Administration.**

7        A    There are -- would be a --

8        **Q    They have a liaison.**

9        A    Yes.

10       **Q    Sherman and Bendler.**

11       A    Yes.

12       **Q    Did you work with Bendler as a liaison**

13  **before he became a supervisor?**

14       A    No.

15       **Q    No.  So have you worked with him as him as**

16  **liaison for your audits of DOA since he has been a**

17  **supervisor or is it Sherman that you worked with?**

18       A    It is probably people in his group.  I

19  think there is other people I have worked for.

20       **Q    Who?**

21       A    Andrew Nickel.

22       **Q    Anyone else?**

Page 33

1    A    I think one time Bill Gately.  I think

2 Andrew was out of the office.

3    **Q    Is this before the selection, Bill Gately?**

4    A    Yes.

5    **Q    So you knew Bill Gately as a selectee.**

6    A    I talked to him on the phone once.

7    **Q    But you dealt with him professionally.**

8    A    Yes.

9    **Q    So you had some work -- some knowledge of**

10 **his working.**

11    A    Very limited knowledge.

12    **Q    Yes, but you knew him as opposed to any --**

13    A    I knew the name I think.

14    **Q    And you talked to him as you said.**

15    A    Yes, once.  I think I -- I think Andrew

16 Nickel was out of the office.  That is -- the audits

17 that I did happened to be Andrew Nickel was the

18 contact person.

19    **Q    At the time, what did Mr. Bendler tell you**

20 **about this selection when he asked you to serve on**

21 **the panel?**

22    A    I think he just said he was -- it was a 13

Page 34

1    opportunity.  I don't know if it was for one position

2    or multiple positions.

3        **Q    You don't recall or you don't know whether**

4    **he said that?**

5        A    I don't remember what he said.

6        **Q    Was it for multiple positions?**

7        A    I don't even remember that.

8        **Q    Okay.  So thinking back on this selection,**

9    **you don't know if it was for multiple positions or**

10   **just one.**

11       A    Right.

12       **Q    Sitting here today.**

13       A    I don't remember.

14       **Q    It may have been either one and you may**

15   **have been told, but you don't recall.**

16       A    Right.

17       **Q    Okay.  Anything else Mr. Bendler told you**

18   **about the job?**

19       A    He explained the duties.  We went over --

20       **Q    Wait a minute.  You and he had a meeting**

21   **about this or you and the panel had a meeting?**

22       A    He came in -- he walked over the interview

Page 35

1    questions to my office a few days before we were to

2    interview and so I could read the questions that we

3    were going to ask and then I think when we met as a

4    group, he told me there would be two other

5    interviews.

6        Q    Interviewers.

7        A    Interviewers.  And then I think we met with

8    Dan together.

9        Q    You --

10       A    The other two interviewers and I and we

11   went through the position and how the interviews

12   would run.  My job sort of in the interview was when

13   people came in, just kind of go through what the

14   process was.

15       Q    What the process of the interview was.

16       A    The interview was.

17       Q    Did you look at paper also or was it just

18   the interview?  Did you look at the applications of

19   the various candidates?

20       A    I don't remember.

21       Q    You don't recall whether you did or didn't?

22       A    I just don't remember.

1     Q    Well, you were supposed to rank the

2   candidates or rank the candidates interviews?  What

3   was your job?

4     A    Rank the candidates interview.

5     Q    So you may not have seen the applications.

6     A    May not have.  I don't remember.

7     Q    As you understood it, was this job a

8   required oral presentations, the vacancy itself, or

9   was it a job that required written analysis?

10    A    As I recall, there were questions on

11  both --

12    Q    Well, what did he tell you about the job?

13  Was the job a written analysis job?  Was it paperwork

14  or the product -- would it be paperwork or would the

15  product be briefings?

16    A    I think it could be either.  I think -- I

17  mean, as a management analyst, I think it sort of

18  parallels an audit position and --

19    Q    Were you told that, that it paralleled an

20  audit job?

21    A    I think we talked about that and I think

22  that is one reason he felt comfortable asking me.  He

Page 37

1    said it would be similar to what we do.

2         Q    Similar to an auditor.

3         A    Yes.

4         Q    Now, an auditor job is in the accounting

5    and audit series in the government, right?

6         A    Yes.

7         Q    That is the 500 series.

8         A    Yes.

9         Q    So in that series, we have some financial

10   matters.

11        A    Yes.

12        Q    But basically we have accounting and

13   auditing.

14        A    Yes.

15        Q    5-10 and 5-11, right?

16        A    Yes.

17        Q    And those are technical jobs requiring an

18   accounting background.

19        A    Yes.

20        Q    In fact, you need, as I recall, at a

21   minimum to get into that series, either one,

22   something around the order of 20 hours of

Page 38

1    college-level accounting and auditing.

2        A    Yes.

3        Q    And actually, there is a bonus put on the

4    more that you have, correct?

5        A    I don't know about that part.

6        Q    It stands to reason in any case, correct?

7    Management analyst does not require accounting

8    courses, does it?

9        A    No.

10       Q    In fact, it requires no accounting.

11       A    I don't know.

12       Q    Right.  You have never been a management

13   analyst.

14       A    No.

15       Q    Nor have you applied for a management

16   analyst job as best as you can recall.

17       A    I don't think so.

18       Q    It is not your career field.

19       A    It could be my career field.

20       Q    I know.  My career field could be

21   firefighting, but it isn't.  My career field is law.

22    Your career field is auditing and accounting,

Page 39

1    correct?

2        A    Yes, but we hire -- OIG hires management

3    analysts.

4        **Q    Yes, and it hires secretaries also,**

5    **correct?**

6             MR. JONES:  Objection.  She is answering

7    your question.

8             BY MR. SHAPIRO:

9        **Q    I understand.  And you hire secretaries**

10   **also.**

11       A    Yes.

12       **Q    Okay.  But your career field is auditing**

13   **and accounting, correct?**

14       A    Yes.

15       **Q    Okay.  Not management analysts.  That is**

16   **not your career field, correct?**

17       A    Correct.

18       **Q    Okay.  Now, Mr. Bendler, he used to be an**

19   **auditor, correct?**

20       A    Yes.

21       **Q    Right.  And he has got an accounting**

22   **background?**

Page 40

1    A    I think so.

2    Q    **Well, we can assume so if he is in -- if he**

3    **had a 5-11 or a 5-10 job at one time; is that**

4    **correct?**

5         MR. JONES:  Objection.  That assumption is

6    unjustified.

7         MR. SHAPIRO:  Well, I'm sorry.  When I ask

8    you the questions, you can tell us that it is

9    justified or not.  I think the witness knows it is

10   justified because we have already gone through what

11   is required of auditors and accountants.

12        BY MR. SHAPIRO:

13   Q    **Management -- Mr. Bendler changed over to**

14   **management analysis, correct, as a career field.**

15   A    Yes, I think he changed.

16   Q    **You never made that switch.**

17   A    No.

18   Q    **Did you contemplate making that switch?**

19   A    Sure.

20   Q    **Yes.  But you decided not to.**

21   A    Yes.

22   Q    **Okay.  You wanted to stay in auditing and**

Page 41

1    accounting.

2        A    Yes.

3        Q    Okay.  Now, to the best of your

4    recollection, did you ever see -- never mind using

5    them to rate.  Did you ever see the written

6    applications, the KSA's submitted by the candidates

7    who you interviewed?

8        A    I don't remember.

9        Q    You don't remember having seen them?

10       A    I don't remember whether I saw them or not.

11       Q    Okay.  Good.  Now, did Mr. Bendler describe

12   for you the candidates?

13       A    No.

14       Q    Did he describe for you who the in-house

15   candidates were?

16       A    No.

17       Q    All right.  Now, did he say how many

18   vacancies could be filled on this?

19       A    I don't remember whether he said or not.

20       Q    Did you work with a personnel management

21   specialist, somebody from HR who coordinated your

22   service?

Page 42

1    A    No.

2    **Q    Nobody at all.**

3    A    I don't think so.

4    **Q    Okay.  Do you know who Lorinda Potucek is?**

5    A    It doesn't sound familiar.

6    **Q    I am going to spell the last name.**

7         MR. JONES:  I think it is Potucek.

8         BY MR. SHAPIRO:

9    **Q    Potucek.  Okay.  Good.  Does that sound**

10   **familiar to you?  No.  Okay.  And you certainly**

11   **didn't deal with that person, as best as you can**

12   **recall on this, right?**

13   A    It doesn't sound familiar.

14   **Q    Okay.  The only person you dealt with in**

15   **becoming a panelist and in training for being a**

16   **panelist, in this panel to interview, was Mr. Bendler**

17   **and your fellow panelists.**

18   A    Correct.

19   **Q    Okay.  And you first -- Bendler first asked**

20   **you to serve, correct?**

21   A    Yes.

22   **Q    And then he brought you the interview**

Page 43

1    **questions and talked to you about it and talked to**

2    **you about the position even before he even talked to**

3    **you with the other -- your colleagues on the**

4    **interview panel together.**

5         A    Yes.  Yes.  He brought me the questions to

6    become familiar with them.

7         **Q    Right.  Your colleagues.  Who were they?**

8         MR. JONES:  Speaking about the other

9    interviews?

10        BY MR. SHAPIRO:

11        **Q    This particular interview.  This particular**

12   **selection.**

13        A    I think it was another woman and another --

14   and a man.  Rick and I think Jerie Kitchens.  Rick --

15   I don't know.

16        **Q    Jerie Kitchens and Rick --**

17        A    Marlatt or Mart -- I don't know how to say

18   his last name.

19        **Q    M-a-r-l-a-t-t.**

20        A    Marlatt.  Okay.  All right.  So and were

21   they in OIG?

22        A    No.

Page 44

1      Q    Were they in audits?

2      A    No.

3      Q    Were they program analysts or management

4    analysts?

5      A    I don't know what they were.

6      Q    You don't know where they worked?

7      A    I know they worked at FDIC.  I don't

8    know -- I think they worked in DOA.  I don't know.

9      Q    DOA, but not as management analysts?

10     A    I don't know.

11     Q    You don't know.  Did they work in the unit?

12     A    I don't know.

13     Q    Did they work for Mr. Sherman?

14     A    I don't know.

15     Q    Okay.  You -- as far as you knew, you were

16    the only one who wasn't with DOA, which was the

17    department at FDIC that this was being -- the

18    division in which this -- these vacancies or this

19    vacancy was occurring, correct?  Right?

20     A    Yes.  I think.  I just presumed that.  I

21    don't even know if I discussed it with him.

22     Q    You had a meeting with Mr. Bendler, not the

Page 45

1      one where he asked you if you would serve, but the

2      meeting where he brought you the interview questions

3      and explained the job to you.  You alone.

4          A    Yes.

5          Q    How long was that?

6          A    No more than a half hour, fifteen to twenty

7      minutes.

8          Q    And he explained the job.

9          A    Yes.

10         Q    And he gave you the interview questions.

11         A    Yes.

12         Q    Did he describe what he wanted, what he

13     hoped for?

14         A    What he said was, with the structured

15     interview questions, you have the question and then

16     the form that was used and is still being used has

17     characteristics of an ideal candidate and that that

18     is what --

19         Q    Okay.  Who drafted the form, these

20     particular questions and the ideal candidates'

21     answers?

22         A    I believe Dan and possibly Paul Sherman.

Page 46

1    Q    And that is your understanding.

2    A    Yes.

3    Q    Okay.   And you got that understanding from

4    Dan.

5    A    Yes.

6    Q    You never met with Paul about this.

7    A    No.

8    Q    Paul Sherman.

9    A    No.

10   Q    All right.   So you had a 20 to 30 minute

11   conversation with you and Dan with him explaining the

12   job, the questions, the ideal candidate, the form,

13   correct?

14        MR. JONES:   Objection.   Misstates her

15   testimony.   She said 15 to 20 minutes.

16        MR. SHAPIRO:   No.   She said fifteen -- half

17   an hour, no more than half an hour.   She said 15 to

18   20 minutes, right.

19        BY MR. SHAPIRO:

20   Q    So it was 15 minutes to a half an hour?

21   A    Yes.

22   Q    That is fair?

Page 47

1      A    Yes.

2      Q    Could it have been longer?  Maybe 45

3  minutes?

4      A    No.

5      Q    No.  So half an hour was the maximum spent,

6  right?

7      A    Yes.

8      Q    Okay.  And he explained the vacancy, right?

9      A    Yes.

10      Q    What he was looking for by showing you the

11  ideal candidate, correct?

12      A    By the questions.

13      Q    By the questions and the ideal candidate

14  answers, correct?

15      A    Correct.

16      Q    And he gave you that and you understood

17  that was his and perhaps Mr. Sherman's work product.

18      A    Yes.

19      Q    And he explained how he wanted the

20  interviews to be conducted, the format.

21      A    Yes.  Just really what he said was to make

22  everybody as comfortable, keep it, you know, in the

Page 48

1    structure, which I think was relatively knew at FDIC

2    at the time, using the structured interview.

3        Q    **Well, you certainly had never done one**

4    **before.**

5        A    Right.

6        Q    **But you had never done the earlier kind**

7    **either.**

8        A    But I had been --

9        Q    **Interviewed.  Yes.**

10        A    Yes.

11        Q    **You had been interviewed.**

12        A    So it was just to put people at ease and we

13    talked about that.  Just, you know, it is -- you are

14    going to take notes and make sure people aren't

15    nervous while you are taking notes.  That type of

16    thing.

17        Q    **I see.  And this meeting that you had with**

18    **Bendler and the others on the panel as well, how long**

19    **was that meeting?**

20        A    I think we got together before the

21    interviews.  It was, again, no more than 30 minutes.

22        Q    **Same sort of thing gone over, how the**

Page 49

1   interview should go, the forms to be used?

2       A    Yes.

3       Q    And so you had your own meeting with him

4   and then you had a meeting which covered the same

5   ground with the other panelists, Ms. Kitchens and

6   Mr. Marlatt.

7       A    Yes.

8       Q    Okay.  And that was on the day of the

9   interviews, that second meeting.  You said it was

10  just before the interviews?

11      A    I don't know if we met once before the day

12  of the interviews or we did it before -- allowed

13  time, like an hour or half hour, before everybody

14  started to come in.  I don't remember what day it

15  was.

16      Q    So it was either the date before the

17  interviews or the day of the interviews, a few

18  minutes before the first interview.

19      A    Yes.

20      Q    That is fair.  But it was just one meeting.

21      A    Yes.

22      Q    Okay.  That is, you had two, but the one

Page 50

1    with your other panelists was --

2        A    I had one with Dan --

3        Q    Alone.

4        A    -- alone and then I think we all met

5    sometime before we started to interview.

6        Q    Maybe on the same day.

7        A    It could have been.  I don't remember.

8        Q    Okay.  But it was just one meeting with the

9    whole panel and Dan.

10       A    Yes.

11       Q    Right?  Why wasn't Dan at the interviews to

12   observe or to participate?

13       A    It was my understanding we were doing --

14   they anticipated having -- we wouldn't recommend one

15   person.  They were -- he anticipated having a second

16   interview.  So this was to narrow the field.

17       Q    I see.  So your job was not to recommend a

18   person, but to recommend a group within the group.

19       A    Yes.

20       Q    For further interview.

21       A    Yes.

22       Q    Okay.  And did he tell you when he

Page 51

1    described this job that it was a new job that had not

2    been done before?

3         A    I don't remember.

4         Q    All right.  Did he tell you -- was the unit

5    that he was going to use these vacancies to fill, was

6    this expanding, the unit?

7         A    I don't remember him saying -- or if he

8    said it, I don't remember.

9         Q    Were the jobs the same jobs that were being

10   performed at the 12 level?

11        A    No.  I think it was increased

12   responsibility.  That wouldn't make sense.

13        Q    No.  I understand increased responsibility,

14   but just like when you were a 13 and you got a 14,

15   you had increased responsibility, but your job was

16   much the same.  One unit had the lead auditors at 14;

17   one unit had them at 13, but it was maybe more

18   responsibility, but it is the same job.

19            MR. JONES:  You are still asking what Dan

20   Bendler told her?

21            BY MR. SHAPIRO:

22        Q    Yes.  I am still asking you -- I am asking

Page 52

1    you about whether he told -- whether he gave you the

2    sense that these jobs were --

3         A    I don't remember.

4         Q    -- up kicks of the 12 jobs and then the 12

5    jobs would not be filled, backfilled for vacancies?

6         A    I don't remember that.

7         Q    Okay.  You don't remember.

8         A    I don't remember whether he said anything

9    about that --

10        Q    Okay.

11        A    -- or we talked about it.

12        Q    Did he tell you any of the other candidates

13   were actually performing the job already?

14        A    No.

15        Q    He made it sound like these were up kick

16   responsibilities for the jobs that were being

17   performed.

18             MR. JONES:  Objection.  That misstates.

19   She just said she didn't know that.

20             BY MR. SHAPIRO:

21        Q    Ma'am?

22        A    I don't know that.  I don't know if it was

Page 53

1    up kicks.  I don't remember what he said about that.

2        **Q**    **Okay.**

3        A    It is just a vacancy for a 13 position.

4        **Q**    **A vacancy or vacancies?**

5        A    Whatever it was.  I don't even remember

6    that I knew that.

7        **Q**    **Okay.  How long were the interviews?**

8        A    I believe we allowed, and we told the -- so

9    people could gauge the level of their answers, I

10    believe we said it would take probably an hour, no

11    more than an hour.

12        **Q**    **So these structured -- everyone was asked**

13    **the same question in the same order.**

14        A    Yes.

15        **Q**    **And were there follow-up questions or was**

16    **it just a question, write it down and then give us**

17    **your answer?**

18        A    It was a question.  The only type of

19    follow-up would just be to clarify if you didn't

20    understand what somebody said.

21        **Q**    **Well, who actually did the asking of the**

22    **questions or were they written down so people could**

Page 54

1    say okay.  The first question is --

2          A    They were written down and we read -- I

3    don't know if we took turns reading the questions.

4          Q    Well, think back.  Think back.  This was

5    the very first time you participated as the member of

6    an interview panel.  I want you to think back.  This

7    is the first order of business when you talked about

8    an event in the past and you are asking a person who

9    was there to remember.  I want you to place yourself

10   back in time, okay?  This is the very first time you

11   participated in an interview panel.  The questions

12   were not in front of the interviewee, correct?

13         A    Correct.

14         Q    The questions were in front of the

15   interviewers.  So you had to read them.

16         A    Correct.

17         Q    Now, did you read any of the questions?

18         A    I don't remember if I did or not.

19         Q    I want you to think back.  In preparation

20   for this, not at the interviews themselves, but you

21   had preparation.  You told us that you had Bendler

22   asking you to be on there.  Then you had a meeting

Page 55

1    with him for about 30 minutes.  Then you had a

2    meeting with him and your fellow panelists for about

3    30 minutes maximum, right?

4        A    Yes.

5        Q    And I want you to think back to the event

6    now and tell me did you do any other preparation for

7    these interviews?  Read anything.  Aside from reading

8    over the questions themselves and the format for the

9    interview, did you do any preparation?

10       A    I think there was a CBI, a computer based

11   instruction, on structured interviews.

12       Q    So there was an instruction on how to do a

13   structured interview.

14       A    Yes.  And I don't know if I did it -- if I

15   looked at the material associated with that because

16   we were getting ready to interview people within our

17   own office.  So just the timing.

18       Q    So it may be that you looked it over

19   because you knew you were going to be doing that.

20       A    Yes.

21       Q    Okay.  Did you -- now let's think back

22   again to the time period.  Did you do any other

Page 56

1    preparation background on the candidates?

2        A    No.

3        Q    So the chances are you did not see

4    applications.  Am I correct?

5        A    I don't remember if I had that or not.

6        Q    But I am asking you now to remember what

7    you did in preparation for the interview.

8        A    I don't remember if I ever saw those.

9        Q    Okay.  You were not to rate the candidates

10   as a whole.  Only the interview.

11       A    Correct.

12       Q    That was your job.

13       A    Correct.

14       Q    Just how they did at the interview.

15       A    Correct.

16       Q    The oral presentation, answers to the

17   questions asked.

18       A    Correct.

19       Q    Okay.  And there were six questions; is

20   that right?

21       A    I don't remember exactly.

22       Q    Okay.  We will get to that.  Now, were all

Page 57

1    the interviews conducted on the same day?

2        A    No.

3        Q    How many days were -- over how many days

4    were the interviews conducted?

5        A    I think we did a group two separate days

6    within the same week and then there was -- Pam's was

7    later.  She wasn't available that week we were -- did

8    the interviews.

9        Q    So she -- the panel reconstituted itself

10   and interviewed Pam separately.

11       A    Yes.

12       Q    At the end.

13       A    Later on.

14       Q    Later on.  So after the other interviews.

15       A    Yes.

16       Q    All right.  Now, you said you had two

17   separate days.  How was this structured?  Was it two

18   days in a row?

19       A    I don't think so.  I think it was --

20       Q    To accommodate the panels' schedule?

21       A    I think to accommodate the -- everybody's

22   schedule.  So somehow to work it out for everybody.

Page 58

1    So everybody could make themselves available, the

2    panelists and the interviewees.

3        **Q    Okay.  Now, how many interviews did you do**

4    **for this?**

5        A    I don't remember exactly.

6        **Q    Okay.  How come Pam had an interview later?**

7     **How did that happen?**

8        A    I believe she was out of town, or

9    something, during that week.  It might have been an

10   emergency or something.  I don't -- I think somebody

11   said, but I don't remember the circumstance, but she

12   just was not available at -- during that period of

13   time.

14       **Q    Okay.  But you didn't have to decide**

15   **whether to do it later.  They told you.**

16       A    Right.

17       **Q    That she was not available so you would do**

18   **another interview at a later date.**

19       A    Yes.

20       **Q    Did they tell you what date it was?  In**

21   **other words before you started the interviews, did**

22   **you know Pam wouldn't be there and Pam would be --**

Page 59

1    that one applicant would be at a later date?

2         A     I knew one applicant -- I think I knew one

3    applicant would be at a later date, but I don't know

4    that we knew what date that would be.  We just knew

5    it was sometime.

6         Q     And you don't know why.  You just knew that

7    she wasn't available.

8         A     I think she was out of town or she might

9    have had a family emergency.

10        Q     Okay.  But you might have learned that

11   later.  You just knew she wasn't available.

12        A     Correct.

13        Q     Okay.  Let me show you a document here.  I

14   am showing you what has been marked for

15   identification as Exhibit Number 1 to this

16   deposition.

17                    (Carmichael Deposition Exhibit 1 was

18                     marked for identification.)

19               BY MR. SHAPIRO:

20        Q     Now, I want to ask you about this and I

21   want to ask you first to take a look at it and to

22   tell me if you have ever seen this document before

Page 60

1      and it is a two-page document.

2          A    (Examining)  No.

3          Q    You have never seen this before.

4          A    No.

5          Q    Now, have you ever seen the questions, the

6      six -- do you see where it says, "What are the four

7      to six major tasks to the position?"  Have you ever

8      seen those tasks listed before?

9          A    I think -- I don't know that I have seen

10     these exactly like that.  I think that looks like the

11     types of things that we asked questions about as I

12     recall.

13         Q    Okay.  Did you ever deal -- this job, the

14     position, title, series and grade that we are talking

15     about, it says, "Senior management analyst CG 343-13,

16     position location DOA management services branch

17     management support section."  Is that the job that

18     you were interviewed, you were on the interview panel

19     for as best as you recall?

20         A    As best as I recall.

21         Q    Is that a yes, as best as I recall?

22         A    Yes.

Page 61

1     Q    Okay.  Have you ever dealt with Ingra

2     Jones, an HR specialist?

3     A    No.

4     Q    In this selection.

5     A    No.

6     Q    Okay.  What is a compliance officer?  What

7     does that mean?

8     A    I assume it is somebody that looks and

9     makes sure you follow the rules.

10    Q    Okay.  But you have never seen this before.

11    That is your testimony?

12    A    Yes, I don't recall ever seeing it before.

13    Q    Okay.  Good.  Let's have this marked as

14    Exhibit Number 2.

15                 (Carmichael Deposition Exhibit 2 was

16                     marked for identification.)

17             BY MR. SHAPIRO:

18    Q    And I am showing you now what has been

19    marked as Exhibit Number 2 and asking you -- these

20    documents are in a group and they are marked as 00585

21    through 00597.  I believe that is inclusive.  See the

22    little stamp, Bates stamps at the bottom.  Do I have

Page 62

1    it right?  It is 00585 through 00597 inclusive?

2        A    Correct.

3        Q    Okay.  Now, let's look at the first

4    document in this set.  "Interview talking points.

5    The ground rules."  Now, what we have here looks to

6    be like a script to be read.  Do you agree?

7        A    Yes.

8        Q    And it is a script to be read to a person

9    being interviewed by the person doing the interview.

10       A    Correct.

11       Q    Okay.  Is this the script that was read for

12   this selection on which you were the first -- your

13   services, the first time you served as an interviewer

14   on an interview panel?

15       A    This looks like -- I remember having a

16   script, so to speak, and this was in front of me and

17   talking through this for each candidate.

18       Q    You would read this to each candidate.

19       A    Yes.

20       Q    You would do the reading?

21       A    I -- that was -- I did that part.  I recall

22   that.

Page 63

1      Q    In each interview for this selection, you

2    read this?

3      A    Yes.

4      Q    Okay.  Now, this script says that "The

5    position you were interviewed for was a GS-13

6    management analyst job series, GS-343, within DOA's

7    management services branch, management support

8    section in Washington."  That looks like the job that

9    is described in Exhibit Number 1, correct?

10     A    Yes.

11     Q    Okay.  It says, "Currently Dan Bendler is

12   the chief of the management support section and has

13   selected this panel to conduct the first round of

14   interviews.  Once all interviews has been completed,

15   a second round of interviews will be scheduled for

16   those candidates who are determined to be most

17   qualified."  That was your understanding of what your

18   panel was to do, your interview panel was to do.

19     A    Yes.

20     Q    Okay.  "We, the panel members, do not work

21   in the management support section and therefore, may

22   not be able to answer job specific questions."

Page 64

1    **Correct?**

2        A    Yes.

3        **Q    In other words, if the candidates had**

4    **questions about the specific job, this panel probably**

5    **couldn't answer them.**

6        A    Correct.

7        **Q    Okay.**

8        A    And I think what we said was, in that, when

9    we talked about that, if you had a question, we would

10   pass it on.

11       **Q    It doesn't say that here, does it?**

12       A    No, but I think that is what we talked

13   about doing.

14       **Q    But this is a script to be actually read to**

15   **the candidates.**

16       A    Yes.

17       **Q    It is written in not tell them this, tell**

18   **them that, but actually the words to be used,**

19   **correct?**

20       A    Yes.

21       **Q    Okay.  So you read this to each**

22   **interviewer, interviewee, correct?**

Page 65

1    A    Yes.

2    Q    Okay.  In front of the other panelists.

3    A    Yes.

4    Q    Okay.  Now, it says here that the interview

5    was to last about 45 minutes, not an hour, correct?

6    A    Okay.  Yes.  It does say that.

7    Q    Right.  And the person is supposed to

8    budget their time.

9    A    Yes.

10    Q    In other words, it is not up to the

11    interviewers to budget the time for them.

12    A    Right.

13    Q    Right?  And it says that the first two

14    questions are longer, will require longer answers

15    than the last three.  So there were five questions,

16    correct?

17    A    Yes, that is what it says.

18    Q    Right.  And then it says, "At the

19    conclusion of the interview, you will have an

20    opportunity to ask questions."  That is what you

21    would have to pass along.

22    A    Yes.

Page 66

1        Q    Okay.  Now, let's look at the next page,

2   which should be 00586 in production from the FDIC.

3   Now, this says that it is a structured interview

4   document.  It has a vacancy number, job title,

5   series, all of which seem to be the same as listed in

6   Exhibit Number 1, correct?

7        A    Correct.

8        Q    All right.  And then it has, "Structured

9   interview question" and it says, "Prepare a separate

10  form for each question."  And then there is a

11  question, "Describe your experience in conducting

12  management analysis studies.  Then tell us about the

13  significance" so forth and so on.  And then there is

14  something called benchmarks.  What are benchmarks?

15       A    That is what you, as the person doing the

16  interviewing, that is what you were looking for in

17  the answer.  That was the ideal answer, somebody who

18  had that experience.  So you compared an individual's

19  answer to that benchmark.

20       Q    Okay.  Now, this looks very much like the

21  benchmark depends on the question, the benchmarks

22  depend on what the question is, correct?

Page 67

1      A    Correct.

2      Q    And the question is job specific.

3      A    Yes.

4      Q    So these questions were written for this

5   job.

6      A    Correct.

7      Q    And the benchmarks were also written for

8   what the person who wrote the questions was looking

9   for in an ideal answer.

10     A    Yes.

11     Q    So Mr. Bendler and perhaps Mr. Sherman

12  wrote this.

13     A    Correct.

14     Q    Okay.  And you were bound to rank on the

15  basis of these benchmarks.

16     A    Yes.

17     Q    And ask this question and this question

18  along with the other specific questions, correct?

19     A    Yes.

20     Q    There was no leeway in this, correct, that

21  is what a structured interview is, no leeway.

22     A    Correct.

Page 68

1       Q    Okay.  So this is the first question and

2   then there is a place for the candidates' response,

3   as if it is a written response.  This is for your

4   notes?

5       A    Yes.

6       Q    I see.  So the candidate doesn't actually

7   see this document.  He gets -- he or she gets read

8   the question.

9       A    Right.

10      Q    And he doesn't get read the benchmarks.

11      A    No.

12      Q    The benchmarks are kept for what the

13  interviewer is looking for.

14      A    Right.

15      Q    Okay.  And then there is an assessment of

16  candidates' response -- outstanding, good and

17  inadequate -- and then clarifying questions.  These

18  would be the questions that the panel might ask to

19  clarify an answer?

20      A    Yes.

21      Q    But you would have to write them down so

22  there would be a record, correct?

Page 69

1      A    Yes.

2      Q    So if there were any clarifying questions,

3  one of the rules of engaging in this structured

4  interview process was you had to write down the

5  clarifying questions.

6      A    Yes.

7      Q    And then you might not ask a clarifying

8  question to another interviewee because they might --

9  you might not need to, correct?

10     A    Correct.

11     Q    But when you did ask one, you had to write

12 it down to make a record of it, correct?

13     A    Yes.

14     Q    All right.  And the areas that are blank

15 here, for example, candidates' response there is a

16 blank that goes over to the second page and then it

17 has clarifying questions where you write and then

18 again, candidates' response.  And then assessment,

19 there is this bar, which has a check mark, and then

20 there is a blank space.  Is that for an anecdotal

21 assessment?

22     A    It may just be on the form printed.  I

1    don't know that --

2        Q    Well, there is a big blank space.

3        A    I don't know what that is for.

4        Q    All right.  Then the next page, which would

5    be 00588, is the next question and the same format,

6    benchmarks and the actual question asked, which has,

7    in this case, an A, B and C and D subpart, right,

8    which you would actually ask, correct?

9        A    Yes.

10       Q    And then the benchmarks again, which you

11   would not disclose, but upon which you would judge

12   the candidate -- against which you would judge the

13   candidate because that is the perfect answer.

14       A    Yes.

15       Q    Okay.  Now, the answers don't actually --

16   the benchmarks, that is the perfect candidates'

17   answers, don't actually give you answers.  They tell

18   you things that would be included.  Not specific

19   things, but areas that would be covered, right?

20       A    Yes.

21       Q    So if you were not a management analyst or

22   didn't know the group and the setting in which this

Page 71

1    job occurred or the applicants' backgrounds were, you

2    wouldn't know what they would actually answer.  So it

3    is not really the best.  It is sort of what would be

4    in the best -- in a perfect candidates' answer.  Not

5    actually the things that would be, but the kinds of

6    things.

7        A    Yes.

8        Q    The areas that would be covered.

9        A    Yes.

10       Q    For example, in the first one, on

11   page 00586, the candidate provided at least one

12   specific answer of an analytical assignment that

13   he/she conducted and explained why the assignment was

14   significant.  It doesn't tell you what an analytical

15   assignment would be, just that that is what you are

16   looking for.

17       A    Yes.

18       Q    The perfect candidate would do that.

19       A    Yes.

20       Q    All right.  And again, we have candidates'

21   response, a section, a blank.  We are looking at the

22   next one, which is on 589, right, and then there is a

Page 72

1    third page because the benchmarks were longer here

2    and so there is a place for clarifying question and

3    then a place underneath for candidates' response

4    again and then assessment of the candidates with

5    outstanding, good and adequate check-offs, but also a

6    space below that, correct?

7        A    Yes.

8        Q    And you don't know what that space is for.

9        A    Yes.

10       Q    You think it is just spacing in the form.

11       A    Yes.

12       Q    Okay.  Well, you weren't told that you were

13   supposed to jot down anything as to why you rated

14   them outstanding or good or inadequate?

15       A    Right.

16       Q    No explanations were given there.

17       A    No.

18       Q    Your understanding was this was just the

19   way the form printed.

20       A    Yes.

21       Q    Okay.  But the other blank spaces are

22   actually designed for you to write things.

Page 73

1      A    Your notes, right.

2      Q    Or the clarifying questions you ask.

3      A    Right.

4      Q    Okay.  And again, we have the third

5   question, "Describe an experience where you undertook

6   a task or assignment about which you knew little or

7   nothing.  How did you proceed.  What difficulties

8   arose and how did you handle them."  And then there

9   were benchmarks.

10          "The candidate provided an example of how

11  he or she methodically collected data, interviewed

12  knowledgeable personnel."  Of course, it might not

13  have been that type of assignment that the person --

14  because they don't know that they are supposed to

15  choose -- they are supposed to talk about one that

16  was -- involved interviewing people.  It could have

17  been that they answered one that they knew nothing

18  about that had no interviews.  And then you -- would

19  you downgrade them because they didn't mention

20  interviewing people?

21          MR. JONES:  Objection.  Where is -- I don't

22  see where you are --

Page 74

1          MR. SHAPIRO:  I am in 591.

2          MR. JONES:  Okay.

3          BY MR. SHAPIRO:

4     Q    The question is number 3.  You see question

5     number 3.  It says, "Describe an experience where you

6     undertook a task or assignment about which you knew

7     little or nothing.  How did you proceed?  What

8     difficulties arose and how did you handle them?"

9     That is what would be read to each interviewee,

10    correct?

11    A    Yes.

12    Q    Now, the benchmark, which you would not

13    read to them, says, "The candidate provided an

14    example of how he/she methodically collected data,

15    interviewed knowledgeable personnel, sought advice

16    and guidance from their supervisors or peers and

17    researched similar projects that had previously been

18    completed to gain ideas."  Right?

19    A    Yes.

20    Q    Now, it may be that this particular

21    assignment that the candidate -- the interviewee

22    chose to talk about, in answer to an assignment that

Page 75

1    they knew little or nothing, had nothing to do with

2    collection of data, correct?

3         A    It could be, yes.

4         Q    Would you mark them down because they

5    didn't talk about how they collected data?

6         A    I think it would depend on the answer, the

7    circumstances.

8         Q    Right.  But they didn't know that they were

9    supposed to say how they -- that they collected data

10   or choose one that collected data -- that involved

11   collecting data, right?

12        A    Correct.

13        Q    They wouldn't know anything about that,

14   right?

15        A    Right.

16        Q    Okay.  And again, the form goes to and has

17   a big space here underneath the check-offs, but you

18   think that is just the way -- the nature of the form.

19        A    Yes.

20        Q    Okay.  No one explained to you you were

21   supposed to write down why you gave the impressions.

22        A    Right.

1      Q    You had the impressions of outstanding,

2  good or inadequate, correct?

3      A    Correct.

4      Q    Okay.  You received no particular training

5  before you did this interview --

6      A    No.

7      Q    -- on the structured interview document or

8  the structured interview process.

9      A    Other than I don't know when I took the

10  CBI.  I don't know if it was before, during, after.

11  It was in that --

12      Q    The CBI?

13      A    The computer based instruction on

14  structured interviews.

15      Q    So it might have been after.

16      A    It could have been.

17      Q    Okay.  Nobody told you you should take it

18  before this.

19      A    No.

20      Q    Okay.  In fact, the only person you talked

21  about doing this with was Dan Bendler.

22      A    Right and my supervisor.

Page 77

1    Q    You asked your supervision permission to do

2    it.

3    A    Yes.

4    Q    And he said sure, go ahead.

5    A    Yes.

6    Q    He didn't describe it to you, the process.

7    A    He might have because he had been probably

8    on panels.  So he just --

9    Q    But do you recall him now?  This is --

10   again, I am not asking you what probably happened,

11   what might have happened, what could have happened.

12   I am asking you what did happen.  So with this, it is

13   simply recollection, not speculation.

14   A    I don't remember.

15   Q    Okay.  And there are five questions all

16   with the same format, question specific, then

17   benchmark not revealed, then spaces to write,

18   correct?

19   A    Correct.

20   Q    And then finally, after 596, document 596,

21   there is another document, the very next one, says

22   597.  In this case, there are 10 things listed.  This

Page 78

1    looks like a score sheet.

2         A    Yes.

3         **Q    Now, my question is, did you fill out a**

4    **score sheet like this for each interviewee?  In other**

5    **words, did you go down the list.  This is a score**

6    **sheet and it has seven candidates here.  Do you see**

7    **them listed?**

8         A    Mm-hmm.

9         **Q    And then it has the candidates typed in**

10   **underneath, which rank, and they are set up in groups**

11   **and then ranked and then there is scores.  Do you see**

12   **how the scores are?  Did you have a blank one of**

13   **these that you filled in on your impressions of each**

14   **candidate?**

15        A    No.  I think we went from our interview

16   sheets, we would do our individual ranking.

17        **Q    Of each candidate or of the candidates as a**

18   **whole?**

19        A    Of each candidate after the interview.

20        **Q    After each candidate's interview, you would**

21   **do the ranking.**

22        A    Yes.  You would fill out the sheet.  Then I

Page 79

1   think as a group we talked about it and came to a

2   consensus and what our impressions are and we talked

3   through how they answered and came to a consensus

4   agreement.  This reflects, I think, our consensus.

5        **Q    I see.  So it is a consensus, not an**

6   **arithmetic determination.**

7        A    Right.  This just reflects the consensus

8   of --

9        **Q    Okay.  But let me make sure I understand**

10  **what you mean by consensus.  Now, you see if three**

11  **people rank a candidate as good, they would put down**

12  **a 2, right?  That is what it says here --**

13       A    Yes.

14       **Q    -- the answer score.  2 means good, 3 means**

15  **outstanding and zero means inadequate.  There is no**

16  **rank for 1, right?**

17       A    Yes, that is what is on here.

18       **Q    Okay.  So the point is that if three people**

19  **are interviewers, which is what you had in your case,**

20  **and all of them rank as good, then the consensus is**

21  **good, correct?  Obviously.**

22       A    Yes.

Page 80

1      Q    But if two rank as outstanding and one

2   ranks good, then there is two different ways to get a

3   score, isn't there?  You could average.

4      A    Yes.

5      Q    Which is an arithmetic or mathematical

6   process, or you could just talk about it and somebody

7   could agree to change their score and you could come

8   to a point that everybody would say, okay.  Let's do

9   that.

10     A    Yes.

11     Q    It is the latter that you did.

12     A    That is my recall, my recollection.

13     Q    We are going only by your recollection,

14  ma'am.  We can't go by anything else.  So you are

15  telling us it wasn't arithmetic or mathematical.  It

16  was a discussion and in the hypothetical I suggested

17  where 1 says good and 2 says outstanding, somebody is

18  going to give up and agree to make it -- somebody or

19  somebodies in this group are going to give up and

20  make it something else, correct?

21     A    Correct.

22     Q    And you are not going to do arithmetic

Page 81

1    points.  In other words, there is nothing on there

2    that allows for a 2.5 as opposed to a 3 or a 2,

3    right?  So it has got to either be a 3, a 2 or a

4    zero.

5         A    Yes.

6         Q    Okay.  These things were determined by --

7    these were given to the panel.  The panel didn't

8    decide on 2, 3, zero.  That was given.

9         A    No.  I think the panel, we came up with

10   this way of doing it.

11        Q    2, 3, zero.

12        A    Yes.  I think we just came to an agreement

13   this is how we would compile the --

14        Q    Okay.  So the rankings -- so you didn't

15   have to -- well, you had to do outstanding, good or

16   inadequate.

17        A    Right.

18        Q    Because that was on the form.

19        A    Right.

20        Q    But giving an arithmetic equivalence of 3,

21   2 and zero, that was your -- the panel's idea?

22        A    I believe so.

Page 82

1    Q    And when did you do that?  Before the first

2    interview?

3    A    I think after all the interviews.  I think

4    we were trying to figure out how to rank people, you

5    know, how to present the results.

6    Q    All right.  Did you formulate this, you,

7    the panel, formulate this form or was this form

8    given?

9    A    We formulated this I believe.

10    Q    I see.  Okay.  So good.  All right.  And

11    this form was only used for the amalgamated scores,

12    right?  In other words, you didn't each fill out one

13    of these and then compare?

14    A    Correct.  I think it was for the --

15    Q    Okay.  And who prepared this form on the

16    computer?  This is kind of like a spreadsheet.

17    A    I believe -- I think Rick did.

18    Q    Rick.

19    A    Rick Marlatt.

20    Q    And so he did this and you already had the

21    scores and he just filled this in?

22    A    I think so.

Page 83

1    Q    So you didn't have this form when you were

2    actually amalgamating.    This just reflects the

3    amalgamation that was done.

4    A    Right.

5    Q    Right?

6    A    Correct.

7    Q    And obviously, the form was not a hundred

8    percent because there is some supplemental you see in

9    the end, which explains certain things, how many

10   goods, how many outstandings and what O, G and I

11   stand for.

12   A    Right.

13   Q    And who wrote those in?

14   A    I don't know.

15   Q    Were they written in while you were still

16   on the panel or was this after the fact?

17   A    I don't know.

18   Q    But you saw the typewritten portion.

19   A    Yes.

20   Q    Of this.

21   A    Yes.

22   Q    At the end.

Page 84

1    A    Yes.

2    **Q    Okay.  Good.  Now, the 1, 2, 3, 4, 5, 6, 7,**

3    **they are not in alphabetical order, the names of the**

4    **people.  Is that the order of the interview?**

5    A    That is what the form says.  That is all I

6    can go by.  I don't remember the order.

7    **Q    Okay.**

8    A    I only remember Pam was last, but I don't

9    remember --

10   **Q    Did you know Pam Brownfield before you did**

11   **this interview?  You never met her before as far as**

12   **you knew.**

13   A    No.

14   **Q    Right?**

15   A    No.

16   **Q    Did you know any of the candidates?**

17   A    I think I mentioned I had talked with Bill

18   Gately.

19   **Q    And did you know any of the other**

20   **candidates?**

21   A    No.

22   **Q    All right.  Good.**

Page 85

1           MR. JONES:  Is this a good time to take a

2      short break?

3           MR. SHAPIRO:  Sure.

4           MR. JONES:  Do you need to take a break at

5      all?

6           MR. SHAPIRO:  Okay.  Let's take a break.

7           (A brief recess was taken.)

8           MR. SHAPIRO:  I would like to show you

9      another document.  Let me show you what has been

10     marked for identification as number 3.

11               (Carmichael Deposition Exhibit 3 was

12                    marked for identification.)

13          BY MR. SHAPIRO:

14     **Q    Now, this is a two-document exhibit.  It is**

15     **actually documents 504 and 505 in production from the**

16     **FDIC and it seems to be -- well, hang on.  Just look**

17     **at the document for now.  This seems to be two**

18     **different score sheets without any marginalia, that**

19     **is, not margin notes, just the typed out score**

20     **sheets, for this selection.  00504 has all the**

21     **candidates listed, all the rankings down with all the**

22     **scores, and 00505 -- sorry.  And 00504 has everybody**

Page 86

1    in but Ms. Brownfield.

2         A    Which one?  50 --

3         Q    The first one --

4         A    505.

5         Q    -- has everybody.

6         A    Okay.  Yes.

7         Q    And the second one has everybody but

8    Ms. Brownfield.  It is the same scores, but no Pam

9    Brownfield.

10        A    That is correct.

11        Q    Okay.  So I take it that you already had a

12   ranking done before you even interviewed

13   Ms. Brownfield; is that correct?

14        A    That is what it looks like, yes.

15        Q    And you saw the form, the first -- the

16   second form before Ms. Brownfield's interview,

17   correct.  It was generated and shared.  In other

18   words, you did the actual composite scoring before

19   that because obviously, it couldn't be done on -- and

20   Mr. -- I think you said Mr. Marlatt actually composed

21   this on the computer to reflect the actual composite

22   scores that had already been done, correct?

Page 87

1          A    Yes.

2          Q    So you already had a ranking, who was

3     first, second, third, fourth, fifth, sixth and so

4     forth.  The first group, the second group and so

5     forth before you ever interviewed Ms. Brownfield,

6     correct?

7          A    Yes.

8          Q    And you saw this document, 00505, the

9     second form, before Ms. Brownfield's interview.

10         A    As best I can recall.

11         Q    Yes, as best you recall, correct?

12         A    Yes, as best I can recall.

13         Q    Okay.  Now, can I ask you -- you can put

14    that aside.  Can you tell us if you were to say how

15    many people should be interviewed further?  In other

16    words, when you started your job, right, were you to

17    send four candidates forward, five candidates

18    forward?

19         A    I don't think we were told the number or a

20    number.

21         Q    So did you say how many candidates you were

22    sending forward or did you just give them this?  Did

Page 88

1    you just --

2        A    I think we just gave them this.

3        **Q    I see.  So you never said who you thought**

4    **should go for their interview.  You just simply gave**

5    **your rankings as you three compositely saw the**

6    **rankings from the interview.**

7        A    I think we gave them this.

8        **Q    "This" being the first document.**

9             MR. JONES:  Can we identify that by the --

10            BY MR. SHAPIRO:

11       **Q    00505.  Oh, sorry.  00504.**

12       A    I think, though, we recommended -- in the

13   end, we probably said go with the first three or four

14   people or something.

15       **Q    Well, how did you know how many positions**

16   **were to be filled?  You didn't, did you?**

17       A    We didn't, but we were just recommending

18   how many they should interview for the second

19   interview.

20       **Q    I understand, but if there were six**

21   **positions to be filled, then they have to interview**

22   **more than four people, correct?**

Page 89

1      A    Yes.

2      Q    And you didn't know how many positions were

3  to be filled, did you?

4      A    No.

5      Q    And in fact, if there were three positions

6  to be filled, why just send four names?  In other

7  words, if you are filling three positions, you might

8  want to have six people interviewed, even in a second

9  interview.

10     A    You might, yes.

11     Q    And also, you, as the -- as best as you can

12  recall, as the interviewers, you had no conception of

13  what the written applications showed.

14     A    I don't recall seeing written applications.

15     Q    So you didn't know what the written

16  applications showed.

17     A    Correct

18     Q    Right.  You were just going back by a 45

19  minute interview and the answers to these questions

20  that were specific.

21     A    Yes.

22     Q    Okay.  And did you know who actually was

Page 90

1    working in the unit of these candidates, if any of

2    them were actually working in the unit, where the

3    vacancies were to be filled?

4        A    I think only to the extent they answered --

5    if they said they worked in that or they described it

6    as part of their answer.  But I don't think I knew --

7        Q    Well, you knew Gately did.

8        A    Right.

9        Q    Because you had dealt with him.

10       A    Right, but other than that, I don't know.

11       Q    So you don't know if Ms. Baker worked in

12   the unit or Ms. Brownfield worked in the unit,

13   correct?

14       A    Correct.

15       Q    Or Mr. Bracely or Ms. Mattus, correct?

16       A    Correct.

17       Q    You didn't know if David Lok worked in the

18   unit.

19       A    Only if they mentioned it in their

20   interview. Otherwise, no.

21       Q    Okay.  But you don't recall it being a part

22   of the interview.

Page 91

1      A    Only if they would have described as part

2   of their answer, then you would know.

3      **Q    But of course, nothing of the question**

4   **required that.**

5      A    No.  It wasn't really relevant in some

6   regards.

7      **Q    Right.  To the questions.**

8      A    Right.

9      **Q    It wasn't really -- mentioning it wouldn't**

10  **have been relevant to the questions, correct?**

11     A    Correct.

12     **Q    Okay.  And you never reviewed, as far as**

13  **you can recall, the written applications.**

14     A    I don't remember whether I did or I didn't.

15     **Q    And you never reviewed the job**

16  **descriptions, the official PD's, position**

17  **descriptions.**

18     A    I don't remember.

19     **Q    You don't remember having done so, do you?**

20     A    I don't remember whether I did or I didn't.

21     **Q    Well, what you do remember is seeing the**

22  **interview questions in advance.**

Page 92

1      A    Yes.

2      Q    **What we put through in Exhibit Number 2.**

3  **That is what you recall seeing in advance, correct?**

4      A    Yes.

5      Q    **You don't recall anything more than that,**

6  **do you?**

7      A    I don't recall anything else.

8      Q    **And the only thing that you might have**

9  **reviewed, you said, is the thing on the computer**

10  **which describes the structured interview process,**

11  **which was new to the corporation.**

12     A    Yes.

13     Q    **Okay.  But you don't recall reviewing**

14  **anything else.**

15     A    I don't remember.

16     Q    **Okay.  Did you discuss 505 with**

17  **Mr. Bendler?**

18     A    I don't know that we -- I don't know -- I

19  don't remember if we discussed it or if we just sent

20  it to him.

21     Q    **505.**

22     A    Oh.  That we probably did not --

Page 93

1    Q    Well, I am not asking -- again, I am not

2    asking you probably.  I am not asking you possibly.

3    I am not asking you what you think might have.  I am

4    asking you memory.  Pure memory.  You made up this

5    form even though -- well, let me ask you this.  You

6    made up this form at a time when you knew there would

7    be one more person to be interviewed.

8    A    Yes.

9    Q    Is that right?  So you already knew at the

10   time you were doing the initial interviews that

11   somebody was not going to be there, that you were

12   going to have to extend the interview time.

13   A    I don't remember when we learned that.

14   Q    It might have been after you did this

15   document that you learned that, correct?

16   A    No.  It was -- we did this after all of the

17   interviews --

18   Q    No-no.

19   A    -- for that -- those two days it was.

20   Q    Right.

21   A    So but I think we might have known.  I

22   don't --

Page 94

1    **Q    So why did you do this document if you**

2    **might have known that there was another person to be**

3    **interviewed?**

4    A    I think just to get it that far, to --

5    **Q    To get it --**

6    A    To compile the results we had to date.

7    **Q    Right, but you see the rankings.  You see**

8    **where you have rankings, one, two, three, four in the**

9    **groups.  That would have been irrelevant if you had**

10   **one more person to be interviewed because that could**

11   **change all the rankings.  If the person finished**

12   **best, first, then you would have to change all of**

13   **that.**

14   A    This would just reflect the results to

15   date.

16   **Q    Why would you do that if you knew, if you**

17   **knew at the time you did this that there was one more**

18   **person to be interviewed?**

19   A    Just to get it done.

20   **Q    Get what done?**

21   A    Just to put the results down that we knew

22   to date.

Page 95

1    **Q**    **Including a ranking of the candidates so**

2    **far.**

3    A    So far.

4    **Q**    **I see.  So you did see this document before**

5    **Pam's interview?**

6    A    I guess I saw it.  I don't remember if I

7    saw it.  I think we went back and forth.

8    **Q**    **Back and forth.**

9    A    With Rick and Jerie and I in figuring out

10   how to do this and would this work.  I think there

11   was some e-mail traffic.

12   **Q**    **E-mail traffic between the members of**

13   **the --**

14   A    Panel.

15   **Q**    **-- interview panel.**

16   A    Or we might have talked over the phone.

17   **Q**    **And how about Mr. Bendler?  Was he brought**

18   **in on this?**

19   A    I don't remember.

20   **Q**    **How he would want it.  What would be**

21   **helpful for him.  Did you talk to him about what**

22   **would be helpful?**

Page 96

1      A    I don't remember talking to him.

2      Q    Okay.  I want you to look at -- you can put

3  that aside for now.  In fact, let's collect all of

4  these and give them to the court reporter to make

5  sure that we have them all to the court reporter.

6           Now, I have some more documents to look at

7  and fundamentally -- let's mark that as 4.  I show

8  you what has been marked as Exhibit 4.

9                (Carmichael Deposition Exhibit 4 was

10                   marked for identification.)

11           BY MR. SHAPIRO:

12      Q    Now, this is marked 2/23/04.  That is the

13  date.  It is the same vacancy that we have been

14  talking about from the vacancy announcement number

15  and the job title and the grade and series.  And the

16  candidate that is being rated -- it is a structured

17  interview document, which we already looked at in

18  blank, filled in for a particular interviewee, Pam

19  Brownfield, right?

20      A    Yes.

21      Q    And you are the person who filled out this

22  form.

Page 97

1     A   Yes.

2     Q   Based on the Brownfield interview, which

3  came -- which happened on February 23, '04, correct?

4     A   Yes.

5     Q   At least according to your -- and this is

6  all your handwriting, isn't i?

7     A   Yes.

8     Q   Anything that is handwritten on this form

9  is yours, including check marks and underlines,

10  circles, X's, correct?

11          MR. JONES:  You can look at it.

12          THE WITNESS:  Yes.

13          BY MR. SHAPIRO:

14     Q   So you took the blank form and you wrote in

15  the date of the interview, your name and the

16  interviewee, in this case Pam Brownfield, and then

17  you made all the notes.

18     A   Yes.

19     Q   Okay.  Now, right away, under the question

20  itself, which is red, you have some underlining, the

21  letters "NIF" and "significant" in the first line is

22  underlined and then ROA is underlined and there is a

Page 98

1  check mark under it under approach.  What does that

2  mean?

3      A    I don't remember.

4      Q    You have little doubt, though, that is your

5  notes, these are your notes.

6      A    They are my notes.  I don't remember.

7      Q    Okay.  You also have -- in the benchmark,

8  there is, "Was significant" circled and there is an X

9  over "Candidate clearly explained" and then there are

10  check marks and X's on various benchmarks.  Do you

11  see that?

12      A    Yes.

13      Q    What does that entail?  What does that

14  mean?

15      A    I don't remember.

16      Q    Okay.  Then there is handwritten, actual

17  notes.  And it says, "Request-Glen B. Arleas-to look

18  at effective/efficiency working with senior analyst

19  to accomplish."  Do you see that?

20      A    Yes.

21      Q    What is that?  What does that mean?  That

22  is your handwriting, correct?

Page 99

1          A    Yes.

2          Q    **What does that mean?**

3          A    It means, I think, that this -- she was

4    describing an assignment and it was a request from

5    probably Glen Bjorklund, who works in DOA, and Arleas

6    Upton Key, who is the division director.  And the

7    project involved looking at efficiency and

8    effectiveness in something.  I don't know of what.

9    It is not clear from the note.  And she worked with a

10   senior analyst to accomplish these -- that particular

11   assignment.

12         Q    **Then it says, "Joint study-admin function**

13   **related DOE services.  Similar work in other**

14   **divisions.  Duplicative."**

15              MR. JONES:  DOA.

16              THE WITNESS:  DOA services.

17              BY MR. SHAPIRO:

18         Q    **"DOA services.  Similar work in other**

19   **divisions.  Duplicative at LIN duplication."  What**

20   **does that mean?**

21         A    I don't remember.

22         Q    **"Approach CS-supplies.  PSB processing P.**

```
                                                    Page 100
 1      ASB contract oversight," K oversight?

 2          A    Yes.

 3          Q    And then all of that is list of dates

 4      compiled questions.

 5          A    List of duties.

 6          Q    What?

 7          A    List of duties.

 8          Q    List of duties, right?  "Compiled

 9      questions.  AO in D/O evaluated response-RD or RO."

10      What does that mean?

11          A    I think this was -- involved a joint study

12      looking at -- I don't know with who.  It might have

13      been described, but --

14          Q    It might have been described, but you

15      didn't write down the description.

16          A    Right.

17          Q    All right.

18          A    These are my notes.  So at the time they

19      meant something to me, but three years later, it is

20      hard to remember.  She worked on a joint study

21      looking at if there were similar -- other divisions

22      or offices did administrative services and seeing
```

Page 101

1    whether that was sort of duplicative of what DOA was

2    responsible for and you would look at that and

3    evaluate that and see if there were duplications you

4    could eliminate.

5         Corporate services had to deal with

6    supplies would be the CS.  PSB was probably the

7    personnel services branch.  Processing P.  "P" is

8    probably people.

9    Q    Right.  Now, what are these X's and

10   question marks on the benchmarks mean?

11   A    I don't recall.

12   Q    X's and dashes.

13   A    I don't recall.  I just don't recall.

14   Q    Those are the only notes you took, right,

15   in this entire first question.  There is nothing on

16   the second page for the first question.  Right?

17   A    Right.

18   Q    But there is a check mark on the second

19   page.  There is two check marks, in fact.  Check

20   good, check inadequate.  Those are your check marks.

21   A    Yes.

22   Q    Well, how was she rated?

Page 102

1          A    I don't remember which one reflected mine.

2     I don't know if there was a color difference or how

3     we did that.  I think I tried to just put what I

4     thought and what somebody else put and then we talked

5     through, you know, the consensus.  And one of them

6     reflects my rating and one was probably the consensus

7     I think.

8          **Q    Well, all right, but if we look back, this**

9     **was question 1, correct?**

10         A    Mm-hmm.

11         **Q    And if we look back at Exhibit 3, the first**

12    **page, which has Pam Brownfield included on the**

13    **rating, she got a good for this question, which was 3**

14    **because you multiplied it times -- well you are**

15    **supposed to multiply it times 1.5, right?  So --**

16              MR. JONES:  Because the good is worth 2.

17              BY MR. SHAPIRO:

18         **Q    I see.  The good is worth 2.  So she got a**

19    **good.  What does the inadequate have to do with?**

20         A    I don't remember.  Somebody might have

21    thought her answer was inadequate.

22         **Q    It might have been you.**

Page 103

1    A    It might have been me.  I don't remember.

I just know this reflects the group consensus.

3    **Q    Which?  Oh, the Exhibit 3.**

4    A    The Exhibit 3 and this would reflect my

5  answer --

6    **Q    Exhibit 4.**

7    A    Exhibit 4.

8    **Q    But your answer has two answers.**

9    A    I don't -- I just tried to keep it -- I

10  know I put probably my answer and then the group

11  answer.

12    **Q    Well, let's look at the next one in line**

13  **here, shall we?  This is question number 2, correct?**

14   **We know that because it says so at the top.**

15    A    Yes.

16    **Q    And in there, there is "as best can" is**

17  **written in in question number 2.  What does that**

18  **mean?**

19    A    I don't know.

20    **Q    Did you change the question --**

21    A    No.

22    **Q    -- when you asked it?**

1        A    Not that I recall.

2        Q    Okay.  But you have written in "as best

3    can."  That is your handwriting, correct?

4        A    Yes.

5        Q    Then there are these check marks under --

6    there is nothing -- there is a check mark under A, a

7    check mark at B, an X under C, a nothing under D when

8    you get to the benchmarks.  You see that?

9        A    Yes.

10        Q    When I said under, I meant to the side.  Do

11    you see that?

12        A    Yes.

13        Q    Those are your check marks and X's, but you

14    don't know what they mean.

15        A    Right.

16        Q    And then there is a lengthy description of

17    the answer, candidates' response, your notes on the

18    candidates' answer.

19        A    Yes.

20        Q    Okay.  Do you know what this means, how

21    well she did comparatively speaking?

22        A    At the time, it meant something.  When I

Page 105

1    did the notes, it meant something.

2        Q    But they say what the answer was.  It

3    doesn't say how effective it was, correct?  In other

4    words, this is your notes --

5        A    It is my notes on her response.

6        Q    On her answer, right?

7        A    Yes.

8        Q    And you have it under A, B and C or at

9    least B and C and D.

10       A    Yes.

11       Q    And there is something on the second page,

12   which talks about OIG.  It says, "OIG semiannual

13   compiled information."

14       A    Yes.

15       Q    What is that?  She answered that way?

16       A    Yes.

17       Q    I see.  Now, here again, we have nothing --

18   no follow-up questions.  Just like the other one, no

19   follow-up questions are listed and there are two

20   check marks.

21       A    Yes.

22       Q    Inadequate and good.  And on the score, she

Page 106

1    received a good, but you don't know what -- which one

2    reflects your score here and which one reflects the

3    consensus.

4         A    Right.

5         Q    It could be either.

6         A    Right.

7         Q    Going to question 3, again, here we have

8    the word "From" is underlined in the benchmark, as is

9    the first part of "Similar."  Do you see that?

10        A    Yes.

11        Q    Do you know what that meant?

12        A    No.

13        Q    And then you have a very brief answer or at

14   least your notes on the candidates' response.

15        A    Yes.

16        Q    That is all they are, your notes on the

17   candidates' response.

18        A    Correct.

19        Q    All right.  And here there is just one

20   check mark on the next page.  Good.  And in fact, the

21   candidate was rated as good, but we don't know if it

22   was a consensus or not a consensus.  All right.

Page 107

1    **Question 4 has the same sort of thing and there is a**

2    **1, 2 and 3 and I am not sure what that means.  Does**

3    **that mean the benchmarks?**

4         **The question was, "Describe a time when you**

5    **had to perform multiple tasks and had to deal with**

6    **priorities under tight deadlines.  What did you do to**

7    **manage the priorities efficiently and effectively?**

8    **What was the outcome."  What is the 1, 2 and 3 in the**

9    **answer notes, your notes on the answer or response?**

10        A    I think it is the multiple tasks, the

11   things she had to do concurrently, 1, 2 and 3 things

12   she had to get done.

13        **Q    You rated her outstanding on this question,**

14   **her response.  Why?**

15        A    Her answer at the time, that was my --

16        **Q    Your impression.**

17        A    My impression of her answer.

18        **Q    Mm-hmm.**

19        A    Based against the benchmark.

20        **Q    I see.  Then question 5, there are some**

21   **brief notes.  Question 5 is, "The FDIC continues to**

22   **experience change in varying degrees and frequency.**

Page 108

1    Using specific examples, explain how you have

2    effectively coped with and adapted to major changes

3    in the workplace."  And she talks -- apparently

4    talked about possible RIFs, initial fear, human

5    considerations, talked with coworkers, moral support,

6    assess how it will impact.

7         A    Look at opportunity elsewhere.

8         Q    Loss of contacts and then it is worked her

9    way through --

10        A    Yes.

11        Q    -- something in organizational structure.

12        A    Change in organizational structure.  Delta.

13        Q    That delta is change?

14        A    Yes.

15        Q    Your notes.

16        A    Yes.

17        Q    Now, she might not have used any of these

18   words, correct?

19        A    Correct.

20        Q    These are your notes, your impression of

21   what she was saying in response to the --

22        A    Question.

Page 109

1    **Q**   -- question.  And you rated her good.

2  **Well, what would be outstanding?**

3    A   I don't know because I don't remember.

4    **Q**   **Well, it says candidate -- the benchmark**

5  **says, "Candidate provides a specific example of the**

6  **significant work related change and how it impacted**

7  **his or her job."  She talks about possible RIFs.**

8  **"Candidate describes how he/she adjusted his/her work**

9  **habits or attitude to remain productive and**

10  **supportive in the wake of organizational change."**

11      **Neither of those benchmarks -- "Candidate**

12  **describes an example of when he/she anticipated**

13  **change and proactively changed their course of action**

14  **to accommodate new ideas."  None of that is**

15  **necessarily reflected in the question, is it, and**

16  **they are not given the benchmarks; is that right?  I**

17  **mean, the question is, the FDIC continues to**

18  **experience change to which Ms. Brownfield talks about**

19  **possible RIF.  And that was a change that FDIC**

20  **continued to experience, correct?  Right?**

21    A   Say that again, please.

22    **Q**   **The question is, "FDIC continues to**

Page 110

1    experience change in varying degrees and frequency.

2    Using specific examples, explain how you have

3    effectively coped with and adapted to major changes

4    in the workplace."

5        A    Yes, that is what it says.

6        Q    Continued RIF's is a change that FDIC

7    doubtless has experienced --

8        A    Yes.

9        Q    -- during this timeframe, correct?

10        A    Yes.

11        Q    But then the benchmarks don't necessarily

12    relate to the question, do they?  I mean, if you are

13    thinking about RIFs, which was a big change

14    continuously at FDIC, correct?

15        A    Yes.

16        Q    How the candidate describes specific

17    examples and then the candidate describes how he or

18    she adjusted to his or her work habit or attitude to

19    remain productive and supportive in the wake of

20    organizational change, that is not necessarily

21    something that would occur depending on which change

22    you focus on, correct?

Page 111

1      A    Yes.

2      **Q    So you might not ever reach that issue, yet**

3    **you have chosen a major change that FDIC is**

4    **challenged with, correct?  In other words, the**

5    **benchmark is not necessarily something that would be**

6    **hit in a discussion by the candidate, correct?**

7      A    I think the question is asking about FDIC

8    is the organizational change --

9      **Q    I understand.**

10         MR. JONES:  Please let her finish her

11    answer.

12         BY MR. SHAPIRO:

13     **Q    I understand, but RIF is an organizational**

14    **change --**

15     A    Yes.

16     **Q    -- that FDIC has experienced and was**

17    **experiencing then.**

18     A    Yes.

19     **Q    But if you focus on RIF, it doesn't**

20    **necessarily mean that you are going to ever talk**

21    **about how you have adjusted your work habit or**

22    **attitude because that is not a change that may**

Page 112

1    **require you to adjust your work habit or attitude,**

2    **correct?**

3        A    Before a RIF potentially, yes, because you

4    may be on the bubble to be RIF'd and then you

5    either -- you know, you can be very negative about

6    that or positive I guess.

7        **Q    Right, but it is not a work habit question.**

8    **It doesn't necessarily -- you could choose a change**

9    **that focuses on the changes of your work habit, but**

10   **this change may not require you to change your work**

11   **habit, correct?**

12       A    Depending on the change.

13       **Q    Right.  And it doesn't necessarily -- so in**

14   **other words, it doesn't necessarily focus the**

15   **candidate to the benchmarks, the question, correct?**

16   **It is sort of hit or miss.  It is sort of what change**

17   **you focus on, the candidate focuses on, correct?**

18       A    Possibly, yes.

19       **Q    And there is no hint in the question that**

20   **they have to talk about changes that would bring up**

21   **these benchmarks because they are not told of the**

22   **benchmarks, are they?**

Page 113

1    A    I think the question is asking about

2  organizational change and that is what the benchmark

3  is talking about.

4    Q    **Except RIF is doubtlessly an organizational**

5  **change, a challenge that was facing FDIC.**

6    A    Yes.

7    Q    **But it doesn't necessarily bring up work**

8  **habits, does it?**

9    A    I could though.

10    Q    **It could, but it doesn't necessarily**

11  **require a discussion of work habits.**

12    A    I guess.  I don't know.

13    Q    **Okay.  Let's look at question -- that is**

14  **all the questions that were asked, five questions,**

15  **correct?**

16    A    Yes.

17    Q    **And you rated her good on this.**

18    A    Yes.

19    Q    **Now, I want you to -- you can put that**

20  **aside.  I want to mark this next one.  I show you**

21  **number 5, Exhibit 5, and ask you to look at that**

22  **document.**

1              (Carmichael Deposition Exhibit 5 was

2                    marked for identification.)

3          BY MR. SHAPIRO:

4      Q    Now, this is your rating, your

5   reaction/rating of Mr. Lok's answers to the interview

6   questions, correct?

7      A    Yes.

8      Q    And the interview here was three weeks

9   before.

10     A    Yes.

11     Q    Close to three weeks before on the 5th of

12  February, correct?

13     A    Yes.

14     Q    Now, here you ask the same question,

15  question number 1, correct?

16     A    Yes.

17     Q    "Describe your experience as conducting

18  management analysis."  Right?

19     A    Yes.

20     Q    And then there is a bunch of benchmarks,

21  which he is not told, correct?

22     A    Correct.

Page 115

1    Q    And then your notes here are quite brief.

2    "MSS."  So he told you he worked in the section,

3    right, because MSS is the management services

4    section, right?

5    A    Yes.

6    Q    So here is a thing where he told you he

7    works in the section where the vacancies are going

8    to -- are occurring, correct?

9    A    Yes.

10   Q    Okay.  And he says -- he cites a DOA CRA

11   process, compliance, testing, weaknesses, roll-up

12   findings to report summaries, interviews, progress

13   and exit interview?

14   A    It could be interviewing program officials

15   or something.

16   Q    Okay.  Selected 016 K report?

17   A    I think that is OIG.

18   Q    OIG K report.

19   A    Contract report.

20   Q    All right.  Scoping memo.  Do you know this

21   project that he is talking about?

22   A    No.

Page 116

1      Q    Now, on the ratings -- there is no other

2    notes on the first page and there is notes involving

3    any clarifying questions.  So you didn't ask him --

4    no clarifying question was asked, correct?

5      A    Not according to my notes.

6      Q    Well, we can assume that.  You would have

7    noted down clarifying questions, right?

8      A    I think so, yes.

9      Q    Okay.  And then the next thing is, there is

10   both outstanding and good checked, although good

11   seems to be struck off, and then there is the word

12   "consensus" written in under outstanding.  What does

13   that mean?

14     A    I think it is to reflect that we came to a

15   consensus and must have gone with outstanding.

16     Q    I see, but you rated him good, not

17   outstanding.

18     A    It looks like it, yes.

19     Q    It looks like it.  Now, if we look at that

20   first exhibit, he is rated outstanding.

21          MR. JONES:  Exhibit 3?

22          MR. SHAPIRO:  Yes, Exhibit 3.

Page 117

1          BY MR. SHAPIRO:

2      Q    504 in production.  He is rated

3   outstanding, correct?

4      A    Yes.

5      Q    Pam is rated good.  That one change

6   accounts for, in the standings, a point and a half

7   for Mr. Lok, correct?

8      A    Yes.

9      Q    Without that thing, he would be rated 16

10  instead of 17.5.  Is that right?

11     A    Yes.

12     Q    Okay.  Looking at the next, question

13  number 2, it is a long question and you have, again,

14  notes on what the answer was.  In these notes,

15  however, there is no attempt to indicate where the A,

16  B, C and D of the answer is, of the benchmarks.  Do

17  you see that?

18     A    Yes.

19     Q    Whereas in Pam's, if you look at the notes

20  you took on Pam's, you actually did indicate, in your

21  notes, the B, C and D.  Do you see it?

22     A    Yes.

1    Q    All right.  The notes were about the same

2    except Pam's -- the notes on Pam's are more, you will

3    agree, are more detailed.  The notes you took on

4    Pam's answer are more detailed, maybe 50 percent more

5    is written, correct?

6    A    There is more notes.

7    Q    Yes.  In fact, the notes even go over to

8    the space on the second page, which is not true with

9    regards to the notes taken on Mr. Lok.  Do you see

10   that?

11   A    Yes.  It fits on one page.

12   Q    Okay.  And they are considerably less --

13   holding them next to each other, there is

14   considerably fewer notes you will agree.

15   A    There is fewer notes.

16   Q    Okay.  Now, looking at the -- there is also

17   no follow-up questions, correct, from Mr. Lok.

18   A    Correct.

19   Q    That you noted.

20   A    That I noted.

21   Q    And there are, again, two ratings.

22   A    Yes.

1    Q    Outstanding and good.

2    A    Yes.

3    Q    And if we look on -- do you know which one

4    is yours?

5    A    No.

6    Q    Okay.  But if we look on the composite

7    score sheet, Exhibit Number 3, document 504, Mr. Lok

8    was rated outstanding in this category, right?  You

9    can see it on the sheet itself.

10    A    Yes.

11    Q    Which because this is a factor by two, this

12    is a rated double, he gets six points for an

13    outstanding, not just three.  So this put him three

14    ahead or two head of where Pam got because Pam

15    Brownfield got a good, four, correct?

16    A    Yes.

17    Q    Which accounted for an additional two

18    points.

19    A    Yes.

20    Q    So now he would be down to 14.

21    A    Yes, if that is what the answer was.

22    Q    Right.  So he would have the same score as

Page 120

1    **Pam.**

2        A    Yes.

3        **Q    So can I assume that because you checked**

4    **good on both of these scores and outstanding on both**

5    **the first two questions, responses to the first two**

6    **questions for Mr. Lok, that your check mark was the**

7    **good for your rating and the composite was the**

8    **outstanding?**

9        A    I don't remember what was what.

10        **Q    Well, let me -- I understand you don't**

11    **remember, but follow me on this if you would.  You**

12    **certainly checked what you would have rated him,**

13    **right, what you rated the response, correct?**

14        A    Yes.

15        **Q    And then if there is another check mark, it**

16    **would have been the composite of all three of you,**

17    **correct?**

18        A    Yes.

19        **Q    All right.  If you had rated them**

20    **outstanding, then there would be no second check mark**

21    **because Mr. Lok was rated outstanding in both of**

22    **these cases, correct?**

Page 121

1        A    I don't know.  I don't remember.

2        **Q    Well --**

3        A    I mean, he was rated outstanding, but --

4        **Q    Okay.  So you wouldn't have put somebody --**

5   **another panelists score.**

6        A    I might have.  I might have.

7        **Q    You might have.  Okay.  Good.  You don't**

8   **recall changing your score to reach the composite.**

9   **How did the composite come about?**

10       A    We individually went through your notes and

11   your answers shortly after the same -- right after --

12       **Q    Right after the interview.**

13       A    -- the interview.

14       **Q    So --**

15       A    And then we talked about that individual

16   together and then I think --

17       **Q    So when you did Mr. Lok, for example,**

18   **you -- it was right after the interview with Mr. Lok.**

19       A    I don't know if it was right after his or

20   if we had a block together.  I don't remember how

21   that worked.

22       **Q    I want you to think back now because it is**

Page 122

1   very --

2       A    I don't remember.

3       Q    -- important.  Well, think back.  If you

4   are going to resist thinking back, then I am not

5   going to be able to ask -- I am not going to be able

6   to get an answer.  I want you to open your mind to

7   thinking back to the time period.

8            Did you discuss the candidates jointly?  In

9   other words, "Well, this candidate was better than

10  this candidate because that candidate" -- or did you

11  just rate each candidate in your discussions

12  regarding -- compared to the perfect --

13      A    We just rated the candidates to that

14  question.

15      Q    That you had before you.

16      A    Right.

17      Q    Okay.  So you weren't comparing the

18  candidates.

19      A    No.

20      Q    You were simply comparing the candidates to

21  the benchmark.

22      A    Yes.

Page 123

1      Q    In each question.

2      A    Yes.

3      Q    So after the interview -- you took the

4    notes during the interview, correct?

5      A    Yes.

6      Q    And then you rated them individually,

7    separately from the other panelists.

8      A    Yes.

9      Q    With a check mark.

10     A    Right.

11     Q    You never made any comments explaining your

12   assessment.  You just wrote a check mark.

13     A    Correct.

14     Q    Right?  And then you discussed that

15   candidate with your panelists.

16     A    Yes.

17     Q    After that candidate's interview.

18     A    Yes.

19     Q    Okay.  And that is what got you the

20   composite.

21     A    Yes.

22     Q    Okay.  Did you ever go back and change a

Page 124

1    candidate's score, composite score after another

2    person's interview or once you had a composite score,

3    that was the composite score for that candidate?

4        A    That was the composite score.

5        Q    For that candidate.

6        A    For that candidate.

7        Q    So after it was determined, you never went

8    back after hearing some other candidate.

9        A    No.

10       Q    Okay.  Good.  Now, look at the next

11   question.  Here it is a little bit more clear.

12   Question number 3, there is only a good.  Do you see

13   that?

14       A    Yes.

15       Q    But question number 4 you rated outstanding

16   and the consensus was good, right?

17       A    That is what it appears to be.

18       Q    Right.  But in your notes that you took

19   during the interview on question 4, you said, "Did

20   not explain significance of what this role involved."

21    You made a special note indicating what he didn't

22   do, correct?

Page 125

1      A    Yes.

2      Q    **Yet you rated him outstanding.  You would**

3  **have rated him outstanding, but your colleagues**

4  **apparently convinced you to drop it to a good.**

5      A    And that may have been the reason why I

6  dropped it to a good.

7      Q    **Well, but you took -- you told me you took**

8  **these notes during the interview.**

9      A    But that looks like I might have written it

10  down.

11      Q    **Well, the place to write to explain the**

12  **rating was underneath the rating, correct?**

13          MR. JONES:  Objection.

14          THE WITNESS:  I don't know that.

15          BY MR. SHAPIRO:

16      Q    **All right.  You don't know that.  No one**

17  **explained that to you.**

18      A    No.

19      Q    **I see.  All right.  5 is rated good, 4 is**

20  **rated good and 3 is rated good, correct?  And that**

21  **comports with the ratings.**

22      A    Yes.

Page 126

1    MR. SHAPIRO:  We are going to have to take

2    a break.

3         (A brief recess was taken.)

4         BY MR. SHAPIRO:

5    **Q    You will agree with me, won't you, just**

6    **looking at the scores, that the difference between --**

7    **the complete difference between the score that**

8    **Mr. Lok got, which placed him in amongst the top**

9    **three candidates, and the score that Ms. Brownfield**

10   **got, which placed her in the bottom three candidates,**

11   **was in score -- in question 1 and question 2,**

12   **outstanding compared to good, correct?**

13        A    Yes.

14   **Q    Good.  And you will also agree with me that**

15   **it was the composite which drew it up.  You rated the**

16   **person, you rated Mr. Lok good in both cases on**

17   **question 1 and question 2.  In other words, there was**

18   **some --**

19        A    On question 1, it looks like I rated him 1,

20   because I scratched that out.  On question 2, I don't

21   know which one would have been mine and which one --

22   **Q    But would you have noted somebody --**

Page 127

1   another individual panelist's rating?

2        A    I might have.  I don't remember if I did.

3        Q    **But you know that the composite rating was**

4   **outstanding because that is what reveals on 504.**

5        A    But I may not have just gone up.  If

6   somebody had a different view and was good and I was

7   outstanding, I might have put that as well.  I don't

8   know.

9        Q    **But it was a -- not everybody apparently**

10  **voted -- rated initially individually outstanding for**

11  **Mr. Lok on both those things.**

12       A    Right.

13       Q    **Somebody, maybe more than one person voted**

14  **good, but it was only after discussion, that Mr. Lok**

15  **got the benefit of hire, correct?**

16       A    It appears that way.

17       Q    **Yes.  And those two ratings alone is what**

18  **made him in the number two slot, tied for number two,**

19  **and Pam Brownfield tied for number five or six.**

20       A    That is the way the numbers worked, yes.

21       Q    **Right.  Okay.  Good.  I just want to make**

22  **sure I understand it.  Okay.  Who had the most**

Page 128

1    experience in MSS as a program analyst -- management

2    analyst?

3         A    I don't remember.

4         Q    You wouldn't even know that, would you,

5    correct?

6         A    No.

7         Q    See, it is not a matter of memory, it is a

8    matter of ever having that knowledge.  Without having

9    looked at the applications and seen the background

10   experience, you wouldn't have known, correct?

11        A    Right.  And I don't think I looked at the

12   applications.  I don't really remember that.

13        Q    Right.  But if you didn't look at the

14   applications, then you certainly wouldn't have known

15   who had the most experience, you had the most

16   understanding of the branch's role or anything like

17   that.

18        A    Correct.

19        Q    You were simply rating answers to these

20   specific questions based on the benchmarks, both of

21   which were given you, benchmarks and questions.

22        A    Yes.

Page 129

1        Q    Okay.  Did anybody ever indicate to you

2    that -- I want to look at one more.  Before I ask

3    that next question, I want to look at one more.  I am

4    showing you what has been marked as 6, Exhibit

5    Number 6.

6                (Carmichael Deposition Exhibit 6 was

7                    marked for identification.)

8                BY MR. SHAPIRO:

9        Q    This happens to be your interview notes and

10    ratings from the structured interview document for

11    the interview on February 4th of Valeria Baker.  Do

12    you see that?

13        A    I think it is Valerie.

14        Q    Sorry?

15        A    Valerie Baker.

16        Q    Valerie Baker.  Okay.  And Ms. Baker, here

17    you have these X's and check marks under benchmark 1.

18        A    Yes.

19        Q    Okay.  Do the X's mean that she didn't

20    adequately answer the -- meet the benchmark?

21        A    I don't remember.

22        Q    Okay.  You have very, very few notes here,

Page 130

1    correct?

2        A    Yes.

3        Q    And there is no comments, but you rated her

4    good and there is no indication that was other than

5    the rating perceived.  And in fact, if you look at

6    Exhibit 3, document 504 in production, Ms. Baker was

7    rated only good on that first question, correct?

8        A    Yes.

9        Q    Okay.  Now, looking at the second question,

10   there are more notes here, correct?

11       A    Yes.

12       Q    And there is no indication at all, that I

13   can see, of any notes on the benchmarks.

14       A    Correct.

15       Q    All right.  But the notes that are taken

16   here, there is A, B and C again or sorry, B, C and D.

17    Do you see that?

18       A    Yes.

19       Q    But there are much fewer notes than there

20   were with --

21       A    There are fewer notes.

22       Q    Considerably fewer this time.

Page 131

1      A    Yes.

2      Q    **Okay.  And yet here she was rated**

3  **outstanding, right?**

4      A    Yes.

5      Q    **Now, on the third question, she was rated**

6  **good, but there is something -- indication in the**

7  **outstanding box as well.  Do you see that?**

8      A    Yes.

9      Q    **What does that mean?**

10     A    It may have been -- somebody -- it could

11  have been somebody else rated her outstanding and we

12  decided good or I could have rated her outstanding

13  and we decided good.  I don't know which one it was.

14   So I don't know which she ended up with.

15     Q    **And on question 4, there were very few**

16  **notes, but you rated her outstanding.**

17     A    Yes.

18     Q    **On question 5, you would have rated her**

19  **outstanding, but she was rated good based on the**

20  **consensus of the panel.**

21     A    Yes.

22     Q    **And those two ratings conformed to actually**

Page 132

1    what was given to Ms. Baker.  And here Ms. Baker's

2    response to 2, to question number 2, gave her a 16

3    and put her in the fourth position, correct?  But for

4    her outstanding on question number 2, she would have

5    been in the third position.  She would have been a 14

6    tied with Ms. Brownfield, correct?

7         A    Yes.

8         Q    So just on the basis of answer number 2,

9    response to number 2, for which there is few notes,

10   that made the difference between her score and

11   Ms. Brownfield's score.

12        A    Yes.

13        Q    Indeed, if she had gotten a good on

14   question number 4, she would have only gotten a 13.

15        A    Yes.

16        Q    Did Ms. Baker work in the unit, MSS?

17        A    I don't remember.

18        Q    There is nothing in here to indicate one

19   way or another, is there?

20        A    No.

21        Q    Now, I looked through this and I could not

22   find any notes that you took for Mr. Gately.  None

Page 133

1    whatsoever.  No group of notes, no structured

2    interview document filled out for Mr. Gately at all

3    for which your name is an interviewer on.  Do you

4    recall doing one?

5        A    Yes.

6        Q    Do you know what happened to it?

7        A    No.  I gave all my notes back to Dan.

8        Q    To Dan.

9        A    Yes.

10       Q    So when did you do that?

11       A    After we were done with all the interviews.

12       Q    Now, at the time you interviewed Pam

13   Brownfield, you had scores already tabulated for

14   everybody else.  You knew what the order was, right?

15       A    We had the scores tabulated based on that

16   sheet.  Yes, we had an order.

17       Q    That would be 505, the second sheet here.

18       A    Yes.  It looks like we had an order.

19       Q    Right.  And in fact, it looks like all the

20   interviews took place on the 4th and 5th of February

21   with the exception of Ms. Brownfield's who is the

22   23rd.

Page 134

1      A    That is what it looks like, yes.

2      **Q    And you would have had all these scores**

3  **tabulated on the 5th, wouldn't you, or shortly**

4  **thereafter.**

5      A    The 5th or shortly thereafter.

6      **Q    I mean, it was tabulated on the 5th.  You**

7  **wouldn't have necessarily had this document on the**

8  **5th.**

9      A    Right.

10      **Q    But this document, 505, you would have had**

11  **shortly thereafter.**

12      A    Correct.

13      **Q    Certainly before you ever did the interview**

14  **with Pam Brownfield.**

15      A    That is what it looks like, yes.

16      **Q    We can't find --**

17          MR. JONES:  You can't.  No, you can't.  In

18  fact, I have that in a footnote in our response.

19          MR. SHAPIRO:  Yes, I saw that.

20          MR. JONES:  But it is missing.

21          MR. SHAPIRO:  Missing.  Okay.  That is

22  the --

Page 135

1          MR. JONES:  The Gately.

2          MR. SHAPIRO:  This particular panelist --

3          MR. JONES:  The Gately notes for Mary

4     Carmichael.

5          MR. SHAPIRO:  Right.  We don't have those.

6          MR. JONES:  That is correct.

7          MR. SHAPIRO:  If I showed you one more --

8     this is your notes on the February -- for the

9     February 4th interview of Ms. Mattus.

10              (Carmichael Deposition Exhibit 7 was

11                  marked for identification.)

12         BY MR. SHAPIRO:

13     **Q     Correct?**

14     A     Yes.

15     **Q     Did you know her previously?**

16     A     No.

17     **Q     Now, Ms. Mattus received an outstanding in**

18     **question number 2, correct?**

19     A     Yes.

20     **Q     And she is the one that has extensive**

21     **notes, virtually as extensive -- the only one that we**

22     **have looked at so far that had virtually as extensive**

Page 136

1    of notes to her response to number -- question number

2    2 as Ms. Brownfield did.  At least your notes, the

3    response, correct?  It goes over on to the second

4    page.

5        A    Yes.

6        Q    And she got an outstanding; Ms. Brownfield

7    got a good.

8        A    Yes.

9        Q    All right.  So you returned all of your

10   notes all filled out, just the way they are here,

11   plus the ones from Mr. Gately -- that is your

12   testimony -- to Dan Bendler.

13       A    Yes.

14       Q    Before the selection was made?

15       A    I don't remember when I gave it to him.

16       Q    Did you give it to him along with the other

17   panelists' notes or you just gave it to him?

18       A    I think individually I gave them, but when,

19   I don't remember.  We didn't turn our notes in

20   together.

21       Q    Okay.  Good  Give us a couple more minutes

22   so I can go over my notes.  One last question before

Page 137

1  we go off the record.  Did you -- once you rated

2  Ms. Brownfield and did a composite for what the grade

3  was, did you know where she fit in?  In other words,

4  did you have Exhibit Number 3, 505, with you when you

5  rated Ms. Brownfield?

6      A    I don't remember.

7      Q    Shortly after you rated Ms. Brownfield, you

8  saw 504, correct, because --

9      A    Shortly after that was prepared.

10     Q    Right.  And with that, with seeing that and

11 turning in your notes, was that the last thing you

12 did having to do with this selection?

13     A    Yes.

14     Q    Did you do anything between your meeting

15 and rating Ms. Brownfield with the other panelists

16 and turning in your notes?

17     A    No.

18     Q    That was it.

19     A    That was it.

20     Q    It was that order and that is all that you

21 can tell us about your role.

22     A    We rated -- we interviewed anybody.

Page 138

1    Ms. Brownfield was the last one.

2        **Q    Well, you rated -- you interviewed**

3    **everybody and then you put it up on a chart so you**

4    **knew where you stood before Ms. Brownfield ever got**

5    **interviewed.**

6        A    Yes.  Then we interviewed her, we updated

7    the composite scores.

8        **Q    Well, first you discussed her, right?**

9        A    Right.

10        **Q    Separately with -- you did that separately**

11    **from the composite scores?**

12        A    Yes.

13        **Q    You are sure.**

14        A    Pretty sure.

15        **Q    Were you looking at 505?**

16        A    I don't think I ever --

17        **Q    Did you have 505 with you when you were**

18    **rating Ms. Brownfield?**

19        A    Not that I recall.

20        **Q    505 was the interim.**

21        A    I don't think I had it with me.

22        **Q    But you had seen it before.**

Page 139

1     A    I had seen it.

2     Q    **All right.  You had a copy of it.**

3     A    I had an electronic copy, yes.

4     Q    **And you reviewed it before you interviewed**

5     **Ms. Brownfield.**

6     A    I don't know if I reviewed it before.

7     Q    **You certainly knew of it, knew what the**

8     **ratings were and what the rankings were.**

9     A    I knew what the results were, yes.

10    Q    **Right.  Before you ever interviewed and**

11    **rated Ms. Brownfield.**

12    A    Correct.

13    Q    **And before you discussed Ms. Brownfield**

14    **with your colleagues on the panel.**

15    A    Yes.

16    Q    **Okay.  And you discussed her ratings right**

17    **after your interview of her?**

18    A    Yes.

19    Q    **And then you added the scores to produce**

20    **504.**

21    A    Yes.

22    Q    **The full sheet.**

Page 140

1    A    Yes.

2    Q    **Did you turn this in to Mr. Bendler?**

3    A    I think Rick did.

4    Q    **Rick did.  Right.  And you just turned in**

5    **your notes.**

6    A    Yes.

7    Q    **And they turned in their notes?**

8    A    I assume they gave --

9    Q    **Well, did somebody tell you to turn your**

10   **notes?**

11   A    I might -- somebody must have said

12   something.  I may have asked.

13   Q    **Well, it had to Bendler because that was**

14   **the only person you had contact with.**

15   A    I might have asked do you want to hold my

16   notes and keep everything together.

17   Q    **And he said yes.**

18   A    And he said yes.  And I brought them over

19   at some point.

20        MR. SHAPIRO:  Okay.  Good.  Give us a

21   couple seconds and we will be right back to you.

22        (A brief recess was taken.)

Page 141

1          BY MR. SHAPIRO:

2     **Q     Mr. Gately is a white guy, right?**

3     A     He is white, yes.

4     **Q     Yes.  Mr. Lok, Asian.  Not African-**

5     **American.**

6     A     I couldn't tell you.

7     **Q     Couldn't tell me whether he is African-**

8     **American or not?**

9     A     No.

10    **Q     Couldn't tell me if he is Asian rather than**

11    **African-American?  Don't recall?**

12    A     I don't remember.

13    **Q     Or just don't know?**

14    A     I don't remember.

15    **Q     Okay.  Now, about Ms. Mattus?**

16    A     I don't remember.

17    **Q     You don't remember.  Ms. Robertson?**

18    A     I don't remember.

19    **Q     Ms. Baker?**

20    A     I don't remember.

21    **Q     Mr. Bracely?**

22    A     I don't remember.

Page 142

1      Q    Pam is sitting here.  She is an African-

2    American.

3      A    Yes.

4      Q    Okay.  Do you remember Mr. Gately because

5    you didn't just talk to him on the phone before?  You

6    actually met him?

7      A    I might have been in a meeting with him.  I

8    mean, I do know what he looked like.

9      Q    And you don't remember what the others

10    looked like.  That is your testimony?

11      A    That is correct.

12           MR. SHAPIRO:  Okay.  Good.  I don't have

13    any other questions.  If you have some questions, I

14    would be happy to listen to them.

15           MR. JONES:  I have a couple.

16           EXAMINATION BY COUNSEL FOR DEFENDANT

17           BY MR. JONES:

18      Q    You testified that you met Dan Bendler in

19    the RTC OIG?

20      A    Yes.

21      Q    And when did he leave the OIG?

22      A    I think in 1996 after the merger.  '96 or

Page 143

1    '97.  He wasn't there long after the merger.

2        Q    Okay.  And at the time that he brought you

3    the interview questions, the one-on-one meeting that

4    you had with him.

5        A    Yes.

6        Q    Where was your office?

7        A    In the 801 building.

8        Q    And where was his office?

9        A    It was in, I think, 1730 Pennsylvania or

10   1700 Pennsylvania Avenue.

11       Q    Okay.  So you weren't in the same building?

12       A    No.

13       Q    Did the fact that you had prior contact

14   with Bill Gately influence your notes or rankings

15   with him?

16       A    No.

17       Q    How about the fact that he said he was in

18   the unit, the management --

19       A    No.

20       Q    -- support section?  If a person hit more

21   benchmarks, would they get a higher grade, would they

22   necessarily get a higher grade?

Page 144

1    A    Yes.

2    **Q    And you didn't set the benchmarks.**

3    A    No.

4    **Q    In fact, you were instructed to follow the**

5    **benchmarks.**

6    A    Yes.

7    **Q    Now, if a candidate gave a more rambling**

8    **answer, would you have taken more notes than a**

9    **candidate who gave a focused answer?**

10    A    I think --

11    MR. SHAPIRO:  I am going to object because

12    that is not a memory question.  It is just a

13    speculation.  You can go ahead and answer.

14    THE WITNESS:  Yes.  I think it just

15    depended on the pace somebody answers and -- somebody

16    may talk very slowly so you can take more notes and

17    somebody may talk -- but it doesn't necessarily -- I

18    wouldn't characterize it whether it was rambling or

19    not as to why you took more or less notes.

20    BY MR. JONES:

21    **Q    Okay.**

22    A    Probably how the person answered, the pace

Page 145

1    of their voice may be more of a factor, but it just

2    depends.

3        **Q    Did you try to take down the gist of**

4    **everything that each candidate said?**

5        A    I don't think you tried to be verbatim, you

6    tried to just -- the notes are for you, for a memory

7    jogger for that period of time.  You are not trying

8    to write everything down.  In fact, I think we say

9    don't read into how much is written or how -- if I am

10   writing a lot, it doesn't mean it is a great answer

11   or bad answer.  It is just my notes.

12       **Q    So there is not necessarily any**

13   **relationship between the length of the note and how**

14   **they actually scored on the answer.**

15           MR. SHAPIRO:  Objection.  Leading.

16           BY MR. JONES:

17       **Q    Is there any relationship between the**

18   **length of the notes --**

19       A    Not necessarily.  I think it is their

20   answer.

21           MR. JONES:  That is all.

22           FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

Page 146

1          BY MR. SHAPIRO:

2      **Q    Did you review anything to prepare for this**

3  **today, any documents?**

4      A    I was provided the complaint and the answer

5  to the complaint for Ms. Brownfield.

6      **Q    You were.  Who provided you those?**

7      A    Counsel.

8      **Q    Did you look at your notes before you**

9  **provided your notes?**

10     A    No.

11     **Q    The things we have looked at today?**

12     A    No.

13     **Q    You didn't get those.**

14     A    No, I don't have a copy.

15     **Q    And you weren't provided any by counsel.**

16     A    No.

17     **Q    Well, have you ever seen the complaint**

18  **before?**

19     A    No.

20     **Q    Did you have a hand in answering the**

21  **complaint?**

22     A    No.

Page 147

1    Q    Why were you shown that?

2    A    I don't know.  They just sent it to me.

3    Q    Have you ever seen a legal complaint filed

4    in federal court before or an answer to one?

5    A    I might have.  I don't remember.  I mean, I

6    don't commonly see them.

7    Q    Did you meet with counsel?

8    A    Yes.

9    Q    When?

10    A    A couple weeks ago.

11    Q    What was discussed?

12    MR. JONES:  Objection.  Attorney-client

13    privilege.

14    MR. SHAPIRO:  She is not your client.

15    MR. JONES:  I instruct the witness not to

16    answer.

17    MR. SHAPIRO:  She is not your client.  She

18    is not a management official.  She is just -- she was

19    a witness, a fact witness.

20    MR. JONES:  For the purposes of this

21    proceeding, she is my client and I am her attorney.

22    BY MR. SHAPIRO:

Page 148

1    **Q    Is that right?**

2    A    It is my understanding, yes.

3    **Q    And where did you get that understanding?**

4    A    My understanding from my attorney.

5    **Q    Oh, so Mr. Jones says he is your attorney**

6    **and therefore, he is your attorney because he told**

7    **you he is my attorney; is that right?**

8    A    That is correct.

9    **Q    I see.  And you are going to follow his**

10   **advice on this.**

11   A    Yes.

12   **Q    And not answer the question further?**

13   A    Yes.

14        MR. SHAPIRO:  Okay.  I urge you to not do

15   this because it is not right.  She is just a fact

16   witness.  She is not your client.  She is not a

17   decision-maker here and I urge you to withdraw your

18   instruction.

19        MR. JONES:  I will not be withdrawing my

20   instruction.

21        MR. SHAPIRO:  Okay.  I see.  So she is, by

22   definition, a hostile witness.

Page 149

1          MR. JONES:  Yes.

2          MR. SHAPIRO:  I see.  Okay.

3          MR. JONES:  That is why we were asking so

4    many leading questions.

5          MR. SHAPIRO:  I see.  She is, by

6    definition, a hostile witness.  That is what you are

7    telling me.  You understand that that --

8          MR. JONES:  I am not telling you that.  I

9    am just --

10         MR. SHAPIRO:  You understand that is the

11   implication.  If she is your client, she has got to

12   be hostile.  By definition, she is hostile.  She is

13   your client because she is an FDIC employee?

14         MR. JONES:  That is correct.

15         MR. SHAPIRO:  And that is all that it takes

16   to be your client.

17         MR. JONES:  That is correct.

18         BY MR. SHAPIRO:

19     **Q     Okay.  So the closer to the benchmark that**

20   **a response came, the more it fit a benchmark, the**

21   **higher the score in your mind.**

22         A    Yes.

Page 150

1      Q    Okay.  Though the interviewee was not told

2  what the benchmarks were, that there were benchmarks

3  or that -- what they specifically were per question.

4      A    Yes.

5      Q    All the interviewee was told was what the

6  question was specifically.

7      A    Yes.

8      Q    They were read the question.

9      A    Yes.

10     Q    Okay.  And you already knew the scores of

11  every candidate and the relative scores of the

12  candidates when you interviewed and rated

13  Ms. Brownfield.

14     A    Yes.

15     Q    Okay.  But you didn't do the composite of

16  the scores and where everybody fit in until after you

17  interviewed the other six candidates, correct?

18          MR. JONES:  Objection.

19          THE WITNESS:  Yes.

20          FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

21          BY MR. JONES:

22     Q    Okay.  One more.  Since we were talking

Page 151

1    about the scores of the candidates, the difference

2    between Exhibit 3, Bates number 504, and Exhibit 2,

3    Bates number 597, appears to be besides the

4    handwriting, there is a recommendation.  Do you see

5    that?

6        A    Yes.

7        Q    Can you say with certainty which one of

8    these you have seen between these two documents?

9    Have you seen number 597 with or without the

10   handwriting?

11       A    I think I saw 597.  I think we made that

12   recommendation after all the interviews were done.

13       Q    Okay.  How about 504 that has no

14   recommendation?

15       A    I think I have seen that too.  I think it

16   was an iteration.  A version.

17            MR. JONES:  Okay.

18            FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

19            BY MR. SHAPIRO:

20       Q    Now, I have a question and I am confused.

21   How many positions were being filled?  Did you know?

22       A    No.

Page 152

1       Q    You never knew that; is that right?

2       A    Yes.

3       Q    So how did you -- if they were going to

4    fill five positions, how could you recommend only

5    four people?

6       A    They would have come back.  I assume if

7    there were five and we only came back with four

8    people, they might have come back and said draw the

9    line somewhere else.  I don't know.  I mean, that

10   is --

11      Q    Well, why would you draw the line at all if

12   there was -- all you were giving them was your

13   relative opinions of the rankings of seven

14   candidates.  Why recommend anybody going on to the

15   next --

16      A    They might have told us.

17      Q    Well, I don't want speculation.  Do you

18   recall them telling you --

19      A    I don't recall, no.

20      Q    "Tell us to interview the best four?"

21      A    No.

22      Q    Did they tell you, "Tell us who we should

Page 153

1    interview for a second interview?"  You don't recall

2    them telling you any of that.

3        A    No.

4        Q    And you don't recall knowing how many, if

5    more than one position was to be filled.

6        A    Right.

7        Q    Right.  And to the best of your

8    recollection, you never saw any of the application

9    material that these candidates put forward.

10       A    I just don't remember if I saw it or I

11   didn't see it.

12       Q    Right.  You don't recall seeing it though.

13       A    I don't recall seeing it.

14       Q    And there is nothing in your notes which

15   reflect anything other than the interview.

16       A    Correct.

17       Q    And you don't recall sitting down and

18   reviewing documents with your colleagues, correct, on

19   the panel.

20       A    Correct.

21            MR. SHAPIRO:  Good.

22            MR. JONES:  Done.

Page 154

1          MR. SHAPIRO:  Thank you very much.

2          MR. JONES:  We will review and sign.

3          (Whereupon, at 12:54 p.m., the deposition

4     of MARY C. CARMICHAEL was concluded.)

5                              * * * * *

6          I have read the foregoing pages, which are

7     a correct transcript of the answers given by me to

8     the questions therein recorded.

9       Deponent_____

10        Date_____

11

12

13

14