Case 1:05-cv-02468-EGS    Document 20-16    Filed 05/31/2007    Page 1 of 1

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200   •   Fax: (202) 296-3468

# ERRATA

In Re: __PAMELA A BROWNFIELD__ v __Sheila C. Bair__

Case No: __1:05-CV-02468-EGS__    Date Taken: __MARCH 13, 2007__

Deposition Of: __MARY C. CARMICHAEL__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 9 | 18 | I hate to say the number. | I hate to say I can't remember. |
| 10 | 14 | Russell Rowe. | Russell Rau. |
| 11 | 14 | say evaluated the nature. | say evaluative in nature |
| 11 | 14 | The objective is the | The objective is what drives the |
| 19 | 6 | No, it was the valuation. | No, I was in Evaluations |
| 19 | 8 | Valuation. | Evaluations |
| 19 | 15 | Russell Rowe | Russell Rau. |
| 20 | 1 | Russell Rowe | Russell Rau. |
| 22 | 15 | In my case, it was Russell Rowe or the | In my case, it was Russell Rau or the |
| 28 | 8 | work directly for Rowe, | work directly for Rau, |
| 35 | 5 | interviews. | interviewers. |
| 113 | 9 | I could though | It could though |
| 127 | 15 | got the benfit of hire, correct | got the benefit of higher, correct. |

Deponent Signature: _____    Date: __MAY 4, 2007__

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 11-1