**Bendler, Daniel H.**

| | |
|---|---|
| **From:** | Brownfield, Pamela A. |
| **Sent:** | Tuesday, June 24, 2003 5:28 PM |
| **To:** | Bendler, Daniel H. |
| **Subject:** | RE: good program |

Oh my goodness Danny. Never knew you rubbed shoulders with the rich and famous ☺! Wasn't she like the producer or director on the movie about the mother with the genius son? Can't remember the name of the movie, it was slow but interesting. Gosh, Danny, that must have really been something. I liked her in that movie Contact…that was amazing (to me anyway).

-----Original Message-----
**From:** Bendler, Daniel H.
**Sent:** Tuesday, June 24, 2003 5:25 PM
**To:** Brownfield, Pamela A.
**Subject:** RE: good program

Speaking of jodi foster, I met her several times over the course of 2 weeks when she was shooting on-site a movie she directed/produced called "Home for the Holidays"?
Several scenes were filmed in my brother-in-laws neighborhood in ellicott city. They paid a neighbor an ungodly amount of money to use their house. The whole street was turned into a movie set. It was like a make shift city just arose from nothing including trailers, food vendors, lighting facilities, generators. It was a blast to watch them film the same scenes over and over and over until foster was satisfied. She was extremely friendly to us "nobodies" in the crowd. I was impressed with how she took time to mingle. The movie was a flop. I think she's a better actress than she is a director.

-----Original Message-----
**From:** Brownfield, Pamela A.
**Sent:** Tuesday, June 24, 2003 4:13 PM
**To:** Bendler, Daniel H.
**Subject:** RE: good program

I just run my mouth a lot, Danny…that's why the know me…you should know that by now ☺

Anyway…the show repeating this Saturday and Sunday! I just clicked on the filmography link…lord, it's a long list! Starting from the bottom, the film "Hi Mom" that came out in 1970, was wild! I just saw it sometime last year on IFC tv (the independent film channel). It's some whacky racial farce, like Black people taking White people hostage, yet DeNiro was helping out the Black folks…crazy! What an impressive man and actor. I mean, they had Chazz Palmenteri (spelling) there last night, remember DeNiro's independent flick "A Bronx Tale" where Chazz was the neighborhood wise-guy who drove a convertible in reverse ☺! I love that move cuz it reminds me of the mafioso guys in my home town.

As for mz thang, Cameron, I didn't think she was so ditzy when I saw her in that film about football (featuring that other Italian fellow whom you remind me of, Al Pacino) can't think of the name of it, but she was like the team owner. But then again Dan, it's almost a requirement these days for the young women to come out showing all they own…it proves they're not afraid and can do what the even younger girls (Brittany, Christina) do and still be legit. In the DeNiro program Jodi Foster wore a very elegant and feminine dress…it was flattering but also showed she was a woman without being tasteless. Too bad about that.

Anyway, glad you'll get to see the program this weekend...gonna watch it again myself

-----Original Message-----
**From:** Bendler, Daniel H.
**Sent:** Tuesday, June 24, 2003 5:09 PM
**To:** Brownfield, Pamela A.
**Subject:** RE: good program

Nice work Analyst Brownfield!

You're the bomb. BTW, a few folks down here were asking about you. Wanted to know why you weren't on the team. I didn't realize you had such a devoted following.

-----Original Message-----
**From:** Brownfield, Pamela A.
**Sent:** Tuesday, June 24, 2003 4:03 PM
**To:** Bendler, Daniel H.
**Subject:** RE: good program

Whew! Whoa! Hey!

See, I'm pretty quick. Just typed in usanetwork.com. Look what I found!?! Check it out.1

http://www.usanetwork.com/specials/afideniro/

-----Original Message-----
**From:** Bendler, Daniel H.
**Sent:** Tuesday, June 24, 2003 5:01 PM
**To:** Brownfield, Pamela A.
**Subject:** RE: good program

You know what? I saw the previews for the DeNiro lifetime achievement program but thought it was on next week. They had out-takes of Billy Crystal and Robin Williams speaking at the event. I'm going to log onto the internet right now and see when it's going to replay. I'm sure it will be on again. Maybe Theresa taped it for me knowing what a big DeNiro fan I am. I did catch about 10 minutes of jay leno last night. One of his guests was Cameron Diaz who was wearing a very transparent dress that exposed nearly everything. She was acting like a big air head. Maybe it wasn't an act. If you should happen to hear/see about the AFI program being rescheduled, please let me know.

Thanks!

-----Original Message-----
**From:** Brownfield, Pamela A.
**Sent:** Tuesday, June 24, 2003 10:42 AM

**To:** Bendler, Daniel H.
**Subject:** good program

Hey Danny,

There was a great program on USA cable network last night. One of my favorite actors, Robert DeNiro, was honored for lifetime achievement by AFI. It was two hours of DeNiro...wonderful...some of the movies I had completely forgotten about (king of comedy, cape fear). Many actors he performed with got up and gave their spiels about working with him on specific films...the most interesting being Jodi Foster. She said she was only 12 years old when they made Taxi Driver yet he took her as a serious actress and began sharing certain techniques with her...it's phenomenal when you think of it...that is, how incredible an actress Jodi is today, and she credits Mr. DeNiro.

The show also had segments of Bob talking about his work on different movies. He actually came to tears when he talked about "the Deer Hunter" one of my favorites (lots of it was filmed across the river from my home in a mill-town called Clairton...that area was very, very ethnic up thru the 70's), and of course my father is a hunter and I knew folks who went to VietNam. Anyhow, he talked about how many parts of the movie were difficult...the scene on the River Kwai when they were imprisoned just below the surface of the water and had to play Russian roulette just to humor their Vietnamese captors. Then he literally started crying when he talked about the scene when his character returned from the war and went to the veteran's hospital to visit John Savage's character, who had lost his legs...he made my eyes water.

Anyway...just chatting, cuz if you were here, I'd be in your office talking about it. They actually showed the program back to back last night like at 8:00 and 10:00...maybe they'll repeat it and you'll get to see it. He IS a tremendous acting force.

Hope all is well. Hey Andrew mentioned some great restaurant he ate in, some Mediterranean Tapas place. Okay...back to work. Hey...if you'd like (and if you've got some free time, yeah, right) you can pull up the Boston numbers to look at them...I know I need to do some format changes to make it look pretty, but the data's all there now (just click on the Boston tab on the bottom). 'Bout to work on Dallas.

Pam

<< File: credit cards DOA.xls >>

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 12**

00581

| | |
|---|---|
| **Bendler, Daniel H.** | |
| From: | Brownfield, Pamela A. |
| Sent: | Tuesday, July 15, 2003 10:17 AM |
| To: | Bendler, Daniel H. |
| Subject: | RE: reminder |

You don't have any at home? It'll cost you an arm and leg over there...especially downtown prices!

>-----Original Message-----
>**From:** Bendler, Daniel H.
>**Sent:** Tuesday, July 15, 2003 10:15 AM
>**To:** Brownfield, Pamela A.
>**Subject:** RE: reminder
>
>I'm going to CVS in 10 minutes to buy a blank tape! I really really appreciate the reminder.
>
>>-----Original Message-----
>>**From:** Brownfield, Pamela A.
>>**Sent:** Tuesday, July 15, 2003 10:07 AM
>>**To:** Bendler, Daniel H.
>>**Subject:** RE: reminder
>>
>>Done...how? ☺ That is, how are you gonna remember ☺ I think the paper said its gonna play again on the 20th...maybe I shouldn't have told you that, you might forget ☺!
>>
>>>-----Original Message-----
>>>**From:** Bendler, Daniel H.
>>>**Sent:** Tuesday, July 15, 2003 10:03 AM
>>>**To:** Brownfield, Pamela A.
>>>**Subject:** RE: reminder
>>>
>>>Done! Thanks!
>>>
>>>>-----Original Message-----
>>>>**From:** Brownfield, Pamela A.
>>>>**Sent:** Tuesday, July 15, 2003 9:58 AM
>>>>**To:** Bendler, Daniel H.
>>>>**Subject:** reminder
>>>>
>>>>Just a reminder!
>>>>
>>>>BRING ME A BLANK VHS tape!!! The movie plays tomorrow night I think at 9:00 and at 1:00 a.m.

**Bendler, Daniel H.**
**From:** Brownfield, Pamela A.
**Sent:** Tuesday, August 26, 2003 3:24 PM
**To:** Bendler, Daniel H.
**Subject:** RE: Out Wednesday

Hey Danny,

Who passed away?

Gosh, Cassandra Speights told me that Barry Young's brother died from complications of diabetes…he's was like 38! I know it's all a part of life, dying that is, but it's still a helluva thing.

> -----Original Message-----
> **From:** Bendler, Daniel H.
> **Sent:** Tuesday, August 26, 2003 2:33 PM
> **To:** Probst, Wilma; Bendler, Daniel H.; Brownfield, Pamela A.; David, Mark; Gately, William J.; Kennedy, Gail; Lok, David; Mattus, Holly; Nickle, Andrew
> **Subject:** Out Wednesday
>
>
> I will be attending a funeral tomorrow and will return on Thursday. Paul will also be out of pocket until Thursday. Please see Mark if you need wisdom and guidance tomorrow.
>
> Thanks!
>
> Dan