**Bendler, Daniel H.**

| | |
|---|---|
| **From:** | Potucek, Lorinda S. |
| **Sent:** | Thursday, January 22, 2004 2:22 PM |
| **To:** | Bendler, Daniel H. |
| **Cc:** | Sherman, Paul K. |
| **Subject:** | RE: Draft Interview Questions and Benchmarks |

Well done.
Approved.
Make sure they are on the official FDIC form.

> -----Original Message-----
> **From:** Bendler, Daniel H.
> **Sent:** Thursday, January 22, 2004 1:51 PM
> **To:** Potucek, Lorinda S.
> **Cc:** Sherman, Paul K.
> **Subject:** Draft Interview Questions and Benchmarks
>
> Hi Lorinda, attached are the draft interview questions and related benchmarks for each question. To refresh your memory, the position is a CG-343-13 Management Analyst. I appreciate the reference material that you provided me and will destroy my copies per your request. Please let me know if you would like to meet in person to discuss the attached document. Thanks!
>
> Dan
>
> << File: Draft Questions.doc >>