Nelson, Annette

**From:** Purnell, Shirley
**Sent:** Wednesday, January 21, 2004 10:43 AM
**To:** Nelson, Annette
**Cc:** Richardson, David; Childers, Frances E
**Subject:** FW: Roster extension date

Annette,

Based on the justification provided below, I am extending the roster due date to 3/7/04.

Shirley Purnell
Asst. Director, HR Service Center
Human Resources Branch, DOA
(202)942-3077

-----Original Message-----
**From:** Nelson, Annette
**Sent:** Wednesday, January 21, 2004 10:19 AM
**To:** Purnell, Shirley
**Cc:** Childers, Frances E
**Subject:** Roster extension date

Please extend the date for Daniel Bendler on the following posting roster due date is 2/7/04.

2003-HQ-2412-, Management Analyst CG-0343-13

Request being submitted to allow employee with a family medical emergency time to interview.

Thanks...
*Annette R. Nelson*
*Management Analyst*
*(202) 942-3560 (o)*
*(202) 942-3525 (fx)*
*Email: ANelson@fdic.gov*