**Federal Deposit Insurance Corporation**
**FORMAL COMPLAINT OF DISCRIMINATION**
**Agency Docket Number FDICEO-050036**

RECEIVED

MAY ~ 6 2005

COMPLAINTS PROCESSING BRANCH

**Note:** This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information. Read carefully the instructions of page 3 of this form prior to completion.

| Name of Complainant *(Last, First, MI)* Brownfield, Pamela A. | Position *(Job Title/ Pay Plan/ Series/ Grade)* Management Analyst, CG-343-12 | Individual ☑  Class ☐ *(Check type of complaint)* |
|---|---|---|

| Home Address *(Number Street, City, State, Zip Code)* P.O. Box 28124 Washington, D.C. 20038-8124 | Home Phone *(Area Code-Number):* 202-726-5554 |
|---|---|
| | Work Phone *(Area Code-Number):* 202-942-3658 |
| | Fax Number *(Area Code-Number):* 202-942-3555 |
| | E-mail Address: pbrownfield@fdic.gov |

| Organization Location/ Work Address *(Division/ Office & Number Street, Room No., City, State, Zip Code)* Div. of Admin./Mgmt. Services Branch/Mgmt. Support Section 1730 Pennsylvania Avenue, N.W., Room 6055 Washington, D.C. 20429 | Name & Address of Office you believe discriminated against you *(Division/ Office & Number Street, Room No., City, State, Zip Code)* Div. of Admin./Mgmt. Services Branch/Mgmt. Support Section 1730 Pennsylvania Avenue, N.W., 6th Floor Washington, D.C. 20429 |
|---|---|

| Complainant's Representative *(If applicable)* | Attorney: ☑ YES ☐ NO *(Check appropriate box if applicable)* |
|---|---|
| Representative's Name:  David H. Shapiro | Name of Firm *(If applicable)*  Swick & Shapiro, P.C. |
| Address *(Number Street, City, State, Zip Code)* 1225 Eye Street, N.W. Suite 1290 Washington, D.C. 20005 | Designation of Representative Form Completed and Attached ☑ YES ☐ NO |
| | Phone *(Area Code-Number):* 202-842-0300 |
| | Fax Number *(Area Code-Number):* 202-842-1418 |

**Basis(es) of Allegation(s) ("X" appropriate box(es) and specify)**

| | | | |
|---|---|---|---|
| ☑ RACE *(Specify)* African-American | ☐ DISABILITY *(Specify)* | ☐ GENETIC INFORMATION *(Specify)* | ☐ REPRISAL *for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date).* |
| ☐ COLOR *(Specify)* | ☐ RELIGION *(Specify)* | ☐ AGE *(Specify date of birth)* DOB: | |
| ☐ NATION ORIGIN *(Specify)* | ☐ SEXUAL ORIENTATION | | |
| ☐ Sex *(Specify)* | ☐ PARENTAL STATUS *(Specify)* | | |

**Claim(s) being complained of** *(Check appropriate box(es) and specify the date(s) the alleged discriminatory claim(s) occurred.)*

| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| ☐ Appointment/Hire | | ☐ Harassment, non-sexual | | ☐ Reprimand | |
| ☐ Assignment/Duty | | ☐ Harassment, sexual | | ☐ Retirement | |
| ☐ Award | | ☐ Overtime | | ☐ Suspension | |
| ☐ Demotion | | ☐ Promotion | | ☐ Termination | |
| ☐ Disciplinary Action | | ☐ Reassignment/Transfer | | ☐ Time and Attendance | |
| ☑ Evaluation/Appraisal | 2/17/05 | ☐ Reduction-In-Force | | ☐ Training | |
| ☐ Expiration of Appointment | | ☐ Reinstatement | | ☑ Working Conditions | 1/05-present |
| ☑ Other *(Specify)*: Pay Increase  2/17/05 | | | | | |

| Have you raised this claim(s) in another forum *(As a grievance or with the Merit System Protection Board or U.S. District Court)*? ☐ YES  ☑ NO If Yes, specify the forum and give the date(s) filed: |
|---|
| Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor?  ☑ YES  ☐ NO |

| Name of EEO Counselor Gaye Walker/Stephanie Gordon | Date you received the Notice of Right to File a Formal Complaint: 5/12/05 |
|---|---|

**What corrective action are you seeking?** Pay increase, end to hostile environment, removal of my position from surplus list, career development plan for promotion to CH-13 level, damages and legal fees and costs.

| Complainant's Signature | Date of Complaint  5/13/05 |
|---|---|

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 15

**Federal Deposit Insurance Corporation**
FORMAL COMPLAINT OF DISCRIMINATION
Agency Docket Number FDICEO-050036

## CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
Race                                                     , when on February 17, 2005           , [Explain what happened]
    (Basis(es)                                                              (Date)

I received notice that I would not be getting a pay increase under the CBC program. I was the only one eligible in my section (and I think my branch) to be passed over for a CBC raise. I am the only African-American in my section. Since I reacted negatively to being placed on the surplus list -- the only one in the section to have this happen -- (and one of three people -- an older woman and a deaf Asian male -- in the branch) -- I have been harassed by management to the point that I now suffer from a hostile work environment.

[Provide names of involved management official(s) and or witnesses]
  Daniel Bendler, Section Chief, MSS
  Paul Sherman, Branch Chief, MSB
  Arleas Upton Kea, Division Director, DOA

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]
  I am the only person in my section not to get a raise and I am the only Black person in my section. It is close to the same in my branch.

## CLAIM NUMBER 2
[Use same format as for Claim Number 1 above]. Attach additional sheets, if necessary.

2

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 15

Federal Deposit Insurance Corporation
## FORMAL COMPLAINT OF DISCRIMINATION
### Agency Docket Number FDICEO-050036

The purpose of this form is to help you provide information necessary for processing a complaint of discrimination. Although it is preferable that you use this form, you are not required to do so; you are not limited to answering the questions on the form if there is other information you wish to provide. However, if you do not wish to use the form, your complaint must contain the information requested on the form. Your complaint, whether or not it is on the form, must bear an original signature. Each claim must have been discussed with a FDIC Equal Employment Opportunity (EEO) Counselor.

You should use this form only if you believe you have been discriminated against because of race, color, religion, sex, national origin, age, disability, sexual orientation, or retaliated against by FDIC and have presented the alleged discriminatory matter for informal resolution to an FDIC EEO Counselor within 45 days of the date the alleged discriminatory incident occurred, or if a personnel action, within 45 calendar days of its effective date.

If the alleged discriminatory matter has not been resolved to your satisfaction within 30 calendar days or within the agreed upon extension period, and no notice has been provided within that time, you have a right to file a formal complaint on the 31st day after your initial interview with an FDIC Counselor, or upon expiration of the agreed upon extension period.

The procedures for processing formal complaints of discrimination based on sexual orientation, parental status or genetic information differ from the procedures for processing complaints based on race, color, national origin, sex, age, mental disability, physical disability, religion, or reprisal, because the entitlement to file a discrimination complaint based on sexual orientation, parental status, or genetic information is not derived from EEOC regulations. Certain entitlements afforded by EEOC are not available to employees or applicants who raise complaints based on sexual orientation, parental status and genetic information. Specifically, complaints based on sexual orientation, parental status or genetic information cannot be the subject of a hearing before an Administrative Judge of the EEOC, or an appeal to the EEOC.

Upon conclusion of the counseling process, the EEO Counselor will provide you a Notice of Right to File a Formal Complaint. You have 15 calendar days from the date of your receipt of the Notice of Right to File a Formal Complaint to file a formal complaint. This time limit may be extended if you show that you were not notified of the time limit, were not otherwise aware of the time limits, or that you were prevented by circumstances beyond your control from submitting the complaint within the prescribed time limit, or for other reasons considered sufficient by the FDIC.

Your written complaint should be filed by you or by your designated representative with the Chairman of the FDIC, or Director of the Office of Diversity and Economic Opportunity (ODEO), or to the Chief, Complaints Processing Branch (ODEO). The Office of Diversity and Economic Opportunity will acknowledge receipt of the complaint and provide you information regarding the processing of your complaint.

It is your responsibility to keep ODEO informed of your current mailing address, including your whereabouts if you will be away from your current mailing address for several weeks or more. You have the right to have a representative of your own choosing at all stages in the processing of your complaint. Also, it is your responsibility to immediately inform ODEO if you retain counsel or a representative. The designation of a representative must be in writing and include the representative's name, address, and daytime phone number.

If you need help in the preparation of your complaint, you may contact an EEO Counselor. You may also seek help from a representative of your choice.

### PRIVACY ACT STATEMENT

Collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16. This information will be used to determine the timeliness of filing and to investigate and reach a determination regarding a complaint of discrimination. Other uses may include utilization of data for statistical or analytical studies. This information may be disclosed to: (1) the Equal Employment Opportunity Commission when requested in the performance of its authorized duties; (2) a congressional office in response to an inquiry made at the request of the individual to whom the record pertains; (3) the appropriate Federal, State, local agency or representative charged with enforcing or implementing a statute, rule, regulation or order, when it appears there may have been a violation or potential violation of a civil or criminal law or regulation; (4) another Federal agency, or to a court or in an administrative proceeding being conducted by a subpoena; or, (5) an authorized appeal grievance examiner, formal complaints examiner, administrative judge, EEO investigator, arbitrator or the duly authorized official engaged in the investigation settlement of a grievance, complaint or appeal filed by an employee. The completion of this form is voluntary. However, failure to provide the requested information may lead to dismissal of your complaint.

Brownfield v. Bair, 05-cv-2468-EGS

FDIC 2710/01 (Reviewed 03/2004)    (See Page 3 for Instructions in Completing Form and Privacy Act Statement)    Exhibit 8    Page 3 of 3

3

**Federal Deposit Insurance Corporation**
## FORMAL COMPLAINT OF DISCRIMINATION
### Agency Docket Number FDICEO-050036

Note: This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information. Read carefully the instructions of page 3 of this form prior to completion.

| Name of Complainant (Last, First, MI) | Position (Job Title/ Pay Plan/ Series/ Grade) | Individual ☑  Class ☐ |
|---|---|---|
| Brownfield, Pamela A. | Management Analyst, CG-343-12 | (Check type of complaint) |

| Home Address (Number Street, City, State, Zip Code) | |
|---|---|
| P.O. Box 28124 Washington, D.C. 20038-8124 | Home Phone (Area Code-Number): 202-726-5554 |
| | Work Phone (Area Code-Number): 202-942-3658 |
| | Fax Number (Area Code-Number): 202-942-3555 |
| | E-mail Address: pbrownfield@fdic.gov |

| Organization Location/ Work Address (Division & Number Street, Room No., City, State, Zip Code) | Name & Address of Office you believe discriminated against you (Division/ Office & Number Street, Room No., City, State, Zip Code) |
|---|---|
| Div. of Admin./Mgmt. Services Branch/Mgmt. Support Section 1730 Pennsylvania Avenue, N.W., Room 6055 Washington, D.C. 20429 | Div. of Admin./Mgmt. Services Branch/Mgmt. Support Section 1730 Pennsylvania Avenue, N.W., 6th Floor Washington, D.C. 20429 |

| Complainant's Representative (if applicable) | Attorney: ☑ YES  ☐ NO (Check appropriate box if applicable) |
|---|---|
| Representative's Name: David H. Shapiro | Name of Firm (if applicable): Swick & Shapiro, P.C. |
| Address (Number Street, City, State, Zip Code) 1225 Eye Street, N.W. Suite 1290 Washington, D.C. 20005 | Designation of Representative Form Completed and Attached ☑ YES  ☐ NO |
| | Phone (Area Code-Number): 202-842-0300 |
| | Fax Number (Area Code-Number): 202-842-1418 |

Basis(es) of Allegation(s) ("X" appropriate box(es) and specify)

| ☑ RACE (Specify) African-American | ☐ DISABILITY (Specify) | ☐ GENETIC INFORMATION (Specify) | ☐ REPRISAL for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date). |
|---|---|---|---|
| ☐ COLOR (Specify) | ☐ RELIGION (Specify) | ☐ AGE (Specify date of birth) DOB: | |
| ☐ NATION ORIGIN(Specify) | ☐ SEXUAL ORIENTATION | | |
| ☐ Sex (Specify) | ☐ PARENTAL STATUS (Specify) | | |

Claim(s) being complained of (Check appropriate box(es) and specify the date(s) the alleged discriminatory claim(s) occurred.)

| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| ☐ Appointment/Hire | | ☐ Harassment, non-sexual | | ☐ Reprimand | |
| ☐ Assignment/Duty | | ☐ Harassment, sexual | | ☐ Retirement | |
| ☐ Award | | ☐ Overtime | | ☐ Suspension | |
| ☐ Demotion | | ☐ Promotion | | ☐ Termination | |
| ☐ Disciplinary Action | | ☐ Reassignment/Transfer | | ☐ Time and Attendance | |
| ☑ Evaluation/Appraisal | 2/17/05 | ☐ Reduction-In-Force | | ☐ Training | |
| ☐ Expiration of Appointment | | ☐ Reinstatement | | ☑ Working Conditions | 1/05-present |
| ☑ Other (Specify): Pay Increase 2/17/05 | | | | | |

| Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)? | ☐ YES  ☑ NO |
|---|---|
| If Yes, specify the forum and give the date(s) filed: | |
| Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? | ☑ YES  ☐ NO |

| Name of EEO Counselor: Gaye Walker/Stephanie Gordon | Date you received the Notice of Right to File a Formal Complaint: 5/12/05 |
|---|---|

What corrective action are you seeking?
Pay increase, and to hostile environment, removal of my position from surplus list, career development plan for promotion to CH-13 level, damages and legal fees and costs.

| Complainant's Signature | Date of Complaint  5/13/05 |
|---|---|

2710/01 (Reviewed 03/2004)      (See Page 3 for Instructions in Completing Form and Privacy Act Statement)      Page 1 of 3

4

Federal Deposit Insurance Corporation
### FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-050036

---

CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
Race _____, when on February 17, 2005 _____, [Explain what happened]
          (Basis(es))                                                                    (Date)

I received notice that I would not be getting a pay increase under the CBC program. I was the only one eligible in my section (and I think my branch) to be passed over for a CBC raise. I am the only African-American in my section. Since I reacted negatively to being placed on the surplus list -- the only one in the section to have this happen (and one of three people -- an older woman and a deaf Asian male -- in the branch) -- I have been harassed by management to the point that I now suffer from a hostile work environment.

[Provide names of involved management official(s) and or witnesses]
   Daniel Bendler, Section Chief, MSS
   Paul Sherman, Branch Chief, MSB
   Arleas Upton Kea, Division Director, DOA

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]
   I am the only person in my section not to get a raise and I am the only Black person in my section.  It is close to the same in my branch.

CLAIM NUMBER 2
[Use same format as for Claim Number 1 above]  Attach additional sheets, if necessary.

---

5

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 15

**Federal Deposit Insurance Corporation**

**FORMAL COMPLAINT OF DISCRIMINATION**

**Agency Docket Number FDICEO-050036**

The purpose of this form is to help you provide information necessary for processing a complaint of discrimination. Although it is preferable that you use this form, you are not required to do so; you are not limited to answering the questions on the form if there other information you wish to provide. However, if you do not wish to use the form, your complaint must contain the information nested on the form. Your complaint, whether or not it is on the form, must bear an original signature. Each claim must have been discussed with a FDIC Equal Employment Opportunity (EEO) Counselor.

You should use this form only if you believe you have been discriminated against because of race, color, religion, sex, national origin, age, disability, sexual orientation, or retaliated against by FDIC and have presented the alleged discriminatory matter for informal resolution to an FDIC EEO Counselor within 45 days of the date the alleged discriminatory incident occurred, or if a personnel action, within 45 calendar days of its effective date.

If the alleged discriminatory matter had not been resolved to your satisfaction within 30 calendar days or within the agreed upon extension period, and no notice has been provided within that time, you have a right to file a formal complaint on the 31st day after your initial interview with an FDIC Counselor, or upon expiration of the agreed upon extension period.

The procedures for processing formal complaints of discrimination based on sexual orientation, parental status or genetic information differ from the procedures for processing complaints based on race, color, national origin, sex, age, mental disability, physical disability, religion, or reprisal, because the entitlement to file a discrimination complaint based on sexual orientation, parental status, or genetic information is not derived from EEOC regulations. Certain entitlements afforded by EEOC are not available to employees or applicants who raise complaints based on sexual orientation, parental status and genetic information. Specifically, complaints based on sexual orientation, parental status or genetic information cannot be the subject of a hearing before an Administrative Judge of the EEOC, or an appeal to the EEOC.

Upon conclusion of the counseling process, the EEO Counselor will provide you a Notice of Right to File a Formal Complaint. You have 15 calendar days from the date of your receipt of the Notice of Right to File a Formal Complaint to file a formal complaint. This time limit may be extended if you show that you were not notified of the time limit, were not otherwise aware of the time limits, or that you were prevented by circumstances beyond your control from submitting the complaint within the prescribed time limit, or for other reasons considered sufficient by the FDIC.

written complaint should be filed by you or by your designated representative with the Chairman of the FDIC, or Director of the Office of Diversity and Economic Opportunity (ODEO), or to the Chief, Complaints Processing Branch (ODEO). The Office of Diversity and Economic Opportunity will acknowledge receipt of the complaint and provide you information regarding the processing of your complaint.

It is your responsibility to keep ODEO informed of your current mailing address, including your whereabouts if you will be away from your current mailing address for several weeks or more. You have the right to have a representative of your own choosing at all stages in the processing of your complaint. Also, it is your responsibility to immediately inform ODEO if you retain counsel or a representative. The designation of a representative must be in writing and include the representative's name, address, and daytime phone number.

If you need help in the preparation of your complaint, you may contact an EEO Counselor. You may also seek help from a representative of your choice.

## PRIVACY ACT STATEMENT

Collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16. This information will be used to determine the timeliness of filing and to investigate and reach a determination regarding a complaint of discrimination. Other uses may include utilization of data for statistical or analytical studies. This information may be disclosed to: (1) the Equal Employment Opportunity Commission when requested in the performance of its authorized duties; (2) a congressional office in response to an inquiry made at the request of the individual to whom the record pertains; (3) the appropriate Federal, State, local agency or representative charged with enforcing or implementing a statute, rule, regulation or order, when it appears there may have been a violation or potential violation of a civil or criminal law or regulation; (4) another Federal agency, or to a court or in an administrative proceeding being conducted by a subpoena; or, (5) an authorized appeal grievance examiner, formal complaints examiner, administrative judge, EEO investigator, arbitrator or the duly authorized official engaged in the investigation r s      ment of a grievance, complaint or appeal filed by an employee. The completion of this form is voluntary. However, failure de the requested information may lead to dismissal of your complaint.

**FDIC**
**Federal Deposit Insurance Corporation**
Room 801-1231, 3501 N. Fairfax Drive, Arlington, VA 22226-3500

Office of Diversity and Economic Opportunity

## DESIGNATION OF REPRESENTATIVE[1]

· Agency Docket Number FDICEO-050036

I, Pamela Brownfield, hereby designate the individual listed below to serve as my representative in all matters pertaining to my discrimination claim(s) against the Federal Deposit Insurance Corporation.

Name of Representative: *David H. Shapiro of Swick & Shapiro, P.C.*

Address: *6225 I Street N.W., Suite 1290*

*Washington DC 20005*

Telephone Number: *202-842-0300*

Facsimile Number: *202-842-1418*

E-Mail Address: *dhshapiro@swickandshapiro.com*

I understand that the authority and responsibility granted to the above person by this designation may be terminated by me at any time. If this should occur I will notify, in writing, the EEO Counselor, as indicated below:

FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY ·
ATTN: STEPHANIE GORDON, EEO COUNSELOR
ROOM 801-1226
3501 N. FAIRFAX DRIVE
ARLINGTON, VA 22226-3500
Facsimile Number: (202) 416-2520

Although my representative may act for me in all matters pertaining to my discrimination claims, I understand that in the event I withdraw my claim(s) during the EEO process or reach a settlement with the Federal Deposit Insurance Corporation, I must personally sign any withdrawal notice or settlement agreement.

_____                    **5/13/05**
Signature of Aggrieved Person                          Date

Please sign, date and return a copy of this form via facsimile, fax number: (202) 416-2520. Mail or hand-deliver the original form to:

FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
ATTN: STEPHANIE GORDON, EEO COUNSELOR
ROOM 801-1226
3501 N. FAIRFAX DRIVE
ARLINGTON, VA 22226-3500

---

· All official correspondence will be sent to representative, with copies to Aggrieved Person, unless Aggrieved Person directs the FDIC in writing to send official correspondence directly to him or her. 29 C.F.R. § 1614.605(d).

Reviewed 03/2004

7

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 15

TO:   Stephanie Gordon

Facsimile:   416 - 4295

From:   Pamela Brownfield

voice:   942-3658

8