Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 16

**Federal Deposit Insurance Corporation**
**FORMAL COMPLAINT OF DISCRIMATION**
Agency Docket Number FDICEO-060017

REC[EIVED] MAR 24 2006 (ipw) EEO COMPLAINTS PROCESSING BRANCH

**Note:** This form is to be used if you believe you have been discriminated against because of race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information. Read carefully the instructions of page 3 of this form prior to completion.

| Name of Complainant (Last, First, MI) | Position (Job Title/ Pay Plan/ Series/ Grade) | Individual ☑ Class ☐ |
|---|---|---|
| Brownfield, Pamela A. | Management Analyst, CG-343-12 | (Check type of complaint) |

| Home Address (Number Street, City, State, Zip Code) | Home Phone (Area Code-Number): 202-726-5554 |
|---|---|
| P.O. Box 28124 Washington, D.C. 20038-8124 | Work Phone (Area Code-Number): 703-562-2128 |
| | Fax Number (Area Code-Number): ---- |
| | E-mail Address: pbrownfield@fdic.gov |

| Organization Location/ Work Address (Division/ Office & Number Street, Room No., City, State, Zip Code) | Name & Address of Office you believe discriminated against you (Division/ Office & Number Street, Room No., City, State, Zip Code) |
|---|---|
| Division of Admininstration Management Services Branch Management Support Section 3501 Fairfax Drive, Room D-4105 Arlington, Virginia 22226-3500 | Division of Admininstration Management Services Branch Management Support Section 3501 Fairfax Drive Arlington, Virginia 22226-3500 |

| Complainant's Representative (If applicable) | Attorney: ☑ YES ☐ NO (Check appropriate box if applicable) |
|---|---|
| Representative's Name: David H. Shapiro | Name of Firm (If applicable): Swick & Shapiro, P.C. |
| Address (Number Street, City, State, Zip Code) Swick & Shapiro, P.C. 1225 Eye Street, N.W. Suite 1290 Washington, D.C. 20005 | Designation of Representative Form Completed and Attached ☑ YES ☐ NO |
| | Phone (Area Code-Number): 202-842-0300 |
| | Fax Number (Area Code-Number): 202-842-1418 |

**Basis(es) of Allegation(s)** ("X" appropriate box(es) and specify)

| ☑ RACE (Specify) African-American | ☐ DISABILITY (Specify) | ☐ GENETIC INFORMATION (Specify) | ☑ REPRISAL for participating in any stage of an administrative or judicial proceeding covered by the antidiscrimination complaint statutes or for opposing any practice made unlawful by such statutes (Specify the protected activity and date). EEO Complaint filed May 2005 |
|---|---|---|---|
| ☐ COLOR (Specify) | ☐ RELIGION (Specify) | ☐ AGE (Specify date of birth) DOB: | |
| ☐ NATION ORIGIN (Specify) | ☐ SEXUAL ORIENTATION | | |
| ☐ Sex (Specify) | ☐ PARENTAL STATUS (Specify) | | |

**Claim(s) being complained of** (Check appropriate box(es) and specify the date(s) the alleged discriminatory claim(s) occurred.)

| Claim(s) | Date | Claim(s) | Date | Claim(s) | Date |
|---|---|---|---|---|---|
| ☐ Appointment/Hire | | ☑ Harassment, non-sexual | Since 5/05 | ☐ Reprimand | |
| ☑ Assignment/Duty | Since 5/05 | ☐ Harassment, sexual | | ☐ Retirement | |
| ☐ Award | | ☐ Overtime | | ☐ Suspension | |
| ☐ Demotion | | ☐ Promotion | | ☐ Termination | |
| ☐ Disciplinary Action | | ☐ Reassignment/Transfer | | ☐ Time and Attendance | |
| ☐ Evaluation/Appraisal | | ☐ Reduction-In-Force | | ☐ Training | |
| ☐ Expiration of Appointment | | ☐ Reinstatement | | ☑ Working Conditions | Since 5/05 |
| ☐ Other (Specify): | | | | | |

Have you raised this claim(s) in another forum (As a grievance or with the Merit System Protection Board or U.S. District Court)? ☐ YES ☑ NO
If Yes, specify the forum and give the date(s) filed:

Have all alleged discriminatory matters in this complaint been discussed with a FDIC EEO Counselor? ☑ YES ☐ NO

| Name of EEO Counselor: Ophelia Jones | Date you received the Notice of Right to File a Formal Complaint: 3/22/06 |
|---|---|

**What corrective action are you seeking?**
Reassignment of all duties heretofore witheld from me; cease harassment and creation of a hostile work environment; award of compensatory damages; award of costs, including attorneys' fees.

| Complainant's Signature | Date of Complaint 3/24/06 |
|---|---|

Brownfield v. Bair, 05-cv-2468-EGS
**Exhibit 16**

Federal Deposit Insurance Corporation
FORMAL COMPLAINT OF DISCRIMATION
Agency Docket Number FDICEO-060017

## CLAIM NUMBER 1

I believe that I suffered discrimination based on [choose one or more: race, color, national origin, sex, age, mental disability, physical disability, religion, reprisal, sexual orientation, parental status, or genetic information]
___race and reprisal_____, when on_____, [Explain what happened]
　　　　　(Basis(es))　　　　　　　　　　　　　　　(Date)

Continuously since May 2005 (when I filed a formal EEO complaint regarding my not being given a pay increase (CBC)). This race discrimination and retaliation take the form of withholding work assignments and reassigning other work to colleagues (higher graded at that), restricting my contacts with other Corporation personnel, generally hostile and excluding treatment by my superiors - specifically Daniel Bendler, Chief, Management Support Section, and Paul Sherman, Assistant Director, Management Services Branch. I am treated differently by these managers -- who have even gone around inquiring about me from my colleagues. I am the only black in my section and my treatment has gotten markedly worse since I filed a formal EEO complaint in May 2005.

[Provide names of involved management official(s) and or witnesses]

[Explain why you believe the action was discriminatory, e.g. discriminatory statements, others who were treated more favorably, and/or any other reason(s)]

## CLAIM NUMBER 2
[Use same format as for Claim Number 1 above]  Attach additional sheets, if necessary.

# Federal Deposit Insurance Corporation
## FORMAL COMPLAINT OF DISCRIMINATION
### Agency Docket Number FDICEO-060017

The purpose of this form is to help you provide information necessary for processing a complaint of discrimination. Although it is preferable that you use this form, you are not required to do so; you are not limited to answering the questions on the form if there is other information you wish to provide. However, if you do not wish to use the form, your complaint <u>must</u> contain the information requested on the form. Your complaint, whether or not it is on the form, must bear an original signature. Each claim must have been discussed with a FDIC Equal Employment Opportunity (EEO) Counselor.

You should use this form only if you believe you have been discriminated against because of race, color, religion, sex, national origin, age, disability, sexual orientation, or retaliated against by FDIC and have presented the alleged discriminatory matter for informal resolution to an FDIC EEO Counselor within 45 days of the date the alleged discriminatory incident occurred, or if a personnel action, within 45 calendar days of its effective date.

If the alleged discriminatory matter has not been resolved to your satisfaction within 30 calendar days or within the agreed upon extension period, and no notice has been provided within that time, you have a right to file a formal complaint on the 31st day after your initial interview with an FDIC Counselor, or upon expiration of the agreed upon extension period.

The procedures for processing formal complaints of discrimination based on sexual orientation, parental status or genetic information differ from the procedures for processing complaints based on race, color, national origin, sex, age, mental disability, physical disability, religion, or reprisal, because the entitlement to file a discrimination complaint based on sexual orientation, parental status, or genetic information is not derived from EEOC regulations. Certain entitlements afforded by EEOC are not available to employees or applicants who raise complaints based on sexual orientation, parental status and genetic information. Specifically, complaints based on sexual orientation, parental status or genetic information cannot be the subject of a hearing before an Administrative Judge of the EEOC, or an appeal to the EEOC.

Upon conclusion of the counseling process, the EEO Counselor will provide you a Notice of Right to File a Formal Complaint. You have 15 calendar days from the date of your receipt of the Notice of Right to File a Formal Complaint to file a formal complaint. This time limit may be extended if you show that you were not notified of the time limit, were not otherwise aware of the time limits, or that you were prevented by circumstances beyond your control from submitting the complaint within the prescribed time limit, or other reasons considered sufficient by the FDIC.

Your written complaint should be filed by you or by your designated representative with the Chairman of the FDIC, or Director of Office of Diversity and Economic Opportunity (ODEO), or to the Chief, Complaints Processing Branch (ODEO). The Office of Diversity and Economic Opportunity will acknowledge receipt of the complaint and provide you information regarding the processing of your complaint.

It is your responsibility to keep ODEO informed of your current mailing address, including your whereabouts if you will be away from your current mailing address for several weeks or more. You have the right to have a representative of your own choosing at all stages in the processing of your complaint. Also, it is your responsibility to immediately inform ODEO if you retain counsel or a representative. The designation of a representative must be in writing and include the representative's name, address, and daytime phone number.

If you need help in the preparation of your complaint, you may contact an EEO Counselor. You may also seek help from a representative of your choice.

## PRIVACY ACT STATEMENT

Collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16. This information will be used to determine the timeliness of filing and to investigate and reach a determination regarding a complaint of discrimination. Other uses may include utilization of data for statistical or analytical studies. This information may be disclosed to: (1) the Equal Employment Opportunity Commission when requested in the performance of its authorized duties; (2) a congressional office in response to an inquiry made at the request of the individual to whom the record pertains; (3) the appropriate Federal, State, local agency or representative charged with enforcing or implementing a statute, rule, regulation or order, when it appears there may have been a violation or potential violation of a civil or criminal law or regulation; (4) another Federal agency, or to a court or in an administrative proceeding being conducted by a subpoena; or, (5) an authorized appeal grievance examiner, formal complaints examiner, administrative judge, EEO investigator, arbitrator or the duly authorized official engaged in the investigation settlement of a grievance, complaint or appeal filed by an employee. The completion of this form is voluntary. However, failure to provide the requested information may lead to dismissal of your complaint.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 16

Federal Deposit Insurance Corporation
Pay for Performance (PFP) Program
# GENERIC SPECIALIST

**INSTRUCTIONS:** Employee contributions to annual Corporate performance goals or organizational goals/objectives are assessed based on the criteria listed in Section II - Performance Criteria and Section III - Corporate Contributions. After completing Sections I through IV, the supervisor must allow the employee an opportunity to review this assessment and provide comments in Section V - Employee Acknowledgment/Comments.

## SECTION I – EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | EMPLOYEE GRADE AND TITLE | ASSESSMENT PERIOD (MM/DD/YYYY – MM/DD/YYYY) |
|---|---|---|
| Brownfield, Pamela | Management Analyst CG-343-12 | 11/01/2004 - 12/31/2005 |
| DIVISION/OFFICE | LOCATION | |
| Division of Administration | Washington, D.C. | |

## SECTION II – PERFORMANCE CRITERIA (Indicate the employee's performance on each criterion by placing a rating from 1 to 5 in the right column.)

1 = Consistently performs below expectations
2 = Satisfies expectations
3 = Consistently meets and often exceeds expectations
4 = Frequently exceeds and sometimes far exceeds expectations
5 = Consistently exceeds and often far exceeds expectations

| # | Criterion | Rating |
|---|---|---|
| 1. | **Analytical/Technical Skills:** Demonstration of the technical knowledge necessary to perform the duties of the position.<br><br>Effectively applies technical knowledge. Organizes and develops data to draw sound, logical conclusions. Identifies potential and actual problems. Seeks guidance in unusual circumstances. Demonstrates up-to-date knowledge of relevant laws, regulations, and policies. Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise. | 3 |
| 2. | **Productivity and Timeliness:** This element measures productivity and success in managing assigned workload through effective utilization of time.<br><br>Effectively handles assignments and responsibilities, and properly determines priorities. Responds to changing priorities and circumstances affecting assigned work. Work assignments are completed within established time frames. Alerts supervisors to significant developments and potential problems in completing assignments. | 2 |
| 3. | **Oral Communication:** Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner. Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.<br><br>Speaks to others in a clear, concise, informative, and well-organized manner. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues. Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Expresses differing opinions in a manner that contributes to constructive resolution of issues. | 1 |
| 4. | **Written Communication Skills:** Quality and effectiveness of written products.<br><br>Written work is clear, concise, well organized, thoroughly researched and effectively presented. Written products are neat, properly formatted, grammatically correct, and require only minimal editing. | 2 |
| 5. | **Organizational/Administrative Skills:** Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources.<br><br>Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. | 2 |

**SECTION III – CORPORATE CONTRIBUTIONS** *(Place an "X" in one or more boxes, if any of these criteria apply to the employee.)*

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 16

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components. Effectively identifies priorities and makes productive use of time relative to the nature, difficulty and importance of assignments. Generates high quality work products while meeting or exceeding deadlines. Explores work processes and methods and suggests modifications to foster financial stewardship, improve quality, reduce time, and/or manage cost while maintaining effectiveness, efficiencies or quality customer service.

☐ **Competency:** Demonstrates an exceptional degree of technical and analytical skills that reflect important contributions to the Corporation and/or its organization components. Applies technical knowledge to reach sound conclusions and effectively solve problems. Demonstrates extensive knowledge of internal and/or external policies and procedures, and effectively applies that knowledge to assure and maintain individual quality of work and organizational success. Is frequently relied upon by others for advice, assistance, and/or judgment. Consistently communicates effectively; recommendations and conclusions are thoroughly researched, developed, and effectively articulated.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies that reflects important contributions to the Corporation and/or its organizational components. Builds rapport with other employees; treats others with fairness, dignity and respect. Builds strong relationships to facilitate a more productive work environment. Works cooperatively within and across internal and external boundaries to promote and reinforce a corporate perspective. Promotes cooperation; focuses on teamwork resulting in more efficient actions and effective results. When dealing with others, reflects and promotes the Corporate values of the FDIC: Integrity, competence, teamwork, effectiveness, financial stewardship and fairness.

☐ **Learning and Development:** Takes an active part in developing individual skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components. Keeps abreast of new developments that relate to individual job responsibilities and work of the Corporation. Actively pursues knowledge of specialized technical areas and shares this knowledge with others. Takes initiative in setting and achieving professional developmental goals. Expands skills and knowledge through assignments outside regular duties and responsibilities.

**SECTION IV – NARRATIVE ON TOTAL PERFORMANCE** *(Describe the employee's total performance based upon Sections II and III above. If any Corporate Contributions are recognized under Section III, then you must specifically address the employee's contributions for each box checked.)*

During this rating cycle, Ms. Brownfield handled a number of important projects on behalf of the Division. During the planning phases of DOA's internal review program, she provided valuable insight and suggestions during multiple brainstorming sessions. In particular, Ms. Brownfield helped revise the testing protocol for FDIC's procurement credit card program. She accomplished this task by interviewing Acquisition Services Branch officials, reviewing revised policies and procedures, and collecting relevant data and historical information. During the testing phase of her review, Ms. Brownfield selected the entire sample of transactions to review and coordinated the receipt of original documentation from cardholders and approving officials. Ultimately, Ms. Brownfield independently analyzed transactions from over 100 cardholders from FDIC's Dallas, New York, and San Francisco Regions. She summarized her results and conclusions in the required CFOA Highlights document that was approved and submitted to the Corporation's Office of Enterprise Risk Management on schedule.

Also in support of DOA's CFOA program, Ms. Brownfield prepared a key document that mapped changes in our Accountability Units, Internal Control Risks, and Internal Control Objectives. This document was instrumental in tracking DOA's progression from the 2004 testing program to the 2005 streamlined version. This process required Ms. Brownfield to reconcile detailed reports from multiple authors over a relatively short timeframe. The report was ultimately submitted to and approved by the Office of Enterprise Risk Management (OERM). She also drafted the cover letter for DOA's CFOA Assurance Statement and the CFOA Assurance Statements on behalf of DOA's Associate Directors. The Assurance Statements contained information on OIG audit findings, internal reviews, and the Branches overall assurance that no material weaknesses existed during this review period. Ms. Brownfield also prepared required documentation and forms in support of several accountability unit reviews.

During the 2005 rating cycle, Ms. Brownfield analyzed reorganization proposals from the Office of Diversity and Economic Opportunity and the Legal Corporate Operations Branch. She analyzed each proposal by identifying the proposals' key elements, changes that might have staffing and budget implications, managerial layering, and violations of corporate policy. Ms. Brownfield ensured that all components of the reorganization proposal package were complete and accurate before it was submitted to the Chief Operating Officer for approval.

Ms. Brownfield extracted data from detailed NFE procurement reports for DOF, DOA, DIR, DRR, the OIG, and CU. This information allowed Divisions and Offices to inspect and update chartfield data in NFE's procurement module. Ms. Brownfield's spreadsheets were completed in a timely and accurate manner.

Ms. Brownfield assisted OERM conduct multiple phases of their review of ASB's electronic contract filing system. The results of this project were valuable to ASB's Associate Director in determining the effectiveness of ASB staff in scanning critical contract documents into an automated filing system (CEfile). She experienced similar success when auditing time and attendance records for approximately 100 DOA employees to identify any discrepancies in hours, organization codes, approvals, etc.



**SECTION V - EMPLOYEE ACKNOWLEDGMENT/COMMENTS** *(The employee may, at his/her option, provide comments on this PFP form. Any comments are to be entered in the space provided. The employee signs in the space below, indicating that he/she had an opportunity to review and comment on the supervisor's assessment of Total Performance.)*

The ratings in Section II clearly do not correspond with the narrative written in Section IV. I accept the rating of "3" for element number 1. However, I reject and oppose the ratings for elements numbered 2 through 5. It is clear, through my work product that, at a minimum, I consistently met and often exceed the requirements of my job.

2. I completed every project which I was during 2005 in a timely manner—often ahead of schedule. For example, when I was tasked to extract NFE data and given a deadline; I submitted some of the reports ahead of the deadline. However, my supervisor requested the documents again iterating the need to have a specific divisions' spreadsheet ahead of other divisions. I had met the assigned due date but had to re-send the email with the completed files attached, because he mistakenly deleted my original submission. Additionally, I prepared CFOA reporting and planning documents and reviewed other management analysts' paperwork ahead of the established deadlines. The completion of CFOA reporting and planning documentation is on a time-sensitive, sometimes grueling schedule. I requested over 100 credit cardholder files from three regional offices, evaluated their compliance with policy and returned all the files to responsible parties intact and in a timely manner and produced written reports of my findings. Furthermore, when any issues developed during this rating period, such as obtaining CFOA documentation on a timely basis from MSS senior analysts that I was responsible for reviewing for completeness or delays in receiving responses from other divisions when I evaluated reorganization proposals, I sought guidance and assistance from my supervisor or branch manager.

3. The rating of "1" did not take into consideration my communication with FDIC employees outside of the MSS whom I dealt with to complete major projects and assignments. The CFOA process, time and attendance auditing process, procurement credit card testing process, my participation in the CE-file review project, participation in the Customer Advisory Committee (CAC), and the analysis and evaluation of reorganization proposals, all require an ability to speak clearly and deal effectively with employees at almost every level of the Corporation, from DOA supervisors, managers and subject matter experts to the executives who participate in the bi-monthly CAC. I believe this rating is based upon my not socializing or engaging in small talk or personal conversation with members of the MSS staff. The "1" rating implies that when speaking I mumble, and my words were not discernable. I would not have been able to "interview ASB officials", seek clarification of issues, participate in a host of meetings, etc. If I did not speak clearly and concisely. At no time during 2005 was I told that FDIC professionals division- or corporate-wide could not understand me during conversations regarding work assignments, and I was not made aware of any complaints about my ability to communicate effectively as is implied by this rating.

4. Whenever required, I clearly communicate in writing with employees throughout the Corporation. For every project or assignment that I participated in, my documents were thoroughly written and prepared, and as practice, I also copied my supervisor in the majority of my email communications with corporate personnel (CFOA related communications, emails regarding my work on the CE-file project, the immense number of written communications that result from conducting a review of credit card files at headquarters and not at the field locations, etc.) In some cases my supervisor even indicated by email that he was pleased with my written work or other documentation that I have prepared. Much of my written work throughout 2005 has required very little revision and any changes that were made by others were a matter of semantics. I was never advised by my supervisor or branch manager to totally re-write any document, work product or email communication because I had not clearly conveyed what was required or that my written products were substandard.

5. I believe that I have demonstrated throughout the year my ability to effectively manage any assignment given me. For example, when tasked to revise the procurement credit card testing documents, I began by researching all the policy changes that occurred in the past year and approached the testing documents by first incorporating the NFE changes and information I garnered from interviews and meetings I had with ASB staff. When informed by my supervisor that we would not test NFE-related purchases, I accordingly refocused the scope of my revisions. Additionally, when conducting the time and attendance audit, evaluating reorganization proposals, reviewing CFOA documents, or analyzing over 100 credit cardholder files, I established a schedule for each step of the process, monitored my own progress and deadlines (often by using the Outlook calendar), and produced end products that are often praised.

I believe the ratings submitted by my supervisor should be revised and that my contributions during 2005 should be rated correctly and properly. In fact, many of my work products are elevated to the level of the division director for her approval and signature. Certainly I would not be able to produce such high level, consistently acceptable work product by only satisfying expectations or performing below expectations as indicated in Section II of this pay for performance document.

| SIGNATURE OF EMPLOYEE | DATE 2/22/06 |
|---|---|

**SECTION VI - SIGNATURES OF SUPERVISOR AND REVIEWING OFFICIAL**

| SIGNATURE OF SUPERVISOR | DATE 2/22/06 |
|---|---|
| SIGNATURE OF REVIEWING OFFICIAL | DATE 2/22/06 |

**SECTION VII - PAY FOR PERFORMANCE GROUP ASSIGNMENT AND APPROVAL** *(This section should be completed with final approval by the Division/Office Director or Designee)*

☐ GROUP I    ☐ GROUP II    ☒ GROUP III    ☐ GROUP IV

| SIGNATURE OF DIVISION/OFFICE DIRECTOR (or Designee) Arleas Upton Kea | DATE 3/27/06 |
|---|---|

FDIC 2200/05R (2-06) Page 3

TOTAL P.06

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 16

**Brownfield, Pamela A**
From:     Kea, Arleas Upton
Sent:     Monday, March 27, 2006 1:44 PM
Subject:  2006 Compensation

Follow Up Flag:    Follow up
Flag Status:   Red

Based on a comparative analysis of Total Performance under the PFP Program, you have been assigned to Group III for pay purposes. If you were in a career ladder position below the target grade for the job as of December 31, 2005, your 2006 compensation increase will consist of a lump sum payment of $1200. The 2006 compensation increase for other Group III employees will consist of a basic pay increase of 2.68 % (2.4% plus .28% to transition from a Pay Period 1 to a Pay Period 4 effective date). If your basic pay is at or near the maximum of your pay range, your salary will be increased to the maximum of the range and the remainder will be paid as a lump-sum. If you are in a "saved pay" status, you will receive a lump sum payment.

Your April 27th paycheck will reflect this pay change, retroactive to Pay Period 4.

If you have any questions, please contact your Supervisor or Administrative Officer.

You can use the 2006 Pay Estimator (located on the left side of the linked page under "2006 Information") to determine your specific 2006 compensation.

4/7/06

To: Carol Banks
(703) 562-6088

From: Pam Brownfield

2 pgs including cover

Carol,
Attached is the Request to Amend Formal Complaint Form

Thanks
Pam

**FDIC**
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-2070, Arlington, VA 22226-3500

Brownfield v. Bair, 05-cv-2468-EGS
Federal Deposit Insurance Corporation
Exhibit 16

Office of Diversity and Economic Opportunity

# REQUEST TO AMEND FORMAL COMPLAINT

## Agency Docket Number: FDICEO-060017

I, Pamela A. Brownfield, request the amendment of my formal EEO complaint,

Agency Docket Number FDICEO-060017, to include the following claims:

On March 27, 2006, I suffered discrimination on the bases of race (African American) and reprisal (prior EEO activity), when I received an electronic message from Arleas Upton Kea, Director, Division of Administrative, that placed me in a lower 2006 compensation pay Group. And when Daniel Bendler down played my work contributions for calendar year 2005, on the PFP nomination form.

Pamela A. Brownfield

_[signature]_                              4/7/06
Signature of Complainant                   Date

Please sign and return a copy of this form via facsimile to (703) 562-6088. Mail or hand-deliver the original to:

FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF DIVERSITY AND ECONOMIC OPPORTUNITY
ATTN: OPHELIA JONES, EEO COUNSELOR
VS-E-2072, 3501 FAIRFAX DRIVE
ARLINGTON, VA 22226-3500

Revised 01/2006