**Bendler, Daniel H.**
From:     Bendler, Daniel H
Sent:     Tuesday, January 25, 2005 2 16 PM
To:       Brownfield, Pamela A

Sensitivity: Confidential

Hello Pam,

This email is a follow-up to the discussion we held in your office on Tuesday, January 18. This is an informal email that will not be permanently included in any formal system of record. Instead, this email is intended to improve communication and begin 2005 on a more positive and productive footing. Normally, I would prefer to meet in person and engage in meaningful dialogue. However, last week's discussion resulted in frequent interruptions and emotional distractions. As such, I opted to resume our dialogue with an email, and will be scheduling a meeting within the next week or so to discuss these issues further.

During our discussion last week, you said a few things and conducted yourself in a manner that caused me some concern. By sharing my concerns with you, I am hopeful that we can establish some minimum expectations for interacting in the future and your performance.

During our discussion, you asked me several times, in various ways, to leave your office. When I visit you to discuss work related issues, we should both expect a certain level of civility and courtesy from each other. Instructing me to leave your office is not acceptable. I also expect that we speak to each other in a professional manner and with respect. It is expected that we not resort to name calling or raising our voices.

Also during our discussion, you strongly suggested that Paul and I find you a permanent position. Please know that Paul and I stand ready to help you work through this extremely difficult time in anyway possible However, it is ultimately your responsibility, if you choose, to identify employment opportunities and to take advantage of FDIC's career counseling services. While it is not possible at this time to know how you might ultimately be affected by DOA's workforce planning initiative, it would behoove you to begin assessing your options and utilizing FDIC resources to the fullest extent possible.

During 2004, your work performance generally met expectations. However, as we discussed during your mid-year review and annual performance appraisal, last year was not a great year in terms of your production and the quality of your work. I look forward to improvements in both regards this year. Also, as we have discussed in the past, it is very important to arrive at work on time. Arriving late to work almost every day is not acceptable. I acknowledge my leniency in this area and my approval of leave requests over the past few years. However, this is an area where immediate improvement is necessary At your request, I am certainly willing to discuss scheduling options with you, to include a change to your work hours.

Having said all of this and having worked with you for many years, you leave little doubt in my mind that you are an extremely capable and intelligent professional. It is my greatest desire to see you excel in 2005, rise above recent adversities, and ultimately realize your goals.

Within the next week, I will schedule a meeting with you in person to discuss this email and any concerns that you may have. Until then and as always, you may call or stop by my office almost anytime if you have any questions or wish to talk to me. Thanks Pam.

Dan