Case No. FDICEO 050036
Pamela Brownfield EEO Complaint
Arleas Upton Kea, witness
Page 1 of 2

## WITNESS AFFIDAVIT

I, Arleas Upton Kea, am an employee of the Federal Deposit Insurance Corporation located in Washington, D.C. My telephone number during working hours is: 202-942-3859. My work address is: 1730 Pennsylvania Ave., Washington, D.C., 20429

Having been fully informed of my rights as a witness in an EEO investigation, as set forth in the attached Notice of Rights of Witnesses in EEO Investigations executed by me, I solemnly swear and affirm that the statement, which follows, is true and complete to the best of my knowledge and belief.

**Question 1:** Describe your current position, including your duties and responsibilities in that position.

**My Response:** I am the Director of the Division of Administration for the FDIC. I have been in this position since May 1999. I am responsible for all functions of the Division of Administration, including the supervision of all personnel that handle human resources, acquisition, corporate services and general management operations for the Division and Corporation.

**Question 2:** What is your race?

**My Response:** I am African American.

**Question 3:** What is your involvement in the administration of the FDIC's Contribution Based Compensation ("CBC") Program in your division?

**My Response:** As the head of the division it is my duty to ensure that the CBC Program is properly and fairly implemented. Employees were ranked in numerical order by their immediate supervisors according to their relative contributions during the 2004 rating period. The rankings of all employees within the division were combined and a master list was created that separated employees into five different contribution groups. I worked with a team of managers who reviewed every nomination and ranking for the CBC Program. During the management meeting, managers had an opportunity to raise questions about any given employee's placement in a contribution group. It was my intent to sign off on all nomination forms for the CBC Program, however, a few nomination forms may have been approved by other supervisors in the division. I do not recall if I or another supervisor reviewed and approved Ms. Brownfield's placement in Group V. All nominations, however, were carefully reviewed and evaluated before they were approved.

**Question 4:** Complainant has alleged that she was discriminated against and subjected to a hostile work environment because of her race when she was placed in Group V for the 2005 CBC Program. How do you respond to that allegation?

**My Response:** I know Ms. Brownfield personally because she is located on my floor. I do not directly supervise her, nor am I familiar with her work product, so I cannot speak to the specific reasons why she was placed in Group V. I believe that the CBC Program was fair in its execution

and I have no reason to believe that Ms. Brownfield suffered any discrimination due to her placement in Group V. To my knowledge, Ms. Brownfield never alleged discrimination or hostile work environment before the filing of this EEO complaint. I know that Ms. Brownfield's supervisors, Paul Sherman and Daniel Bendler, were very sympathetic to Ms. Brownfield when her sister passed away in 2004, so I am surprised that she would allege that she was subjected to a hostile work environment.

**Question 5:** Is there anything else you would like to add to the record about this complaint at this time?

**My Response:** No

I have reviewed this statement, which consists of two pages, and hereby solemnly swear and affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_Arleas Upton Kea_
(Signature of Affiant)

_7/28/05_
(Date)