**AFFIDAVIT**

**COMMONWEALTH OF VIRGINIA**

**COUNTY OF ARLINGTON**

I, Arleas Upton Kea (African American, no prior EEO activity), Director, Executive Manager, Division of Administration, Federal Deposit Insurance Corporation, after first being placed under oath, make the following statement freely and voluntarily to Daniel Willard Jewell, who has identified himself to me as a Contract EEO Investigator for the Federal Deposit Insurance Corporation, investigating a complaint of employment discrimination filed by Pamela Brownfield, knowing that this statement may be used in evidence. I understand that this statement is not strictly confidential and may be shown to any interested party with a legally recognized need to know.

In response to questions from the EEO Investigator, I hereby solemnly swear or affirm:

1. I have held my current position since June 1999 and have 20 years of FDIC service. My 1st and 2nd level supervisors are John Bovenzi and Chairman Sheila Bair. My duties are to supervise a wide range of activities that support the agency's infrastructure, such as contracts, facilities, human resources, and others. I supervise a staff of about 340 employees.

2. The Investigator has apprised me of the issues in this complaint filed by Pamela Brownfield based on race and reprisal. I have known Ms. Brownfield since she came to

the Division. I have always supervised her at the 3rd or higher level. I am aware of her past EEO activity but I do not recall when I first learned of it. I know she has a prior complaint pending.

3. Regarding the issue of a complaint about Ms. Brownfield from Ann Bridges Steely, Paul Sherman mentioned it to me in one of our one-on-one meetings. Since a senior manager had brought this up he felt Daniel Bendler needed to counsel Ms. Brownfield. The matter was not treated as significant or a big deal but did need to be addressed in some appropriate way. There was no follow up to our conversation and I never gave the matter another thought.

4. Regarding the issue of Ms. Brownfield's work assignments, I seldom become involved with such matters for any employee at that level. Over the past several years I have asked each Branch manager to review their workload and see if any assigned work did not need to be done, given the decrease in overall FDIC personnel and activities. I also asked the managers to recommend any positions for designation as surplus. Mr. Sherman submitted his recommended business plan, which included identification of

surplus positions like Ms. Brownfield's, and I approved it. I do not recall making any changes to his recommendations.

5.  Regarding the issue of restricting Ms. Brownfield's contacts with other FDIC employees, I have no knowledge of this matter.

6.  Regarding the issue of an employee luncheon on or about February 9, 2006, I attended this luncheon and neither Mr. Bendler nor anyone else said anything in my presence about Ms. Brownfield. It was a jovial atmosphere so there was some laughter at times but I do not recall anyone making a joke about Ms. Brownfield.

7.  Regarding the issue of our Pay for Performance Program, I handle this matter the same way every year, starting with recommendations from supervisors. In Mr. Sherman's Branch, his supervisors make recommendations to him and he then makes them to me. I have all my supervisors give their spreadsheets to Human Resources to combine and then I meet with my senior managers in the field and at headquarters to divide all eligible DOA employees into pay groups. We first discuss how the write-ups from direct supervisors fit our pay groups and then the

managers read the write-ups to reconsider which pay group that employee has been tentatively placed. After this there is more active discussion of the placements and write-ups to ensure consistency within each pay group. Those in group IV are given particular attention because that is the lowest. When placement is done I pass the results to my supervisor for final approval and implementation. I do not recall any discussion of Ms. Brownfield's performance or her write-up. She was treated in the same way as every other DOA employee.

8. I deny doing anything to discriminate or retaliate against Ms. Brownfield because of her race or EEO activity. In my opinion, I see no intent on the part of Mr. Sherman, Mr. Bendler or anyone else to discriminate or retaliate against her.

9. I have no additional witnesses to suggest.

I have read the above statement and declare that it is truthful, accurate and complete to the best of my knowledge, information and belief, under penalty of perjury. I understand that the information I have given is not to be considered strictly confidential and may be shown

to interested parties on a need to know basis pursuant to applicable EEOC regulations.

_____
Arleas Upton Kea

_____
Date  8/10/06

Subscribed before me at

_Arlington, Virginia_____ on

this __10th__ day of __August__, 2006.

_____
Witness to Affiant's Signature