DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200 • Fax: (202) 296-3468

# ERRATA

In Re: **Brownfield**  v  **Bair**

Case No: **05-2468-EGS**   Date Taken: **3/14/07**

Deposition Of: **Jerie Kitchens**

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 5 | 1 | 62 | 61 |
| 8 | 22 | True. Yes. | False. No. (see attached) |
| 9 | 21 | Management Analyst | Special Assistant to the Director |
| 11 | 11 | Yes | Yes, and I was promoted to Special Assistant to the Director |
| 15 | 8 | Grade 9 | Grade 12 |
| 17 | 7-10 |  | See attached |
| 17 | 11 | Yes. | NO Confidential Assistant |
| 80 | 21 | Secretarial Jobs | A Secretarial Job |
| 83 | 16 | I was not A | I was A |
| 91 | 18 | blank | black |

Deponent Signature: *Geraldine Kitchens*   Date: **5/8/07**

Attachment for Page 8; Line 22

No, my career path has not been administrative. I earned a Paralegal Certificate from the University of Maryland, College. After earning the certificate, I was hired as a GS-9 Paralegal at the Department of Labor, Benefits Review Board. I progressed from a GS-9 Paralegal Specialist to a GS-11 Senior Paralegal Specialist to a GS-12 Supervisory Paralegal Specialist at the Department of Labor before joining the FDIC in 1991 as a GS-11 Paralegal Specialist.

As a GS-9 Paralegal Specialist, I reviewed new appeals filed under the Longshore and Harbor Workers Compensation Act and the Black Lung Benefits Act, for timeliness and conformity with the Board's rules and regulations. I drafted orders in response to various motions filed with the Board, reviewed pleadings submitted to the Board and checked records to be certain that all material and medical evidence accepted below were submitted to the Board for the review process.

As a GS-11 Senior Paralegal Specialist, I wrote memoranda to the Board members and prepared orders and letters responding to the most difficult motions. I researched novel issues. I was responsible for coordinating the work of the Motions Branch of the Longshore Division. While not supervising the paralegal staff, I trained the staff and reviewed their work. I reviewed orders which acknowledged appeals filed before the Board, responded to requests for extensions time, status of cases, withdrawals of appeals and requests for documents. I participated in weekly meetings with attorney team leaders, discussed the role of the Motions Branch and brought any problem areas to their attention. I recommended changes in order to promote the effectiveness and efficiency of the operations of the Branch.

As a GS-12 Supervisory Paralegal Specialist, I performed legal research and responded to the most complex motions and inquiries from parties regarding appeals of Decisions and Orders issued by administrative law judges and Compensation Orders issued by deputy commissioners pursuant to the Longshore and Harbor Workers Compensation Act. I supervised four to seven paralegals in grades GS-7, GS-9 and GS-11. I interviewed applicants, recommended hiring and disciplinary actions and prepared performance appraisals. I conducted training seminars where I made oral presentations on the issues. I developed a desk book of novel and precedential orders for use by the Motions Branch. I wrote and maintained a Procedures Manual for the Motions Branch. I attended meetings with senior management and administrative appeals judges on a regular basis. I responded to inquiries, both oral and written, from attorneys, court personnel and claimants. Our Docket Section was open to the public and when the Docket Clerk could not adequately answer a claimant's questions, I was often called upon to meet claimants and explain the status of their cases.

I joined the FDIC in 1991 as a CG-11 Paralegal Specialist in the Professional Liability Section. I performed legal research and prepared memoranda on my findings, assisted in resolving disputes related to fee bills, acted as a liaison with outside counsel and team attorney, speaking frequently to outside counsel on matters that did not require the attorney's attention. From the Professional Liability Section, I moved to the Corporate Affairs Section, Opinions Unit, of the Legal Division as a CG-11 Paralegal Specialist. The Opinions Unit provided legal advice to senior management officials in the various Divisions of the FDIC. In responding to these inquiries, I researched statutes, regulations and policies applicable to the FDIC. I am proficient in the use of Westlaw and Lexis/Nexis. I prepared memoranda which involved the analysis of FDIC policies and programs. Many of these memoranda were ultimately directed to Division or Office Directors. I also analyzed bills and legislation and reviewed Executive Orders and prepared Memoranda on their applicability to the FDIC. I processed garnishments and child support orders which required me to contact employees, Personnel Services Branch, court personnel and attorneys. I worked closely with the Alternate Dispute Resolution Coordinator and counsel who managed the ADR program. I attended classes and seminars where the use of ADR was promoted, prepared and gathered material and statistics to assist counsel in preparing lectures on the subject. I served as a liaison with the PLS attorneys in the Regional Offices and ADR Coordinator and the PLS ADR Manager. I also assisted in responding to Freedom of Information Act inquiries, congressional inquiries and conflict of interest inquiries.

I joined the Office of the Ombudsman (OO) as a CG-12 Management Analyst. I assisted in the preparation of the Office of Ombudsman's Annual Performance Plan and Critical business Function Plan. Based upon my discussions with the Director and my knowledge of the OO, I prepared weekly conference call agendas where the Director conferenced with her senior staff members. The Director used these conference calls to relay program and policy matters to her senior staff. I also prepared the agenda for OO's monthly all staff video-teleconference. These video conferences were an extremely important way for the Director to communicate with staff and the Director relied upon my judgment and recommendations regarding items to be discussed at the video-conference. I prepared the Weekly Director's Message where the Director communicated significant issues and events to all staff. The Director's Special Assistant left the Corporation during my tenure as Management Analyst and I assumed many of her duties. I represented the Corporation at numerous outreach events which provided me with an opportunity to network with senior level members of the industry, the public and community groups. I served as a key outreach resource and representative by attending these events, scheduling the Director's appearance and speeches at outreach events. I represented OO during site visits with the Director to FDIC's Regional Offices. I Co-Chaired the First Annual Office of the Ombudsman Training Conference. I prepared speaking points for the Director's presentation at this conference, coordinated internal and external speakers. I was promoted to Special Assistant to the Director, CG-13 in the

Office of the Ombudsman. I was a member of OO's senior management team which also included the Director, Deputy Director, Associate Director and Regional Ombudsmen.

Attachment for Page 17; Lines 7-10

After joining DOA, I was promoted to CG-14, Special Assistant to the Director, DOA. As Special Assistant to the Director, I am responsible for developing, planning and carrying out comprehensive analyses of Division management programs. I am a member of the DOA Senior Management Team, where I participate in the decision-making process for the Division policies and administrative issues, many of which have a Corporate-wide impact. I perform confidential division related assignments for the Director on matters which require her attention. I am responsible for collecting, analyzing, and evaluating complex qualitative and quantitative data on all Division of Administration (DOA) Branches, Regional Offices, and Area Offices; including but not limited to – budget information, Corporation's Diversity Strategic Plan, and awards. I make recommendations to the Director on modifications of ongoing programs or major projects and analyze the need for new initiatives in the Division. I review reports and documents submitted to the Director for conformance with Corporate policies and procedures. I prepare briefings and presentations for the Director, coordinating with Associate Directors and their staffs. I Research issues related to a wide range of administrative programs and I prepare reports or responses to inquiries for the Director's signature. I recommend to the Director solutions to controversial issues and provide alternatives for her consideration. I am required to have a thorough understanding and technical knowledge of the FDIC – which includes the mission, function, and operating programs. I also must have a strong knowledge of branch administrative functions including planning, programming, and budgeting regulations, guidelines, and processes.

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 20-1**