IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
                                   :
PAMELA A. BROWNFIELD,              :
                                   :
            Plaintiff,             :
                                   :
        v.                         : Civil Action No.
                                   : 1:05-cv-02468-EGS
SHEILA C. BAIR, Chairman,          :
Federal Deposit Insurance Corp.    :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x


                    Washington, D.C.

                    Thursday, March 15, 2007



Deposition of

                  PAUL SHERMAN

a witness of lawful age, taken on behalf of the Plaintiff in

the above-entitled action, before Rita M. Hemphill, CVR-CM,

Notary Public in and for the District of Columbia in the

office of Swick & Shapiro, PC, 1225 Eye Street, NW, Suite

1290, Washington, DC 20005, commencing at 10:14 a.m.

Page 2

APPEARANCES:

    On Behalf of the Plaintiff:

        DAVID H. SHAPIRO, ESQ.
        SARAH L. RIGER, ESQ.
        Swick & Shapiro, PC
        1225 Eye Street, NW
        Suite 1290
        Washington, DC 20005


    On Behalf of the Defendant:

        WILLIAM S. JONES, ESQ.
        PATRICIA DAVISO-LEWIS, ESQ.
        Federal Deposit Insurance Corporation
        Legal Division
        3501 Fairfax Drive, Room E6006
        Arlington, VA 22226



                    C O N T E N T S


EXAMINATION BY:                                      PAGE

    Counsel for Plaintiff                              3

    Counsel for Defendant                            149


FURTHER EXAMINATION BY:

    Counsel for Plaintiff                            152



SHERMAN DEPOSITION EXHIBITS:

1 - Employee ranking by Bendler for 2004 CBC          94
2 - 10/24/03 Memo from Bendler to Torrado            131

3 - Nomination packet for CBC                        149

Page 3

1                    P R O C E E D I N G S

2    Whereupon,

3                         PAUL SHERMAN

4    was called as a witness and, after having been duly sworn,

5    was examined and testified as follows:

6                 EXAMINATION BY COUNSEL FOR PLAINTIFF

7                 BY MR. SHAPIRO:

8         Q    **Mr. Sherman, you are a white man?**

9         A    Yes, I am.

10        Q    **How old are you?**

11        A    Fifty-three.

12        Q    **And are you currently employed?**

13        A    Yes, I am, with the Federal Deposit Insurance

14   Corporation.

15        Q    **You've been with the FDIC since when?**

16        A    Well, I started with the RTC portion of the FDIC

17   when it was still part of the FDIC in October of 1991.

18   Subsequently it separated, and then I actually went back to

19   the FDIC in 1994.

20        Q    **Before the merger?**

21        A    Before the merger.  I was part of the team that was

22   working to put the two sides back together on the merger

1    team.

2        Q    What was your job when you first came to the FDIC?

3        A    To the FDIC the first job was a section head in a

4    group at the RTC portion of the FDIC that was called the

5    Office of Organization, Management and Resource -- something

6    like that.  Or it had to do with organization, management

7    analysis and budget type activities.

8        Q    And you head a unit.  What unit?

9        A    I headed a section that dealt with the management

10    analysis and organization.

11        Q    Okay.  And when you came back to the FDIC what did

12    you come back to do?

13        A    I came back as part of the FDIC-RTC merger team.

14    The way that was set up, there were two senior executive

15    officials from the FDIC and two from the RTC who ere in

16    charge of putting all the pieces back together so that the

17    merger could happen by the sunset date.  And I was one of the

18    key staff people to the FDIC side of that equation.

19        Q    What grade were you when you started?

20        A    When I started I was a 14.

21        Q    When you came back to the FDIC as part of the

22    merger planning team what grade are you?

1       A     I was still a 14.  I'm pretty sure.

2       Q     **When the merger occurred after the planning was**

3    **over, you stayed with the FDIC.**

4       A     Yes, I did.

5       Q     **In what --**

6       A     An organization was set up within the Division of

7    Administration called the Management Review Staff.  And I was

8    one of the section chiefs for the Management Review Staff.

9       Q     **What section?**

10      A     Similar to what I was doing on the RTC side.  It

11   dealt with management analysis, organizational analysis.  And

12   over a period of time it merged in with the other part of the

13   management review staff and included budget, internal review,

14   audit resolution, delegations of authority, other

15   miscellaneous things like that.

16      Q     **And you were the section chief of that section?**

17      A     Right.

18      Q     **What was it called?**

19      A     It was called the -- good question.  I'm not sure

20   exactly what it was called.

21      Q     **What grade were you?**

22      A     I was -- at that point I think I got promoted to

1    Grade 15 when I was put into that position.

2         Q    Was it called CG then?

3         A    Yes, it was CG then.  Yes, CG-15.

4         Q    Ultimately, that became MSS under you?

5         A    What happened was that organization had the budget

6    component, the management analysis internal review component

7    but it also had what we called the core staffing component.

8    This was the authorized staffing ceiling and the group that

9    was kind of overseeing the --

10        Q    FTEs?

11        A    At that time were downsizing and the FTEs were

12   going down each unit.  They'd set a new target for each

13   organization. So the other group would deal with that side.

14             There was a point in 1998 I believe when that

15   portion of the organization and the head of the organization,

16   Tom Peddicord, were moved to the Division of Finance so that

17   it could be joined with the budget because it made sense for

18   the budget and the staffing levels to be combined.

19             So at that point the Management Review Staff became

20   a smaller group.  And in that capacity it was very similar to

21   what the management support section is today.  It had the

22   same types of functions.

1    **Q    And you headed it?**

2    A    I headed that group, yes.

3    **Q    As a 15?**

4    A    Right.

5    **Q    And you continued to head that section until when?**

6    A    Headed that section until I believe it was the

7    summer of 2003 when a decision was made to centralize some

8    other internal support activities into this group and make it

9    a larger entity moving from a staff, which connoted a small

10   organization reporting directly to the director, to a branch.

11    So we picked up IT support, administrative officer type

12   support, website and some of these other functions that we

13   already had in the Management Review Staff, picked up

14   additional staff.  And at that point I applied for and was

15   selected for the position to head up that new organization,

16   which was now called the Management Services Branch, and that

17   was a promotion for me at the time from a CG-15 to what at ha

18   time was an E-1.  That was prior to -- at that time we had a

19   "executive" structure that went from E-1 to E-5.  That was

20   later, shortly thereafter, revisited and broken into the EM

21   and COME positions.  And my position was recast as a COME-2

22   position.  So that's kind of like -- that's corporate

1   management as opposed to executive management.  So I was kind

2   of like on the high end of the middle management scale at

3   that point in time.

4        **Q    So that would be the Management Services Branch?**

5        A    Right.

6        **Q    Of which management support section was a part,**

7   **your old MSS or MRS was a part?**

8        A    That's right.

9        **Q    And that was in '93?**

10       A    No, that was in 2003.

11       **Q    I'm sorry 2003.**

12       A    In 2003 when we set up that organization, it was

13   set up with two sections, the management support section and

14   the other major section was the IT support section.  This was

15   the group that was working on systems development projects

16   for the division and also website and things like that.

17            Then we had a smaller group, a smaller unit, that

18   also had a supervisor which was called the administrative

19   staff.

20       **Q    Those are the people that make it work.**

21       A    Right.

22       **Q    They internally make the branch work.**

1    A    They're the people who -- they're the linkage

2    between personnel between office moves and stuff like that.

3    They're the ones who take care of follow through.

4    **Q    And who became the head of MSS?**

5    A    When we advertised that position, I interviewed

6    candidates and selected Dan Bendler to head up the management

7    support section.

8    **Q    And he became a 15?**

9    A    He became a 15 at that point, yes.

10    **Q    And you were the selecting official?**

11    A    Yes, I was.

12    **Q    Now is he CM also?**

13    A    He is now CM.  In the reconstitution what they did

14    was they took all the positions that were close in that range

15    and had an independent group come in, the Hay Group, do an

16    assessment of where they fell in terms of complexity breadth

17    of responsibility and that came out as a CM-1.

18    **Q    And you're a CM-2?**

19    A    I'm a CM-2, yes.

20    **Q    And who heads the IT support section?**

21    A    The IT support section until very recently was

22    headed by Connie Young.  And she came into that position with

Page 10

1  staff in two basically.  There was a group within one of our

2  other branches that was brought pretty much lock, stock and

3  barrel into our organization, became the second section.

4          She just retired at the end of the year, and we're

5  advertising to fill her position right now.

6      **Q    So you never chose her, she came when the IT**

7  **support group was formed, merged from another unit that came**

8  **in?**

9      A    Right.

10     **Q    And who heads your administrative staff?**

11     A    The administrative staff was headed by Frances

12  Childers, who also retired in December after 43 years, and

13  she was selected by me.

14     **Q    What grade was she?**

15     A    She was a CG-13.

16     **Q    Her position was eliminated in a --**

17     A    Her position as eliminated when we went through the

18  last round of downsizing and reorganization that went along

19  with it?

20     **Q    She was surplussed?  Her position was surplussed?**

21     A    Yes.

22     **Q    Her position was surplussed?**

Page 11

1    A    Yes.

2    Q    **But she retired just this past December from a**

3    **surplussed position?**

4    A    From a position -- she had to retire -- the way

5    that things were set up, she had to retire by the end of the

6    year because that's when the surplus was going into effect.

7    Q    **How many people are in the IT support section?**

8    A    The IT support section right now has 10 people in

9    it.

10    Q    **And how -- is this the lowest end of it?**

11    A    This is the lowest --

12    Q    **So how large has it been since 2003 when it was**

13    **part of your --**

14    A    Overall the -- I have to do it by going overall and

15    then kind of weaning down.  Overall we had 31 people to start

16    and now we have 22.  I would -- I believe that we had 13 or

17    14 positions in the IT support section to begin with.

18    Q    **One supervisor; it's a section chief; and then**

19    **staff?**

20    A    A section chief and staff.  And that section chief

21    had two team leaders set up to --

22    Q    **But the team leaders were not supervisors?**

Page 12

1    A    No.

2    Q    Okay.  And in the MSS, how many people do you have

3    now?

4    A    We have --

5    Q    A chief and how many Indians?

6    A    We have a chief and then I think nine -- the reason

7    I say nine is because when Frances Childers left the

8    administrative staff, took the opportunity to merge the staff

9    into the management support section.  So I believe with those

10   three people moving into the section it became nine in

11   addition to the supervisor.

12   Q    So the administrative people moved in there?

13   A    Yes, they did.  And it's actually changed its name

14   now from the Management Support Section to the Management and

15   Administrative Support Section.

16   Q    So how many people moved in from administrative

17   support?

18   A    Three.

19   Q    So there's a chief and nine Indians, three of whom

20   are administrative types?

21   A    That's correct.

22   Q    So it means it's a chief and six people doing MSS

Page 13

1  -- the old MSS work?

2      A    The old MSS work; that's correct.

3      Q    **When did that change take place, the beginning of**

4  **the year?**

5      A    That change took place, yes, actually in November

6  when we went into our new organizational structure, and we

7  kept Frances in place for a month for institutional knowledge

8  and transition purposes and hand-off of responsibilities.

9      Q    **And you're still the chief of the branch?**

10     A    I'm still the -- my title in the branch is an

11 assistant director.  And so I'm the head of -- I'm the chief

12 of the, or whatever you want to say, of overall 22 people

13 including myself.

14     Q    **You're the assistant director of DOA for --**

15     A    One of the assistant directors in DOA, yeah.

16     Q    **-- for support or what is it?**

17     A    For Management Services.

18     Q    **Which puts you organizationally as the branch chief**

19 **for MSB?**

20     A    That's correct.

21     Q    **And you say you have 22 employees?**

22     A    Including myself, yes.

Page 14

1    Q    And that's down from 31?

2    A    Right.  Actually, at the moment it's 21 employees

3 in our group and one vacancy because --

4    Q    You look --

5    A    -- well, we have 22 authorized positions, yeah.

6    Q    Prior to coming to FDIC in '91, were you employed?

7    A    Yes, I was, for a period from I believe it was 1986

8 up until 1992 --

9    Q    To '91 when you --

10   A    To '91, excuse me.  Actually, I think it's '85 or

11 '96 up until 1991 I was with the Department of Commerce first

12 in their Office of the Secretary and then within one of the

13 bureaus, NOA.

14   Q    And what did you do in Department of Commerce?

15   A    Department of Commerce, when I worked in the Office

16 of the Secretary, I was first a realty specialist, and then I

17 became a supervisor of the group that was called the Office

18 of Administrative Services.

19   Q    That's the typing pool and the people that support

20 --

21   A    No, this was administrative services within the

22 context of commerce meant the real property program, the mail

Page 15

1    program, the printing services, other things like that,

2    things that at the FDIC would call corporate services.

3        **Q    Okay.  And when you were in NOA?**

4        A    When I was in NOA I was an non-supervisory

5    management analyst, and I was working on a group called the

6    ASC Liaison Staff, ASC being Administrative Support Centers.

7     It was a concept of decentralizing administrative support at

8    various regional sites.  And I was the linkage between those

9    people in the regions and the headquarters organization.

10       **Q    Which job did you hold last, Office of Secretary or**

11   **NOA?**

12       A    NOA.

13       **Q    Okay.  And what grade were you at NOA?**

14       A    I was a 14.

15       **Q    Non-supervisory?**

16       A    I think I was a 13 when I started there and then

17   got a promotion to a 14 when I got my first supervisory

18   position in the Office of the Secretary.

19       **Q    So when you were at NOA you were a 14?**

20       A    That's right.

21       **Q    And prior to that?**

22       A    Prior to that I was a realty specialist at the

Page 16

1   Grade 11 and 12 level for the Veterans Administration just

2   down the road here.

3        Q    And from when did you work for them?

4        A    That would have been from sometime in the Spring of

5   1984 up until the time that I went to the Department of

6   Commerce, which was like I said before either late '85 or

7   sometime early in '86.  I can't remember which.

8        Q    So you started as 11 and you got a 12?

9        A    Right.

10        Q    What does a realty specialist do?

11        A    At the Veterans Administration what we were dong is

12   we would go to different locations to negotiate for and try

13   to purchase property to be used for national cemeteries or

14   for VA hospitals.

15        Q    So you were dealing with location and negotiation

16   for real estate purchases?

17        A    Right.

18        Q    And what about at the Office of the Secretary in

19   the Department of Commerce?

20        A    Department of Commerce?

21        Q    You said you were a realty --

22        A    What I would do there would be -- it was more of a

Page 17

1    policy shop, setting the overall policy.  Commerce being an

2    umbrella organization, having a number of bureaus under it,

3    the Office of the Secretary was kind of the policy and

4    strategic direction --

5         **Q    So what was realty --**

6         A    So what I was doing was writing real property

7    manuals --

8         **Q    For the purchase of real property?**

9         A    For the purchase, for the leasing of real property

10   at that point in time, for whatever was involved for the

11   maintenance of real property.  And we'd go out from time to

12   time and do surveys there, too.

13        **Q    Prior to your working for the Veterans**

14   **Administration where did you work?**

15        A    Prior to the Veterans Administration I was -- for

16   two years when I was living out in San Francisco, I was

17   working for the Department of Defense for the Defense

18   Investigative Service.  That actually went I believe from the

19   summer of '82 I think -- '81 or '82 -- up until the time that

20   I moved back, which was right at the end of 1983.  I was in

21   that position for about a year-and-a-half.

22        **Q    What were you doing for them?**

Page 18

1       A    I was doing security clearance investigations.

2       **Q    As an investigator?**

3       A    Yes.

4       **Q    Security clearances for DOD employees or for**

5       **contractors?**

6       A    For anybody who -- for defense contractors, for DOD

7       employees, for military employees, the whole range.

8       **Q    So military members as well as civilian employees?**

9       A    Anybody who needed -- yeah.

10      **Q    And employees of contractors?**

11      A    Yeah.  If they were in a position where they were

12      going to have access to classified information, potentially

13      that's --

14      **Q    What did you do before that?**

15      A    I had one other federal job before that and, again,

16      that was for about two years.  It was here in Washington, and

17      I worked for the Federal Energy Regulatory Commission.

18      **Q    What did you do for them?**

19      A    I was a public utility specialist I guess was the

20      title of the position.  And what we did was we were

21      implementing the regulations of the Natural Gas Policy Act of

22      1978, which gave incentives for natural gas producers to go

Page 19

1    out of the known range of easy-to-hit wells and try to

2    explore other territories.  And they'd send in applications

3    to get price premiums for that, and we would evaluate those

4    negotiations and go out and audit them and such.  And that

5    was from October of '79 up until the time I moved to San

6    Francisco, which was right at the end of '81 I think.

7         **Q    And you were unemployed for a while in San**

8    **Francisco?**

9         A    For about four or five months, yeah.  I was

10   studying to take the California Bar at that time and took

11   some time off.

12        **Q    So prior to FERC what did you do?**

13        A    Prior to FERC I worked for a year in a law firm in

14   my hometown of Amsterdam, New York.  The attorney's name was

15   Edward Wilkinson.

16        **Q    And that would have been in '78-'79?**

17        A    End of '78 and through part of '79.

18        **Q    And you were an attorney?**

19        A    I was more or less an attorney trainee.  I was

20   taking the Bar in New York and I wasn't very familiar with

21   New York procedure and such and had a little trouble first

22   time through.  So I was kind of being a glorified

Page 20

1   clerk/attorney trainee.

2        Q    And prior to that job you were in law school?

3        A    Prior to that I was in law school from '75 to '78.

4        Q    Where?

5        A    At the University of Detroit.

6        Q    Is that Wayne State?

7        A    No.  Wayne State is also in Detroit.  There are

8   several in Detroit.

9        Q    Right.

10       A    This is -- I think they've recently merged with

11  Mercy College and it's become Detroit and Mercy.

12       Q    And you were a full-time law student?

13       A    Full-time law student, yes.

14       Q    And prior to law school?

15       A    Prior to law school from '71 to '75 I was an

16  undergrad at St. Lawrence University in upstate New York.

17       Q    And you were a full-time student there?

18       A    My major was English Literature with also a

19  concentration in things like Economics and Government.

20       Q    Where did you go to high school?

21       A    I went to high school at Amsterdam High School,

22  which was sometimes called Wilbur H. Lynch High School also.

Page 21

1    If anybody was trying to look it up now it would just be

2    Amsterdam High School.

3         **Q      And you graduated in '71?**

4         A     I graduated in June of '71, yes.

5         **Q      And you have a Bachelor of Arts in English**

6    **Literature from college?**

7         A     That's right.

8         **Q      Any degrees passed the bachelor's level besides the**

9    **law school?**

10        A     Just the J.D.

11        **Q      Are you a member of the bar?**

12        A     I'm an inactive member of the Pennsylvania and

13   California bars but made the decision when I came to

14   Washington that I really wasn't going to practice law.  So I

15   just maintain the annual correspondence with them, but that's

16   about it.

17        **Q      I'd like to talk about the last round of surplus**

18   **decisions in Corporation but more particularly in DOA and as**

19   **that affected your branch.**

20        A     Okay.

21        **Q      As I understand it, the last round really was**

22   **announced in like 2004-2005.  That's when positions were**

Page 22

1   identified as which ones would become surplus, which would be

2   surplussed.

3       A    Right.

4       Q    So that's the round I'm interested in.

5       A    Okay.

6       Q    The rounds before that we'll let go for now.

7       A    Okay.

8       Q    But if something comes up and to answer the

9   question you have to tell me about an earlier, please feel

10  free.

11      A    Okay.

12      Q    So again we're talking about this last round.  And

13  you agree that these were the ones that were announced in

14  2004-2005?

15      A    That's correct.

16      Q    First, how many positions were announced -- was

17  this a particular DOA surplus move or was it corporate-wide?

18      A    No.  What happened, at least as it unfolded before

19  my eyes, was that in the late summer of 2004, my boss, who is

20  the division director, Arleas Upton Kea, came back from a

21  senior staff meeting saying that an announcement had been

22  made that we needed to downsize more, which came as very much

Page 23

1   of a surprise to us because a memo had come out from that

2   level about six months, eight months earlier saying that

3   downsizing was over.  And we thought it was over.  Because at

4   that earlier time we had gone from like maybe almost 600

5   people down to about 450 --

6       Q    This is in DOA?

7       A    This is within DOA, yeah.  And it didn't tell us

8   how many positions we were going to have to eliminate or

9   anything like that.  What it told us is that each division

10  was being sent back to re-evaluate it's staffing, re-evaluate

11  its workload and was going to be expected to come up with

12  additional surplus positions.  And that started an

13  exploratory set of research studies basically within the

14  different components of DOA.

15          We had no idea at that time exactly what we were

16  looking for, although the top officials in the corporation --

17  I'm talking about the chief operating officer and people at

18  that level -- had kind of given Arleas the impression that it

19  was going to have to be at least 100 more people.

20          When we're talking about this, we were at -- as a

21  division now, we were probably a little bit under 450 at that

22  point in time.  So it looked like we were going down below

Page 24

1   350, approaching 300 with what was being asked of us, but we

2   didn't know until we went and did the review.

3         So each one of the four branch chiefs, if you will,

4   or whether they're assistant directors or associate directors

5   -- there are four Washington branches that report to Arleas

6   Key.  Mine is one of them.  There are three others.  One is

7   the HR Branch; a second is the Acquisition Branch, the

8   contracting group; a third is the Corporate Services, which

9   is the facilities and building maintenance group.  Each of

10  those three groups is larger than the Management Services

11  Branch.

12        There are also five regional offices at that point

13  in time, and each one of those nine components was being

14  asked to go back to do a workload-to-staffing analysis and

15  identify opportunities to downsize the organization.  And no

16  one was saying what the exact number had to be, but it was

17  clear that it had to be substantial.

18        Part of what was also being told to us at that time

19  is we're not going at it alone in DOA.  DRR, which is one of

20  our main business branches, Resolutions and Receivership,

21  that people who come in and take failed institutions and

22  either resolve those institutions or liquidate the assets,

Page 25

1  that group in the wake of the S and L crisis was getting much

2  smaller.  And as a service organization, the Division of

3  Administration had to react to the contraction that was going

4  on there and to the contraction that was going on in several

5  of the other divisions as well.

6          So this was happening at the FDIC-wide level to

7  most divisions and offices were being asked to do this type

8  of analysis.  For our part, our understanding was that we

9  needed to eliminate at least 100 positions.

10      **Q    In DOA?**

11      A    In DOA.

12      **Q    And that would mean that -- how many -- if you took**

13  **a fair share of that based on your percentage of DOA, you're**

14  **being MSB's percentage of DOA, how many people would that**

15  **mean for you?**

16      A    I have to do the proportion work to figure that

17  out, but it would be probably between 10 an 15 or something

18  like that.

19      **Q    Out of a staff of?**

20      A    Out of a staff of 31.  We were unique, though, in

21  the sense that we were created at a time when we knew that we

22  couldn't -- some of the other organizations had grown from

Page 26

1    the RTC and still had residual staff.  We were made to be as

2    compact as we could be at that point in time.  So I think

3    there was an understanding that we weren't going to have to

4    cut as many positions.  But there was still pressure to

5    identify which positions we could do.

6            So what we did in MSB is I had a meeting with the

7    section chiefs and the head of the admin staff and asked each

8    one of those groups to go through and do an analysis of what

9    the workload -- how they projected workload going forward,

10   how many staff they had dedicated to it right now, and to try

11   to match up and see if there were any underutilized positions

12   and to identify those positions.

13           So Dan Bendler, Connie Young, Frances Childers each

14   looked at their portion of the organization and brought back

15   an analysis to me saying here's what we've got; here's what

16   we've got in terms of workload; here's what we've got in

17   terms of staff; here's where we see the workload getting

18   smaller; and here's where we can identify positions to put on

19   the surplus list.

20       Q    Okay.  Who did Bendler identify?  How many

21   positions did Bendler identify?

22       A    Bendler identified one position.

Page 27

1    Q    Which job?

2    A    It was a management analyst 12 position.

3    Q    The only 12?

4    A    The only 12.

5    Q    So that was his lowest graded position in his unit,

6    the only remaining 12?

7    A    That was, yes.  Right.

8    Q    Okay.  And when did he do that?

9    A    Sometime in the late August or early October

10   timeframe over a period of time to conduct the study and

11   identify the position.

12   Q    2004?

13   A    2004, yes.

14   Q    And what about Ms. Young for IT Services section?

15   A    She had two vacant positions at that point in time.

16    And after looking at where her organization was going, we

17   decided that we would take those two positions and put them

18   on the surplus list.

19   Q    Well, but she identified the vacant positions as

20   surplus and --

21   A    As surplus, yes.

22   Q    Okay.

Page 28

1      A    And also one additional position, which was an IT

2    assistant at the Grade 7 level, responsible for working on

3    the website.

4         **Q    Was that her lowest graded job?**

5      A    I think it was her lowest graded job, yes.

6         **Q    And what about in the administrative staff?  What**

7    **did Ms. Childers -- Ms. Childers?**

8      A    Yes.  There were four positions on that staff --

9         **Q    Including Childers?**

10     A    Right.  Our analysis showed that Childers as a

11   working supervisor with a small group like that, she didn't

12   have the luxury of just sitting back and managing.  She was

13   working along with them.

14        **Q    Right.**

15     A    And in her analysis she came back and said we can

16   eliminate one of our four positions.  At that point she also

17   told me that knowing that there was a buyout opportunity that

18   was going to be coming, to help facilitate this round of

19   downsizing that she was going to take it.  And rather than

20   identifying one of the other positions in her section, which

21   is what we would have done in another circumstance, we

22   decided this is the perfect opportunity to eliminate her

Page 29

1   position because it did two things:  It got rid of that one

2   surplus position plus there was a standard that was being

3   more readily employed across the corporation that any group

4   that was a supervised by a person should have at least six

5   subordinates under them or six workers on that team.  And

6   this didn't meet the standard, so it gave us a chance to

7   resolve that situation.

8        Q    **And she was a CG-13?**

9        A    She was a CG-13.  So that was the fifth position

10   that was identified in the first go-round.

11       Q    **The two vacant jobs, what were they?**

12       A    One was an IT specialist I think at the 12, and the

13   other was an IT assistant at the 7.

14       Q    **The person who held the CG-12 job, management**

15   **analyst job in Bendler's MSS section was who?**

16       A    Was Pam Brownfield.

17       Q    **The person that held the non-vacant CG-7 IT**

18   **assistant job who worked on the web was who?**

19       A    Hung Yee.

20       Q    **Hung?**

21       A    Yeah, H-u-n-g Y-e-e.

22       Q    **An Oriental male?**

Page 30

```
 1        A     Yes.

 2        Q     Was he handicapped?

 3        A     He has a -- he's deaf.

 4        Q     And Ms. Childers is African-American?

 5        A     No, she's a Caucasian female, early sixties I

 6   believe.

 7        Q     You said with 43 years of service?

 8        A     Yeah, that's when -- when she retired she had 42 or

 9   43 years.  She had maxed out.

10        Q     When you came in -- and so these surplus decisions

11   were not implemented until the end of 2006?

12        A     They were not fully --

13        Q     When were they announced?

14        A     They were announced initially in an internal

15   correspondence on December the 15th, 2004.

16        Q     That was for people in the corporation to see?

17        A     For people within the Division of Administration to

18   see.

19        Q     So 12/04 was when they were announced specifically,

20   this job, this job, this job?

21        A     That's right.  Announced as the preliminary list.

22   It wasn't official at that point in time because there was
```

Page 31

1  still a lot of back end research being done amongst the

2  different divisions.  Because even as we in the Management

3  Services Branch were bringing our initial group of five

4  positions forward, in the HR Branch they were bringing a

5  number that was significantly higher.  In the Acquisition

6  Services area, they were bringing a number like 25 or

7  something like that.  The same amount of Corporate Services.

8   And each one of the regions was doing the same thing.

9       Q    **How much -- ultimately how many people did DOA**

10 **lose?**

11      A    One hundred and thirty-eight.

12      Q    **So you lost 138 people more than you thought**

13 **originally?**

14      A    That was what went on the list when we announced

15 the surplus officially.  Yeah, more than we initially thought

16 we were going to do.

17      Q    **When was the final list announced?**

18      A    The final list went out I believe sometime in

19 January or early 2005.

20      Q    **How many of the 138 positions were vacant?**

21      A    Maybe 25 or something.  I'd have to look.  That's

22 just a guesstimate.

Page 32

1    **Q    Did anybody ever explain why it is that they had**

2    **announced earlier that there was going to be no more**

3    **downsizing and then all of a sudden they had a huge**

4    **downsizing?  I mean 138 positions out of 450 positions is a**

5    **large downsizing.**

6        A    Right.

7    **Q    Did anybody ever explain from the corporation how**

8    **it was that they announced downsizing is over, we did it, and**

9    **then just a few months later they said big downsizing?**

10       A    I'm not sure that I can answer that question

11   totally because I'm not sure exactly what everybody was

12   thinking.  But it could have had to do with a change in

13   Chairman administrations.  Because I think at that point in

14   time we may have been going from the Donna Tanoue period,

15   when she was the Chairman of our organization, to Don Powell,

16   and Don Powell wanted to take another look around.  He

17   thought that there was still underutilized positions in the

18   corporation and wanted a fresh look at it.

19           I don't know of anything specific to point to, but

20   I think they were also doing some benchmarking, looking at

21   other organizations and what type of support organization

22   would a group of 5,000 people have.  That type of thing.

Page 33

1          That's the best answer I can give you.

2      **Q    But no one explained it to you?**

3      A    Well, they said that we needed -- that we weren't

4  there yet, that we needed to go further.

5      **Q    No, I mean how did anybody -- did anybody ever**

6  **explain to you how it was that they announced to everybody,**

7  **hey, good job, we did it.  We're down.  We don't have to look**

8  **forward to any more downsizing.  And then months later a big**

9  **downsizing is planned.**

10     A    Nobody ever explained exactly what it was that --

11  what lightning bolt went off and made them decide that there

12  were more to come.

13     **Q    And as I understand it, once your position is**

14  **focused -- is denoted as surplus, there is a special program**

15  **that allows you to compete separately for jobs that come**

16  **vacant so you can get out of a surplus job.**

17     A    Yeah.

18     **Q    What's that called?**

19     A    Once your position is formally put on what we call

20  the CTOP list, and I'm not sure I know what that stands for,

21  when you get within a year of what would be your separation

22  date, you acquire preferential rights, or first priority I

Page 34

1   guess you'd say, in terms of positions being filled.

2          You also have certain rights regarding being able

3   to take I think it was four hours of administrative leave

4   each pay period to start looking for other jobs.  And I'm not

5   sure if -- I think those were the two main benefits that I

6   was aware of.

7      **Q    So the Oriental fellow, the GS-7, the fellow who is**

8   **deaf in IT, the IT assistant, did he find another job within**

9   **the corporation?**

10     A    He did not find another job within the corporation.

11   What happened was everything was leading toward a reduction

12   in force planned for like early September.

13     **Q    That's what happens with surplus jobs, it's**

14  **reduction in force?**

15     A    Right.

16     **Q    And then you have the reduction in force rights?**

17     A    Right.

18     **Q    Okay.  But as we were approaching that point, as we**

19  **were getting through the early part of the spring I think it**

20  **was, last summer, enough positions had been resolved via the**

21  **buyout opportunity and other types of things that senior**

22  **management at the COO level and around there decided maybe we**

1    don't need to go ahead and do this reduction in force.

2    Reduction in force is very costly.  It's horrible for morale.

3    If we can avoid, let's try to avoid it.

4            Because what was also going on during this time is

5    there was a placement process where that core staffing team I

6    was talking about before, Tom Peddicord and his group, were

7    trying to take the skills of the people who were looking like

8    they might be affected by being in surplus positions and try

9    to find other opportunities for them in other parts of the

10   corporation, kind of like you know match up the needs with

11   the skills type of a thing.  And he was having some limited

12   success at that, but all of a sudden they waived the flag and

13   said we're not going to have a RIF.  And what's going to

14   happen now is there are a number of new positions and new

15   needs coming up in our Consumer Affairs area.  There will be

16   some people who maybe can go over there.  We've also gone

17   through and we've identified a number of vacant positions in

18   other parts of the corporation, and we're going to try to

19   match people up with those new positions.  And furthermore,

20   if you, within your own organization, having declared a

21   position surplussed previously, if you now see that you can

22   use that position, you've got a little latitude to absorb a

Page 36

1    position.

2          Now what had happened between the time we had

3    identified those five surplus positions and we got to that

4    point a year later, we had two other people that unexpectedly

5    took the buyout.  One was our budget person and the second

6    person was the head of our website team.  Now website was an

7    area that in the initial analysis we had identified some

8    overage which is why the Hung Yee position was identified

9    there.

10          When Steve Spangler, the head of our internet

11   group, unexpectedly took the buyout, all of a sudden -- what

12   Arleas told me at that point in time was let's see if we can

13   make these positions, the Mark David position and the Steve

14   Spangler positions, surplus positions six and seven in your

15   organization.  Give it a go.  See if it works for you.  If

16   you feel like you need to come back and ask for more, then

17   let's do it.

18          We tried to make a go of it.  We didn't come back

19   and ask for more until this window opened when all of a

20   sudden we now had a grace from the head of the corporation

21   basically saying if you still need a position and you can

22   really justified, and we were able to do it for that

Page 37

1   position, which is why we --

2        Q    So Mr. Yee stayed?

3        A    So Mr. Yee stayed.

4        Q    And how did you deal with the David position?

5        A    With the Mark David position?

6        Q    Yes.

7        A    We decided to -- Holly Mattus had taken more of the

8   responsibilities that were Mark David's, so between Holly and

9   Dan Bendler, the two of them were collectively kind of doing

10  what Mark used to do.  Dan was taking on the things that had

11  to be --

12       Q    But you still lost the position?

13       A    We lost the position.  We decided to let that one

14  go.

15       Q    In MSS?

16       A    Yes.  So we ended up losing six positions when all

17  was said and done.

18       Q    But that includes two people who took a buyout that

19  you didn't expect to.

20       A    That's right.

21       Q    So instead of five jobs, you lost six, but one was

22  not expected.

Page 38

1    A    Right.

2    Q    And the only person that actually left the

3  organization -- person that left the organization other than

4  a retirement or a buyout -- in fact, the retirement was a

5  buyout too, right?

6    A    Right.

7    Q    So the only person that left the organization

8  involuntarily was Pam?

9    A    Was Pam, right, when she moved to the DIT position.

10    Q    Although a position -- another position was lost

11  that you didn't expect to be lost through voluntarily taking

12  a buyout, that's Mr. David, in the same MSS section?

13    A    That's correct.

14    Q    But you didn't put a stop to Pam leaving?

15    A    What Arleas had asked us to do was to take a look

16  at how the work was materializing in those areas and come

17  back to her if we thought we needed it.

18    Q    And you didn't come back --

19    A    In the website area, we thought that we did and we

20  also knew that Hung, because of his disability, was going to

21  be a very difficult placement and so -- yeah.

22    Q    Right.

Page 39

1    A    Did you ever ask Ms. Mattus if she could use the

2    assistance of Pam in the budget matters?

3    A    I think Dan had Pam working with Holly for a time

4    in 2006 helping her out with some cost management type

5    responsibilities, yes.

6    **Q    And did you ever consider keeping Pam to do that?**

7    A    At the point that we were having to make the

8    decision, we felt that we could do without the additional

9    support because we were still going to be underutilized, and

10   we also knew from talking with Tom Peddicord that other

11   matches were being found.  So it didn't seem like this was a

12   situation where if we didn't keep Pam she was going to be

13   going out the door or something like that.  We knew she was

14   going to be taken care of.

15   **Q    So --**

16   A    I mean we didn't need.  That's the bottom line, we

17   did not need it.

18   **Q    Okay.  Now when you headed MSS, Ms. Mattus wasn't**

19   **there; is that right?**

20   A    She was not.  That's correct.

21   **Q    That is a acquisition that happened to MSS after**

22   **you were in the branch?**

Page 40

1      A    Right.

2      Q    **And it was because there was a consolidation of**

3  **budget matters.  And so Ms. Mattus with her function came**

4  **into MSS.**

5      A    That's correct.

6      Q    **Right?**

7      A    Mm-hmm.

8      Q    **And she was there originally as a 12 assisting the**

9  **14 who was doing the budget, Mark David, right?**

10     A    Right.

11     Q    **And he had always done the budget matters.  And Ms.**

12  **Mattus, who also had always done budget matters elsewhere,**

13  **consolidated in MSS to do the budget?**

14     A    Mm-hmm.

15     Q    **David as the lead, Mattus as his assistant?**

16     A    Correct.

17     Q    **Today, Mattus does the whole budget?**

18     A    With Dan Bendler.

19     Q    **Well, Bendler always participated in the budgeting**

20  **because he's the head of MSS, right?**

21     A    Well, he allowed Mark to operate more independently

22  than Holly.  And that's not anything against Holly, it's just

Page 41

1    a development thing.  He got more involved in cost

2    management, extremely involved in cost management and also

3    involved in some of the more complex inner relationships with

4    Tom Peddicord and his staff.

5         **Q    I see.  So now when you headed MSS, let's just say**

6    **circa '98, that's when you really sort of started --**

7    **coalesced into MSS as I understand it.**

8         A    Okay.

9         **Q    Whatever it was called it coalesced into what is**

10   **the modern MSS, right?**

11        A    Right.

12        **Q    And you headed it.  You had a staff of how many?**

13        A    Thirty-one.

14        **Q    In MSS not MSB.  Your -- the section -- including**

15   **yourself.**

16        A    Including myself.  I wasn't in MSS at that point, I

17   was MSB.  MSS was one of the two sections that reported to me

18   at that point in time.  So I was not in that group.

19        **Q    When you headed MSS when was that?**

20        A    I headed the predecessor organization, the

21   Management Review Staff.

22        **Q    How many was that?**

Page 42

1    A    I'm sorry, you're right.  Yeah, from '98 to 2003 I

2    was the head of -- the predecessor to MSS, which was the

3    Management Review Staff.

4         Q    **MRS.**

5         A    Right.

6         Q    **And how big was it?**

7         A    I'd say about 11, 12 people.

8         Q    **So when you left there were 11 or 12 there?**

9         A    Yes.

10        Q    **And the head of it was a 15?**

11        A    That's correct, yes.

12        Q    **The only 15?**

13        A    Right.

14        Q    **And how many 14s did you have?**

15        A    Four.

16        Q    **And these would have been management analysts?**

17        A    Senior management analysts.

18        Q    **Senior management analysts?**

19        A    Yes.

20        Q    **And how many 13s would you have had?**

21        A    I think at that time there was just one.

22        Q    **And how many 12s?**

Page 43

1      A    Four.

2      Q    Also management analysts?

3      A    Yes.

4      Q    The core group, the 12s, 13s and 14s were all

5   management analysts, correct?

6      A    Yes.

7      Q    With the 14s called senior management analysts?

8      A    Correct.

9      Q    That's 10 people.

10     A    We also had an administrative assistant.  And maybe

11   that was it.  I said 11 or 12 and that's 11.  I think that

12   was --

13     Q    The administrative assistant is like secretarial

14   support, clerical support?

15     A    Yes.

16     Q    And what grade was she?

17     A    She was a 7.

18     Q    Okay.  You were the 15?

19     A    Yes.

20     Q    A white male.

21     A    Yes.

22     Q    Of your four 14s, how many were white?

Page 44

1     A     Dan Bendler, Wilma Probst-Levy, white, Andrew

2   Nickel, some Asian --

3     **Q     What's he carried on -- what is he carried as in**

4   **the corporation?**

5     A     Asian-Pacific.

6     **Q     So he's an Asian?**

7     A     Yes.  And the fourth person was Mark David, also

8   Asian-Pacific.

9     **Q     So you had two Oriental males?**

10    A     Yes.

11    **Q     And you had two whites, a white male and a white**

12  **female?**

13    A     Right.

14    **Q     How about your 13, who was that?**

15    A     Gail Kennedy.

16    **Q     A white female?**

17    A     Yes.

18    **Q     And of the four 12s, who were they at that time**

19  **period?**

20    A     Bill Gately, white male, Holly Mattus, white

21  female, David Lok, Asian male, Pam Brownfield, African-

22  American female.

Page 45

1    Q    So Ms. Mattus was there when you were head?

2    A    I guess not then.  Then maybe I only had three

3  there.  Maybe we only had 10 in the group.  I'm trying to

4  think if there as anybody else.

5    Q    So you had one white male, Mr. Gately?

6    A    Right.

7    Q    Was Mr. Lok there?

8    A    Yeah, Mr. Lok was definitely there.  I think I just

9  said him, yeah.

10    Q    But he had just gotten there?

11    A    He had gotten there --

12    Q    Just before you moved?

13    A    Yeah.

14    Q    Who was his predecessor?

15    A    There was no predecessor to him.

16    Q    So you had even a smaller staff, nine?  He was an

17  addition to the staff?

18    A    Yeah

19    Q    Okay, and one black female, Pam?

20    A    Yes.

21    Q    Pam was in the original group.

22    A    Pam was in the original.

Page 46

1     Q    Was there anybody else in the original group

2   besides you when the group formulated?

3     A    The group formulated over time.  It came into --

4   when the transition occurred on December 31st, 1995, the

5   Management Review Staff was set up as a part of the Division

6   of Administration.  And I'm trying to think -- as carryover

7   people -- Pam came from the RTC into this position.  Annette

8   Stern, who worked in the Division of Administration over at

9   the RTC, she came into the position as an administrative

10  assistant.  Tom Peddicord, who I worked with on the

11  transition, he was the head of the office at that point in

12  time.  I was there.  Teri Zack came over from the RTC.  She

13  had worked in different capacities but in the -- what do they

14  call the top position at the RTC?  Is that the President?  I

15  guess it was the President's office when David Cook was

16  there, and she had worked in some other capacities.  We had a

17  couple of people who came over on term appointments.  Joe

18  Buccolo was one of those people.

19       And in the very early days there was a lot of

20  turnover.  Susan Hardy, who is now Susan Kepp, she came over

21  at that time from our old organization in the RTC.  Corinne

22  Watts came into the position.

Page 47

1    Q    So Pam was the last surviving person from the

2    original core of what had been MSS -- what had become MSS,

3    correct?  Bendler, all the other management analysts were

4    newcomers compared to Pam?

5    A    Newcomers in the sense of maybe got there three or

6    four months later, because we had vacancies when we first got

7    this organization going.  And we went out immediately and

8    started doing some posting.  So they were there from '96 or

9    '97.  So I kind of look at them as being original members,

10   but no, they were not there from day one.

11   Q    As Pam was.

12   A    As Pam was.

13   Q    This administrative assistant, the clerical person,

14   the 7, who was that?

15   A    That was Tammy Dease.

16   Q    Tammy Dease, she was a white woman?

17   A    A white woman.  She came from the RTC as well.

18   Q    So when you were there from '98 to 2003, your group

19   consisted of nine to 10 people, right, including yourself?

20   A    Mm-hmm.

21   Q    You were the 15.  You had four 14s, a 13 and three

22   12s and an administrative support 7, non-professional?

Page 48

1       A    Right.

2       Q    Okay.  And in 2006, the end of 2006, the same group

3    had a 15 -- well a 15 equivalent.  It's now called a CM-1?

4       A    Right.

5       Q    Bendler, a white man --

6       A    Yes.

7       Q    -- four 14s --

8       A    Let's see, do we still have four 14s?  We have

9    Wilma Probst, Gail Kennedy, Andrew Nickel and when Mark left

10   he --

11      Q    But he left -- he took a buyout.

12      A    So four 14s, right.

13      Q    So you had four 14s, which would have been white

14   female -- two white females and --

15      A    Gail was not a 14 at that time during the time that

16   I was heading up that section in --

17      Q    No, I'm talking about in 2006.  This is now 2006.

18      A    Okay.

19      Q    So you had two white females, an Oriental male and

20   a white male -- or two Oriental males?

21      A    That's right.

22      Q    You said they're carried as Orientals?

Page 49

1    A    Yes.

2    **Q    Mr. David and Mr. Nickel?**

3    A    Yes.

4    **Q    Okay.  And you have three 13s?**

5    A    Correct.

6    **Q    Which would consist of an Oriental male, a white**

7    **male and a white female, right?**

8    A    Right.

9    **Q    And that's it?**

10   A    That's it.

11        MR. JONES:  You're talking about the end of 2006?

12        MR. SHAPIRO:  Yes, we're talking about 2006, circa

13   you know the end of Fiscal 2006.

14        THE WITNESS:  Right.  If you don't include the

15   administrative people who came into that organization.

16        BY MR. SHAPIRO:

17   **Q    Well, then you have the admin people and there are**

18   **two of them?**

19   A    Three of them.

20   **Q    Three of them.  And who are they?**

21   A    One is Annette Nelson, a CG-12, African-American

22   female, Theresa Balou, CG-12, Caucasian female, Karen

Page 50

1    Pearmon, CG-7 administrative assistant, African-American.

2        **Q     Karen?**

3        A     Pearmon, P-e-a-r-m-o-n.

4        **Q     And they just moved as a unit from under you to**

5    **under Bendler just for reorganization purposes?**

6        A     That's right.  That's right.

7        **Q     Okay.  Why don't we take five.**

8              **(A brief recess was taken.)**

9              **BY MR. SHAPIRO:**

10       **Q     During the time that you were Pam's supervisor in**

11   **MSS or whatever it was called I guess from '96 or '97 onward**

12   **really, she was originally working for you in that unit as**

13   **what?**

14       A     I believe that when Pam first came over from the

15   RTC that she was in a bridge position, management assistant.

16       **Q     Bridge position which is like a trainee position**

17   **for management analyst?**

18       A     That's correct.

19       **Q     It's the entry level for the management analyst**

20   **field for somebody that doesn't have the credentials to be a**

21   **management analyst initially?**

22       A     Correct.

Page 51

1    Q    But it is sort of like a budget assistant to a

2  budget analyst, right?

3    A    Right.

4    Q    Maybe even like a law clerk to a lawyer.  It's his

5  training position that leads to, correct?

6    A    That's correct.

7    Q    So she came over as a management assistant, right?

8    A    Yes, she did.

9    Q    So was she a management assistant at RTC?

10    A    I don't know for sure what her last position was at

11  RTC?  I believe she was an administrative assistant at RTC.

12    Q    Administrative assistant would lead to like

13  administrative officer position.  That would be a 301,

14  correct?

15    A    That's correct.

16    Q    But a management assistant would lead to management

17  analyst, which is a 343 series job, right?

18    A    Right.

19    Q    Now you're familiar with these series, right?

20    A    Yes.

21    Q    You understand that series within the federal

22  government is a career field, right?

Page 52

1    A    Correct.

2    Q    And there might be varying grades to go with that

3    field.  It might be a ladder upward to a higher grade but the

4    field is the same, it's just ever-increasing duties and

5    responsibilities that determine the grade, right?

6    A    Right.

7    Q    So management assistant would be the entry level

8    for management analyst field?

9    A    Yes.

10   Q    So you first employed her as a management

11   assistant.  What was her grade?

12   A    Her grade I think was a 9 at that time.

13   Q    So she was a management assistant CG-9?

14   A    Yes, I believe.

15   Q    And the first jot that's a management analyst job

16   is an 11?

17   A    Yes.

18   Q    That would be the first denoted as not bridge ,not

19   entry level, but as a professional?

20   A    Correct.

21   Q    And she got a management analyst 13 -- promotion to

22   management analyst under you, correct?

Page 53

1       A     Correct.

2             MR. JONES:  Did you say 13?

3             BY MR. SHAPIRO:

4       **Q     Sorry, 11, correct?**

5       A     Eleven.

6       **Q     And that made her a management analyst?**

7       A     Yes.

8       **Q     This would have been in 1998?**

9       A     I'm not sure exactly when it was.  About that time.

10      **Q     When she became a management --**

11      A     But before our group split with the core staffing

12  group going away I think.  I think it was, yeah.

13      **Q     It was before the split?**

14      A     Yeah.

15      **Q     So you were sort of not heading the whole group,**

16  **you were heading the MSS side of the group?**

17      A     Right.

18      **Q     And you promoted her?**

19      A     Yes.

20      **Q     Now at the time that she was promoted to an 11 and**

21  **a management analyst position, was she a college graduate?**

22      A     She had -- in that timeframe she had been going to

Page 54

1    University of Maryland University College and she got her

2    degree sometime I think in like the '97-'98 timeframe.  I'm

3    not sure exactly when.

4         **Q    In order to be a management analyst, do you have to**

5    **be a college graduate?**

6         A    You don't have to be, no.

7         **Q    But you have to have some college or the equivalent**

8    **in education by experience?  In other words you have --**

9         A    Yes.

10        **Q    But Pam had the experience as a management**

11   **assistant and a college degree?**

12        A    Right.

13        **Q    In a field related to management analysis, social**

14   **science, psychology, correct?**

15        A    Right.

16        **Q    And that's a related field, isn't it?**

17        A    Mm-hmm.

18        **Q    Is that a yes?**

19        A    It's somewhat.

20        **Q    There might be other related fields like law --**

21        A    Yeah.

22        **Q    -- but psychology, social science is certainly a**

Page 55

1    related field to management analysis.

2        A    I think some of the disciplines that would come

3    from there would be transferable and translatable to

4    management analysis, yeah.

5        Q    So she got her degree and she got promoted and she

6    became a management analyst.  And thereafter, at the time she

7    was promoted to a CG-11 management analysts, how many

8    management analysts did you have on your staff?

9        A    The group of people that we were talking about

10    roughly.

11        Q    So everyone else was a 12, 13 or 14 management

12    analyst and Pam was the lowest level management analyst.  She

13    was alone?

14        A    Yeah.

15        Q    Also it was true that she was the only African-

16    American person in this group, right?

17        A    Right.

18        Q    Then she got a 12.  Competitively?  In other words,

19    was the 11 that she got an 11/12 or was it an 11 and then she

20    had to compete for a 12?

21        A    I believe she competed for a 12.

22        Q    So she competed for an 11, and she competed for a

Page 56

1   12, and when she became a 12 was she the only 12?

2       A    I don't think so, no.

3       Q    There were others who were already there at the

4   time?

5       A    There were other 12s at that time, yeah.

6       Q    But she competed for a single 12.  In other words

7   you were adding a 12?

8       A    Right.

9       Q    And she was then a 12 and she was still the only

10  African-American in the MSS group who was in management

11  analyst, in other words who was in the professional core of

12  the group.

13      A    That's right.

14      Q    Right?

15      A    That's correct.

16      Q    And when you left in 2003, that's where things

17  stood.  She was one of the 12s, which was the lowest group of

18  management analysts, and she was the only African-American in

19  the group?

20      A    That's correct.

21      Q    Now, did Pam Brownfield, at any time that you were

22  her supervisor -- that would be again '96-97 to 2003 -- her

Page 57

1    **immediate supervisor, did Pam Brownfield ever have a deficit**

2    **of leave, in other words no leave available?**

3        A    I never had to advance her leave.  I never recall

4    her -- I think she maintained a balance that was fairly low

5    but never below -- she never had a deficit of leave, no.

6        Q    **She never had a situation where she had to take**

7    **leave and she didn't have any?**

8        A    Not at that period.

9        Q    **Or she was sick and she was out and she didn't have**

10   **any sick leave to cover it or annual leave to cover an**

11   **absence?**

12       A    Not that I recall.

13       Q    **So she maintained a positive leave balance?**

14       A    Yes.

15       Q    **Do you recall counseling her about her leave use?**

16       A    I can't think of anything specifically?

17       Q    **Don't you recall, sir, that you more or less**

18   **constantly was on her about her leave balance?**

19       A    That I was constantly on her about her leave

20   balance?

21       Q    **Constantly talking to her about her using too much**

22   **leave and not having enough leave balance?**

Page 58

1    A    Well, I -- if her balance, as I'm recalling back

2    now, was a fairly low balance -- it wasn't a deficit but it

3    was a fairly low balance, I was cautioning her about the fact

4    that it -- you know, it's kind of a tenuous thing to be

5    holding onto because if something does happen, then you're in

6    trouble.  So I was trying to encourage her to be conscious of

7    it I believe if that's what you're talking about.

8    **Q    Now the government -- employers generally but**

9    **certainly the governmental employers provide leave in order**

10   **to give employees the opportunity to refresh their spirit**

11   **yearly from time to time over a year by taking vacation, time**

12   **off?**

13            MR. JOMES:  Objection, which leave are we talking

14   about?

15            BY MR. SHAPIRO:

16   **Q    Annual leave.**

17   A    Annual leave?

18   **Q    Isn't that what annual leave is for?**

19   A    That's something that many, many people use it for,

20   yes.

21   **Q    Isn't that what it's designed for?  I mean it's not**

22   **given as a gift, it's earned.**

Page 59

1      A    It's earned.

2      Q    It's earned as you go in the government, so many

3   hours per pay period, correct?

4      A    Absolutely.

5      Q    And it's designed so that employees can have time

6   off and refresh themselves.  That's why the employers do it,

7   correct, to get better workers?

8      A    That may be the theory behind it.  Nobody ever

9   explained to me exactly why it was, but that's what a lot of

10  people use it for.

11     Q    But you're a management analyst, correct, at heart?

12     A    Yeah.  I can see where --

13     Q    But the theory of business all of the world this is

14  what is done.  Employers don't do it because they're

15  generous, they do it because they need to get better workers,

16  more focused workers, so they know that giving people time

17  off is a way to do that, correct?

18          MR. JONES:  Again, we're all talking about annual

19  leave, right?

20          BY MR. SHAPIRO:

21     Q    We're talking about annual leave, correct?

22     A    I guess so, yeah.

Page 60

1    Q    And they expect workers to take time off.

2    A    Absolutely.

3    Q    To do what the employer has in mind, to refresh

4    themselves, correct?

5    A    Yes.

6    Q    And it's also true that in the federal government,

7    including the FDIC, the amount of annual leave you earn

8    depends on how long you've been there.

9    A    Correct.

10   Q    In other words, you work four hours a pay period

11   for the first five years, six hours a pay period from five to

12   15 years of service, and eight ours a pay period of annual

13   leave after 15 years, correct?

14   A    Right.

15   Q    So the longer you're with the government, the more

16   annual leave, the more refreshing time the government allows

17   you to have?

18   A    That's correct.

19   Q    The government doesn't expect you to save your

20   leave, does it?

21   A    It doesn't expect you to save your leave, no

22   Q    In fact, government-wide there's a regulation that

Page 61

1   only allows you to keep so much leave year to year, correct?

2        A    Correct.

3        Q    You're not allowed to carry forward.  In fact, it's

4   called "Use it or lose it," correct?

5        A    Correct.

6        Q    So you're only allowed to carry in a bank of leave

7   240 hours year to year, correct?

8        A    Correct.

9        Q    The government does everything it can by its setup

10  to get you to use your leave in the year you earn it,

11  correct?

12       A    Correct.

13       Q    Sick leave does not progress.  It's given at a flat

14  -- it's earned at a flat four hours per pay period, correct?

15       A    Correct.

16       Q    And it is allowed -- you're allowed to keep as much

17  sick leave as you earn, right?

18       A    Correct.

19       Q    But they give you an amount of sick leave in the

20  government, four hours a pay period, I think that comes to --

21            MR. JONES:  Are you smarter than a fifth grader?

22            BY MR. SHAPIRO:

Page 62

1    Q    Yeah, it comes to just over 2 weeks of sick leave a

2  year, correct?

3    A    Yes.

4    Q    And it's like two-and-a-half weeks of sick leave,

5  right?

6    A    That's correct.

7    Q    And that's a calculus based on people getting

8  colds, needing to use sick leave every year.  On average, the

9  average worker uses a certain amount of -- gets sick and has

10 to stay out of work because of sickness or injuries every

11 year, correct?

12   A    I guess people get sick definitely.

13   Q    And this is an allowance for that, right?

14   A    Yes.

15   Q    Now, was there anybody else that you cautioned

16 about sick leave and annual leave use while you were an

17 immediate supervisor of MSS?

18   A    Tammy Dease.

19   Q    Ms. Dease was often in a deficit situation,

20 correct?

21   A    Correct.

22   Q    That is to say she used more leave than she had,

Page 63

1    correct?

2        A    Correct.

3        Q    Pam was never in a deficit situation so far as you

4    can recall, isn't that right?

5        A    That's correct.

6        Q    Ms. Dease you could say abused her leave, didn't

7    she?

8        A    She may have.  She may have, yeah.

9        Q    Well, Ms. Dease, who came to the -- was white,

10   correct?

11       A    Correct.

12       Q    She came to the office the same -- the FDIC in '96,

13   correct?

14       A    Correct.

15       Q    She left with a buyout offer in early 2002.  In

16   other words, she took one of the earlier buyouts, not the

17   last buyout, right?

18       A    That's right.

19       Q    Ms. Dease left with over 100 hours in the hole of

20   advanced sick and annual leave, correct?

21       A    That's right.

22       Q    She had to be advanced sick leave and annual leave,

Page 64

1    correct?

2        A    That's right.

3        Q    And you approved the advances of sick leave?

4        A    Correct.

5        Q    And the advances of annual leave, correct?

6        A    Correct.

7        Q    And it wasn't just one-time advance, you advanced

8    her leave over the course of the time that you were her

9    supervisor?

10       A    Mm-hmm.

11       Q    Is that a yes?

12       A    It's a yes.

13       Q    Okay.  In fact, you never of your own volition put

14   Ms. Dease on leave restriction.  You were forced to do that

15   by HR, weren't you?

16       A    I maintained consultation with HR through the

17   process when it looked like it was becoming a problem

18   situation and took their advice every step of the way.  They

19   didn't tell me to do it, I went to them looking for advice on

20   what's the appropriate course of action to take at this point

21   in time.  And I took what they -- I did what they told me to

22   do at the time they told me to do it.

Page 65

```
1        Q    Isn't it true that your staff was annoyed that you

2   wouldn't crack down on Ms. Dease's leave abuse?

3             MR. JONES:  Objection, calls for speculation.

4             BY MR. SHAPIRO:

5        Q    And they complained about that?

6        A    I don't know.  Nobody came to me and talked with me

7   and said I'm annoyed with you because of what was going on

8   with Tammy Dease.

9        Q    They were annoyed with Tammy Dease's absences,

10  right?

11       A    Right.

12       Q    And they complained about that?

13       A    Not to me.

14       Q    You didn't know that they were annoyed about --

15       A    I knew that the staff was aware of it and they were

16  watching it, but nobody came to me and said I'm annoyed, I

17  don't think you should be advancing her leave or I think that

18  you're doing this wrong.  Ms. Dease, for right or wrong, for

19  whatever reason, was going through a very difficult medical

20  situation.  She had dependencies.  She had different things

21  that were going on.  And I was working with the people and

22  the HR folks just to figure out what was the right thing to
```

Page 66

1    do under the circumstances.  It was a very difficult

2    situation watching a person who as going through a spiral of

3    self-destruction and I wanted to be a responsible manager and

4    try to see if there were ways to help her out of the hole.

5    But at the same time, what I did -- I did what the HR people

6    told me to do.

7         **Q    Supervisors can counsel and put people on leave**

8    **restrictions, they don't need HR to tell them to do that, do**

9    **they?**

10        A    They can, yes.

11        **Q    But you didn't do it until HR told you to do it,**

12   **correct?**

13             MR. JONES:  Objection; mischaracterizes.

14             BY MR. SHAPIRO:

15        **Q    It's a question.  It's true, isn't it?**

16        A    I did what HR told me to do numerous steps along

17   the line before then.  So I wouldn't say they came in and

18   told me to do it.  It was us counseling together, partnering

19   together on a strategy for dealing with a person who had a

20   big problem.

21             So it wasn't that they just stepped in and told me

22   to do something, it was that we had been working through the

Page 67

1    strategy all along.

2         Q    Now do you recall that when Ms. -- was there a

3    mandatory waiting period between a CG-11 and a CG-12

4    promotion at FDIC?

5         A    You have to be in grade for at least a year before

6    you can be eligible for the next.

7         Q    Right.  And do you recall when you -- when Ms.

8    Brownfield was first eligible for a 12?

9         A    I don't recall when she was first eligible.

10        Q    Do you recall her coming to you and saying she'd

11   like to be promoted to a 12?

12        A    That may have happened.  It was not an entitlement,

13   it was a -- the next step in the process.  It wasn't like you

14   get past your year and you automatically go into the next

15   grade.

16        Q    But it was a career ladder, wasn't it?  Thirteen in

17   the management analyst field is where you have to compete for

18   a 13, but 11 to 12 is on a ladder, isn't it?

19        A    I don't know if she was on a ladder or if this was

20   a -- that certainly is the series progression.  You go 9, 11,

21   12, 13, but --

22        Q    But 9 to 11 is a competitive thing because it goes

Page 68

1    from an assistant to an analyst.  But 11 and 12 is a career

2    ladder, isn't?

3         A    I don't know.

4         Q    You don't' recall that?

5         A    I don't recall that.

6         Q    Do you recall telling Pam that you're holding up

7    her promotion because you want her to get more experience

8    under her belt before getting a 12?

9         A    I could well have said that.  That would have been

10   an appropriate thing to do if that's the way that I felt.

11        Q    Do you recall that there was a class action lawsuit

12   back in this decade actually -- it's after the turn of the

13   century -- involving one of the abuses that was claimed

14   against the FDIC is that they held up promotions on the

15   excuse that the people needed more experience under their

16   belt?  Do you recall that class action?

17        A    I do not, no.

18        Q    A race discrimination class action?

19        A    I don't recall that.

20        Q    Do you recall holding up anybody else's career

21   ladder promotion on the grounds that they needed more

22   experience under their belt other than Pam?

Page 69

1          MR. JONES:  Objection.  It assumes the fact that he

2    held up hers.

3          THE WITNESS:  Yeah.  Number one, --

4          MR. SHAPIRO:  You're not supposed to make talking

5    objections.

6          THE WITNESS:  I had no one else on a career ladder.

7    And as I said before, I'm not altogether sure that that was

8    a career ladder.  If it was, then she was the only one, but

9    she was the only person who was in one.

10          BY MR. SHAPIRO:

11     **Q     Now at the end of 2002 Pam was promoted to a 12; is**

12    **that right?**

13     A     She was promoted to the 12.  I'm not sure of the

14    exact timeframe, but yes.

15     **Q     Also at the end of 2002 you gave the entire staff a**

16    **Mission Achievement Award with the exception of Pam.  She was**

17    **the only one on the staff that didn't get the Mission**

18    **Achievement Award.  Do you recall that?**

19     A     A group Mission Achievement Award?

20     **Q     Well, you gave everyone on the staff a Mission**

21    **Achievement Award except Pam.**

22     A     If that's what the records say, then that's what

Page 70

1    happened.  I never thought of it in that way.

2        Q    **Mission Achievement Awards bore cash allowances,**

3    **right?**

4        A    Right.

5        Q    **Up to two thousand dollars.**

6        A    It could be, yeah.

7        Q    **Mission Achievement Awards typically between one**

8    **and $2,000, correct?**

9        A    Correct.

10       Q    **Even Mr. Lok got part of that Mission Achievement**

11   **Award in 2002, do you recall that?**

12       A    I don't specifically recall it.  But if you say so,

13   then I --

14       Q    **Mr. Lok was just -- just came to MSS in 2002,**

15   **didn't he?**

16       A    I don't know when he first came.  I remember the

17   posting, but I don't remember the dates.

18       Q    **But when you left in 2003, Mr. Lok was the most**

19   **recent?**

20       A    He was the most recent, yeah.

21       Q    **And he was only there less than a year when you**

22   **left, isn't that right?**

Page 71

1      A    Right.

2      Q    **So in 2002, he would have come in 2002 sometime mid**

3   **to later part of the year, correct?**

4      A    Right.

5      Q    **And if he got a Mission Achievement Award for 2002**

6   **work, it would have been based on a fractional portion of the**

7   **year, correct?**

8           MR. JONES:  Objection.  It assumes a fact not in

9   evidence.

10          THE WITNESS:  Yeah, if he was only there for a

11  fraction of the year and if he got a Mission Achievement in

12  that year, then it was for a fraction of the year.

13          BY MR. SHAPIRO:

14     Q    **Do you recall leaving Pam out and everybody else**

15  **getting the Mission Achievement Award for 2002?**

16     A    Mission Achievement Awards are based on work

17  performed, have nothing to do with seniority or anything like

18  that.  Whatever Mission Achievement Awards I gave out I gave

19  out because I felt they were earned.  Oftentimes it's the

20  case because you have limited award money that if a person

21  gets a promotion during that period, that's kind of like --

22  that's better than a Mission Achievement Award.  This is a

Page 72

1    greater step up.  And since you have to look at rewarding an

2    entire staff, you use your different tools in different ways.

3     So it may just have been because of her promotion.

4        **Q    Mr. Lok, when he came on board, did you have a**

5    **choice in bringing him on or not bringing him on?**

6        A    Not really, no.

7        **Q    So he was added to your staff?  There wasn't a**

8    **vacancy, he was just added to your staff?**

9        A    What happened in that case is we were doing part of

10   a pilot program, which was acting as a bridge position for

11   people who had traditionally been in the clerical ranks to

12   move up into a professional capacity.

13        And Mr. Look at that time was in the New York

14   regional office and I believe was in danger of being RIF'd.

15   He applied for this program which had a range.  You could

16   come in, depending on your experience, it gave the latitude

17   so that you could come in at different grade levels.  And his

18   CTAP status, whatever it is, trumped anybody else who came on

19   there, and in that sense we had to take him.

20       **Q    But your claim is that you had this position --**

21   **this new position available and it was supposed to be for**

22   **like an upward mobility position?**

Page 73

1    A    It was supposed to be for an upward mobility

2  position.

3    **Q    For a lower graded non-professional position to get**

4  **into the professional ranks?**

5    A    However, the way that the program was designed

6  apparently, a person in his position could also apply for it.

7   He did, willing to take the grade that that would give him.

8   So he went actually from a downgrade, from I think a 14

9  where he was in the Ombudsman's Office in New York to a 12

10  position here, using this as the vehicle to get there.

11    **Q    And his option at that point, the reason why he did**

12  **that was because his option was that he was surplussed and he**

13  **was in danger of being RIF'd?**

14    A    He felt that he was in danger of being RIF'd, yes.

15    **Q    And he was because he had a CTAP spot?  If it was**

16  **just his feeling that I might get RIF'd he wouldn't have**

17  **trumped anybody.  He wouldn't have had a CTAP status, right?**

18    A    It puts you in a vulnerable position but being in a

19  position that's on the CTAP list or being surplussed is by no

20  means an absolute that you're going out the door because

21  there's that whole bump and retreat procedure, and there are

22  a lot of other places he could have landed.

Page 74

1    Q    But on top of everything else, he had CTAP status

2    so he trumped the upward mobility --

3    A    He trumped, yeah.

4    Q    -- and he got to take this job in mid to late 2002,

5    yes?

6    A    If that was the date, I don't remember.

7    Q    But you know it was within a few months of your

8    departure, within a year of your departure.  And you departed

9    --

10   A    I don't remember it as within a year of my

11   departure.  I remember it -- I tend to remember these things

12   by locations, by office where I was at that point in time.

13   And we were still two offices away from where we are now.  So

14   I'm thinking it was a little earlier than that but I'm not

15   sure.

16   Q    Do you think it was in 2001?

17   A    It could have been in 2001.  It could have been.

18   Q    Okay.  Do you recall the last award you gave Pam?

19   A    The last award I gave Pam?

20   Q    Mm-hmm.

21   A    I do not, no.

22   Q    There's something called "Employee of the Month,"

Page 75

1   isn't there?

2        A    Oh that, yes.  I recall that, yes.

3        Q    That's sort of the lowest level award you can get,

4   isn't it?

5        A    It was a non-monetary award that was being used as

6   a --

7        Q    Atta-boy.

8        A    An atta-boy, yes.

9        Q    And it had $25 associated with it, didn't it?

10       A    Yeah.

11       Q    The Mission Achievement Award had $1,000 to $2,000

12  associated with it?

13       A    Mm-hmm.

14       Q    Is that a yes?

15       A    Yes.

16       Q    Now you recall the CBC program?

17       A    Yes.

18       Q    That was contribution based compensation. That's

19  what it stood for?

20       A    That's correct.

21       Q    CBC.

22       A    Yes.

Page 76

1    **Q   One of those things that comes from business school**

2 **for which they charge $120 a book.  The corporation, as I**

3 **understand, at FDIC had a CBC program for one year; is that**

4 **right?**

5    A   Yes.

6    **Q   And do you recall the year that it had it?**

7    A   This would have been 2004.

8    **Q   Would it have been for the 2004 calendar year**

9 **performance?**

10   A   For the 2004 calendar year performance actually

11 administered early 2005.

12   **Q   Right.  Before that what was the program?  How did**

13 **you get a raise?  How did the employees get raises?**

14   A   I'm not sure of the exact sequencing, but the CBC

15 and the corresponding bargaining unit of it, which was the

16 Corporate Success Award, I think has been in place for four

17 years.

18    So I think in the year before the CBC program,

19 there may have been a Corporate Success Award program that

20 was -- this was the first effort to get pay for performance

21 into the corporation.  Prior to that time, the system was

22 that you would go and you would get your performance

Page 77

1  appraisal, and it was a more socialistic approach, if you

2  will, where as long as you were doing your job at a

3  acceptable level, you would get the raise that would come for

4  that particular year.

5          If you did your job better, than the Mission

6  Achievement Award system was in place to give additional

7  atta-boy basically or decent atta-boy for that type of thing.

8          So it was a performance appraisal award if you did

9  well enough in your -- not award, raise, cost -- more than

10 cost-of-living increase, it was the percentage increase.  I'm

11 not sure -- I'm blanking out on the term that you use there,

12 and then possibly supplemented by awards.

13         When the Corporate Success Award program came in,

14 it started categorizing people using different percentages.

15 These were all things negotiated between the union and

16 management with fixed percentages and fixed rates.

17     Q    **But in 2004 they started doing it for non-**

18 **bargaining union employees.**

19     A    Right.

20     Q    **That's what the CBC is, non-bargaining --**

21     A    That's correct.

22     Q    **Now the bargaining unit employees, those are the**

Page 78

1    people who are covered by the union contract?

2         A     That's correct.

3         Q     Your staff, that is MSS, were non-bargaining unit?

4         A     That's right.

5         Q     The management analysts are not bargaining --

6    they're not in the union, right?

7         A     That's right.

8         Q     So before 2004, the method was the common method

9    that's used in the government.  There's a fixed amount

10   percentage that pay goes up.  And if you're performing at a

11   satisfactory level, that's all.  Just the basic adequate

12   performance, everybody gets the statutory pay increase, pay

13   slides upward, correct?

14        A     Yes, with one possible exception.  And that

15   possible exception is -- I can't recall right now but in 2003

16   both bargaining and non-bargaining unit employees may have

17   participated in the Corporate Success Award program.  I'm not

18   sure about that.  But up until that time, yes.

19        Q     But then if you did really good work, that would be

20   rewarded by a cash award, not a percentage increase in pay

21   but a cash award?

22        A     A cash award, right.

Page 79

1    Q    Or a promotion if that --

2    A    Or a promotion.

3    Q    -- if that was in the mill.  But that's the way

4    they did it.  Also, there were step increases way back when,

5    right?

6    A    Way back when, yeah.

7    Q    Which awarded longevity in the job at satisfactory

8    level?

9    A    Yes.

10    Q    Now once you turn to the CBC program, people

11    wouldn't necessarily get a pay increase just for performing

12    satisfactorily; correct?

13    A    That's correct.

14    Q    What you got for performing satisfactorily is you

15    got to keep your job and not get fired or demoted, right?

16    A    That's correct.

17    Q    And in order to get money -- there was so much

18    money given for pay increases and what percentage an employee

19    would get would be based on how they were ranked by their

20    managers, correct?

21    A    How they were ranked by their managers and how that

22    applied to the pre-negotiated structure that was in place.

Page 80

1    Q    Well, that's for bargaining unit.  I'm talking

2    about for non-bargaining unit.

3    A    For non-bargaining unit too.

4    Q    Well, it's not negotiated structure, it is the

5    given structure that management comes up with.

6    A    Right.

7    Q    Okay?

8    A    Yeah.

9    Q    Because there's no negotiation, there's no union.

10   A    Right.  It's a decision by management to extend the

11   terms of the bargaining unit to the non-bargaining unit or to

12   do something similar or to --

13   Q    I understand it's to do something similar, but it's

14   totally in management's hands.

15   A    Okay.

16   Q    Right?

17   A    Correct.

18   Q    Okay.  So in other words, under the CBC program for

19   non-bargaining unit employees, correct me if I have this

20   wrong or correct me if I have this wrong, management

21   determined how much money there would be in the pot, correct?

22   A    Mm-hmm.

Page 81

1    Q    Is that a yes?

2    A    Yes.

3    Q    And then the pot would be divided by fixed

4    percentages, correct?

5    A    Yes.

6    Q    And management would decide which employees fit

7    into which level of percentages which determined which

8    percentage raise they would get.

9    A    Yes.

10   Q    So it was no longer focused on like a cost of

11   living or sliding everyone upward, they could actually use it

12   as a reward?

13   A    Yes.

14   Q    But they continued to have cash awards as well?

15   A    Yes.

16   Q    Okay.  So that management could now give nothing to

17   employees that were performing satisfactorily and use the

18   money saved to reward people that they wanted to reward with

19   higher raises, correct?

20   A    Well, I would take exception to the "people that

21   they wanted to," to people that they felt were operating at a

22   higher --

Page 82

1    Q    Okay, have it your way.  Who they determined --

2    A    Yes, they determined.  Somebody had to.

3    Q    But it was in their exclusive discretion,

4  management's exclusive discretion.

5    A    Right.

6    Q    It used to be that if you didn't get a satisfactory

7  on your performance appraisal, you were in danger of having

8  an adverse action, correct?

9    A    If you didn't get a --

10    Q    A satisfactory on your annual performance

11  appraisal, something had to be done, correct?

12    A    It was definitely heading in that direction if not

13  there.

14    Q    Well, you had to be put on a PIP, Performance

15  Improvement Plan, if you didn't satisfactorily perform to

16  some point -- if you didn't get a satisfactory, then you'd

17  have to suffer --

18    A    Then there would be progressive --

19    Q    Adverse consequences to your career?

20    A    Yes.

21    Q    To your job.  But if you did get a satisfactory,

22  you'd get a sliding pay upward, the base level, non-merit

Page 83

1   increase year to year.

2        A    Yes.

3        Q    Which was based on the government's formula,

4   correct?

5        A    Yes.

6        Q    Which is a determination by the U.S. Office of

7   Personnel Management of a cost of living; isn't it?

8        A    Yes.

9        Q    It's called the Statutory Pay Increase.

10       A    Right.  Although at the FDIC, they were not

11  mandated to use that fixed percentage that was coming from --

12       Q    But they used to work just the way government was?

13       A    Yes.

14       Q    All right.  Now management got to decide who got

15  what percentage of this pool of money not evenly distributed

16  for satisfactory performance with supplements for merit.  Now

17  it was based on merit, management's determination of merit?

18       A    Yes.

19       Q    And that started with the immediate supervisor and

20  second level supervisor determination, correct?

21       A    It started with it, yes.

22       Q    Now you will agree with me, won't you, from your

Page 84

1     own observations in your job that, for example taking MSS,

2     during the time that you ran MSS, you were very familiar with

3     the relative performance and absolute performance of the

4     employees, the 7, 8, 9 employees in MSS?

5          A    Yes.

6          Q    More familiar than your boss was?

7          A    Yes.

8          Q    And it is also true, you will concede I take it,

9     that right now Mr. Bendler is more familiar with the

10    performance of the MSS employees relatively and absolutely

11    than you are?

12             MR. JONES:  Mr. Shapiro, is there a reason you've

13    gotten so loud all of a sudden?

14             MR. SHAPIRO:  No.  I'm sorry, have I?

15             MR. JONES:  Yes, you have.

16             MR. SHAPIRO:  It must be the -- my ears must be

17    plugged, I don't know.

18             BY MR. SHAPIRO:

19         Q    So you will concede that won't you?

20         A    Yes.

21         Q    That right now Bendler knows more about his

22    people's performance relatively and absolutely than you do?

Page 85

1     A    Yes.

2     Q    But you will also agree, won't you, that you know

3  more about that performance of Mr. Bendler's people than Mr.

4  Bjorklund does?

5     A    Yes.

6     Q    And more than Ms. Kea does?

7     A    Yes.

8     Q    And certainly more than the COO does?

9     A    Yes.

10    Q    Or the CFO?

11    A    Yes.

12    Q    In fact, it may be that the COO and the CFO might

13  not even know the names of the people who work for Mr.

14  Bendler.

15    A    Quite likely.

16    Q    And it's also possible that even Ms. Keas might not

17  know every single person in DOA.  She might know the name but

18  she might not know very much more than that.

19    A    We have close physical proximity, so I think she

20  does know a little bit about everybody.

21    Q    The name.

22    A    The name and a little but --

Page 86

1     Q    But certainly not as familiar as you with regard to

2     performance, correct?

3     A    Correct.

4     Q    And Bjorklund much the same as Ms. Kea?

5     A    Correct.

6     Q    Good.  So I just want to look at CBC for a minute.

7     I know it was only a program that ran one year.  2004 was

8     the year and it was run in 2005.  The assessments were done

9     in 2005.

10          You were branch chief then, not section chief?

11    A    I was branch chief.  That's correct.

12    Q    So Bendler was the immediate supervisor of MSS

13    people?

14    A    Right.

15    Q    You had, in fact, not been the supervisor for more

16    than a year.

17    A    Correct.

18    Q    So the way the assessment went was Bendler did an

19    assessment of his people and wrote it up, right, and gave it

20    to you?

21    A    Right.

22    Q    Went over it with you?

Page 87

1    A    Right.

2    Q    **As did your other supervisors, IT and**

3    **Administration, right?**

4    A    Yeah.

5    Q    **And you --**

6    A    Among other things.  We did other things as well.

7    Q    **Among other things?**

8    A    Yeah.  You're saying he brought it to me and

9    explained it to me --

10    Q    **And you went over it with him.**

11    A    Right.

12    Q    **And then you had to go over all of your people to**

13    **figure out where they would fit in this scheme of five**

14    **different levels of -- you had to give everybody a number,**

15    **correct?**

16    A    No.  Would you like me to explain how we did it?

17    Q    **Now please remember we're not talking about pay for**

18    **performance, we're talking only about CBC.**

19    A    We're talking about CBC, exactly.  In CBC, that

20    year we had the CBC and we also had the Corporate Success

21    Award.  So we had a management team meeting.  And when I say

22    management team, I'm talking about myself, Dan Bendler,

Page 88

1    Connie Young and Frances Childers.  We all got together, and

2    the first step in our process was to talk about the

3    contributions of each one of the people in our organization.

4     So the four of us sat there and we went around and -- by

5    this time each of them had written up a document that talked

6    about the contributions.  And we went through and talked

7    about the relative merits as a group.  We asked questions.

8    We prodded back and forth.  And then each of us together sat

9    down and ranked the players, the employees, from top to

10   bottom in terms of what we had heard, what we had

11   experienced, and what we had seen.  That was all put together

12   --

13        **Q     You did this together in a meeting?**

14        A     We did this together in a couple of meetings,

15   several meetings.

16        **Q     So Ms. Young would have a comment about people in**

17   **MSS?**

18        A     She would have an opportunity to, having heard the

19   explanation of their contributions, having seen from somewhat

20   on the side but pretty close in what was going on in the

21   different parts of the organization, a chance to have one of

22   the four votes that was ranking the group.

Page 89

1          We did not put people into categories and say

2     you're group 1, group 2, group 3, group 4, group 5.  We put

3     people, in the case of the non-bargaining unit, in think it

4     was from 1 to 16 based on the relative rankings of each of

5     the four of us.

6          At that point in time we then said obviously the

7     immediate supervisor knows more about this person's

8     performance than anybody else.  So if any of the immediate

9     supervisors of any of the people on this list think that

10    their person has fallen into a position that doesn't make

11    sense, let's have that debate and let's go at it.  So we

12    talked about it some more.  This is like over the course of

13    three meetings now, an initial talking to, coming back with

14    our first rankings, sleeping with them, coming back again.

15    And as a group, we ultimately prioritized our group from 1 to

16    16.

17         **Q    So let me get this group.  You, white man; Bendler,**

18    **white man; Ms. Young, white female; --**

19         A    No.

20         **Q    Oriental female.**

21         A    Oriental female.

22         **Q    And Ms. Childers?**

Page 90

1    A    Ms. Childers, white female.

2    Q    **And you're at -- all right, you're reviewing this**

3  **and ultimately you come up with 16 categories under which --**

4    A    Not 16 categories, 16 people to rate based on their

5  contributions.

6    Q    **And ultimately you come up with a list of highest,**

7  **1, and 16, bottom?**

8    A    Right.

9    Q    **And what do you do with that list?**

10   A    At the same time that we're doing that, each other

11 component of DOA is doing the same thing.

12   Q    **I understand.  So you sent your list to?**

13   A    I sent my list to the next level up.

14   Q    **Bjorklund and Kea?**

15   A    It wasn't going to Bjorklund and Kea at that point,

16 it went to Miguel Torrado, who was our director of HR at that

17 point in time.  And what Miguel did is he took each

18 component's ranked list -- now there are nine of them --

19 actually 10 of them because there were a couple of employees

20 in the Director's office, and what they did was, just as a

21 starting point, to take each of these lists and meld them

22 into a composite list, they determined a factor by taking

Page 91

1  your overall ranking and dividing it by the size of the pool.

2          So if you're first in a pool of 60, you would come

3  up with a factor that was a very small decimal of below one.

4   If you were 60th out of 60, 60 goes into 60 one.  That's the

5  highest number -- the lowest number -- the worst that you can

6  do is be 60th out of 60 or 20th out of 20 or 15th out of 15.

7   And by doing that and by using the relative numbers in those

8  factors, we were able to take the nine list, the 10 list and

9  put them together.

10         Now as we did that, we fully understood that this

11 was somewhat arbitrary, that the first person in a group of

12 five could be stronger than the first person in a group of

13 60.

14     **Q    Or weaker.**

15     A    Or weaker.  But in a gross, just using the

16 percentage's sense, this was a way to get a first cut.  This

17 was the best way that we could come up with of getting a

18 first cut.

19         Once we got that first cut together, we now had

20 instead of 1 to 16, we had 1 through 300 or whatever it was.

21  I don't think it was that large for the CBC, but 1 to 200

22 maybe, 1 to 180.  And that's the point where we started

Page 92

1    drawing lines and said if we use this -- which we had no

2    intention of using it just at that point in time without

3    doing any substantive review -- this is where the line would

4    be between group 1 and group 2.  This would be the group --

5    the line between --

6    Q    **Based on percentages?**

7    A    Based on percentages.

8    Q    **Which is a percentage --**

9    A    So this is all strictly numbers still at this

10   point.

11   Q    **And the percentages were given from the top?**

12   A    Right.

13   Q    **That was the CBC program.**

14   A    The only thing that went in that had any kind of

15   substantive input up to this point was the initial rankings

16   from each of the components.  Then it was just a numbers game

17   at that point.

18        Once we got to those lines, the senior management

19   team came together and we broke up into subteams and we

20   started on the dividing lines between group 1 and group 2,

21   group 2 and 3, all the way through 4 and 5 --

22   Q    **When you say senior management team, who is that?**

Page 93

1    A    When I say the senior management team I'm talking

2    about the head of HR, the head of Contracts, the head of

3    Corporate Services, myself, the five regional managers that

4    we had at that time.  We now have four regional managers.

5    And Glen Bjorklund and Arleas was there in an advisory -- in

6    a listening capacity at that point in time because she was

7    the final level, and we didn't want to get her involved until

8    we presented her with recommendations.

9          So what we did at that point in time is we started

10   at those lines of demarcation between the groups and we

11   started reading the contribution statements, taking into

12   consideration grade levels and everything and worked our way

13   out and came back to the group and said this seems consistent

14   or these things seem to be out of order.  This person was,

15   you know, in 5 but should be 4, in 2 but should be in 3.

16   **Q    Based on the contribution statements of the**

17   **immediate supervisors?**

18   A    Based on the contribution statements of the

19   immediate supervisors.

20   **Q    So for MSS it would be Dan Bendler, his**

21   **contribution statement?**

22   A    That's correct.

Page 94

1              (Sherman Deposition Exhibit 1 was

2              marked for identification.)

3         BY MR. SHAPIRO:

4    **Q    So I'm showing you what has been marked as Exhibit**

5    **No. 1.  It is document 828 through document 833.  I think**

6    **it's 833 if I'm not mistaken, but it's not marked that way.**

7    **The last two don't seem to have marks on them.  But I believe**

8    **that that's what this is.  It is -- do you recognize this?**

9         A    Not in this format.  These came in individual

10   forms, and I'm assuming that what this must be is the

11   extracted narrative write-up from CBC forms.  I don't know.

12   I shouldn't assume.  I don't know what this is.

13        MR. JONES:  You can only say what you know.

14        BY MR. SHAPIRO:

15   **Q    As I understand it, this is the write-up done by**

16   **Mr. Bendler for his people for the CBC program for 2004.**

17        A    Okay.

18   **Q    This would be his write-up of the contributions.**

19        A    I haven't seen it in this form, but if that's what

20   it is, then I've seen these write-ups within the context of

21   their relative --

22   **Q    The way it came to you was that each employee had a**

Page 95

1    separate form that the supervisor filled out and put the

2    write-up on what that employee's contribution was?

3        A    Mm-hmm.

4        Q    This, as I understand it, is the composite of all

5    the contribution write-ups of Dan Bendler for his people.

6        A    Okay.

7        Q    This is what -- it was these write-ups, that is the

8    write-up by the supervisor, that you used as senior

9    management to level this and make it right?

10            MR. JONES:  Objection, vague.  These write-ups?

11            BY MR. SHAPIRO:

12        Q    The write-ups for each employee by the supervisor

13    that you used as you testified.

14        A    The write-ups is what we were using to test the

15    validity of the priorities.

16        Q    And in fact, some of the people on this team maybe

17    you would know something about Pam Brownfield or Wilma

18    Probst, the chances are that the other people would have no

19    idea what their contribution was.  You would know something

20    of it because you were the branch chief.

21            MR. JONES:  Objection, vague.  Other people.

22            THE WITNESS:  The further out you got, the more

Page 96

1    likely --

2            BY MR. SHAPIRO:

3        Q    **The less they knew.**

4        A    -- it was that they wouldn't know as much, but

5    there were pockets.  I mean DOA is a community and people

6    interact with each other.  So a lot of people would know.

7        Q    **Okay.  Most of these write-ups have several bullets**

8    **and are half a page or more in length.  Do you see that?**

9        A    Yes, I do.

10       Q    **Some of them are almost a full page in length,**

11   **correct?**

12       A    Right.

13       Q    **One of them has two lines, two bullets which have**

14   **three or four words under each.  That's Pam Brownfield,**

15   **correct?**

16       A    Yes.

17       Q    **These are not in order of either grade or**

18   **alphabetical, are they?**

19       A    These are not, no.

20       Q    **Because Nickel was a 14, Lok was a 13, but David,**

21   **who follows Lok, is a 14, correct?**

22       A    Correct.

1    Q    And there is no particular alphabetical order by

2    these.  The order is something -- if there is any order at

3    all, it is neither alphabetical nor grade-wise, correct?

4    A    Right.

5    Q    It is also not longevity in the unit because Mr.

6    Lok was relatively new to the unit and Pam Brownfield was the

7    longest serving person in the unit.  She's last and he's

8    second, so it's not that.

9    A    Right.

10    Q    Is there an order to this?

11    A    Let's see.  I don't know 100 percent, but it's

12    possible that it could be in order of the way that they ended

13    up being ranked in the --

14    Q    By Mr. --

15    A    -- list that Mr. Bendler brought forward to us to

16    begin with.

17    Q    That looks like it is the order, isn't it?  Because

18    we know that Mr. Nickels and Mr. Lok were finished near the

19    top, and we know, don't we, that Ms. Mattus and Mr. Gately

20    finished in the middle; isn't that right?

21    A    Yeah.

22    Q    And we also know that Ms. Brownfield finished at

Page 98

1    the end.

2        A    Yes.

3        Q    Do you recall which level Ms. Brownfield finished

4    at overall in the whole of DOA?

5        A    Yes, she was in group 5.

6        Q    That's the lowest group.

7        A    That was the lowest five percent.

8        Q    How many people were in group 5 out of the 180 some

9    odd non-bargaining unit people who were rated in the CBC from

10    DOA?

11        A    Roughly five percent, and I don't know -- it

12    depends on what that number was.

13        Q    So the percentage was a given?

14        A    The percentage was a given.

15        Q    So in order to be in the lower five percent, you

16    had to have been probably if there was 180 people, you'd have

17    to be in the lowest nine people of that group, correct?

18        A    Something -- yeah.

19        Q    Do you recall who else was in the lower nine

20    percent?

21            MR. JONES:  Five percent.

22            BY MR. SHAPIRO:

Page 99

1    Q    Five percent.

2    A    The lower five percent?

3    Q    Besides Ms. Brownfield?

4    A    I don't believe there was anyone else from the MSB

5    staff who was in that lower five percent. I can think of a

6    couple of people just anecdotally from other parts of the

7    Corporation.

8    Q    Okay, so let's stick with that for a moment. Ms.

9    Brownfield was the only person from MSS that was in the lower

10    five percent, correct?

11    A    Yeah.

12    Q    She was also the only person from MSB who was in

13    the lower five percent.

14    A    Right.

15    Q    She was the only black person in MSS, correct?

16    A    Coincidentally.

17    Q    As you say. That's your opinion, coincidentally,

18    but it is true, isn't it?

19    A    It's true.

20    Q    How many black people were in MSB?

21    A    How many black people at MSB?

22    Q    At that time.

Page 100

1    A    At that time, six.

2    Q    **Six black people?**

3    A    Yes.

4    Q    **And how many people -- the other black people,**

5    **where did they finish?**

6    A    One in group 1, I don't know with the five groups -

7    - the last two weeks we've done this with the PFP which has

8    just been three groups, so I can't recall off the top of my

9    head how they -- which group each of them finished in.  I'd

10    have to go back and --

11    Q    **Who was the black person who was in the group 1 for**

12    **2004?**

13    A    Annette Nelson.

14    Q    **And she was what -- what was her position?**

15    A    She's an administrative specialist at the Grade 12.

16    Q    **She's an administrative person, so she's not a**

17    **professional in the group.  She doesn't do --**

18    A    She's a professional -- there is a difference.  One

19    thing that you said earlier that I kind of held back on

20    taking issue with is that it's not a natural progression to

21    go from an administrative assistant/secretarial type of a

22    position necessarily into an admin officer position.  It's a

Page 101

1    somewhat different discipline.  And she was a professional

2    admin officer, meaning that she --

3         Q    **Liaisoned to other things of support?**

4         A    This was not a person doing clerk/typist work, this

5    was a --

6         Q    **I didn't say that.**

7              MR. JONES:  Can he finish his answer?

8              BY MR. SHAPIRO:

9         Q    **Yeah, I didn't say she was a clerk/typist.  I said**

10   **that she was not a management analyst.  She wasn't doing the**

11   **-- she was supporting the work of the branch.  She wasn't**

12   **doing the work of the branch.**

13        A    She was doing some of the work of the branch.

14        Q    **But her role was to support the work of the branch.**

15        A    I want to make it clear that I don't want to

16   minimize the role of that admin specialist and subrogate it

17   to a management analyst as one's a highly professional and

18   one isn't.

19        Q    **No, just different.**

20        A    They're different.  They are different.

21        Q    **One is support and the other is actually doing the**

22   **work of.**

Page  102

1       A    Right.

2       **Q    All right.  So but all judgments by senior**

3    **management -- ultimately Ms. Kea made the judgment, but she**

4    **was far away from the actual knowledge base, correct?**

5       A    Right.  What she did was she heard the negotiation

6    that went on at that senior managers meeting and heard the

7    people talking about the relative merits of their employees.

8    And that --

9       **Q    Did she make any changes?**

10      A    She --

11      **Q    As you recall?**

12      A    I don't recall that year if she made any changes or

13    not.  In the four years that we've done it, there have been a

14    couple of times where she's judiciously made some changes but

15    certainly not wholesale changes.  When she gets them, she

16    doesn't change many, many people around.

17      **Q    So all the discussions at the senior management**

18    **level taking place in front of Ms. Keas in her presence --**

19      A    Right.

20      **Q    -- was based on the work of the immediate**

21    **supervisors and what they said about their employees?**

22      A    Yeah.

Page 103

1    Q    So all you would have had if I'm right and this is

2    this document in front of you is on one sheet the write-ups

3    that Bendler did on his people in MSS?

4    A    Mm-hmm.

5    Q    On separate sheets all they would have had about

6    Pam Brownfield was her name, the fact that she was in MSS

7    which is in MSB --

8    A    Right.

9    Q    -- and some C of A related work and TNA audit

10   responsibilities.  That's all they would have known about her

11   entire year's performance?

12   A    Correct.

13        MR. JONES:  Objection.

14        BY MR. SHAPIRO:

15   Q    That was her contribution --

16   A    That as her contribution.

17   Q    -- according to Mr. Bendler?

18   A    Yeah, it wasn't performance.  There was a

19   distinction made --

20   Q    I understand that.

21   A    -- between performance and contribution.

22   Q    And everybody else would have had contributions as

Page 104

1   set out in -- I guess the minimum is about a third of a page,

2   right?

3       A    Yeah.

4       Q    Do you recall anybody having a smaller write-up of

5   contributions than Pam in all of DOA?

6       A    Yes.

7       Q    Who?

8       A    I believe there were people in the Corporate

9   Services Branch who had one or two lines.  There were people

10  in the Human Resources Branch that had one or two lines.

11  There were some people who, you know, made statements very

12  similar to that.  There wasn't a lot to say.

13      Q    And do you recall how many of the people in group 5

14  from DOA were African-American?

15      A    I don't recall, no.

16      Q    Don't recall.

17      A    Some, not all by any means.

18      Q    Not all by any means?

19      A    By any means, right.

20      Q    I see.  There's only nine of them, eight or nine of

21  them.

22      A    Right.

Page 105

1      Q    How many of them were African-American?  Four?

2  Five?

3      A    I don't know.  I don't know.

4      Q    All right.  Now you will agree with me that if Mr.

5  Bendler had gotten it wrong and there was a lot more to say

6  about Pam's contribution nobody up there would have known

7  about it?  Nobody among the senior management would have even

8  known enough to challenge that, correct?

9      A    That's right.

10      Q    They were stuck with what Bendler said as they were

11  with all of the immediate supervisor's saying.

12      A    Yeah.

13      Q    So if an immediate supervisor -- I'm talking

14  theoretically now -- if an immediate supervisor wanted to

15  stick it to one of his people, all he'd have to do is write a

16  short, small, de minimus, minimizing write-up and that would

17  do it, wouldn't it?

18      A    It could.

19      Q    Yes.

20           MR. SHAPIRO:  Why don't we take five, okay?

21           (A brief recess was taken.)

22           BY MR. SHAPIRO:

Page 106

1    Q    Continuing to the next year, the Pay for

2  Performance program, PFP --

3    A    Yes.

4    Q    We did the CBC, then the Corporation went to the

5  PFP.  Do they still have the PFP now?

6    A    PFP is still here for at least one more year.

7    Q    I see.  So it survived.  So it was 2005, 2006 and

8  now 2007 we're going to PFP, right, at the Corporation?

9    A    Yes.

10   Q    All right.  How's the PFP different from the CBC?

11   A    The difference between the --

12   Q    Let me just ask you this straight off, it's again

13 for non-bargaining unit people?

14   A    Well, the PFP program is for both bargaining and

15 non-bargaining.  They are done as separate groups, though, so

16 that the percentages -- there's -- the difference between the

17 two is that the CBC had five different groups that you could

18 break down into based on percentages, and the PFP is three

19 groups.  Group 1 is the top 25 percent.  Group 2 is the

20 middle 50 percent.  And then group 3 is the low end 25

21 percent.  And there's one program for bargaining unit and

22 another one for non-bargaining unit -- one pool I should say.

Page 107

1    Same program, different pools.

2        **Q    Different pools so they run separately?**

3        A    Right.

4        **Q    So let's take the non-bargaining unit program pay**

5    **for performance.  The bottom 25 percent gets a raise or**

6    **doesn't get a raise?  Does it get a share of the pool money?**

7        A    They get a share.  It's a reduced share versus the

8    other share.

9        **Q    The highest 25 percent gets a higher share?**

10       A    Yes.

11       **Q    The middle 25 percent get a mid-range share, and**

12   **the lower 25 percent gets a smaller share than even the**

13   **middle group does, right?**

14       A    Correct.

15       **Q    But everybody who is rated satisfactory gets a**

16   **share?**

17       A    Yeah

18       **Q    There are people who don't make the cut at all,**

19   **correct?**

20       A    There -- you can conceivably fall into a group 4

21   where you would get -- and that would be for unsatisfactory.

22       **Q    But then you'd have to be unsatisfactory, right?**

Page 108

1    A    Yes.

2    **Q    But anybody who is rated satisfactory gets at least**

3    **some pay increase, a non-merit based as it may be, it's a pay**

4    **increase, a base level pay increase, correct?**

5         MR. JONES:  Objection, non-merit based?

6         BY MR. SHAPIRO:

7    **Q    Yeah.  Well, you would get some pay increase, some**

8    **amount.**

9    A    I can't remember what the percentages were last

10   year, but I know that if you finish -- this year if you

11   finished in group 3 it was 2.4 percent increase.

12   **Q    This year being 2006?**

13   A    2006.

14   **Q    So you don't remember what the percentages were in**

15   **2005 but they got a share, the 25 percent?**

16   A    Yes.

17   **Q    This year it was?**

18   A    2.4.

19   **Q    And what was the middle range for --**

20   A    The middle range was 3.5 plus a lump sum that I

21   can't remember what that was, but maybe it was a half percent

22   or a percent or something like that.

Page 109

1    Q    In a lump sum?

2    A    In a lump sum, yes.

3    Q    Half percent of the salary in a lump sum?

4    A    Yes.

5    Q    And the top 25?

6    A    The top I think was 5 and 1.

7    Q    Five percent and 1 percent in a lump sum?

8    A    Right.

9    Q    So if you made $100,000, you'd get $1,000 lump sum

10   and you get a $5,000 raise?

11   A    Correct.

12   Q    That's if you're in the top group?

13   A    If you're in the top group.

14   Q    Similarly, if you made $100,000 and you were in the

15   middle group, you'd get a $3,600 raise and you'd get some --

16   A    Probably a half percent.  So that would --

17   Q    Five hundred dollars in cash?

18   A    Mm-hmm.

19   Q    And if you were in the lowest group you'd get a

20   $2,600 raise or $2,300 --

21   A    Twenty-four hundred.

22   Q    -- $2,400 raise and no cash?

Page 110

1     A     No cash, right.  Yes.

2     **Q     And if you were rated unsatisfactory, you'd get**

3  **neither?**

4     A     Right.

5     **Q     And you'd also be -- there'd be an adverse action?**

6     A     Yeah.  Unless -- the only thing I would add to that

7  is under the program that's how it is, but it could be

8  supplemented by an award that you would get through the

9  Mission Achievement --

10     **Q     Yes, understand there's still an awards program.**

11     A     Yes.

12     **Q     I understand there's still an awards program.  It**

13  **was similar percentages in 2005?  Everybody got a percentage?**

14     A     Everybody got a percentage, I think so.

15          MR. JONES:  We're talking about pay increase

16  percentages?

17          THE WITNESS:  Pay increase percentage, yeah.

18          BY MR. SHAPIRO:

19     **Q     And also was there a fixed fund, not just pay**

20  **increase but a lump sum?**

21     A     There were lump sums not for all categories but I

22  think for the top two categories.

Page 111

1      Q    Just like this year?

2      A    I think, yeah.

3      Q    And how was the system administered?  Now there's

4    only three categories.  Well, technically there could be four

5    and you could get nothing, unsatisfactory.  But for

6    satisfactory employees there were three categories instead of

7    five?

8      A    Right.

9      Q    And every category got something?

10     A    Correct.

11     Q    And how was the program administered, similar to

12   the CBC with what you described with the supervisor going

13   through it and --

14     A    Mm-hmm.

15     Q    Same sort of thing?

16     A    Same sort of thing, yes.

17     Q    Any differences?

18     A    The only difference was when we -- in the Division

19   of Administration when we aggregated our nine or 10 lists, we

20   had to look between the 25th and the 26th percentile and work

21   out from there and the other one.  So we had fewer -- there

22   were fewer breaks, so it was --

Page 112

1    Q    **Easier to do?**

2    A    -- looking at a more finite --

3    Q    **It was easier to do?**

4    A    It was easier to do.

5    Q    **Right.  How many people were placed in the lowest**

6    **category in MSS?**

7    A    In MSS?

8    Q    **In 2005.**

9    A    In 2005?  In MSS, one.

10    Q    **So the lowest 25 percent would be two people?  The**

11    **highest would be two, the lowest would be two, and the mid-**

12    **range would have four.  If it's a percentage thing of the top**

13    **25 percent, the lower 25 percent, the mid 50 percent, with**

14    **eight people that's what you're going to have, correct?**

15    A    If you were just doing it within the section.  When

16    we brought the priorities forward we were bringing them as a

17    branch.

18    Q    **I see.**

19    A    And there were other people within the branch who

20    were in group 3 as well.

21    Q    **I see.  So in the branch how many people -- in MSB**

22    **how many people in 2005 were in group 3?**

Page 113

1      A     Three or four that I can think of offhand.

2      Q     **Out of how many?**

3      A     Out of 20.

4      Q     **So we know that the bottom 25 percent of 20 is**

5  **five.  But you only had three?  Was Pam among them?**

6      A     Pam was in group 3.  The thing was there were the

7  two pools and, you know, between the two pools -- there are

8  20 people who constituted the two pools, there are 21,

9  something like that.

10     Q     **In your --**

11     A     There were six bargaining unit people, and one of

12 those bargaining unit people fell into group 3, and the non-

13 bargaining pool at least three in that non which was about 16

14 people.  So we had 22 who were rated last year I think.  It

15 was either 15 or 15.

16     Q     **But I'm only talking about the non-bargaining.**

17     A     Okay if you're talking about the non-bargaining, it

18 was 15 or 16 people in the pool.  I can't recall offhand one

19 or the other.  And we had I believe three people in --

20     Q     **So it was less than 25 percent?**

21     A     It was less than 25 percent.

22     Q     **Because if it was 16 people, four means 25 percent.**

Page 114

1   A    Right.

2   Q    **These are fixed percentages, right?**

3   A    Right.

4   Q    **Right.  And then -- and Pam was among them, right?**

5   A    Pam was among them.

6   Q    **And then for DOA how many people were in the non-**

7   **bargaining pool?**

8   A    About 180 or something roughly.

9   Q    **About the same?**

10  A    About the same, yeah.

11  Q    **And how many people were in the lower level?**

12  A    Twenty-five percent of those.

13  Q    **So there it was a fixed 25 percent?**

14  A    Mm-hmm.

15  Q    **So there were some people -- there were more people**

16  **from these other units that had to make that up than MSB,**

17  **right?**

18  A    Right.

19  Q    **Okay.  What about this past year, 2006?**

20  A    2006?

21  Q    **Was Pam judged in MSB?**

22  A    No, she was judged in the DIT pool this year.

Page 115

1    Q    In the DIT pool?

2    A    Yes.

3    Q    Okay.  So tell me, in the MSS group there were

4  eight people, right?

5         MR. JONES:  When are we talking about?

6         THE WITNESS:  This year.

7         BY MR. SHAPIRO:

8    Q    2006.  That is the year that we're just doing now.

9   We just finished doing before last year -- it's really last

10  year's.

11   A    Mm-hmm.

12   Q    So how many people were in the -- it was the same

13  percentages, wasn't it, 25, 50 and 25?

14   A    Yeah, from the MSS pool.

15   Q    From the MSS --

16   A    From the same pool that was the year before?

17   Q    The non-bargaining unit of MSS, because now there's

18  -- in the end there were bargaining unit people in there,

19  right?

20   A    Right.

21   Q    But those administrative support people are

22  bargaining unit?

Page 116

1    A    The administrative support people are non-

2  bargaining unit as well.

3        **Q    The non-unit as well?**

4    A    Yes.

5        **Q    So of the nine people in the unit --**

6    A    One.

7        **Q    -- one was?  And who's that?**

8    A    Karen Pearmon.

9        **Q    Karen Pearmon?  She's the newest one?**

10   A    Right.

11       **Q    And of MSB?**

12   A    MSB all together in the group 3, there was --

13  Frances Childers counted as being in group 3 because she had

14  crossed the magic line of demarcation, which was the first of

15  the year.  But since she was leaving, it would have been

16  senseless to give her anything anyway.  So three all together

17  including Frances.

18       **Q    And you gave Frances a group 3 because she was**

19  **there was no point I --**

20   A    She was actually in group 4.  Those group 4 are not

21  rated or something like that, but she counted in that pool

22  that would have been the 25 percent toward group 3.

Page 117

1    Q    It wasn't because her performance was bad?

2    A    It wasn't because her performance was bad.

3    Q    Because she was leaving?

4    A    Yes.

5    Q    So you didn't give her a performance --

6    A    Right.

7    Q    You weren't going to give her anything anyway

8    because you have to be on board when you get the percentage,

9    right?

10    A    Right.  Now one thing that I'd like to point out

11    about this is that when we go from the branch level up to the

12    division level and start working on this, each of us is kind

13    of wearing two hats.  We're looking at it from a division

14    citizen standpoint, what makes sense from the division, but

15    we're also trying to be advocates for our staff as much as

16    possible.  And in this year's go around, I was successful in

17    moving a couple of people who would have fallen into group 3

18    into group 2 by mounting a persuasive enough argument

19    regarding their contributions that they were able to move up.

20    Q    And in order to do that, you had to make reference

21    to what the immediate supervisor gave?

22    A    Yeah.

Page 118

1    Q    Would you get supplemental stuff from your

2    immediate supervisor to do that, or were you stuck with what

3    was written?

4    A    Well, what was written here -- I had my memory

5    refreshed during the break -- what was not exactly what was

6    written on the form.  The form did elaborate.  These were

7    initial notes that were brought to an initial meeting.

8    Q    How did you have your memory refreshed during the

9    break?

10    A    Bill told me what --

11    MR. JONES:  Objection.

12    THE WITNESS:  I'm sorry.

13    MR. JONES:  I'll be entering these into evidence

14    when it's time for me to ask him some questions if you are

15    not planning to.

16    BY MR. SHAPIRO:

17    Q    So you saw documents by Bill?

18    A    Saw documents.  I'd suspected that that was not

19    right.  I was asking, you know, this doesn't seem like this

20    was the final product, because I remember the verbiage being

21    a little more significant than that.  And we looked it up.

22    Q    Because you write it with Bendler; you write those

Page 119

1    things with Bendler, is that --

2        A    I don't write it with him.  He writes the form.  He

3    provides it to me, but I did not have a recall of seeing a

4    form that just had that bullet and that bullet.

5        Q    Now I want to ask you some questions about the

6    promotion of people.

7        A    Okay.

8        Q    Do you recall when you promoted some 12s to 13s in

9    MSS?  You didn't do it but --

10       A    Right.

11       Q    -- Bendler did.  Do you recall that?

12       A    Yes, I remember.  I remember that.

13       Q    Do you recall that process?

14       A    Yes.

15       Q    I have some questions about that.  I want you to

16   think about that, all right?

17       A    Okay.

18       Q    I want to go back to the planning stage of that.

19   Now at the time there was a 15, who headed the office of MSS.

20    That would be Bendler, your old job, right?

21       A    Right.

22       Q    Then they had a core of four 14s, one of whom was

Page 120

1    just recently promoted to 14 because a 14 had left.  Do you

2    recall that?

3         A    Yes.

4         Q    She had been a 13 and then she competed for a 14.

5    She was the only one on the list and she got the 14.

6         A    Right.

7         Q    Do you recall that?

8         A    Yes.

9         Q    That's Ms. Kennedy taking the slot that had been

10   previously Mr. David?

11        A    No, that was Mr. Bendler's.

12        Q    Oh, Mr. Bendler.  Mr. Bendler took your slot, so

13   that left a 14 vacancy.  It was advertised.  Kennedy applied.

14    She was the only person on the cert and she got it, right?

15        A    Right.

16        Q    Then you had, if you stopped there, you would have

17   one 15, four 14s and four 12s?

18        A    Right.

19        Q    And that would have constituted the section.

20        A    Right.

21        Q    But there was an announcement for multiple 13s,

22   correct?

Page 121

1      A    Yes.

2      **Q    You recall that?**

3      A    Yes.

4      **Q    And that ultimately was filled by three, leaving**
5      **the section with one 15, four 14s, three 13s and a 12?**

6      A    Yes.

7      **Q    Did you participate in planning to have 13s?**

8      A    Not specifically.  What happened was Dan came to me

9      with Gail having moved up from the 13 to the 14, we now have

10     vacant 13.  He said I want to advertise that position.  In

11     addition, I want to have some investigation done on something

12     else.  He said I believe that over the course of time the

13     work in a couple of our functional areas has gotten more

14     complex, namely in the internal review area.  We had shifted

15     from a soup-to-nuts type of review that we did with large

16     teams and brought in people from all over the Corporation to

17     a more focused risk-based process that required more senior

18     level expertise focusing on certain issues, less support

19     staff, more senior analysis type work.

20          The second thing was that the Corporation was going

21     to a new financial environment and was bringing in a cost

22     management system that was making the work of the budget

Page 122

1  group more complicated.  So he's saying I know that this work

2  has crept into our workload as a group, what I'd like to do

3  is have HR take a look at this in light of this workload take

4  a look at the positions and see if it would warrant us

5  recognizing the higher level of work and the getting

6  corresponding whatever it would be, promotions or a higher

7  graded positions in place ultimately.

8      **Q    Was he saying that there were people that were**

9  **performing at the 13 level?**

10     A    He was saying that the work had come in and that

11  collectively the staff was doing more complex work than they

12  had been doing in the past.

13     **Q    Was he saying that there were specific 12s that**

14  **were doing 13 level work in his opinion?**

15     A    He did not say, you know, this was Holly or this

16  was David or this was Bill or this was Pam.  He just said

17  that there was more and we needed to look at it he thought.

18         So what I told him at that point was certainly I'm

19  supportive.  If our position descriptions are not accurate

20  and if people are getting short shrift because of the fact

21  that more complex work has crept in, we definitely want to

22  make -- we want to be aware of that and we want to resolve

Page 123

1    it.

2         So I told him work with the HRB people.  Talk with

3    them.  Sit down and figure out what would be the best way to

4    do this.

5         **Q    When did this conversation take place?**

6         A    This would have happened in the -- probably a

7    couple of months after Kennedy's position was -- Kennedy

8    moved up to the next position.

9         **Q    When did she move up?**

10        A    I'm trying to think.  Maybe the fall of 2003 I

11   think.

12        **Q    She moved up the fall of --**

13        A    No, she moved up -- I don't know.  I'm not -- let's

14   see.

15        **Q    Well, whenever it was, you think it happened a**

16   **couple of months -- this conversation with Dan --**

17        A    I think it was in the fall of --

18        **Q    2003 that Dan approached you?**

19        A    Yeah.

20        **Q    Okay.  So she would have moved up a few months**

21   **before that?**

22        A    Right.

Page 124

1    Q    That's your testimony?

2    A    She -- yes.

3    Q    Because you remember it as a sequence?

4    A    I remember it as a sequence.  And I don't remember

5    the dates exactly, I'm trying to approximate the best that I

6    can.  But she moved up -- it wouldn't have happened until

7    after that sequence because that vacated her position.  I

8    think he thought on that a little while and though what's the

9    best thing to do.

10        So anyway, after talking about his theory, we said

11    go to HRB, we're not sure what they'll tell us to do.  I

12    guess there's a technique that can be used in government

13    called accretion of duties where they would look and say if

14    the duties are there that they'd increase you, but that was

15    not a technique that was favored by our HR office at this

16    point in time because they wanted to ensure fair and open

17    competition.

18        So they said yeah, we think that the workload is

19    there.  What needs to happen now is you need to post the

20    position and do it with multiple positions.  And there are an

21    interchange back and forth between Dan and the HR people that

22    I was not specifically privy to.  Dan would come back and

Page 125

1 tell me from time to time, but he did come back and say we're

2 going to advertise the 13; we're going to advertise it for

3 multiple positions because we've talked with HR.  They

4 recognize that with the greater complexity of the work, that

5 it makes sense to do this and we need to --

6     **Q    How many positions were you going to have at the 13**

7 **level?**

8     A    The vacancy clearly.  And then I think it may have

9 originally been thought that one additional, but then when we

10 saw the workload coming from two different functional areas

11 from the budget area and from the internal review area in

12 addition to the old responsibilities that Gail did in her 13

13 position, I think the decision was ultimately made that it

14 would be best to try to do it at three.

15        And when Dan talked with HRB, that was agreed upon

16 as an acceptable way to go about doing it, and that's what we

17 did.

18     **Q    And did you participate in how open this vacancy**

19 **would be -- these vacancies would be, in other words the**

20 **advertising, how far they could be advertised?**

21     A    I may have had some discussions about it.  I don't

22 recall offhand.  If I do recall, I think it was advertised

Page 126

1    FDIC-wide in the Washington area, plus anybody who was on the

2    CTAP list who had CTAP eligibility which is fairly broad.

3    When you're advertising at that level, the only other target

4    that we would have had would have been going out to the

5    regional offices, and that didn't -- it seemed like when we

6    were scoping out our area and what our needs were that we'd

7    be able to get it from within the Washington area of FDIC.

8         **Q    Of course if these were really accretion of duty**

9    **type promotions that these people who were 12s -- there were**

10   **two 12s who are actually performing higher level work and**

11   **they didn't get those 13s, then what would happen?  Were you**

12   **authorized to have more people in MSS?**

13        A    If that process -- if they want through that

14   process and if they identified a candidate or two candidates

15   coming from outside the organization, what would have had to

16   have happened at that point in time is after I'd heard this

17   from Dan, I would have gone and talked to Arleas and Glen

18   about it and said here's what happened.  We found this ideal

19   candidate who's heads and tails above these other candidates

20   and we need to get a slot somehow.

21        The first thing we would do is we'd look internally

22   were there other parts of DOA where we could bring a slot in.

Page 127

1   If that didn't work, we would go to Tom Peddicord as the

2   master of the slots for the Corporation, the position

3   management and budget guy and try to petition as we could.

4   And they might say, they might say no.

5        **Q    If they said no?**

6        A    If they said no, then we had a --

7        **Q    You'd have to RIF, wouldn't you?**

8        A    We'd have to RIF, yeah.

9        **Q    And you'd RIF a 12, wouldn't you?**

10       A    I'm not sure.  I would sit with HR and talk about

11  what that meant.  I'm not an expert in a RIF, and I don't

12  know exactly how that would be.

13       **Q    Well, you wouldn't RIF --**

14       A    It would have to be somebody from within the

15  organization.

16       **Q    Within MSS?**

17       A    Yeah.

18       **Q    And you wouldn't RIF the person you brought on.**

19  **That would make no sense, right?**

20       A    Right.

21       **Q    And the person wouldn't have to be head and**

22  **shoulders, they'd just have to be the selectee, the best**

Page 128

1    candidate, right?

2        A    To be -- yeah, to be --

3        Q    To be the selectee you wouldn't have to be head and

4    shoulders, you'd just have to be the best candidate?

5        A    You have to be the best candidate, yeah.

6        Q    Right.  And if there are three best candidates who

7    are not within the organization, or who were CTAP and had a

8    tap on the job, then you could end up with three new 13s and

9    four 12s --

10       A    Right.

11       Q    -- when all you wanted to do was when you had

12   upgraded -- you had two positions that you thought already

13   deserved the 13 and you were simply trying to replace a 13,

14   correct?

15       A    That conceivably happen, yes.

16       Q    And this was all happening, was it not, in an

17   environment where you might have to have surpluses anyway?

18       A    Well, at the time that we were doing this, I think

19   everybody believed that the downsizing was over with.  But it

20   was still a consideration on everybody's mind certainly.

21       Q    Yeah, because this was an organization that for

22   close to 10 years had had massive surpluses, correct?

Page 129

1       A    Yeah.

2       Q    So you could have alleviated this entire worry

3  simply by accretion of duty promotions, doing a job analysis,

4  a desk audit of the two people who you thought were doing

5  higher level work -- who the manager thought was doing higher

6  level work.

7            MR. JONES:  Objection.  It misstates testimony.

8            BY MR. SHAPIRO:

9       Q    And if they were, give them an accretion of duty

10  promotion, correct?

11      A    That could have happened, yes.

12      Q    And it would have alleviated the problems that

13  could easily have happened with a CTAP environment and with

14  an open competition for people outside the unit, correct?

15      A    Correct.

16      Q    And then you'd just be replacing a 13 that had

17  moved to 14, correct?

18      A    Right.

19      Q    Which if it came -- went to another person, well,

20  you would have been no different off than you had been

21  before, correct?

22      A    Right.

Page 130

1    Q    Why wasn't that done?  Did anybody think about the

2  potential problems that were created by having a needless

3  competition?

4    A    I think that the reason why it was done is because

5  the HRB, the Human Resources Branch, felt --

6    Q    Who?

7    A    The Human Resources Branch.  The personnel people.

8    Q    Who?

9    A    Who?

10    Q    Mr. Torrado?

11    A    Anybody from Torrado to --

12    Q    Where is Mr. Torrado now?

13    A    He could be in Puerto Rico.  He could be in San

14  Francisco or he could be around here.  There are the three

15  most likely places.

16    Q    You don't know where he is?

17    A    I don't know for sure.  He's bounced around.  He's

18  a pilot.  He flies around.  He's got different interests in

19  those three locations.  That's why I mentioned them.  But

20  yeah, I don't know why.

21    Q    Have you seen accretion of duty promotions in your

22  career at FDIC?

Page 131

1       A    I never have.

2       Q    **They do -- you never saw it?  You've never heard of**

3    **it?**

4       A    I never saw it, no.  I've heard of it, but I've

5    never seen it happening in the FDIC.

6       Q    **But you've heard of it in FDIC, accretion of**

7    **duties?**

8       A    I've heard of it in government.

9       Q    **You don't know of it in FDIC?**

10      A    I don't know of it in FDIC.

11      Q    **FDIC generally follows OPM, U.S. OPM regulations,**

12   **don't they?**

13      A    They do, yes.

14      Q    **So there is a possibility of accretion of duty?**

15      A    I think it exists as a possible tool.

16      Q    **Good.  Let me just see if you've ever seen this**

17   **before.  I'm just going to mark this for identification.**

18                              (Sherman Deposition Exhibit 2

19                              **was marked for identification.)**

20           BY MR. SHAPIRO:

21      Q    **Now I know that you are not copied on this**

22   **document, at least on the face of it.  It's a three-paged**

Page 132

1   document.  It's document 170 to 172 in production from the

2   FDIC.  There's nothing in here that indicates that you got a

3   copy of this.  Did you ever see this before?

4       A    I do not off the top of my head recall getting

5   this.  I know that I had conversations with Dan that probably

6   would have covered some territory here, but I do not recall

7   seeing this, no.

8       Q    Now is it the practice of your organization, in MSB

9   at least, to before you fill a position at a grade level, a

10  specific job, you review the PD to make sure it reflects the

11  job?  So PDs are being reviewed each time they're vacated?

12      A    Yes.

13      Q    And updated if necessary?

14      A    They should be.  They should be, yes.

15      Q    Is that right?

16      A    Yes.

17      Q    Okay.  And that's done in conjunction with

18  promotion actions or job filling actions, whether it's

19  promotion or not it's to fill a vacancy?

20      A    Right.

21      Q    Okay.  You just don't review a PD if you're not

22  going to fill it.  But when you get ready to fill a position

Page 133

1    you make sure that the PD before the vacancy goes out that

2    the PD accurately reflects the duties?

3        A    Occasionally we do do it just as a matter of

4    course.  And the reason we would do that is particularly if

5    the organizational structure was changing or something like

6    that.  We'd look at it in that context as well.

7        Q    All right.  Now you see on the last paragraph, the

8    last section beginning on the first page, it says "accretion

9    of duties."

10       A    Mm-hmm.

11       Q    The workload assigned to Management Support

12   Section, MSS, previously called MRS, Management Review Staff,

13   has changed considerably over the past three years.

14            You agree that that's true, right?

15       A    Yes.

16       Q    You left just three years before that.  You left in

17   2003, right?

18       A    Right.

19       Q    Okay.  So, for example --

20            MR. JONES:  This says 2003.

21            MR. SHAPIRO:  I understand that.

22            BY MR. SHAPIRO:

Page 134

1      Q    And it says -- going over into the next paragraph

2  in the section on page 2, it says, "As a result of these

3  changes, the complexity of work and the scope of

4  responsibility for two of MSS's CG-343 12 positions have

5  increased significantly."  So he's talking about two people,

6  correct?

7      A    Mm-hmm.

8      Q    Two of the 12 have increased, right?

9      A    Right.

10     Q    Out of necessity, two incumbents are now

11 successfully performing work assignments that are consistent

12 with the duties and responsibilities expected of a CG-343 13

13 management analyst.  So we're talking about two specific 12s

14 are performing at the 13, correct?

15     A    Right.

16     Q    He doesn't name them, but there are two -- he does

17 reference two specific people, right?

18     A    Okay.

19     Q    Is that a fair reading of this?

20     A    Yes, it is.

21     Q    Okay.  Then it says, "In addition, it is no longer

22 possible to differentiate between the complexity and scope of

Page 135

1   the work being assigned to two Grade 12 employees and higher

2   graded employees on the staff."  What does that mean?

3        A    I believe that it means that they're doing more

4   complex work than what the Grade 12 --

5        Q    These same two?

6        A    These same two, yeah.

7        Q    These same two are doing more complex that is not

8   distinguishable between that and the higher level people on

9   the staff?

10       A    Right.

11       Q    So these 13s are actually doing stuff that the 14s

12   are performing?

13       A    Right.

14       Q    These ones that are 12s that are performing at the

15   13 are actually doing the same stuff that's not

16   distinguishable from what the 14s are performing, correct?

17   That's what it says?

18       A    Yeah.  Yeah.

19            MR. JONES:  The 12s are doing the same work as 14s?

20            BY MR. SHAPIRO:

21       Q    The two 12s, who are doing 13 level work, it's not

22   possible to distinguish their work between that and what the

Page 136

1      14s are performing, correct?

2          A     That's how that --

3          Q     That's what it says?

4          A     That's how that reads, yes.

5          Q     That's what it says.  Whether it's true or not, we

6      don't know, we didn't write it.  But that's what it says,

7      right?

8          A     Mm-hmm.

9          Q     Is that a yes?

10         A     Yes.

11         Q     Okay.  The last paragraph outside the boxes -- keep

12     going to the last page.  The last paragraph on this says,

13     "The workload situation described above has become a

14     permanent situation.  As such, I would like to identify the

15     most efficient process in which to fairly and ethically

16     'upgrade' two of the four 12 positions within MSS.  Please

17     contact me at extension" so forth and so on.  And this is

18     written to Mr. Torrado, the head of HR, right?

19         A     Yes.

20         Q     This was done with your blessing?  You told Dan --

21         A     I told Dan to work with HR and find out what was

22     the best way to go about remedying the situation.

Page 137

1    Q    And this document is the beginning of that work?

2    A    Yes.

3    Q    But you don't recall seeing this before, but you're

4    familiar with the issues because Dan talked with you?

5    A    I'm familiar with the issues.  We've talked through

6    these, yes.

7    Q    Now in the actual selection process, did you

8    participate in the selection process at all?

9    A    I was on the second level panel where four

10   candidates were interviewed and three were selected.

11   Q    Did you do any other participation in this other

12   than your service on the panel?

13   A    No.

14   Q    Now you were the approving official on the

15   selection, correct, because you weren't the selecting

16   official?

17   A    I was the approving official, yeah.  Okay.

18   Q    So you participate on the panel, which is to say

19   you advise Dan.  You were there to advise Dan, the selecting

20   official, correct?

21   A    Right.

22   Q    Because Dan was on the panel.

Page 138

1      A    Right.

2      Q    **It was his ultimate choice who would be selected,**

3    **correct?**

4      A    Right.

5      Q    **Did he have to select from the four who came to him**

6    **or could he have selected from the others that were also**

7    **highly qualified on the certs?**

8      A    On the certs, the practice that we used were the

9    structured interview process that was in place at that time

10   was that those candidates who were referred forward for the

11   second interview constituted the group that you'd select

12   from.  I don't know if technically if he could have gone back

13   and overruled everything that the panels had done and choose

14   another candidate.  I'm not sure what the rules and

15   regulations of that were, but it's become the common accepted

16   practice that you work your way up through the interview

17   process, and the top candidates are sent forward and you

18   select from the top candidates.

19     Q    **How many times had MSB used the structured**

20   **interview process before this?**

21     A    Probably twice.  Probably for the selection of Dan

22   Bendler and for the selection of Gail Kennedy.

Page 139

1      Q    Well, there was only one person on the cert for

2  Gail Kennedy.

3      A    So -- yeah, right.

4      Q    So I guess you --

5      A    One.

6      Q    So I guess you didn't use the structured review or

7  any interview process for that, did you?

8      A    I believe not, no.

9      Q    And as for Dan Bendler, that was the selection of a

10 supervisor, correct?

11     A    That's correct.

12     Q    And you were the selecting official?

13     A    I was the selecting official, yes.

14     Q    Who -- did you use two interviews in that?

15     A    We did use two interviews.

16     Q    How many people had applied?

17     A    Offhand I don't recall.  But the reason why you'd

18 use two interviews is if you had a broad enough group -- it

19 really depends.  You get some latitude in making the call.

20          Like, for instance, if you interview 10 candidates

21 and one candidate stood out heads and tails above the rest as

22 the top candidate, you could make a selection from that first

Page 140

1    panel, that first set of interviews, the totality of that.

2            If you cluster -- if like three or four are pretty

3    close and you want to take a greater look at it and do your

4    due diligence and make sure that you're getting the best

5    candidate, then you tighten up a notch.  You get some

6    different questions that kind of hone more in on the issues,

7    and you do it with that select group that fell in the top

8    cluster or clusters.

9        **Q    And how many positions -- did you know at the time**

10   **you were interviewing in the second interview for the 13s,**

11   **did you know how many positions you were going to fill?**

12       A    I think that the -- that a lot of it had to do with

13   whatever advice we were going to get back from HR as to how

14   we could do this.

15       **Q    No, no, no --**

16       A    But we --

17       **Q    -- at the time you were interviewing.**

18       A    Ideally three, because we had the vacant 13, which

19   was separate and apart from these two accretion of duties,

20   and then two additional.

21       **Q    Well, accretion of duties you don't fill new,**

22   **they're the people who are actually doing duties.  You want**

Page 141

1    them to get --

2        A    If they don't allow you to do accretion of duties

3    --

4        Q    **Well, nobody said you couldn't do accretion of**

5    **duties.  Did anybody tell Dan that he couldn't do accretion**

6    **of duties here?**

7        A    That was my understanding that he was --

8        Q    **I see.  So it's almost true that you had to give**

9    **the promotions to the 13s to the people who were doing the**

10   **higher duties, right?**

11       A    Well, you had to evaluate everybody and select the

12   best candidates.  But they probably had a good tract to that

13   because of the fact that they had been doing it, yeah.

14       Q    **And -- I see.  Could you have filled four?  The**

15   **cert would have allowed you to fill four because the vacancy**

16   **now was for multiple.**

17       A    Was for multiple.

18       Q    **It could have been four, right?**

19       A    Based on the agreement that we had with HRB, we had

20   made a case for three and not for four.

21       Q    **For three or for two?**

22       A    Well, for two and then for the vacant position

Page 142

1      **Q   I see.  That was your understanding of it?**

2      A   Yes, it was my understanding.

3      **Q   But you didn't do the deals with it, that was**

4  **Bendler directly with HR, right?**

5      A   That was Bendler and HR, yeah.

6      **Q   If I told you that Bendler had said in his estimate**

7  **to HR what situation they would end up -- his staff would end**

8  **up looking like afterward that there'd be four -- himself as**

9  **a 15, four 14s, two 13s and two 12s, and he said that right**

10  **at the time that the vacancy announcement, just about the**

11  **time the vacancy announcement went out, would you say that**

12  **doesn't sound right to you?**

13      A   I wouldn't say that's out of the realm of

14  possibility.

15      **Q   So when did it determine that you were going to do**

16  **three?  When did you understand that you were going to do**

17  **three?**

18      A   When -- I'm trying to think this through.  Let me

19  make sure.  I believe that after doing the second round of

20  interviews and seeing the closeness of the candidates at that

21  point in time, Dan said why don't we do three.  It's hard to

22  select two out of the three.  I said talk to HR about it.  If

Page 143

1    they'll let you do three, then let's go ahead and do it

2    because --

3        **Q    You mean you have to ask permission to get three at**

4    **that point?**

5        A    I believe he went back to HRB to talk about it at

6    that point.

7        **Q    After the second interview?**

8        A    I'm not sure.

9        **Q    Well, that's when you said it was.**

10       A    I think so.

11       **Q    Well, that's what you've told me.  So let me ask**

12   **you this.  You knew who the candidates were, the initial**

13   **candidates, you didn't just know the four that came to you to**

14   **be interviewed, right?  You knew who the initial candidates**

15   **were?**

16       A    I'm sure I saw the roster.  I can't tell you

17   offhand who was on that roster.  I know that Pam was on the

18   roster.

19       **Q    Did you know that there were on the roster there**

20   **were four black people and three non-black people, non-**

21   **African-Americans?  Did you know that?**

22       A     I may have when I looked at the roster because I

Page 144

1    would know a lot of the names.  So I can't say for sure.  I

2    mean it didn't hit me like that, no.

3        **Q    When you did the interview, you knew that one**

4    **person, the one person who was not from the group who was**

5    **forwarded to be interviewed by the second panel was African-**

6    **American?**

7        A    Yes.

8        **Q    And the three people who were in MSS already as 12s**

9    **who were forwarded were non-African-American, correct?**

10       A    Right.

11       **Q    Pam being the only African-American and she was not**

12   **forwarded; is that correct?**

13       A    Right.

14       **Q    Did you have to not interview -- you could only**

15   **interview the people who the first interview panel forwarded?**

16   **Could Dan have interviewed everybody -- listen, there's only**

17   **seven of them, we can interview everybody?**

18       A    He could have decided to interview everybody, yeah,

19   but that was the whole purpose of the first process to

20   screen.

21       **Q    I understand.  But if you were filling two**

22   **positions, it wasn't such a burden to have seven people**

Page 145

1   competing, was there, right?

2       A    It's a relatively small --

3       Q    In fact, that's not a big roster for the best

4   qualified list under the old system without the structured

5   interviews, correct?

6       A    Okay.

7       Q    Fifteen people apply, seven make the cut, seven are

8   interviewed, choose three.  That's not a big roster of people

9   to interview, is it, when you have three vacancies to fill?

10      A    When you have three vacancies to fill, no.

11      Q    It's not even a big roster when you have two

12  vacancies to fill off the same announcement, is it?

13      A    May not be, no.

14      Q    Okay, we're almost done.  I want to take a couple

15  of minutes.

16           (A brief recess was taken.)

17           BY MR. SHAPIRO:

18      Q    I just have a few more questions for you.

19      A    Sure.

20      Q    Do you recall in February of 2004 assigning Pam to

21  be the EEO coordinator, the person to coordinate for DOA for

22  EEO?

Page 146

1      A    Right, yes.

2      Q    **That had been your role.  You had been doing that**

3   **yourself since time and memorial, right?**

4      A    Right.

5      Q    **And you turned that over to Pam as a duty for her.**

6   **Why?**

7      A    Let's see.  I do it now, that's why I'm kind of

8   going backwards here in thinking.

9      Q    **You do it now because she's gone.  Because she's**

10  **gone, so you have it back.**

11     A    I had it back before then.

12     Q    **Why?**

13     A    Well, because Arleas, in consultation with Mickey

14  Collins, who is the head of our Office of Diversity and

15  Economic Opportunity --

16     Q    **Our being?**

17     A    FDIC's.

18     Q    **Right.**

19     A    Wanted to have a senior level official who was

20  going to be the liaison officer, and Arleas asked me to do

21  it.

22     Q    **But you had assigned it to Pam.**

Page 147

1    A    I had assigned -- I'm starting to remember now.  I

2  think I had assigned it for Pam to do some of the actions

3  associated with it.  In other words, if there was a request

4  for documents, to follow through typically it was HR who

5  would produce the documents and fulfill the document

6  requests, that type of thing.

7    **Q    But she was to be the coordinator, right, for the**

8  **work?**

9    A    She was to be the coordinator of the document

10 reviews.

11   **Q    Stuff that I used to do?**

12   A    Stuff that I used to do and do again.

13   **Q    And do again.**

14   A    Right.

15   **Q    Do you know that Pam also had the time and**

16 **attendance audits?**

17   A    Yes.

18   **Q    That was one of her duties in 2004?**

19   A    Right.

20   **Q    And she also did the criteria infrastructure plan**

21 **in 2004.  Do you recall that?**

22   A    The criteria infrastructure plan?

Page 148

1      Q     Sorry, the critical infrastructure plan.  Do you

2  recall that?

3      A     No, I don't, critical infrastructure plan.  I'm not

4  sure what that means.

5      Q     Okay.  Now have you reviewed anything in

6  preparation for this deposition?

7      A     I have seen the pleadings and I've seen the

8  affidavits of some of the participants, yes.

9      Q     Speaking about affidavits, did you look over your

10  own affidavit, the one that you gave in 2006 in the EEO

11  investigation?

12      A     I think I gave two affidavits, and I've looked at

13  both of them, yes.

14      Q     Is there anything in there that's not true?

15      A     I've seen like little nit things in there that may

16  have been -- like for instance it says IT review and internal

17  support where it should say internal review and IT support,

18  stuff like that.

19      Q     Typographical type changes?

20      A     Well, yeah.

21      Q     The wrong name?

22      A     Word shifts, things like that.

Page 149

1    Q    **Anything that wasn't true aside from that word**
2  **shift?**

3    A    I don't believe so, no.

4    Q    **Okay, good.**

5         MR. SHAPIRO:  I have nothing further.

6              EXAMINATION BY COUNSEL FOR DEFENDANT

7         MR. JONES:  Can we mark this as whatever the next
8  exhibit is.

9                             (Sherman Deposition Exhibit 3
10                             was marked for identification.)

11        BY MR. JONES:

12   Q    **And I'll ask you if you recognize the documents**
13 **that comprise Exhibit 3 which are Bates stamped 739 through**
14 **755?**

15   A    Yeah, these are the CBC nomination forms for 2004.

16   Q    **Okay.  Now are these the forms that you and the**
17 **other managers used in reaching your CBC determinations?**

18   A    Yes.  This is what I received from Dan, from the
19 other supervisors, to the extent that it's anybody beyond
20 Dan's group.  And this is what we sent forward to the
21 division as a whole.  And this is what the division senior
22 managers looked at when they went through and reviewed all

Page 150

1    the forms.

2        Q    So you used these after your MSB management

3    meetings and they were used as well at the higher level

4    management meetings?

5        A    Yes.

6        Q    And just to make clear, Exhibit No. 1, which was

7    previously shown to you by Mr. Shapiro, that's a document

8    that you had never seen before?

9        A    No.

10        Q    Okay.  So that document would not have been used in

11    deliberations by you?

12        A    No, not by me.

13        Q    And other senior managers?

14        A    Not by me.  Absolutely no.

15        Q    Okay.  You described CTAP has a program having

16    first priority rights for -- do the people have to qualified

17    to have first priority rights?

18        A    They have to meet the qualifications, yes.

19        Q    Do they have to be more than just meeting the basic

20    qualifications?

21        A    I don't think that when a CTAP eligible candidate

22    is sent forward that if they don't -- if they're not highly

Page 151

1    qualified for that position, I don't think they have to be

2    selected.

3        **Q    So they have to be highly qualified as you've**

4    **testified?**

5        A    They get the first look I think is what it amounts

6    to.

7        **Q    Okay.  Let's have a look at Exhibit No. 2, the**

8    **second page of Exhibit No. 2 in that last paragraph.  Mr.**

9    **Shapiro directed your attention to the sentence that said "In**

10   **addition, it is no longer possible to differentiate between**

11   **the complexity of work being assigned to the two Grade 12**

12   **employees and higher graded employees on the same staff."**

13   **And he asked you whether you agreed that that could mean that**

14   **the Grade 12s and the Grade 14s were indistinguishable,**

15   **correct, and you agreed with him.**

16        MR. SHAPIRO:  That's not what I said, but you go

17   ahead.

18        MR. JONES:  All right.  Well, I'm going to ask you

19   the question, isn't that sentence also consistent with Mr.

20   Bendler saying that the complexity and scope of work being

21   assigned to the 12s is indistinguishable from 13s?

22        A    Yeah.  Yeah.

Page 152

1          MR. JONES:  That's all.

2          FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

3          BY MR. SHAPIRO:

4     Q    Well, let's look at that paragraph.  Continue to

5  look at that paragraph on Exhibit 2.  He's talking about the

6  two 12s that are performing at the 13 level, isn't he?

7     A    Yes, he is.

8     Q    And he's saying that their work is

9  indistinguishable from higher graded employees on the same

10  staff, correct?

11    A    Correct.

12    Q    At that time when he was writing that, the only

13  higher graded employees on the same staff were 14s, correct?

14    A    In position the only ones were 14s.

15    Q    Right.

16    A    Yes.

17    Q    Looking at Exhibit, I guess it's 3, the one that

18  counsel had marked, the sheaf of documents.  It is true of

19  the MSS employees Ms. -- the write-up section 3 justification

20  for Ms. Brownfield is the shortest of all?

21    A    Yes.

22    Q    By a considerable amount, isn't it?

Page 153

1       A    It's a little bit shorter than Bill Gately's,

2    considerably shorter than Wilma Probst, considerably shorter

3    than Holly and David and Gail and Mark and Andrew.

4       **Q    And Gately was just ahead of her in the other**

5    **exhibit, he was the one just above her in the other exhibit**

6    **where --**

7       A    Right.

8       **Q    This is written in non- -- these documents are**

9    **written in paragraph form not in outline form the way Exhibit**

10    **No. 1 is written, correct?**

11      A    Yes.

12      **Q    But it covers the exact same items, but it does it**

13    **in full sentences, correct?  It seems to.  Looking at Pam's,**

14    **the one for Ms. Brownfield, it covers the exact same field**

15    **that the two line, two bullet entry covers, but it covers it**

16    **in full sentences.**

17      A    It does.  And it also makes reference at the end

18    here to participation in a one-day test pilot program with an

19    ASB web training course, research and summarize FDIC's

20    primary business functions and this critical infrastructure

21    plan that you talked about that I don't know what that is,

22    but that was also included in there and the coordination of

Page 154

1    the EEO requests.

2        **Q    But -- right, those are also listed in there,**

3    **correct?**

4        A    Yes.

5        **Q    And it's still considerably shorter than --**

6        A    It's still considerably shorter --

7        **Q    -- what anybody else had really?**

8        A    -- than most of them.

9        **Q    With everything but Mr. Gately?**

10       A    Yeah.  If you go on to the other groups, I see Ms.

11    --

12       **Q    Well, I'm talking about within MSS.**

13       A    Okay.  Yes.

14           MR. SHAPIRO:  Nothing further.

15           MR. JONES:  Nothing further.

16           (Whereupon, at approximately 1:56 p.m., the

17    testimony of PAUL SHERMAN was concluded.)

18                              .  *  *  *  *

19

20

21

22

Page 155

1          I have read the foregoing pages, which are a

2   correct transcript of the answers given by me to the

3   questions therein recorded.

4

5   DEPONENT: _____

6

7       DATE: _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1