**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re: __Pamela A. Brownfield__   v   __Sheila C. Bair, Chairman__

Case No. __1:05-cv-02468-EGS__   Date Taken __March 15, 2007__

Disposition Of: __Paul Sherman__

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 4 | 3 | (A) To | (A) At |
| 4 | 15 | (A) ere | (A) were |
| 6 | 11 | (A) were | (A) we were |
| 6 | 12 | (A) each unit | (A) in each unit |
| 6 | 21 | (A) management support section | (A) Management Support Section |
| 7 | 13 | (A) Staff, picked up | (A) Staff, and picked up |
| 7 | 17 | (A) ha | (A) the |
| 7 | 21 | (A) come | (A) CM |
| 7 | 21 | (A) come | (A) CM |
| 8 | 6 | (Q) management support section | (Q) Management Support Section |
| 10 | 1 | (A) two | (A) tow |
| 10 | 1 | (A) There was | (A) They were |
| 10 | 3 | (A) became | (A) becoming |
| 10 | 17 | (A) as | (A) was |
| 12 | 9 | (A) management support section | (A) Management Support Section |

Deponent Signature: _[signature]_   Date: 5/4/07

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 27-1

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re: **Pamela A. Brownfield**    v    **Sheila C. Bair, Chairman**

Case No. **1:05-cv-02468-EGS**    Date Taken **March 15, 2007**

Disposition Of: **Paul Sherman**

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 14 | 13 | (A) NOA | (A) NOAA |
| 14 | 21 | (A) this was | (A) the |
| 15 | 3 | (Q) NOA? | (Q) NOAA? |
| 15 | 4 | (A) NOA | (A) NOAA |
| 15 | 11 | (Q) NOA? | (Q) NOAA. |
| 15 | 12 | (A) NOA. | (A) NOAA. |
| 15 | 19 | (Q) NOA | (A) NOAA |
| 23 | 10 | (A) it's | (A) its |
| 24 | 12 | (A) are | (A) were |
| 24 | 21 | (A) that | (A) the |
| 27 | 9 | (A) or | (A) to |
| 34 | 18 | (Q) Okay. But….. | (Q) Okay. (A) But….(question is really the answer to pg 37 line 1) |
| 39 | 1 | (A) Mr. Shapiro | (Q) Mr. |
| 40 | 7 | (A) Mm-hmm. | (A) Yes. |
| 40 | 14 | (A) Mm-hmm. | (A) Yes. |

Deponent Signature: [signature]    Date: 5/4/07

2 of 4

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 27-1

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200    Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield          v     Sheila C. Bair, Chairman

Case No.   1:05-cv-02468-EGS         Date Taken   March 15, 2007

Disposition Of:   Paul Sherman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 41 | 3 | (A) inner | (A) inter- |
| 45 | 4 | (A) as | (A) was |
| 46 | 15 | (A) Cook | (A) Cooke |
| 46 | 20 | (A) Kopp | (A) Koepp |
| 47 | 20 | (A) Mm-hmm. | (A) Yes. |
| 48 | 8 | (A) Nickel | (A) Nickle |
| 49 | 2 | (Q) Nickel | (Q) Nickle |
| 49 | 22 | (A) Theresa Balou | (A) Teresa Belew |
| 52 | 15 | (Q) jot | (Q) job |
| 72 | 13 | (A) Look | (A) Lok |
| 89 | 14 | (A) with | (A) an |
| 93 | 5 | (A) and | (A) . And |
| 96 | 20 | (Q) Nickel | (Q) Nickle |
| 97 | 18 | (Q) Nickel | (Q) Nickle |
| 105 | 9 | (A) That's right. | (A) Not necessarily so. If there were more significant contributions, I would have known and other Seniors Managers may have as well. |

Deponent Signature: _[signature]_         Date:  5/4/07

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 27-1

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200     Fax: (202) 296-3468

# ERRATA

In Re:   Pamela A. Brownfield          v     Sheila C. Bair, Chairman

Case No.   1:05-cv-02468-EGS          Date Taken   March 15, 2007

Disposition Of:   Paul Sherman

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 105 | 12 | (A) Yeah. | (A) Not necessarily. As Senior Managers, we had some interaction with the employees as well and had some basis for understanding their contributions. |
| 105 | 18 | (A) It could. | (A) It could, but it's very conceivable that someone else would have recognized that and clarified the reward. |
| 124 | 8 | (A) though | (A) thought |
| 126 | 13 | (A) want | (A) went |
| 128 | 15 | (A) That conceivably | (A) That would conceivably |
| 138 | 8 | (A) were | (A) with |
| 141 | 13 | (A) tract | (A) track |

Deponent Signature: _[signature]_     Date: 5/4/07

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 27-1