UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA A. BROWNFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-02468-EGS |
| ) | |
| SHEILA M. BAIR,[1] ) | |
| Chairman, ) | |
| Federal Deposit Insurance Corporation, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL FILING OF EXHIBITS TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Exhibits 22-1 through 22-5 and Exhibit 23 (performance evaluations) were deleted from the electronic filing of Defendant's Motion for Summary Judgment and related documents on the evening of May 31, 2007, when it was discovered that Plaintiff's social security number had not been redacted from these exhibits. Defendant is now filing redacted copies of these exhibits, and regrets any inconvenience to the Court or opposing counsel.

Respectfully submitted,

/s/ *William S. Jones*

William S. Jones

---

[1] The Complaint, filed on December 20, 2005, and the Amended Complaint, filed on December 1, 2006, named as defendant Martin J. Gruenberg, in his official capacity as Acting Chairman of the FDIC. Sheila C. Bair was sworn in as Chairman of the FDIC on June 26, 2006, and in her official capacity should be substituted for Mr. Gruenberg as the defendant in this case pursuant to Fed. R. Civ. P. 25(d).

        Georgia Bar No. 404288
        Counsel, Legal Division
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive (VS-E6006)
        Arlington, VA 22226
        (703) 562-2362
        (703) 562-2482 (Fax)

        Patricia Davison-Lewis
        D.C. Bar No. 414378
        Counsel, Legal Division
        Federal Deposit Insurance Corporation
        3501 N. Fairfax Drive (VS-E6010)
        Arlington, VA 22226
        (703) 562-2315
        (703) 562-2482 (Fax)


        Attorneys for Defendant


Dated: June 1, 2007