Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

### SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

| POSITION TITLE | PAY PLAN/SERIES/GRADE |
|---|---|
| MANAGEMENT ANALYST | GG  0343  09  11 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DOA | WASHINGTON, DC |

PURPOSE OF EVALUATION   (Check one)

☑ Annual     ☐ Other (specify)

PERFORMANCE EVALUATION PERIOD

| MO. | YR. | MO. | YR. |
|---|---|---|---|
| 09 | 1998 | 08 | 1999 |

PERIOD COVERED BY THIS RATING
—

### SECTION B - ESTABLISHMENT OF PERFORMANCE PLAN

Signature of Employee [signed]     Date 11/10/98

Signature of Rating Official [signed]     Title: Chief, Mgt Analyr Supp. Sec.     Date 11/10/98

### SECTION C - MID-YEAR REVIEW

Signature of Employee [signed]     Date 3/31/99

Signature of Rating Official [signed]     Date 3/31/99

### SECTION D - SUMMARY RATING (Check one)

| O - Outstanding | S - Superior | ☒ FS - Fully Successful | M - Marginal | U - Unacceptabl |
|---|---|---|---|---|

Rating Official Name (Please Print): PAUL K. SHERMAN
Signature [signed]
Title: Chief, Management Analysis + Support Section; MRS; DOA
Date: 10/28/99

Signature of Employee [signed]
Title: management Analyst
Date: 10/28/99

Signature of Reviewing Official [signed] C Peebles
Title: Associate Director, DOA
Date: 11/1/99

FDIC 2430/04R (9-97) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22-2

163

Federal Deposit Insurance Corporation
Performance Management Program
# PERFORMANCE PLAN AND SUMMARY RATING
## GENERIC SPECIALISTS
### (INSTRUCTIONS)

Performance management is an ongoing process that consists of performance planning, periodic review, and evaluation. This form should be used as a communication tool and formal written document to assure mutual understanding of what is expected and how well expectations are being met. Additional guidance on the FDIC Performance Management Program is provided in FDIC Circular 2430.1.

**AT THE BEGINNING OF THE EVALUATION PERIOD:**

*1. Performance Planning:* Review the performance plan within 30 calendar days of the start of the evaluation period (or start of new position). Discuss "Results Achievement" (Performance Criteria/Expectations (Section E) and "Job Behaviors" (Section F)). Discuss the performance management process and cycle.

*2. Sign and Date:* The Rating Official and employee in Section B, page 1, to signify that a performance plan has been established.

**AT THE MID-POINT OF THE EVALUATION PERIOD:**

*1. Progress Review:* Discuss progress to date on the performance plan (and specific organizational objectives, etc.). Modify the plan, if necessary, to reflect changes.

*2. Sign and Date:* The Rating Official and employee in Section C, page 1, to signify that the mid-year review has been conducted. (No ratings required at mid-year.

**THROUGHOUT THE EVALUATION PERIOD:** Ongoing regular feedback between rating official and employee is encouraged.

**AT THE END OF THE EVALUATION PERIOD:**

*1. Year-End Review:* Evaluate actual performance/behavior against expectations established in the performance plan (Sections E and F, respectively).* Assign a numerical rating of 1, 2, or 3 to each performance criterion/job behavior, using the scale below.

   3 - Exceeds Expectations          2 - Meets Expectations          1 - Below Expectations

In addition, criteria/behaviors rated at levels 1 and 3 must have sufficient justification, including specific examples of performance to support the rating.

*2. Summary Rating:* Follow instructions in Section G to determine a numerical rating and convert that rating to one of the following five "Summary Rating" levels:

   O - Outstanding     S - Superior     FS - Fully Successful     M - Marginal     U - Unacceptable

*3. Developmental Planning:* Identify strengths, areas which need improvement, and training/experience that would make the employee more valuable.

*4. Reviewing Official's Comments:* Provide written comments in Section I, Part I.

*5. Employee's Comments:* Provide written comments in Section I, Part II.

*6. Sign and Date:* Rating Official and employee in Section D, page 1, to signify that the year-end review/evaluation has been completed.

*7. Plan:* Establish a new performance plan for the next evaluation period.

| RATING SCALE - Use the following scale for Section E, Results Achievement, and Section F, Job Behaviors. Assign the rating number that most accurately describes the employee's actual performance. | | |
|---|---|---|
| 3. Exceeds Expectations | 2. Meets Expectations | 1. Below Expectations |
| Consistently exceeds the criteria/expectations and behaviors of the performance plan. Makes significant contributions beyond Level 2 expectations. | Consistently meets the criteria/expectations and behaviors of the performance plan. | Performance is consistently below the criteria/expectations and behaviors of the performance plan. May occasionally meet expectations, but improved performance is necessary. |

| SUMMARY RATING - Individual ratings for each performance criterion and job behavior are totaled, and an overall numerical rating is determined. The numerical rating is then converted to one of the following summary ratings. The summary rating is the Rating of Record. | | | | |
|---|---|---|---|---|
| O - Outstanding | S - Superior | FS - Fully Successful | M - Marginal | U - Unacceptable |
| Performance of the highest quality. | Performance above expected quality and quantity; commendable. | Performance of expected quantity and quality. | Performance that needs improvement to meet Fully Successful level. | Performance that does not meet established minimum standards. |

*NOTE: There may be duplication of criteria for "Results Achievement" and "Job Behaviors" in some occupations or job families. When this occurs, rate the criterion in the "Results Achievement" section only, and mark the same criterion "X" in the "Job Behaviors" section.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22
164

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION E: RESULTS ACHIEVEMENT**

EMPLOYEE NAME *(Last, First, MI)*
BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER
Redacted

PERFORMANCE CRITERIA/EXPECTATIONS

A.  Analytical/Technical Skills

Demonstration of the technical knowledge necessary to perform the duties of the position.

   Meets Expectations - Level 2

Effectively applies technical knowledge. Organizes and develops data to draw sound, logical conclusions. Identifies potential and actual problems. Seeks guidance in unusual circumstances.

Demonstrates up-to-date knowledge of relevant laws, regulations, and policies.

Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise.

   Exceeds Expectations - Level 3

   Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Demonstrates advanced or innovative analytical skills.

Consistently demonstrates in-depth technical knowledge of a wide range of laws, regulations, and policies and the ability to analyze and evaluate various technical documents. Readily shares this knowledge with others to contribute to the improvement of their technical skills.

Applies technical knowledge effectively and independently, even in unusual or complex assignments. Requires minimal guidance from supervisor.

Analyzes pertinent issues quickly and arrives at decisions independently. Conclusions reflect technically sound judgement.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING **2**

RATING OFFICIAL'S COMMENTS *(If additional space is needed, attach a separate sheet.)*

During this rating period, Ms. Brownfield was promoted from a Management Analyst CG-9 to a Management Analyst CG-11. She has handled the increased level of technical/analytical responsibilities very well. She has received several project assignments with greater complexity (e.g., several, increasingly complex, reorganization proposals), and has done a very solid job of assessing these projects and framing relevant issues. Also, she has gotten increased exposure to various DOA operational areas through her involvement in the Customer Service Standards reporting processing and the Administrative Compliance Review process. As a result, she has been successful in broadening her technical base, and preparing herself for increasingly complex assignments.

Federal Deposit Insurance Corporation
Performance Management Program
**PERFORMANCE PLAN AND SUMMARY RATING**
**GENERIC SPECIALISTS**

**SECTION E - RESULTS ACHIEVEMENT**

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER

Redacted

**PERFORMANCE CRITERIA/EXPECTATIONS**

B.  Productivity and Timeliness

This element measures productivity and success in managing assigned workload through effective utilization of time.

　　Meets Expectations - Level 2

Effectively handles assignments and responsibilities, and properly determines priorities. Responds to changing priorities and circumstances affecting assigned work.

Work assignments are completed within established time frames.

Alerts supervisors to significant developments and potential problems in completing assignments.

　　Exceeds Expectations - Level 3

　　Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Generates quality products in less than normal time frames. Anticipates and consistently addresses problems and changing priorities and circumstances that affect assigned work.

Demonstrates an ability to complete assignments while handling difficult and unpredictable problems.

Simultaneously performs multiple assignments without affecting the quality, quantity, or timeliness of completed tasks.

　　Below Expectations - Level 1

　　Fails to meet Level 2 expectations.

RATING: 2

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

To the extent that she has direct control of the "inputs" required to complete a project, Ms. Brownfield consistently delivers her assignments in a timely manner. In circumstances where she is reliant on other parties for the "inputs" necessary to complete a project, she is becoming increasingly accomplished at applying the "gentle persuasion" necessary to receive and process the various sources of input in a similarly timely manner. In terms of productivity, Ms. Brownfield routinely delivers quality work products as required.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

C.  Oral Communication

Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner. Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.

   Meets Expectations - Level 2

Speaks to others in a clear, concise, informative, and well-organized manner.

Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues.

Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter.

Listens well and respects differing opinions.

Expresses differing opinions in a manner that contributes to constructive resolution of issues.

   Exceeds Expectations - Level 3

   Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Demonstrates an exceptional ability to convey thoughts, conclusions, and recommendations that elicit positive responses from others.

Effectively communicates in a calm and professional manner in situations involving higher than normal pressure, adversarial circumstances, complex subject matter, or higher level Corporation personnel or external contacts.

Makes informative, professional, and well-received presentations, even on sensitive topics. Can quickly organize thoughts and respond to difficult questions in an articulate, persuasive manner.

Actively participates in discussions and meetings by presenting ideas or providing substantive suggestions.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING: **3**

**RATING OFFICIAL'S COMMENTS** (If additional space is needed, attach a separate sheet.)

Ms. Brownfield is a very effective verbal communicator. She has rich, clear speaking voice, and the capacity to think well "on her feet". For someone at her grade level, she is a very accomplished communicator, as demonstrated in her presentations at ACR exit conferences and in her dealings with her audit contacts. She is a frequent contibutor at staff meetings, and communicates very well with other members of the MRS staff.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION E: RESULTS ACHIEVEMENT**

EMPLOYEE NAME *(Last, First, MI)*  
BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER  
Redacted

**PERFORMANCE CRITERIA/EXPECTATIONS**

D. Written Communication Skills

Quality and effectiveness of written products.

    Meets Expectations - Level 2

Written work is clear, concise, well organized, thoroughly researched and effectively presented.

Written products are neat, properly formatted, grammatically correct, and require only minimal editing.

    Exceeds Expectations - Level 3

Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Consistently produces written products that cover the subject thoroughly, are well organized, and contain factual information.

Written work is of highest quality appropriate for intended audience and rarely needs editing regardless of the complexity of the subject matter.

    Below Expectations - Level 1

    Fails to meet Level 2 expectations.

RATING: **2**

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

As she expands her experience in the management analysis field, Ms. Brownfield is refining her writing skills at a very admirable pace. The summary documents that she has prepared for reorganization proposals are clear, concise, and on point. In conjunction with her reviews of reorganization proposals, she is gaining exposure to increasingly complex projects, and is meeting the challenge of preparing more complex project write-ups. Also, she is learning to draft concise, focused summaries of her analysis of customer service standard trends and variances.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

E. Organizational/Administrative Skills

Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources.

    Meets Expectations - Level 2

Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments.

Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances.

    Exceeds Expectations - Level 3

    Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Identifies measures that improve efficiency or effectiveness of work activities. Takes the necessary steps to implement or communicate these measures to appropriate individuals. At all times, communicates support for the Corporation's policies and management.

Anticipates issues, problems and impact. Plans effectively to prevent problems or delays. On occasion, planning results in cost savings.

    Below Expectations - Level 1

    Fails to meet Level 2 expectations.

**RATING** | 3 |

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

Ms. Brownfield is very accomplished at conducting her work assignments in an organized, orderly manner. She has extensive computer skills, and maintains a very effective personal filing system (allowing her to retrieve projects on demand). She is DOA's "hands on" person for maintaining records of audit findings, the status of COPS projects, and the status of customer service, and handles these duties in a professional, effective manner.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

A. Teamwork

Performs related job duties and/or assists others; uses effective interpersonal styles and methods toward task accomplishments; communicates information to others in a timely fashion; cooperates with others.

   Meets Expectations - Level 2

Cooperates with others and is responsive to organizational needs. Voluntarily performs related tasks.

   Exceeds Expectations - Level 3

Anticipates impediments to organizational needs and works with others to resolve them. Readily volunteers to perform extra tasks; promotes esprit de corps.

   Below Expectations - Level 1

Fails to assist others; rarely takes initiative to perform related tasks as needed; has difficulty working as a team member.

**RATING** | 3 |

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

Ms. Brownfield is a productive member of the MRS team. She works well in group studies (e.g., her participation in two budget estimation studies), and gets along well with other members of the MRS staff. She readily accepts a large share of office-related ancillary duties (e.g., time and attendance audits, CFC key worker, back-up phone coverage), and willingly assists other staff members on overlapping projects (annual performance planning overlaps with customer service standards and COPS).

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

B. Concern for Improvement

Works to increase the effectiveness of work processes, systems, or procedures in order to increase efficiency, quality, or productivity; gathers data and information in order to anticipate requirements or changing objectives.

  Meets Expectations - Level 2

Makes suggestions on how to improve group processes; keeps track of new developments in field that can enhance unit productivity; occasionally makes improvements in existing systems; maintains ongoing contact with team members to keep informed and to identify potential problems.

  Exceeds Expectations - Level 3

Keeps abreast of broad developments in field; develops standard operating procedures that promote continuous-improvement efforts; stays on the cutting edge of emerging applications, technologies, etc. that may enhance team or organizational effectiveness.

  Below Expectations - Level 1

Does not make suggestions on how to improve work processes or solicit input from others; relies on own perceptions or outdated knowledge or technologies to perform work or solve problems; complains about systems and procedures without offering improvement suggestions.

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*   **RATING** 3

Ms. Brownfield continues to take advantage of opportunities to refine her management analysis skills. She has eagerly accepted several new reorganization analysis assignments, and has handled these new duties well. In addition, she continues to work with a senior analyst from the staff on audit related matters, has participated on two budget review teams, and was a participant in an Administrative Compliance Review (ACR). These expanded duties have exposed her to new facets of MRS's activities, and have evidenced her commitment to developing her analysis skills.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F: JOB BEHAVIORS**

EMPLOYEE NAME *(Last, First, MI)*
BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER
Redacted

**BEHAVIORS CRITERIA/EXPECTATIONS**

C. Interpersonal Skills

Is sensitive to and behaves in ways which reflect the needs, feelings, and capabilities of others, including coworkers and customers; takes time to listen, understand, and respond to the feelings of others; behaves in ways that reduce interpersonal tensions and promote cooperative actions; deals effectively with others regardless of status, position, or differences.

   Meets Expectations - Level 2

Listens and attempts to understand and respond to the needs of others; establishes rapport; establishes working relationships with people of different backgrounds; deals with conflict tactfully.

   Exceeds Expectations - Level 3

Establishes mutual feelings of trust and respect with others; takes personal responsibility for following through on requests; goes out of way to understand the needs of others and puts people at ease; values others' ideas and viewpoints; assists others in mediating disputes.

   Below Expectations - Level 1

Ridicules or demeans persons who ask for help; is insensitive in response to complaints or requests; may initiate confrontations; fails to adjust approach to the situation.

RATING: 3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

Ms. Brownfield has very strong interpersonal skills. She has an engaging personality, and takes the time to nurture positive relationships with her co-workers and employees at all levels of the Corporation. She has developed strong liaisons with her contacts in the customer service standard and COPS reporting processes, and has begun to expand her interdepartmental contacts via the reorganization analysis process.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

D. Oral Communication

Effectively presents and expresses information orally so that others will understand; suitable use of voice inflection, grammar, and vocabulary; explains technical information to a variety of audiences logically and without ambiguity.

   Meets Expectations - Level 2

Explains policies and procedures clearly and definitively; asks questions to ensure understanding; uses correct grammar and vocabulary while communicating with others.

   Exceeds Expectations - Level 3

Asks questions to ensure listener understanding; clearly explains new and complex information to others outside office/division; demonstrates tact under duress or difficult situations.

   Below Expectations - Level 1

Unprofessional when speaking; is not concise when presenting ideas; uses incorrect vocabulary.

RATING [ X ]

**RATING OFFICIAL'S COMMENTS** (If additional space is needed, attach a separate sheet.)

**Federal Deposit Insurance Corporation**
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

### SECTION F: JOB BEHAVIORS

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

E.  Problem Solving and Decision Making

Identifies, assimilates, and evaluates critical elements of a problem situation; identifies and interprets the implications of alternative courses of action; applies technical knowledge to reach conclusions and solve problems.

   Meets Expectations - Level 2

Anticipates problems with decisions by developing contingency plans; identifies and evaluates alternatives to courses of action; gathers information from multiple sources and makes decisions that are consistent with FDIC policies; knows when enough information has been gathered to make a decision; uses technical skills to solve problems in different contexts.

   Exceeds Expectations - Level 3

Systematically and critically weighs the positive and negative aspects for several options or alternatives; identifies whole problem and separates problem symptoms and causes; carefully outlines the pros and cons of alternative courses of action and considers impact on others, unit, and organization.

   Below Expectations - Level 1

Jumps to conclusions without having all the facts or identifying viable alternatives; fails to consider the total situation when examining alternatives or conducting analyses; fails to consider implications of decisions; has difficulty applying technical skills to novel problems.

RATING | 2

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

Through her involvement in the reorganization analysis and the ACR processes, Ms. Brownfield has significantly improved her issue recognition skills, and is becoming proficient at developing recommendations to address these issues. As she assumes more complex analysis assignments, and generally gains more experience in the management analysis field, it is expected that her problem solving skills will continue to improve and that she will be able handle projects with greater independence.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

F.  Initiative

Sets own goals; takes action to achieve goals, and facilitates the effective functioning of the unit or organization; volunteers for difficult or unwanted tasks; assumes responsibility, and makes certain unit, project, team, etc. function smoothly.

  Meets Expectations - Level 2

Takes independent action; performs regular duties and picks up extra tasks when short-handed; volunteers to take on added challenges; attempts to solve problems before seeking help of supervisors.

  Exceeds Expectations - Level 3

Takes action to get the job done on time with highest possible quality; looks for and sometimes finds better ways to do a job; anticipates problems or needs and responds proactively.

  Below Expectations - Level 1

Rarely, if ever, volunteers to perform tasks outside of required duties; needs supervision to complete tasks in a timely manner; fails to seek ways to improve work processes or procedures.

**RATING** 3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

Judging from her willingness to take on new, more complex, assignments, it is apparent that Ms. Brownfield has the initiative to continue to develop into a very productive management analyst. She realizes that, as a relatively inexperienced analyst, she needs a wide assortment of developmental assignments to broaden and sharpen her skill set. She willingly accepts a "mentee" role on new assignments (e.g., the budget estimation studies), and is very open to learning from other, more experienced, analysts.

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

G. Organization and Planning

Establishes and pursues short- and long-term strategies for self and others to accomplish results; establishes objectives, schedules, and priorities; proactive rather than reactive.

  Meets Expectations - Level 2

Plans for future problems and develops contingency plans; keeps materials in order so they can be quickly retrieved; makes sure necessary resources are available for projects; usually meets deadlines and prioritizes tasks.

  Exceeds Expectations - Level 3

Establishes short- and long-term goals; effectively prioritizes all work; meets deadlines without deviating from policies and procedures; structures projects to maximize use of personnel and resources.

  Below Expectations - Level 1

Makes reactive or last-minute decisions; does not consider available resources when planning and, therefore, often does not have necessary resources; is non-responsive to telephone calls; is late for meetings; operates on last-minute deadlines.

**RATING** 3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, attach a separate sheet.)*

One of the keys to Ms. Brownfield's steady development as a management analyst is the fact that she has good organizational and planning skills. She maintains her work projects in a well-ordered manner, and is able to report back to management on the status of her projects with relative ease. Her written products evidence prior planning, and reflect an organized thought pattern. In general, her organization and planning skills are excellent for someone at her stage of development in a professional series.

Federal Deposit Insurance Corporation
Performance Management Program
# PERFORMANCE PLAN AND SUMMARY RATING
## GENERIC SPECIALISTS

**SECTION G - SUMMARY RATING DETERMINATION**

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

1. Enter the rating for the performance criteria and job behaviors. Total the number of criteria/behaviors and enter in "No. Rated." Total ratings for each and enter in "Score."

| | Performance Criteria | Rating | | Job Behavior | Rating |
|---|---|---|---|---|---|
| A. | Analytical/Technical Skills | 2 | A. | Teamwork | 3 |
| B. | Productivity and Timeliness | 2 | B. | Concern for Improvement | 3 |
| C. | Oral Communication | 3 | C. | Interpersonal Skills | 3 |
| D. | Written Communication Skills | 2 | D. | Oral Communication | X |
| E. | Organizational/Administrative Skills | 3 | E. | Problem Solving and Decision Making | 2 |
| F. | | | F. | Initiative | 3 |
| G. | | | G. | Organization and Planning | 3 |
| H. | | | H. | | |
| I. | | | I. | | |
| | No. Rated  5 | Score: 12 | | No. Rated  6 | Score: 17 |

2. Determine the Numerical Rating. Divide the "Score" by the "No.Rated" to compute the "Average Rating." Multiply the "Average Rating" by the "Weight" to determine the "Combined Rating." Add the combined Performance Criteria and Behavior ratings to obtain the "Numerical rating." Enter the "Numerical Rating" in the space provided below.

| | Score | ÷ | No. of Criteria | = | Average Rating | x | Weight | = | Combined Rating |
|---|---|---|---|---|---|---|---|---|---|
| Criteria | 12 | ÷ | 5 | = | 2.4 | x | 70% | = | 1.68 |
| Behavior | 17 | ÷ | 6 | = | 2.83 | x | 30% | = | 0.85 |
| | | | | | | | Numerical Rating | | 2.5 |

3. Determine the Summary Rating. Use the Conversion Chart below to determine the Summary Rating, and enter the letter for the Summary Rating (O, S, FS, M, or U) in the space provided. Also check the appropriate box in Section D, page 1, to document the Summary Rating.

| CONVERSION CHART | |
|---|---|
| NUMERICAL RATING | SUMMARY RATING |
| 2.8 - 3.0 | O: Outstanding |
| 2.6 - 2.7 | S: Superior |
| 2.0 - 2.5 | FS: Fully Successful |
| 1.6 - 1.9 | M: Marginal* |
| 1.0 - 1.5 | U: Unacceptable** |

\* Needs Improvement. Counseling Recommended. Two consecutive "Marginal" summary ratings require a Performance Improvement Plan (PIP).
\*\* PIP Required.                                Summary Rating    FS

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION H - DEVELOPMENT PLANNING**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PART I** - What does this employee do especially well?

In her two years as a management analyst, Ms. Brownfield has certainly demonstrated the capability to become a very capable, well-rounded management analyst. Her communication skills, her knowledge of the FDIC organization, her organizational skills, and her willingness to expand her horizons are among her strongest assets.

**PART II** - In what area(s) does this employee need to improve?

In order to reach the fully-functioning, journeyman management analyst level, Ms. Brownfield needs to continue to execute a wide variety of increasingly complex developmental assignments, and generally gain more experience in the full range of management analysis activities.

**PART III** - What added training or experience would make this employee more valuable?

MRS management will continue to look for developmental opportunities and progressively complex, diverse assignments to assist in Ms. Brownfield's professional development. In addition, she will be strongly encouraged to take additional training in the management analysis area -- both general overview courses and more specialized areas (e.g., survey taking, data gathering, persuasive writing techniques, statistical analysis).

Federal Deposit Insurance Corporation
Performance Management Program
## PERFORMANCE PLAN AND SUMMARY RATING
### GENERIC SPECIALISTS

**SECTION I - COMMENTS**

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER

Redacted

**PART I - REVIEWING OFFICIAL'S COMMENTS**  *(Results Achievement and Job Behavior)*

[blank]

**PART II - EMPLOYEE'S COMMENTS**  *(Including Training Issues)*

I have been wonderfully challenged with new responsibilities during the past year. In particular I found reviewing reorganization proposals to be very gratifying work. Not only did I meet and work with employees from other FDIC organizations, but I learned more about the business performed within those divisions and offices. In the coming year I hope to sharpen my analytical skills through more in depth work assignments and advanced management analysis training.