### Federal Deposit Insurance Corporation
### Performance Management Program
## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION A - EMPLOYEE INFORMATION**

| EMPLOYEE NAME (Last,First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

| POSITION TITLE | PAY PLAN/SERIES/GRADE |
|---|---|
| MANAGEMENT ANALYST | CG   0343   12 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DOA | WASHINGTON, DC |

**PURPOSE OF EVALUATION** *(Check one)*

☑ Annual   ☐ Other (specify)

PERFORMANCE EVALUATION PERIOD

| MO. | YR. | MO. | YR. |
|---|---|---|---|
| 09 | 1999 | 08 | 2000 |

PERIOD COVERED BY THIS RATING
—

**SECTION B - ESTABLISHMENT OF PERFORMANCE PLAN**

| Signature of Employee | | Date |
|---|---|---|
| Signature of Rating Official | Title | Date |

**SECTION C - MID-YEAR REVIEW**

| Signature of Employee | Date | Signature of Rating Official | Date |
|---|---|---|---|

**SECTION D - YEAR END REVIEW** | **SUMMARY NUMERIC SCORE** | **2.6**

| Rating Official Name (Please Print) PAUL K. SHERMAN Signature | Title Assistant Director Management Review Staff | Date 10/31/00 |
|---|---|---|
| Signature of Employee | | Date 10/31/00 |
| Signature of Reviewing Official | Title Deputy Director DOA | Date 10/31/00 |

FDIC 2430/04R (05-00) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22-3

Federal Deposit Insurance Corporation

Performance Management Program

**PERFORMANCE PLAN AND SUMMARY RATING**

GENERIC SPECIALISTS

### SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

| POSITION TITLE | PAY PLAN/SERIES/GRADE |
|---|---|
| MANAGEMENT ANALYST | CG   0343   11 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DOA | WASHINGTON, DC |

| PURPOSE OF EVALUATION   *(Check one)* | PERFORMANCE EVALUATION PERIOD |
|---|---|

| | MO. | YR. | MO. | YR. |
|---|---|---|---|---|
| | 09 | 1999 | 08 | 2000 |

☑ Annual    ☐ Other (specify)

| PERIOD COVERED BY THIS RATING |
|---|
| — |

### SECTION B - ESTABLISHMENT OF PERFORMANCE PLAN

| Signature of Employee | | Date 11/3/99 |
|---|---|---|
| Signature of Rating Official | Title Chief Mgmt Analyst + Support Section | Date 11-3-99 |

### SECTION C - MID-YEAR REVIEW

| Signature of Employee | Date 4/19/00 | Signature of Rating Official | Date 4/19/00 |
|---|---|---|---|

### SECTION D - SUMMARY RATING (Check one)

| O - Outstanding | S - Superior | FS - Fully Successful | M - Marginal | U - Unacceptable |
|---|---|---|---|---|
| Rating Official Name (Please Print) | | Title | | Date |
| Signature | | | | |
| Signature of Employee | | | | Date |
| Signature of Reviewing Official | | Title | | Date |

FDIC 2430/04R (8-98)  Page 1

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

*(INSTRUCTIONS)*

---

Performance management is an ongoing process that consists of performance planning, periodic review, and evaluation. This form should be used as a communication tool and formal written document to assure mutual understanding of what is expected and how well expectations are being met. Additional guidance on the FDIC Performance Management Program is provided in FDIC Circular 2430.1.

---

**AT THE BEGINNING OF THE EVALUATION PERIOD:**

*1. Performance Planning:*    Review the performance plan within 30 calendar days of the start of the evaluation period (or start of new position). Discuss "Results Achievement" (Performance Criteria/Expectations (Section E) and "Job Behaviors" (Section F)). Discuss the performance management process and cycle.

*2. Sign and Date:*    The Rating Official and employee in Section B, page 1, to signify that a performance plan has been established.

**AT THE MID-POINT OF THE EVALUATION PERIOD:**

*1. Progress Review:*    Discuss progress to date on the performance plan (and specific organizational objectives, etc.). Modify the plan, if necessary, to reflect changes.

*2. Sign and Date:*    The Rating Official and employee in Section C, page 1, to signify that the mid-year review has been conducted. (No ratings required at mid-year).

**THROUGHOUT THE EVALUATION PERIOD:** Ongoing regular feedback between rating official and employee is encouraged.

**AT THE END OF THE EVALUATION PERIOD:**

*1. Year-End Review:*    Evaluate actual performance/behavior against expectations established in the performance plan (Sections E and F, respectively).* Assign a numerical rating of 1, 2, or 3 to each performance criterion/job behavior, using the scale below.

| 3 - Exceeds Expectations | 2 - Meets Expectations | 1 - Below Expectations |
|---|---|---|

| RATING SCALE - Use the following scale for Section E, Results Achievement, and Section F, Job Behaviors. Assign the rating number that most accurately describes the employee's actual performance. | | |
|---|---|---|
| **3.  Exceeds Expectations** | **2.  Meets Expectations** | **1.  Below Expectations** |
| Consistently exceeds the criteria/expectations and behaviors of the performance plan. Makes significant contributions beyond Level 2 expectations. | Consistently meets the criteria/expectations and behaviors of the performance plan. | Performance is consistently below the criteria/expectations and behaviors of the performance plan. May occasionally meet expectations, but improved performance is necessary. |

In addition, criteria/behaviors rated at levels 1 and 3 must have sufficient justification, including specific examples of performance to support the rating.

*2. Summary Numeric Score:*    Follow the instructions in section G, Year-End Review, to determine the Summary Numeric Score.

*3. Developmental Planning:*    Identify strengths, areas which need improvement, and training/experience that would make the employee more valuable.

*4. Reviewing Official's Comments:*    Provide written comments in Section I, Part I.

*5. Employee's Comments:*  Provide written comments in Section I, Part II.

*6. Sign and Date:*    Rating Official and employee in Section D, page 1, to signify that the year-end review/evaluation has been completed.

*7. Plan:*    Establish a new performance plan for the next evaluation period.

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 22-3**

149

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION I: RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

A.    Analytical/Technical Skills

Demonstration of the technical knowledge necessary to perform the duties of the position.

Meets Expectations - Level 2

Effectively applies technical knowledge.  Organizes and develops data to draw sound, logical conclusions.  Identifies potential and actual problems.  Seeks guidance in unusual circumstances.

Demonstrates up-to-date knowledge of relevant laws, regulations, and policies.

Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise.

Exceeds Expectations - Level 3

Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Demonstrates advanced or innovative analytical skills.

Consistently demonstrates in-depth technical knowledge of a wide range of laws, regulations, and policies and the ability to analyze and evaluate various technical documents.  Readily shares this knowledge with others to contribute to the improvement of their technical skills.

Applies technical knowledge effectively and independently, even in unusual or complex assignments.  Requires minimal guidance from supervisor.

Analyzes pertinent issues quickly and arrives at decisions independently.  Conclusions reflect technically sound judgement.

Below Expectations - Level 1

Fails to meet Level 2 expectations.

RATING    2

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

As Ms. Brownfield assumes additional responsibilities on the DOA Management Review Staff, her analytical and technical skills continue to get broader and stronger.  Her participation in the revision of the PSB internal control program required extensive analysis skill, and exposed her to a full range of human resources operations.  Also, her new responsibilities in coordinating DOA internal control activities has required her to analyze testing results in all DOA functional areas, and has greatly expanded her exposure to DOA operations.

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 22-3**

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

B.   Productivity and Timeliness

This element measures productivity and success in managing assigned workload through effective utilization of time.

Meets Expectations - Level 2

Effectively handles assignments and responsibilities, and properly determines priorities.  Responds to changing priorities and circumstances affecting assigned work.

Work assignments are completed within established time frames.

Alerts supervisors to significant developments and potential problems in completing assignments.

Exceeds Expectations - Level 3

Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Generates quality products in less than normal time frames.  Anticipates and consistently addresses problems and changing priorities and circumstances that affect assigned work.

Demonstrates an ability to complete assignments while handling difficult and unpredictable problems.

Simultaneously performs multiple assignments without affecting the quality, quantity, or timeliness of completed tasks.

Below Expectations - Level 1

Fails to meet Level 2 expectations.

RATING   | 2 |

**RATING OFFICIAL'S COMMENTS**  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield does a good job of balancing her work responsibilities, and determining effective priorities.  She has quickly become adept at reviewing and assessing internal control testing results, and forwarding these results to responsible Accountability Unit Heads. Also, she generally assembles quarterly Customer Service Standards reports and Customer Advisory Committee minutes in a reasonable time frame, and provides quality products.  She has been particularly impressive in handling a series of reorganization proposal reviews, and turning these analysis projects around within established time frames.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22-3

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER

Redacte

PERFORMANCE CRITERIA/EXPECTATIONS

C.   Oral Communication

Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner.  Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.

   Meets Expectations - Level 2

Speaks to others in a clear, concise, informative, and well-organized manner.

Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues.

Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter.

Listens well and respects differing opinions.

Expresses differing opinions in a manner that contributes to constructive resolution of issues.

   Exceeds Expectations - Level 3

   Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Demonstrates an exceptional ability to convey thoughts, conclusions, and recommendations that elicit positive responses from others.

Effectively communicates in a calm and professional manner in situations involving higher than normal pressure, adversarial circumstances, complex subject matter, or higher level Corporation personnel or external contacts.

Makes informative, professional, and well-received presentations, even on sensitive topics.  Can quickly organize thoughts and respond to difficult questions in an articulate, persuasive manner.

Actively participates in discussions and meetings by presenting ideas or providing substantive suggestions.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING   | 3 |

RATING OFFICIAL'S COMMENTS *(If additional space is needed, complete and attach form FDIC 2430/O4Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield has very effective oral communication skills.  She is an active participant in MRS staff meetings, and contributed valuable oral input throughout the project to revise the personnel internal control program.  In addition, Ms. Brownfield maintains a network of contacts for customer service reporting, and through her communications, keeps this network productive and timely with their reporting requirement.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

SECTION E - RESULTS ACHIEVEMENT

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

PERFORMANCE CRITERIA/EXPECTATIONS

D.   Written Communication Skills

Quality and effectiveness of written products.

   Meets Expectations - Level 2

Written work is clear, concise, well organized, thoroughly researched and effectively presented.

Written products are neat, properly formatted, grammatically correct, and require only minimal editing.

   Exceeds Expectations - Level 3

Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Consistently produces written products that cover the subject thoroughly, are well organized, and contain factual information.

Written work is of highest quality appropriate for intended audience and rarely needs editing regardless of the complexity of the subject matter.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING   | 2 |

RATING OFFICIAL'S COMMENTS *(If additional space is needed, complete and attach form FDIC 2430/O4Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield has demonstrated strong writing skills.  Her summaries of FDIC reorganization proposals, Customer Advisory Committee minutes, and analysis of customer service standards reporting trends are all well done and routinely disseminated to DOA management for informational and decision-making purposes.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

GENERIC SPECIALISTS

SECTION E - RESULTS ACHIEVEMENT

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

PERFORMANCE CRITERIA/EXPECTATIONS

---

E.   Organizational/Administrative Skills

Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources.

   Meets Expectations - Level 2

Effectively establishes the scope of a project or assignment.  Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments.

Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances.

   Exceeds Expectations - Level 3

   Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Identifies measures that improve efficiency or effectiveness of work activities.  Takes the necessary steps to implement or communicate these measures to appropriate individuals.  At all times, communicates support for the Corporation's policies and management.

Anticipates issues, problems and impact.  Plans effectively to prevent problems or delays.  On occasion, planning results in cost savings.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

---

RATING   | 3 |

RATING OFFICIAL'S COMMENTS  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield has effective organizational and analytical skills.  She plans her projects up front, and executes her responsibilities in an orderly manner.  She receives extensive input of customer service standard compliance from nine different sources, and effectively weaves this input into a cohesive, informative report.  Also, she coordinates the agenda for Customer Advisory Committee meetings in an orderly, efficient manner.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

A.    Teamwork

Performs related job duties and/or assists others; uses effective interpersonal styles and methods toward task accomplishments; communicates information to others in a timely fashion; cooperates with others.

Meets Expectations - Level 2

Cooperates with others and is responsive to organizational needs.  Voluntarily performs related tasks.

Exceeds Expectations - Level 3

Anticipates impediments to organizational needs and works with others to resolve them.  Readily volunteers to perform extra tasks; promotes esprit de corps.

Below Expectations - Level 1

Fails to assist others; rarely takes initiative to perform related tasks as needed; has difficulty working as a team member.

RATING   **3**

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/O4Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is very concerned about being an integral part of the MRS team.  She is quick to volunteer to help her fellow analysts in their projects, and was very willing to assume new responsibilities last year (i.e., internal controls support and Customer Advisory Council coordinator) in order to better serve the organization.  Also, Ms. Brownfield is extremely congenial and helps promote a productive work environment through her positive attitude.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

BEHAVIORS CRITERIA/EXPECTATIONS

B.    Concern for Improvement

Works to increase the effectiveness of work processes, systems, or procedures in order to increase efficiency, quality, or productivity; gathers data and information in order to anticipate requirements or changing objectives.

    Meets Expectations - Level 2

Makes suggestions on how to improve group processes; keeps track of new developments in field that can enhance unit productivity; occasionally makes improvements in existing systems; maintains ongoing contact with team members to keep informed and to identify potential problems.

    Exceeds Expectations - Level 3

Keeps abreast of broad developments in field; develops standard operating procedures that promote continuous-improvement efforts; stays on the cutting edge of emerging applications, technologies, etc. that may enhance team or organizational effectiveness.

    Below Expectations - Level 1

Does not make suggestions on how to improve work processes or solicit input from others; relies on own perceptions or outdated knowledge or technologies to perform work or solve problems; complains about systems and procedures without offering improvement suggestions.

RATING    3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is very concerned with the ongoing development and refinement of her skill set. During the rating cycle, she was promoted to the CG-12 level, and received several new areas of responsibility. Her assumption of responsibilities in the DOA internal control program was the most significant step forward in terms of overall complexity and breadth of scope. Ms. Brownfield welcomed this opportunity, and has applied herself to these new responsibilities in a most productive manner.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION F. JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

BEHAVIORS CRITERIA/EXPECTATIONS

C.    Problem Solving and Decision Making

Identifies, assimilates, and evaluates critical elements of a problem situation; identifies and interprets the implications of alternative courses of action; applies technical knowledge to reach conclusions and solve problems.

Meets Expectations - Level 2

Anticipates problems with decisions by developing contingency plans; identifies and evaluates alternatives to courses of action; gathers information from multiple sources and makes decisions that are consistent with FDIC policies; knows when enough information has been gathered to make a decision; uses technical skills to solve problems in different contexts.

Exceeds Expectations - Level 3

Systematically and critically weighs the positive and negative aspects for several options or alternatives; identifies whole problem and separates problem symptoms and causes; carefully outlines the pros and cons of alternative courses of action and considers impact on others, unit, and organization.

Below Expectations - Level 1

Jumps to conclusions without having all the facts or identifying viable alternatives; fails to consider the total situation when examining alternatives or conducting analyses; fails to consider implications of decisions; has difficulty applying technical skills to novel problems.

RATING | 3

RATING OFFICIAL'S COMMENTS *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield continues to make considerable strides in solving day-to-day problems and making effective decisions.  In handling the Customer Advisory Committee agenda, she is forced to make certain decisions on whether a topic is ripe for discussion or whether to invite certain non-member parties.  As she becomes more familiar with the workings of the Committee, her effective in making these decisions increases.  Also, she has a good sense of when to elevate issues to DOA management.

**Federal Deposit Insurance Corporation**
**Performance Management Program**
## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
**GENERIC SPECIALISTS**

**SECTION F - JOB BEHAVIORS**

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER
Redacte

**BEHAVIORS CRITERIA/EXPECTATIONS**

D.    Initiative

Sets own goals; takes action to achieve goals, and facilitates the effective functioning of the unit or organization; volunteers for difficult or unwanted tasks; assumes responsibility, and makes certain unit, project, team, etc. function smoothly.

   Meets Expectations - Level 2

Takes independent action; performs regular duties and picks up extra tasks when short-handed; volunteers to take on added challenges; attempts to solve problems before seeking help of supervisors.

   Exceeds Expectations - Level 3

Takes action to get the job done on time with highest possible quality; looks for and sometimes finds better ways to do a job; anticipates problems or needs and responds proactively.

   Below Expectations - Level 1

Rarely, if ever, volunteers to perform tasks outside of required duties; needs supervision to complete tasks in a timely manner; fails to seek ways to improve work processes or procedures.

RATING    3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield knows her work responsibilities, and can be relied on to handle them in a timely and effective manner. She never shirks her responsibilities, and is committed to serving DOA as best she can. Also, she frequently checks with management to see if there's any way she can further assist the staff.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

E.    Interpersonal Skills

Is sensitive to and behaves in ways which reflect the needs, feelings, and capabilities of others, including coworkers and customers; takes time to listen, understand, and respond to the feelings of others; behaves in ways that reduce interpersonal tensions and promotes cooperative actions; deals effectively with others regardless of status, position, or differences.

Meets Expectations - Level 2

Listens and attempts to understand and respond to the needs of others; establishes rapport; establishes working relationships with people of different backgrounds; deals with conflict tactfully.

Exceeds Expectations - Level 3

Establishes mutual feelings of trust and respect with others; takes personal responsibility for following through on requests; goes out of the way to understand the needs of others and puts people at ease; values others' ideas and viewpoints; assists others in mediating disputes.

Below Expectations - Level 1

Ridicules or demeans persons who ask for help; is insensitive in response to complaints or requests; may initiate confrontations; fails to adjust approach to the situation.

RATING  **3**

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield has strong interpersonal skills. She has an ingratiating quality that causes others to hold her in high regard, and she can be counted on to support others when necessary. She has nurtured an extensive, productive network of contacts, both inside and outside of DOA.

**Federal Deposit Insurance Corporation**
**Performance Management Program**
## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION G - YEAR END REVIEW**

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER

Redacted

1. Enter the rating for the performance criteria and job behaviors. Total the number of criteria/behaviors and enter in "No. Rated." Total ratings for each and enter in "Score."

| | Performance Criteria | Rating | | Job Behavior | Rating |
|---|---|---|---|---|---|
| A. | Analytical/Technical Skills | 2 | A. | Teamwork | 3 |
| B. | Productivity and Timeliness | 2 | B. | Concern for Improvement | 3 |
| C. | Oral Communication | 3 | C. | Problem Solving and Decision Making | 3 |
| D. | Written Communication Skills | 2 | D. | Initiative | 3 |
| E. | Organizational/Administrative Skills | 3 | E. | Interpersonal Skills | 3 |
| F. | | | F. | | |
| G. | | | G. | | |
| H. | | | H. | | |
| I. | | | I. | | |
| | No. Rated   5 | Score: 12 | | No. Rated   5 | Score: 15 |

2. Determine the Summary Numeric Score. Divide the "Score" by the "No.Rated" to compute the "Average Rating." Multiply the "Average Rating" by the "Weight" to determine the "Combined Rating." Add the combined Performance Criteria and Behavior ratings and round to the nearest tenth, counting one half and over as the next higher rating (e.g. round scores between 2.75 and 2.79 to 2.8) to obtain the "Summary Numeric Score". Enter the "Summary Numeric Score" in the space provided below.

| | Score | + | No. of Criteria | = | Average Rating | x | Weight | = | Combined Rating |
|---|---|---|---|---|---|---|---|---|---|
| Criteria | 12 | + | 5 | = | 2.4 | x | 70% | = | 1.68 |
| Behavior | 15 | + | 5 | = | 3 | x | 30% | = | 0.9 |
| | | | | | | | Summary Numeric Score | 2.6 | |

* If the Summary Numeric Score is between 1.6 and 1.9, counseling is recommended.
  If the Summary Numeric Score is 1.5 or below, a Performance Improvement Plan is required.

**Federal Deposit Insurance Corporation**

**Performance Management Program**

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

**GENERIC SPECIALISTS**

**SECTION H - DEVELOPMENTAL PLANNING**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PART I -** What does this employee do especially well?

Ms. Brownfield has extremely strong interpersonal skills, and is an excellent team player.  She also has strong organizational skills, and is developing a significant base of functional expertise.

**PART II -** In what area(s) does this employee need to improve?

Ms. Brownfield should continue to look for opportunities to become involved in more complex analytical projects and to expand her base of functional expertise.

**PART III -** What added training or experience would make this employee more valuable?

Advanced management analysis training, and specific technical training on an "as needed" basis.

**Federal Deposit Insurance Corporation**
**Performance Management Program**
**PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE**
**GENERIC SPECIALIST**

**SECTION I   COMMENTS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| | Redacted |
| BROWNFIELD, PAMELA | |

**PART I - REVIEWING OFFICIAL'S COMMENTS** *(Results Achievement and Job Behaviors)*

**PART II - EMPLOYEE'S COMMENTS** *(Including Training Issues)*

The past year has been one of tremendous growth for me. Not only was I promoted, but I was also given increased responsibility for important FDIC projects. I have been challenged to take part in the division's annual CFOA process and entrusted with organizing the agenda and minutes for the bi-monthly Customer Advisory Committee; both of which have made me feel as if I am an important part of the organization. These additional responsibilities have also allowed me to have a clearer understanding of the inner workings of DOA, and has given me insight into how decisions are made in the Corporation. I look forward to refining my analytical skills over the coming year and am excited about the direction my career at the FDIC is taking

FDIC 2430/04R (9-00) Page 16

**Brownfield v. Bair, 05-cv-2468-EGS**
**Exhibit 22-3**