**Federal Deposit Insurance Corporation**

**Performance Management Program**

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

### SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last,First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

| POSITION TITLE | PAY PLAN/SERIES/GRADE |
|---|---|
| MANAGEMENT ANALYST | CG    0343    12 |

| DIVISION/OFFICE | LOCATION |
|---|---|
| DOA | WASHINGTON, DC |

| PURPOSE OF EVALUATION   *(Check one)* | PERFORMANCE EVALUATION PERIOD | | | |
|---|---|---|---|---|
| | MO. | YR. | MO. | YR. |
| | 09 | 2000 | 08 | 2001 |
| ☑ Annual    ☐ Other (specify) | PERIOD COVERED BY THIS RATING | | | |
| | — | | | |

### SECTION B - ESTABLISHMENT OF PERFORMANCE PLAN

| | | Date |
|---|---|---|
| Signature of Employee | | 3/12/01 |
| Signature of Rating Official | Title  Ass't Director, MRS, DOA | Date  3/12/01 |

### SECTION C - MID YEAR REVIEW

| Signature of Employee | Date  4/23/01 | Signature of Rating Official | Date  4/23/01 |
|---|---|---|---|

### SECTION D - YEAR END REVIEW                    SUMMARY NUMERIC SCORE   #Error   2.6 4/8

| Rating Official Name (Please Print) | Title | Date |
|---|---|---|
| Signature | Ass't Dir, DOA MRS | 11-7-01 |
| Signature of Employee | Management Analyst | Date  11-13-01 |
| Signature of Reviewing Official | Title  Deputy Director, DOA | Date  11-13-2001 |

FDIC 2430/04R (05-00) Page 1

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

*(INSTRUCTIONS)*

Performance management is an ongoing process that consists of performance planning, periodic review, and evaluation. This form should be used as a communication tool and formal written document to assure mutual understanding of what is expected and how well expectations are being met. Additional guidance on the FDIC Performance Management Program is provided in FDIC Circular 2430.1.

**AT THE BEGINNING OF THE EVALUATION PERIOD:**

*1. Performance Planning:*     Review the performance plan within 30 calendar days of the start of the evaluation period (or start of new position). Discuss "Results Achievement" (Performance Criteria/Expectations (Section E) and "Job Behaviors" (Section F)). Discuss the performance management process and cycle.

*2. Sign and Date:*     The Rating Official and employee in Section B, page 1, to signify that a performance plan has been established.

**AT THE MID-POINT OF THE EVALUATION PERIOD:**

*1. Progress Review:*     Discuss progress to date on the performance plan (and specific organizational objectives, etc.). Modify the plan, if necessary, to reflect changes.

*2. Sign and Date:*     The Rating Official and employee in Section C, page 1, to signify that the mid-year review has been conducted. (No ratings required at mid-year).

**THROUGHOUT THE EVALUATION PERIOD:** Ongoing regular feedback between rating official and employee is encouraged.

**AT THE END OF THE EVALUATION PERIOD:**

*1. Year-End Review:*     Evaluate actual performance/behavior against expectations established in the performance plan (Sections E and F, respectively).* Assign a numerical rating of 1, 2, or 3 to each performance criterion/job behavior, using the scale below.

| 3 - Exceeds Expectations | 2 - Meets Expectations | 1 - Below Expectations |
|---|---|---|

| RATING SCALE - Use the following scale for Section E, Results Achievement, and Section F, Job Behaviors. Assign the rating number that most accurately describes the employee's actual performance. | | |
|---|---|---|
| **3. Exceeds Expectations** | **2. Meets Expectations** | **1. Below Expectations** |
| Consistently exceeds the criteria/expectations and behaviors of the performance plan. Makes significant contributions beyond Level 2 expectations. | Consistently meets the criteria/expectations and behaviors of the performance plan. | Performance is consistently below the criteria/expectations and behaviors of the performance plan. May occasionally meet expectations, but improved performance is necessary. |

In addition, criteria/behaviors rated at levels 1 and 3 must have sufficient justification, including specific examples of performance to support the rating.

*2. Summary Numeric Score:*     Follow the instructions in section G, Year-End Review, to determine the Summary Numeric Score.

*3. Developmental Planning:*     Identify strengths, areas which need improvement, and training/experience that would make the employee more valuable.

*4. Reviewing Official's Comments:*     Provide written comments in Section I, Part I.

*5. Employee's Comments:*     Provide written comments in Section I, Part II.

*6. Sign and Date:*     Rating Official and employee in Section D, page 1, to signify that the year-end review/evaluation has been completed.

*7. Plan:*     Establish a new performance plan for the next evaluation period.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22-4

133

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

PERFORMANCE CRITERIA/EXPECTATIONS

A.   Analytical/Technical Skills

Demonstration of the technical knowledge necessary to perform the duties of the position.

   Meets Expectations - Level 2

Effectively applies technical knowledge.  Organizes and develops data to draw sound, logical conclusions.  Identifies potential and actual problems.  Seeks guidance in unusual circumstances.

Demonstrates up-to-date knowledge of relevant laws, regulations, and policies.

Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise.

   Exceeds Expectations - Level 3

   Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Demonstrates advanced or innovative analytical skills.

Consistently demonstrates in-depth technical knowledge of a wide range of laws, regulations, and policies and the ability to analyze and evaluate various technical documents.  Readily shares this knowledge with others to contribute to the improvement of their technical skills.

Applies technical knowledge effectively and independently, even in unusual or complex assignments.  Requires minimal guidance from supervisor.

Analyzes pertinent issues quickly and arrives at decisions independently.  Conclusions reflect technically sound judgement.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING   **2**

RATING OFFICIAL'S COMMENTS  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

As a Management Analyst on the DOA Management Review Staff, Ms. Brownfield is expected to have a well-developed set of analysis skills, a wide understanding of DOA administrative functions, and a general understanding of FDIC business processes.  Ms. Brownfield fully demonstrates this set of skills on a daily basis.  She regularly reviews and evaluates reorganization proposals from all parts of the Corporation, and provides FDIC approval officials with a thorough summary of the pros and cons of each proposal and an overall recommendation for dealing with the proposal.  In addition, she evaluates and summarizes internal control testing results from all DOA functional areas, and works with DOA managers to help assess the level of risk of their programs and to effectively manage those risks.  During the past rating period, Ms. Brownfield also demonstrated strong analysis skills during her participation in the DOA Cost Analyses initiative.  She was an integral participant on a review team that assessed costs in the building trades programs and developed recommendations for in-house cost savings.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION B - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

B.    Productivity and Timeliness

This element measures productivity and success in managing assigned workload through effective utilization of time.

Meets Expectations - Level 2

Effectively handles assignments and responsibilities, and properly determines priorities. Responds to changing priorities and circumstances affecting assigned work.

Work assignments are completed within established time frames.

Alerts supervisors to significant developments and potential problems in completing assignments.

Exceeds Expectations - Level 3

Meets Level 2 performance. In addition, exceeds it in a manner such as the following:

Generates quality products in less than normal time frames. Anticipates and consistently addresses problems and changing priorities and circumstances that affect assigned work.

Demonstrates an ability to complete assignments while handling difficult and unpredictable problems.

Simultaneously performs multiple assignments without affecting the quality, quantity, or timeliness of completed tasks.

Below Expectations - Level 1

Fails to meet Level 2 expectations.

RATING    | 2 |

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/O4Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is becoming increasingly adept at producing high-quality work products in a timely manner. When working on complex, broad-scoped activities such as internal control summaries or a complex reorganization proposal, she keeps management fully advised of the status of the project and his expectations for its completion. Also, Ms. Brownfield is always willing to take on an ad hoc assignment such as a reorganization proposal, participation on an Administrative Compliance Review (ACR), or participation in a cost efficiency analysis amid her ongoing work assignments.

Federal Deposit Insurance Corporation

**Performance Management Program**

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION E: RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

C.   Oral Communication

Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner.  Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.

   Meets Expectations - Level 2

Speaks to others in a clear, concise, informative, and well-organized manner.

Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues.

Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter.

Listens well and respects differing opinions.

Expresses differing opinions in a manner that contributes to constructive resolution of issues.

   Exceeds Expectations - Level 3

   Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Demonstrates an exceptional ability to convey thoughts, conclusions, and recommendations that elicit positive responses from others.

Effectively communicates in a calm and professional manner in situations involving higher than normal pressure, adversarial circumstances, complex subject matter, or higher level Corporation personnel or external contacts.

Makes informative, professional, and well-received presentations, even on sensitive topics.  Can quickly organize thoughts and respond to difficult questions in an articulate, persuasive manner.

Actively participates in discussions and meetings by presenting ideas or providing substantive suggestions.

   Below Expectations - Level 1

   Fails to meet Level 2 expectations.

RATING   | 3 |

**RATING OFFICIAL'S COMMENTS**  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is very effective at oral communications.  She has commanding vocal presence that she uses to brief co-workers and managers, and enables her to be an effective advocate for DOA positions.  Ms. Brownfield is very effective at briefing at ACR exit conferences, and is a significant contributor in staff meetings and work team efforts.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

D.    Written Communication Skills

Quality and effectiveness of written products.

    Meets Expectations - Level 2

Written work is clear, concise, well organized, thoroughly researched and effectively presented.

Written products are neat, properly formatted, grammatically correct, and require only minimal editing.

    Exceeds Expectations - Level 3

Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Consistently produces written products that cover the subject thoroughly, are well organized, and contain factual information.

Written work is of highest quality appropriate for intended audience and rarely needs editing regardless of the complexity of the subject matter.

    Below Expectations - Level 1

    Fails to meet Level 2 expectations.

**RATING** 3

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is an effective writer.  As she assumes more complex writing assignments, she continues to demonstrate the capacity to prepare well-organized, on-point work products that can be readily passed along to senior management officials.  Her analyses of reorganization proposals are uniformly of high quality and are written in a manner that highlights issues for management attention.  Also, she is skilled at preparing summaries of internal control testing for submission to OICM.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION E - RESULTS ACHIEVEMENT**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PERFORMANCE CRITERIA/EXPECTATIONS**

E.    Organizational/Administrative Skills

Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources.

  Meets Expectations - Level 2

Effectively establishes the scope of a project or assignment.  Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments.

Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances.

  Exceeds Expectations - Level 3

  Meets Level 2 performance.  In addition, exceeds it in a manner such as the following:

Identifies measures that improve efficiency or effectiveness of work activities.  Takes the necessary steps to implement or communicate these measures to appropriate individuals.  At all times, communicates support for the Corporation's policies and management.

Anticipates issues, problems and impact.  Plans effectively to prevent problems or delays.  On occasion, planning results in cost savings.

  Below Expectations - Level 1

  Fails to meet Level 2 expectations.

**RATING**  **3**

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield's organizational and administrative skills are very refined.  She is very adept at using the full range of FDIC software tools in a way that improves and polishes her work products.  She maintains an orderly work area, and can produce necessary documents as needed.  As she assumes more complex work assignments, she becomes increasingly adept at planning her work assignments in advance, and then executing these assignments according to plan.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

BEHAVIORS CRITERIA/EXPECTATIONS

A.   Teamwork

Performs related job duties and/or assists others; uses effective interpersonal styles and methods toward task accomplishments; communicates information to others in a timely fashion; cooperates with others.

  Meets Expectations - Level 2

Cooperates with others and is responsive to organizational needs.  Voluntarily performs related tasks.

  Exceeds Expectations - Level 3

Anticipates impediments to organizational needs and works with others to resolve them.  Readily volunteers to perform extra tasks; promotes esprit de corps.

  Below Expectations - Level 1

Fails to assist others; rarely takes initiative to perform related tasks as needed; has difficulty working as a team member.

RATING   **3**

RATING OFFICIAL'S COMMENTS  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is a very supportive member of the MRS staff.  She is always eager to work with her associates in a team framework and finds ways to complement others in the team process.  Her participation on ACR teams and her work in the internal control area are two examples of situations where Ms. Brownfield demonstrates strong teamwork skills.  Her positive outlook and gregarious nature also contribute to the MRS esprit de corps.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

BEHAVIORS CRITERIA/EXPECTATIONS

B.   Concern for Improvement

Works to increase the effectiveness of work processes, systems, or procedures in order to increase efficiency, quality, or productivity; gathers data and information in order to anticipate requirements or changing objectives.

Meets Expectations - Level 2

Makes suggestions on how to improve group processes; keeps track of new developments in field that can enhance unit productivity; occasionally makes improvements in existing systems; maintains ongoing contact with team members to keep informed and to identify potential problems.

Exceeds Expectations - Level 3

Keeps abreast of broad developments in field; develops standard operating procedures that promote continuous-improvement efforts; stays on the cutting edge of emerging applications, technologies, etc. that may enhance team or organizational effectiveness.

Below Expectations - Level 1

Does not make suggestions on how to improve work processes or solicit input from others; relies on own perceptions or outdated knowledge or technologies to perform work or solve problems; complains about systems and procedures without offering improvement suggestions.

RATING   **3**

RATING OFFICIAL'S COMMENTS   *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is always looking for opportunities to improve her skill set and to better support the DOA organization.  She willingly subordinates herself to senior analysts in order to take advantage of their experiences and use these experiences to expand her analytical "tool bag".

**Brownfield v. Bair, 05-cv-2468-EGS**

**Exhibit 22-4**

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

C.    Problem Solving and Decision Making

Identifies, assimilates, and evaluates critical elements of a problem situation; identifies and interprets the implications of alternative courses of action; applies technical knowledge to reach conclusions and solve problems.

    Meets Expectations - Level 2

Anticipates problems with decisions by developing contingency plans; identifies and evaluates alternatives to courses of action; gathers information from multiple sources and makes decisions that are consistent with FDIC policies; knows when enough information has been gathered to make a decision; uses technical skills to solve problems in different contexts.

    Exceeds Expectations - Level 3

Systematically and critically weighs the positive and negative aspects for several options or alternatives; identifies whole problem and separates problem symptoms and causes; carefully outlines the pros and cons of alternative courses of action and considers impact on others, unit, and organization.

    Below Expectations - Level 1

Jumps to conclusions without having all the facts or identifying viable alternatives; fails to consider the total situation when examining alternatives or conducting analyses; fails to consider implications of decisions; has difficulty applying technical skills to novel problems.

RATING    **2**

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is becoming quite accomplished at recognizing and resolving day-to-day work issues, and at surfacing more extensive, significant matters for management attention. Her decision-making skills are evident in her work on reorganization proposals. She analyzes these proposals, assesses their effectiveness, and then prepares well-reasoned recommendations for senior management to use in making decisions on the proposals. Ms. Brownfield recognizes that she is still evolving as a decision-maker, and is very diligent about surfacing significant issues to her management team.

Brownfield v. Bair, 05-cv-2468-EGS

**Exhibit 22-4**

**Federal Deposit Insurance Corporation**

**Performance Management Program**

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

**GENERIC SPECIALISTS**

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

---

D.    Initiative

Sets own goals; takes action to achieve goals, and facilitates the effective functioning of the unit or organization; volunteers for difficult or unwanted tasks; assumes responsibility, and makes certain unit, project, team, etc. function smoothly.

    Meets Expectations - Level 2

Takes independent action; performs regular duties and picks up extra tasks when short-handed; volunteers to take on added challenges; attempts to solve problems before seeking help of supervisors.

    Exceeds Expectations - Level 3

Takes action to get the job done on time with highest possible quality; looks for and sometimes finds better ways to do a job; anticipates problems or needs and responds proactively.

    Below Expectations - Level 1

Rarely, if ever, volunteers to perform tasks outside of required duties; needs supervision to complete tasks in a timely manner; fails to seek ways to improve work processes or procedures.

---

RATING  | 2 |

**RATING OFFICIAL'S COMMENTS** *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield takes pride in her work products, and is very mindful about how her work fits into the overall MRS team approach to handling projects. She works closely with her associates, and rises to the occasion when she is needed to fill a key role on a work team.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION F - JOB BEHAVIORS**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**BEHAVIORS CRITERIA/EXPECTATIONS**

E.    Interpersonal Skills

Is sensitive to and behaves in ways which reflect the needs, feelings, and capabilities of others, including coworkers and customers; takes time to listen, understand, and respond to the feelings of others; behaves in ways that reduce interpersonal tensions and promotes cooperative actions; deals effectively with others regardless of status, position, or differences.

Meets Expectations - Level 2

Listens and attempts to understand and respond to the needs of others; establishes rapport; establishes working relationships with people of different backgrounds; deals with conflict tactfully.

Exceeds Expectations - Level 3

Establishes mutual feelings of trust and respect with others; takes personal responsibility for following through on requests; goes out of the way to understand the needs of others and puts people at ease; values others' ideas and viewpoints; assists others in mediating disputes.

Below Expectations - Level 1

Ridicules or demeans persons who ask for help; is insensitive in response to complaints or requests; may initiate confrontations; fails to adjust approach to the situation.

RATING    3

**RATING OFFICIAL'S COMMENTS**  *(If additional space is needed, complete and attach form FDIC 2430/04Z, Performance Plan and Summary Numeric Score Supplemental Page.)*

Ms. Brownfield is extremely accomplished at developing and maintaining a large, supportive group of contacts and associates. She is a very caring and outgoing person who is supportive of her co-workers and has, in turn, gained their respect and admiration.

**Federal Deposit Insurance Corporation**

**Performance Management Program**

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE

### GENERIC SPECIALISTS

**SECTION G - YEAR END REVIEW**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

1.  Enter the rating for the performance criteria and job behaviors.  Total the number of criteria/behaviors and enter in "No. Rated."  Total ratings for each and enter in "Score."

| | Performance Criteria | Rating | | Job Behavior | Rating |
|---|---|---|---|---|---|
| A. | Analytical/Technical Skills | 2 | A. | Teamwork | 3 |
| B. | Productivity and Timeliness | 2 | B. | Concern for Improvement | 3 |
| C. | Oral Communication | 3 | C. | Problem Solving and Decision Making | 2 |
| D. | Written Communication Skills | 3 | D. | Initiative | 2 |
| E. | Organizational/Administrative Skills | 3 | E. | Interpersonal Skills | 3 |
| F. | | | F. | | |
| G. | | | G. | | |
| H. | | | H. | | |
| I. | | | I. | | |
| | No. Rated          5 | Score:   13 | | No. Rated          5 | Score:   13 |

2.  Determine the Summary Numeric Score.  Divide the "Score" by the "No.Rated" to compute the "Average Rating."  Multiply the "Average Rating" by the "Weight" to determine the "Combined Rating."  Add the combined Performance Criteria and Behavior ratings and round to the nearest tenth, counting one half and over as the next higher rating (e.g. round scores between 2.75 and 2.79 to 2.8) to obtain the "Summary Numeric Score".  Enter the "Summary Numeric Score" in the space provided below.

| | Score | + | No. of Criteria | = | Average Rating | x | Weight | = | Combined Rating |
|---|---|---|---|---|---|---|---|---|---|
| Criteria | 13 | + | 5 | = | 2.6 | x | 70% | = | 1.82 |
| Behavior | 13 | + | 5 | = | 2.6 | x | 30% | = | 0.78 |
| | | | | | | | Summary Numeric Score | | 2.6 |

*  If the Summary Numeric Score is between 1.6 and 1.9, counseling is recommended.

    If the Summary Numeric Score is 1.5 or below, a Performance Improvement Plan is required.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

**SECTION H-DEVELOPMENTAL PLANNING**

| EMPLOYEE NAME *(Last, First, MI)* | SOCIAL SECURITY NUMBER |
|---|---|
| BROWNFIELD, PAMELA | Redacted |

**PART I -** What does this employee do especially well?

Ms. Brownfield continues her evolution from a new analyst to a full-functioning member of the MRS work team. As the present time, she is a very valuable role player who is being nurtured to assume a greater leadership role in the future. She is a team player who complements her associates very well.

**PART II -** In what area(s) does this employee need to improve?

Ms. Brownfield needs to continue to develop her management analysis skill set, and to increase her exposure to the full range of DOA operational areas. In addition, she should focus on planning and preparing for her work assignments in a way that enables her to balance a diversified and growing set of work assignments.

**PART III -** What added training or experience would make this employee more valuable?

Ms. Brownfield should look for training and developmental work assignments that broaden her management analysis skills and increase her exposure to all parts of the DOA organization.

Federal Deposit Insurance Corporation

Performance Management Program

## PERFORMANCE PLAN AND SUMMARY NUMERIC SCORE
### GENERIC SPECIALISTS

SECTION I - COMMENTS

EMPLOYEE NAME *(Last, First, MI)*

BROWNFIELD, PAMELA

SOCIAL SECURITY NUMBER

Redacted

**PART I - REVIEWING OFFICIAL'S COMMENTS**   *(Results Achievement and Job Behavior)*

**PART II - EMPLOYEE'S COMMENTS**   *(Including Training Issues)*

Once again I am pleased with the results of my performance appraisal. During the past year I have participated in a number of important and interesting special projects that were quite challenging. I hope to take the lead on some projects in the coming year and plan to take a few advanced management analysis training courses and perhaps a graduate level course or two.

FDIC 2430/04R (05-00)