Federal Deposit Insurance Corporation
**Performance Management Program**
PERFORMANCE PLAN AND EVALUATION
Generic Specialist

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| Brownfield, Pamela A | Redacted |
| POSITION TITLE | PAY PLAN / SERIES / GRADE |
| MANAGEMENT ANALYST | CG / 0343 / 12 |
| DIVISION/OFFICE | LOCATION |
| DIVISION OF ADMINISTRATION | WASHINGTON, DC |

| PURPOSE OF EVALUATION (Check one) | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| | MONTH | YEAR | MONTH | YEAR |
| [X] Annual | 09 | 2001 | 08 | 2002 |
| [ ] Other (Specify) _____ | | | | |

## SECTION B - PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Analytical/Technical Skills:** | [X] | [ ] |

Demonstration of the technical knowledge necessary to perform the duties of the position.

Effectively applies technical knowledge. Organizes and develops data to draw sound, logical conclusions. Identifies potential and actual problems. Seeks guidance in unusual circumstances. Demonstrates up-to-date knowledge of relevant laws, regulations, and policies. Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise.

| | Meets | Does Not Meet |
|---|---|---|
| **02. Productivity and Timeliness:** | [X] | [ ] |

This element measures productivity and success in managing assigned workload through effective utilization of time.

Effectively handles assignments and responsibilities, and properly determines priorities. Responds to changing priorities and circumstances affecting assigned work. Work assignments are completed within established time frames. Alerts supervisors to significant developments and potential problems in completing assignments.

| | Meets | Does Not Meet |
|---|---|---|
| **03. Oral Communication:** | [X] | [ ] |

Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner. Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.

Speaks to others in a clear, concise, informative, and well-organized manner. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues. Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Expresses differing opinions in a manner that contributes to constructive resolution of issues.

| | Meets | Does Not Meet |
|---|---|---|
| **04. Written Communication:** | [X] | [ ] |

Quality and effectiveness of written products.

Written work is clear, concise, well organized, thoroughly researched and effectively presented.

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 22-5

## SECTION B - PERFORMANCE CRITERIA

|  | Meets | Does Not Meet |
|---|---|---|
| Written products are neat, properly formatted, grammatically correct, and require only minimal editing. | | |
| **05. Organizational/Admin. Skills:**<br>Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources.<br><br>Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. | X | ☐ |

## SECTION C - SUMMARY RATING

[X] Meets Expectations    ☐ Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

| | Date |
|---|---|
| Signature of Employee [signed] | 11/15/02 |
| Signature of Rating Official [signed] | 10-30-02 |
| Signature of Reviewing Official | |

## SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

**Name:** Sherman, Paul K

**Comments:**
See attached

Attachment to Performance Appraisal of Pamela Brownfield (2001-2002)

During the rating period, Pam Brownfield has continued to play an important support role in the substantive activities of the DOA Management Review Staff. She has demonstrated considerable analytical skill in her synthesis of internal control testing results into cohesive summary reports that are used in the preparation of the FDIC's semi-annual reports to Congress. In addition, she participated in an important cost benefit analysis of the national call center in the Kansas City Region, and helped DSC to determine its appropriate staffing level for the regional office.

Pam is very supportive of the DOA team, and is quick to volunteer for assignments that benefits the overall goals of the division. She has participated in several administrative compliance reviews, focusing on operations such as BankCard transactions and contractor oversight. Also, she effectively manages the DOA/DOF Customer Advisory Committee by coordinating meeting agendas and maintaining accurate minutes of the meetings. In addition, she prepares quarterly customer service standards reports for the Division Director.

Some of Pam's best work involves her analysis of corporate reorganization proposals. She has taken an increasingly central role in assessing these proposals and developing recommendations for approval officials including the COO and the CFO.

Pam continues to serve as an effective analyst who has the potential to grow in the DOA organization. She is expected to play an increasingly central role in future office initiatives

_____                    10-30-02
Paul K. Sherman                                    Date
DOA Assistant Director for Management Review