Federal Deposit Insurance Corporation
**Performance Management Program**
**PERFORMANCE PLAN AND EVALUATION**
**Generic Specialist**

## SECTION A - EMPLOYEE INFORMATION

| EMPLOYEE NAME *(Last, First, MI)*<br>Brownfield, Pamela A | SOCIAL SECURITY NUMBER<br>Redacted |
|---|---|
| POSITION TITLE<br>MANAGEMENT ANALYST | PAY PLAN / SERIES / GRADE<br>CG / 0343 / 12 |
| DIVISION/OFFICE<br>DIVISION OF ADMINISTRATION | LOCATION<br>WASHINGTON, DC |

| PURPOSE OF EVALUATION *(Check one)* | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| | MONTH | YEAR | MONTH | YEAR |
| [X] Annual          [ ] Other *(Specify)* _____ | 09 | 2002 | 08 | 2003 |

## SECTION B - PERFORMANCE CRITERIA

|  | Meets | Does Not Meet |
|---|---|---|
| **01. Analytical/Technical Skills:**<br>Demonstration of the technical knowledge necessary to perform the duties of the position.<br><br>Effectively applies technical knowledge. Organizes and develops data to draw sound, logical conclusions. Identifies potential and actual problems. Seeks guidance in unusual circumstances. Demonstrates up-to-date knowledge of relevant laws, regulations, and policies. Stays abreast of industry trends, changes in relevant laws, regulations, and policies, and other external factors that have an impact upon technical expertise. | [X] | [ ] |
| **02. Productivity and Timeliness:**<br>This element measures productivity and success in managing assigned workload through effective utilization of time.<br><br>Effectively handles assignments and responsibilities, and properly determines priorities. Responds to changing priorities and circumstances affecting assigned work. Work assignments are completed within established time frames. Alerts supervisors to significant developments and potential problems in completing assignments. | [X] | [ ] |
| **03. Oral Communication:**<br>Addresses the ability to listen to differing opinions, negotiate and obtain commitments, and convey technical and complex information in a clear, concise manner. Contacts may include members of Congress, employees throughout the Corporation, other government agencies, private organizations, associations, and the general public.<br><br>Speaks to others in a clear, concise, informative, and well-organized manner. Acts in a confident, professional, polite, and diplomatic manner in dealing with others to effectively address issues. Makes presentations that are appropriate to the audience, in proper perspective, and effectively cover the issues and appropriate subject matter. Listens well and respects differing opinions. Expresses differing opinions in a manner that contributes to constructive resolution of issues. | [X] | [ ] |
| **04. Written Communication:**<br>Quality and effectiveness of written products.<br><br>Written work is clear, concise, well organized, thoroughly researched and effectively presented | [X] | [ ] |

Brownfield v. Bair, 05-cv-2468-EGS
Exhibit 23

## SECTION B - PERFORMANCE CRITERIA

|  | Meets | Does Not Meet |
|---|---|---|
| Written products are neat, properly formatted, grammatically correct, and require only minimal editing. | | |
| **05. Organizational/Admin. Skills:** Ability to plan, organize, delegate, implement, and monitor assignments; safeguard Corporation property, equipment, and resources. Effectively establishes the scope of a project or assignment. Recognizes and solves problems, prioritizes objectives, and considers agency priorities and cost when planning work assignments. Manages assignments effectively by recognizing and promptly reacting to changing priorities and circumstances. | X | ☐ |

## SECTION C - SUMMARY RATING    [X] Meets Expectations    ☐ Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

Signature of ~~Employee~~ Review Official  [signature]   Date 11/25/03

Signature of Rating Official  [signature: Daniel H. Bendler]   Date 10/24/03

Signature of ~~Reviewing Official~~ Employee  [signature]   Date 11/13/03

## SECTION D - RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

**Name:** Bendler, Daniel H

**Comments:**
Please see attached document for specific comments on Ms. Brownfield's performance and accomplishments during the 2003 rating cycle.

### Attachment to Performance Appraisal of Pamela Brownfield (2002-2003)

Pam Brownfield is a dedicated and valuable Management Analyst who has assumed a number of critical roles within the Management Support Section. She produces a variety of quality written products, analysis, and internal documents to support a wide range of important projects. Pam's experience and skill set allows her to tackle complex assignments as well as those that are routine in nature. She is a highly independent worker who takes her job and her performance very seriously.

Pam's organizational skills are excellent. She is often tasked with completing projects that require the compilation and analysis of multiple forms, schedules, and written summaries. Nearly all of her tasks and deliverables have unforgiving deadlines that often dictate the pace of work. Pam carefully tracks the progress and quality of deliverables to ensure that DOA officials respond accurately and prudently to external requests for information. She willingly accepts new responsibility and quickly gets up to speed when necessary. Pam is a confident employee who is willing to take calculated risks in order to keep projects on track. At the same time, she instinctually knows when to seek others' advice and guidance and when to elevate volatile issues to DOA management.

During this rating cycle, Pam assumed a lead role in facilitating the division's risk based testing and reporting process. She independently evaluated, organized, and synthesized the results of three full-scope administrative compliance reviews into a series of succinct high-level summary documents. This task was particularly impressive given the often complex subject matter and the variety of writing styles that she reviewed and consolidated. Also, Pam created and organized a series of CFOA planning documents including risk assessment forms, management control plans, and risk-based testing matrices that the Management Support Section uses as the foundation for all future compliance and CFOA testing. In all cases, her work products were prepared in a manner that reflected her solid understanding of DOA's internal review program.

Pam independently reviewed two major portions of the administrative compliance review at DOA's San Francisco regional office. She conducted all of the planning and testing for the region's mail room and supply room operations. She reviewed a sample of office supply invoices, reviewed applicable policies and procedures, interviewed regional employees, assessed controls over mail room equipment and postage, and personally observed security controls – all within a stringent one week timeframe. During the exit meeting, Pam did an outstanding job presenting her results and conclusions to DOA's San Francisco Regional Manager.

Pam took charge of a new program area for the Management Support Section during this rating cycle. Specifically, she assumed responsibility for obtaining feedback on draft directives, circulars, and manuals to ensure the accuracy and reasonableness of policy before such documents are widely distributed to FDIC employees. Also, she analyzed

the extent to which FDIC employees in various regional offices used their corporate credit cards during a set timeframe. To accomplish this task, she compared card holders' individual and monthly purchase amounts to expenditure limits.

Overall, Pam is a capable and well-rounded Management Analyst who can handle almost any assignment. She is well-liked by her peers within and outside of DOA. Pam's flexibility and understanding of the "big picture" has enabled her to adapt to numerous organizational and personnel changes that have recently occurred. She is clearly ready for additional responsibilities and challenging high-visibility assignments.

***

*Daniel H. Bendler*   10/24/03

Daniel H. Bendler
DOA, Chief, Management Support Section