UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA A. BROWNFIELD,** | ) |
| Plaintiff, | ) |
| v. | ) C.A.No.1:05-cv-02468-EGS |
| **SHEILA C. BAIR,**<br>Chairman,<br>Federal Deposit Insurance Corporation | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of plaintiff's opposition to defendant's motion for summary judgment, it is by the Court on this ___ day of July 2007, hereby

**ORDERED** that Summary Judgement, is hereby **DENIED**.

_____
UNITED STATES DISTRICT JUDGE