UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA A. BROWNFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.No.1:05-cv-02468-EGS |
| ) | |
| **SHEILA C. BAIR,** ) | |
| Chairman, ) | |
| Federal Deposit Insurance Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF BULKY FILING**

Pursuant to LCvR5.4 (e)1, Local Rules, Plaintiff hereby notifies the Court and counsel of the physical filing of the exhibits to Plaintiff's Opposition to Summary Judgement. The exhibits to the Plaintiff's Opposition to Summary Judgement exceeds 500 pages and have been physically filed with the court in the form of a PDF file on a CD-ROM. Accordingly, the exhibits are available for viewing and copying at the office of the Clerk Monday through Friday between the hours of 9am and 4pm.

Respectfully submitted,

/s/
David H. Shapiro
D.C. Bar No. 961326
Sarah L. Riger
D.C. Bar No. 486591
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC  20005
Tel. (202) 842-0300
Fax (202) 842-1418
dhshapiro@swickandshapiro.com
slriger@swickandshapiro.com

                                      Attorneys for Plaintiff