**FDIC**

**Federal Deposit Insurance Corporation**
3501 Fairfax Drive, Room E-6006, Arlington, VA 22226-3500                                       Legal Division

May 9, 2007

David Shapiro, Esq.
Swick & Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

Ms. Rita M. Hemphill
Diversified Reporting Services
1101 16th Street, N.W.
2nd Floor
Washington, D.C. 20036

Re: Brownfield v. Bair, Civil No. 05-2468 (EGS)

Dear Mr. Shapiro and Ms. Hemphill:

Please find enclosed copies of the errata sheets for the following deponents: Mary Carmichael, David Lok, Holly Mattus, William Gately, Jerie Kitchens, Paul Sherman, and Dan Bendler.

Sincerely,

William S. Jones
Counsel

Enclosures

cc:   David G. Eisenstein
      Patricia Davison-Lewis

**FDIC**

**Federal Deposit Insurance Corporation**
3501 Fairfax Drive, Room E-6006, Arlington, VA- 22226-3500                                               Legal Division

May 9, 2007

David Shapiro, Esq.
Swick & Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

Mr. Nathan Morton
Neal R. Gross & Co., Inc.
1323 Rhode Island Avenue, N.W.
Washington, D.C. 20005

      Re: <u>Brownfield v. Bair, Civil No. 05-2468 (EGS)</u>

Dear Mr. Shapiro and Mr. Morton:

     Please find enclosed copies of the errata sheets for the following deponent: Gail Ann Kennedy.

                                         Sincerely,

                                         William S. Jones
                                         ~~Counsel~~

Enclosures

cc:  David G. Eisenstein
      Patricia Davison-Lewis