**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200  *  Fax: (202) 296-3468

# ERRATA

In Re: _Pamela A. Brownfield_     v _Sheila C. Bair, Chairman PDIC_

Case No.: _1:05-cv-02468-EGS_     Date Taken: _March 14, 2007_

Deposition Of: _William J. Gately Jr._

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 7 | 1 | Foxburrough... in Akton | Acton Boxboro... in Acton |
| 7 | 3 | ... Akton... | ... Acton... |
| 7 | 8 | Mm-hmm. | Yes. |
| 7 | 22 | ...had a Nulear program... | ... had a New Leader Program... |
| 12 | 10 | ... don't know what my... | ... don't Recall what my... |
| 13 | 5 | ... called management services... | ... called management Review |
| 13 | 6 | branch. | staff. |
| 15 | 5 | Mm-hmm | Yes |
| 15 | 15 | Andrew Nickle, Pam Brownfield | Andrew Nickle, Pam Brownfield, and Wilona Probst. |
| 16 | 11 | ... administrative complaints, | ... administrative compliance, |
| 17 | 20 | ... just a three-month. | ... just for three-months. |
| 23 | 15 | ... been a 15 at this time. ~~that is the only~~ | ... been 15's at this time. ~~that is the~~ |
| 25 | 20 | I don't know what to say. | I had a lot to say. |
| 25 | 22 | I don't know what to say. | I had a lot to say. |

Deponent Signature: _William J. Gately Jr._     Date: _4/26/07_

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 30

page 1 of 3

DIVERSIFIED REPORTING SERVICES, INC.
1101 Sixteenth Street, N.W. – 2ⁿᵈ Floor, Washington, DC 20036
Phone: (202) 467-9200  •  Fax: (202) 296-3468

# ERRATA

In Re: _PAMELA A. Brownfield_    v _Sheila C. Bair, Chairman FDIC_

Case No: _1:05-cv-02468-EGS_    Date Taken: _March 14, 2007_

Deposition Of: _William J. Gately, Jr._

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|---|---|---|---|
| 27 | 1 | The same group. | June DeRousse, Paul Sherman and Dan Bendler. |
| 27 | 3 | Yes. | No, |
| 27 | 6 | Yes. | No. |
| 27 | 8 | I think so. | No. |
| 28 | 18 | No. | No. Just as part of the second interview panel. |
| 30 | 2 | Mm-hmm. | Yes. |
| 32 | 9 | Did you thing it would... | Did you think it would... |
| 34 | 20 | ..., the 2005 CFOA | ..., the 2004 CFOA |
| 38 | 4 | ... a leader and who | ... a leader and one who |
| 38 | 10 | ... Vilma and | ... Wilma Probst and |
| 41 | 1 | ... and I went | ... and I went to |
| 44 | 11 | ... with Don Bendler | ... with Dan Bendler |
| 45 | 8 | ... that are out at the FDIC | ... that do not work for the FDIC |
| 45 | 12 | ... fortunate. | ... fortunate to be able to get out and unwind a little. |

Deponent
Signature: _William J. Gately Jr._    Date: _4/26/07_

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 30

Page 2 of 3

**DIVERSIFIED REPORTING SERVICES, INC.**
1101 Sixteenth Street, N.W. – 2nd Floor, Washington, DC 20036
Phone: (202) 467-9200 · Fax: (202) 296-3468

# ERRATA

In Re: PAMELA A. BROWNFIELD _____ v SHEILA C. BAIR, CHAIRMAN FDIC

Case No: 1:05-CV-02468-EGS        Date Taken: MARCH 14, 2007

Deposition Of: WILLIAM J. GATELY, JR. _____

I hereby certify I have read my deposition and that it is accurate with corrections listed below:

| PAGE | LINE | AS TRANSCRIBED | CHANGE TO |
|------|------|----------------|-----------|
| 36 | 15 | ...Pam did all this. | ...Pam did most of this. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Deponent Signature: William J. Gately, Jr.        Date: 4/26/07

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 30

Page 3 of 3