Federal Deposit Insurance Corporation
## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Pam Brownfield | Management Analyst 343-12 | DOA | 001 |

### SECTION III - JUSTIFICATION

Pam Brownfield participated in the planning and reporting phases of the CFOA review process. In this capacity, she summarized the results of internal review reports for several Accountability Units and prepared internal control certifications for the Division's Associate Directors and Director. For the Accountability Units that she reviewed, Pam presented high-level results in summary level documents intended for use by DOA's AU Heads.

During 2004, Pam coordinated the directives review process on behalf of DOA. She also served as the primary liaison between OERM and DOA to ensure that DOA timekeepers submitted appropriate T&A documentation in support of a GAO audit.

Pam participated in a one-day test pilot program of an ASB web-based training course; researched and summarized FDIC's primary business functions and location and value of assets in response to the Critical Infrastructure Plan, and coordinated EEO requests throughout the year.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | 1/19/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | 2-22-05 |

### SECTION V - FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☐ Group III    ☐ Group IV    ☒ Group V

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

Federal Deposit Insurance Corporation

# CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

## SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☒ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

## SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Wilma Probst Levy | Senior Management Analyst 343-14 | DOA | 001 |

## SECTION III - JUSTIFICATION

Wilma Probst managed the Division's corporate planning process by coordinating input into the 2004 and 2005 Corporate Performance objectives and helping branches prepare action plans and milestones for each DOA-related objective. Wilma reviewed information submitted by each branch to ensure consistency among planning documents and the accuracy of information. From a reporting perspective, Wilma prepared quarterly reports on DOA's progress towards meeting Corporate Objectives and provided input to the FDIC's Consolidated Annual Report to the Congress. She also provided input into the Office of Inspector General's "Management and Performance Challenges" report and the "2004 Corporate Annual Performance Report."

Also from a reporting perspective, Wilma developed and completed quarterly interdivisional Customer Satisfaction Reports using material provided by multiple Divisions and Offices. She coordinated and prepared updates to the DOA Briefing Book, provided input to the "2004-2009 FDIC Strategic Plan" and the "2005 Corporate Annual Plan", and coordinated input into the Diversity Annual Report. Wilma participated on the DOA Strategic Plan Working Group where she helped develop the Plan's format and provided input into the plan's mission statement and strategic goals. Wilma also served on DOA's Communications Working Group that was designed to improve DOA communications with other Divisions and Offices, as well as DOA employees. As part of that group, Wilma created, reviewed, and edited articles for DOA's web based "kiosk".

In the areas of internal controls and risk based analysis, Wilma co-led the CFOA planning and reporting processes. In that capacity, she revised several important Accountability Unit (AU) planning documents and conducted detailed due diligence on DOA's inventory of AU's. Wilma also led reviews of DOA's Emergency Evacuation and Oversight Management functions in Washington. Both reviews resulted in useful and significant recommendations to improve operations. To meet annual CFOA reporting requirements, Wilma summarized the results of three on-site reviews into concise documents for several AU's. She also performed due diligence on AU summaries prepared by other staff members to ensure accuracy and consistency with the reviewers' working papers. Along with a co-worker, Wilma successfully drafted changes to the Oversight Management review guide in preparation for the 2005 testing cycle.

Under the category of learning and development, Wilma attended the Leadership Conference for Women, an Inter-Agency Services Network Conference on Fee-for-Service, and FDIC's Team Leader Core program.

## SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | 1/19/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | 2-22-05 |

## SECTION V - FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☐ Group III    ☒ Group IV    ☐ Group V

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00740

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| William Gately | Management Analyst  343-13 | DOA | 001 |

### SECTION III - JUSTIFICATION

Bill helped analyze, respond to, and track an unusually large volume of OIG and GAO audit assignments. In this capacity, Bill reviewed the facts supporting the Auditors' findings, consulted with subject matter experts, and helped provide meaningful responses to address sometimes questionable recommendations. For example, Bill responded to OIG reports on FDIC's Strategic Alignment of Human Capital, FDIC's Dental Insurance Program, and FDIC's Personnel Security Program. He met frequently with Auditors to clarify discrepancies and discuss planned corrective actions. Bill also worked closely with a Senior Management Analyst on the staff to handle a variety of administrative related requirements of the audit resolution process.

Bill planned, organized, and oversaw the Corporate Services portion of the Division's internal review program. In this capacity, Bill helped select sampled review items, provided instruction to less-experienced reviewers, tracked the progress of each onsite review, and prepared written summaries of each review. Bill also coordinated with his peers to fulfill the stringent reporting requirements of the Chief Financial Officers Act. His efforts helped to ensure that the Division's internal control environment was in place and functioning as intended to protect the Corporation from waste, fraud, and abuse.

Bill participated in several "Shelter in Place" drills, analyzed DIRM's Phase I proposal to reorganize, prepared quarterly audit summary reports to DOA management, and drafted the Management Services Branch's monthly newsletter.

### SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE 1/19/05 |
|---|---|
| SIGNATURE OF REVIEWING OFFICIAL | DATE 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |

### SECTION V - FINAL GROUP ASSIGNMENT

☐ Group I  ☐ Group II  ☐ Group III  ☒ Group IV  ☐ Group V

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

00741

Federal Deposit Insurance Corporation

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Holly Mattus | Management Analyst  343-13 | DOA | 001 |

### SECTION III - JUSTIFICATION

Holly helped formulate and execute DOA's 2004 and 2005 budgets by coordinating with budget contacts across the division and with DOF officials. She greatly assisted HRB and ASB by designing customized spreadsheets during the budget formulation process and consolidating HRB's budget for reporting purposes. She helped develop "A Guide to DOA's Budget" – a concise graphical and substantive summary of DOA's budget accounts, along with one of her coworkers.

Each month, Holly reviewed detailed journal entries and made corrections to expenses that were improperly charged to DOA. She prepared monthly budget reports to Associate Directors, Managers, and budget contacts throughout DOA. Holly also reconciled procurement card statements from each DOA branch to the general ledger to ensure the validity and accuracy of procurement card postings.

Holly helped analyze and present a budget reduction proposal for food services and catering to the Associate Director for Corporate Services. The proposal identified a number of viable options for reducing costs (consistent with a corporate performance objective) by reducing subsidies and limiting catering options.

Holly led a small team of Analysts who collectively analyzed options for creating a core DOA training program. Among her research, she assessed current mandatory training and the merits of creating "DOA 101" courses for new and existing employees. Her report received praise from the Division Director.

Among her most notable accomplishments during 2004, was Holly's leadership role in creating and administering a corporate-wide interdivisional customer satisfaction survey in response to one of FDIC's corporate performance objectives. Holly coordinated with support organizations including ODEO, CU, DIRM, DOF, Legal, and DOA to determine the type of feedback desired by each organization, develop survey questions, test the survey instrument to ensure that it functioned properly and was user friendly, and evaluated the survey results. Overall, Holly's efforts were extremely successful and provided a solid baseline for future surveys.

### SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE 1/19/05 |
|---|---|
| *Daniel Bendler* | |
| SIGNATURE OF REVIEWING OFFICIAL | DATE 1/24/05 |
| *[signature]* | |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |
| *Arleas Upton Kea* | |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☐ Group III    ☒ Group IV    ☐ Group V

FDIC 2420/27 (11-04) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00742

Federal Deposit Insurance Corporation

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| David Lok | Management Analyst | DOA | 001 |

### SECTION III - JUSTIFICATION

- David played a lead role in the Division's internal review program by independently reviewing two of the program's most challenging and high visibility areas -- physical and personnel security and the procurement credit card program. David did an outstanding job obtaining and analyzing key data, formulating meaningful conclusions, briefing management officials, and preparing formal written reports. David's observations resulted in important corrective actions being implemented to address noted weaknesses. He also did an excellent job in organizing and maintaining supporting work papers.

- David took charge of several high-profile reorganization proposals, often handled by higher graded employees. In particular, David analyzed proposals to reorganize components of the Division of Supervision and Consumer Protection (DSC), the Division of Finance (DOF), and the Division of Information Resources Management (DIRM). David effectively assessed the proposed organizations' span of control, supervisory layering, and compliance with organizational guidelines. He also communicated with points-of-contact in DOF and DOA's Human Resources Branch to obtain input on any personnel and budget related issues. Each of David's reorganization summaries were presented to, and approved by, the Chief Operating Officer.

- David participated in an analytical study of DOA's process for assigning Risk Level Designations (RLD) to DOA employees. David helped identify and report valuable improvements to the process in which DOA assigned risk designations to its employees. He accomplished this effort, in part, by meeting with representatives from DOA's Human Resources Branch and Administrative staff to share ideas and form consensus among key players. His recommendations have been implemented and are working as intended.

- David participated in the 2004 budget formulation process by assisting senior level staff in obtaining and analyzing budget data and retrieving critical budget reports from the Corporation's Budget Management System.

- Throughout the year, David took all necessary steps to maintain current and detailed DOA staffing charts that proved invaluable during DOA's 2004 workforce planning process.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* *Daniel Benoller* | 1/19/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* *Arleas Upton Kea* | 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☒ Group III    ☐ Group IV    ☐ Group V

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

00743

Federal Deposit Insurance Corporation

# CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

## SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

## SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Gail A. Kennedy | Senior Management Analyst 343-14 | DOA | 001 |

## SECTION III - JUSTIFICATION

Gail assumed a leadership role in the division's internal review program by overseeing compliance and risk based analysis of DOA's human resources function. This area is among the most important and technically challenging of all of DOA's internal review functions. Gail's personnel background proved to be invaluable as she managed three on-site reviews, assessed the adequacy of internal controls, interviewed subject matter experts, formulated comprehensive and fair conclusions, and communicated results to DOA's senior management team orally and in writing. Several of Gail's observations helped prepare DOA's Human Resources Branch for an impending Office of Personnel Management (OPM) audit. HR officials in Washington expressed appreciation for the thorough and fair manner in which she conducted the review. Professional level employees who were assigned to Gail's review teams expressed similar appreciation for her keen leadership.

Under stringent time frames and increasing workload demands, Gail exceeded expectations by taking control of major segments of DOA's planning and reporting processes associated with the Chief Financial Officers Act (CFOA) (risk based testing). Gail independently completed a series of comprehensive planning documents and risk assessments required by the Corporation within established deadlines and with no supervisory oversight. From a reporting perspective, Gail translated three comprehensive audit reports into a series of concise yet thorough summaries that were easily understood by uninitiated readers. Then, without any prodding or hesitation, Gail stepped in to help a lagging co-worker accomplish the same. In short, Gail single handedly ensured that DOA met its unforgiving deadlines while producing quality products in this particular area.

In addition to her routine responsibilities, Gail conducted a benchmarking study to compare staffing ratios within the human resources community on behalf of the Human Resources Branch. She also spent considerable time mentoring a less-seasoned staff member on the process of conducting reorganization analyses. Gail participated in a corporate-wide effort, led by the Legal Division, to update DOA's Delegations of Authority; conducted a comprehensive reorganization analysis for the Division of Information Resources Management, and the Division of Supervision and Consumer Protection; and conducted due diligence on the results of the Corporate customer satisfaction survey.

## SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | 1/19/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | 2-22-05 |

## SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I   ☐ Group II   ☒ Group III   ☐ Group IV   ☐ Group V

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

00744

Federal Deposit Insurance Corporation

# CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

## SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☐ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

## SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Mark David | Senior Management Analyst 343-14 | DOA | 001 |

## SECTION III - JUSTIFICATION

Mark managed all tasks related to formulating, executing, and tracking DOA's $170 million budget. To accomplish this task, Mark worked closely with his close network of budget contacts across the Division, served as DOA's official budget liaison with the Division of Finance, appropriately delegated tasks to less seasoned employees, and conducted the necessary due diligence to ensure the accuracy of DOA's budget. Mark was praised throughout the year by his budget contacts for his excellent communication skills and organizational leadership during a very demanding budget season.

Mark led an aggressive charge to reduce DOA's budget in support of one of FDIC's Corporate Performance Objectives. Mark accomplished this task by analyzing the discretionary portions of DOA's already reduced budget while ensuring fairness and accountability across all DOA branches and regions.

In addition to his routine responsibilities, Mark played a lead role in preparing DOA for the Corporation's new cost management framework within the NFE system. Mark worked with division officials to identify a series of cost categories in which to track relevant expenses and led an effort to allocate $180 million of prior-year expenses to the proposed inventory of cost categories. Mark also helped formulate precise definitions for each program code to ensure that employees ultimately charge expenses to the appropriate cost code. Mark's involvement was extremely important in ensuring that DOA's cost framework met all of DOA's needs without being over cumbersome.

Mark demonstrated his creativity and innovativeness by developing a useful budget account dictionary that translated DOA's complicated and multi-faceted budget into clear terms. Mark's product contained a clear explanation and graphical representation of each account, information on large contracts, and the methodology used to develop budgeted amounts. The account dictionary was widely praised by users across the division.

Mark provided meaningful feedback to the Chief Financial Officer on the 2004 budget formulation process; designed a centralized supply tracking spreadsheet; and institutionalized a reporting tool that depicted DOA expenditures within sensitive and high profile budget accounts.

## SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* *(signature)* | 1/19/05 |
| SIGNATURE OF REVIEWING OFFICIAL *(signature)* | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* *(signature)* | 2-22-05 |

## SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☒ Group II    ☐ Group III    ☐ Group IV    ☐ Group V

Brownfield v. Bair, 05-cv-2468-EGS
**Defendant's Exhibit 31**

00745

Federal Deposit Insurance Corporation

# CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

| |
|---|
| **INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V. |

## SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

## SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Andrew Nickle | Senior Management Analyst 343-14 | DOA | 001 |

## SECTION III - JUSTIFICATION

During this rating cycle, Andrew accomplished the following:

- Andrew managed DOA's audit resolution program during a year of unprecedented audit activity. He routinely assessed the credibility and reliability of audit findings, coordinated with subject matter experts on key issues, disputed questionable audit findings, and frequently negotiated favorable changes to audit reports. Andrew exhibited his "value added" style by preparing management responses to approximately 50 audit recommendations on behalf of DOA officials. All told, Andrew managed the resolution activity of over 25 OIG and GAO audits during 2004.

- Andrew played a lead role in administering the Division's internal review program which included both compliance and risk based analysis and testing. Andrew managed major components of three on-site reviews by selecting sampled items to test, training less-seasoned volunteers, documenting results in an objective manner, and supporting his conclusions and recommendations to senior DOA managers. Andrew's efforts in this regard helped to provide key leaders in the Division and ultimately the Chairman with reasonable assurance that internal controls were in place and functioning as intended.

- On behalf of DOA's Corporate Services Branch, Andrew led an analytical study of FDIC's catering services. As a result of his analysis, Andrew identified potential cost savings of up to $539 thousand that DOA could realize by implementing certain recommendations. His report and recommendations were ultimately presented to FDIC's Operating Committee for consideration.

- Andrew conducted a study of FDIC's food services budget and identified significant options for reducing costs particularly in the cafeteria services area.

- Andrew analyzed and presented a report on DOA's process for assigning risk level designations (RLD) to DOA employees. As a result of his analysis, Andrew recommended specific improvements to DOA's RLD process to strengthen internal controls and ensure that, prospectively, employees would be assigned to the proper RLD. His recommendations were agreed upon by DOA management and immediately implemented.

- In support of one of FDIC's Corporate Performance Objectives, Andrew conducted a benchmarking study to compare FDIC's facilities related costs to similar costs incurred by the General Services Administration (GSA). In his report, Andrew identified specific areas where FDIC's facilities related costs were not in line with GSA benchmarks; and opportunities to reduce costs.

- Andrew managed a limited-scope review of Accenture, LLP's timekeeping practices and performed reconciliations of Accenture's internal payroll system to its billing timekeeping system. This review was initiated to satisfy DOA's commitment to pursue corrective action as a result of an OIG audit.

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE 1/19/05 |
|---|---|
| *Daniel Bendler* | |
| SIGNATURE OF REVIEWING OFFICIAL | DATE 1/24/05 |
| | |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |
| *Hullas Upton CQ* | |

SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I   ☒ Group II   ☐ Group III   ☐ Group IV   ☐ Group V

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00747

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☒ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Kim R. Berger | Information Security Mgr. CG/2210/14 | DOA MSB | Washington DC |

### SECTION III - JUSTIFICATION

During 2004, as the DOA Information Security Manager (ISM), Mr. Berger continued to play an integral role in working with his partners in DIRM and the other divisions to revise and refine the Corporation's information security program and guard against the wide range of security risks that threaten the well-being of the IT systems infrastructure.

In terms of business results, Mr. Berger oversaw the successful completion of the annual security awareness training requirements by all DOA employees, and ensured that application-specific training was conducted for PO/EPRIS users. He was also very active in applying his security expertise to a host of initiatives involving DOA automated systems. He supported CHRIS by serving as a key participant in the FISMA/ST&E survey, in completing the CHRIS risk assessment, and in coordinating Certification & Accreditation (C & A) requirements for the system. In addition, he was active in completing risk assessments and C & A evaluations for several other DOA systems, and for resolving daily exception reports for DOA employee/contractor security violations.

Mr. Berger demonstrated his competency and technical expertise in the information technology area by participating in a number of New Financial Environment (NFE) forums to ensure that security controls are being put into place to protect DOA's NFE-related contracting requirements. He identified and completed all SAQs for DOA Systems-- bringing us current in our three year review cycle. Mr. Berger also demonstrated his subject matter expertise as a participant in the review of risk level designations for all DOA positions and the conduct of the DOA Business Impact Analysis, and is relied on to review all draft directives that address IT security, FDIC automation, access control, configuration management, and quality assurance.

Mr. Berger has been very successful in nurturing positive working relationships with a broad range of colleagues. He is an integral part of the FDIC ISM network, and has made contributions to the development of corporate information security policies and procedures and the roll-out of key information security initiatives. Also, he served as liaison with DOA employees regarding security questions and computer access support, and continued to serve as the division's Deputy Ethics Counselor,

All told, Mr. Berger is a very reliable employee who is quick to react to the needs of his division and his management chain. He has a strong technical IT skill set, and is a very productive member of the corporate ISM community.

### SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE 1/24/05 |
|---|---|
| SIGNATURE OF REVIEWING OFFICIAL | DATE 02-11-05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I   ☐ Group II   ☐ Group III   ☒ Group IV   ☐ Group V

FDIC 2420/27 (11-04) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00748

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☒ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Frances E. Childers | Administrative Officer CG/341/13 | DOA MSB | Washington DC |

### SECTION III - JUSTIFICATION

Ms. Childers is a highly proficient Administrative Officer who leads her staff in an extremely dedicated and results-oriented manner. During this rating period, she led the Administrative Staff in carrying out its various day-to-day responsibilities in a timely and high quality manner, and still found the opportunity to handle several special projects in support of DOA senior management. She worked closely with officials in HRB to develop weekly vacancy reports for the Directors Office, and coordinated with the Deputy Director to ensure that all postings and promotions had been properly cleared through senior management. In addition, she supported the DOA workforce management plan by serving as the point of contact for all DOA buyout applications, for collecting justifications for delayed departure requests from DOA management, and assisting in the preparation of delayed departure approval requests to the Chief Operating Officer. Also, she participated in updating position risk designations for security purposes and was instrumental in the identification of DOA employees subject to confidential financial disclosure reporting.

Being the senior Administrative Officer in the FDIC, Ms. Childers serves as a leader of the quarterly Administrative Officer meetings, and is widely recognized as a highly competent technical expert and a valuable resource in her field. She is always available to provide support and share expertise with her colleagues, and is relied on by DOA for advice on a wide range of administrative matters.

Ms. Childers is very adept at forging positive working relationships. She and her staff are committed to putting the customer first and always striving to provide quality service and responsiveness. During the rating period, she met monthly with her clients in ASB, CSB, HR and CU to review outstanding administrative issues, draft new position descriptions, initiate new job postings and recruitment actions, to facilitate office and equipment moves, office configurations, EOIs, etc. Also, she partnered with the Career Management staff to ensure that all managers and supervisors have attended or are scheduled to attend mandatory training per the consent decree. Ms. Childers is a caring supervisor who avidly promotes her staff and takes the time and effort to nurture their development.

Ms. Childers serves as the Training Coordinator for DOA/CU permanent staff, and is very active in promoting a host of training opportunities to DOA/CU staff and in taking advantage of training opportunities for herself. During the year, she took advantage of several training courses (e.g., employee grievances, reasonable accommodation, EEO, conduct and Performance, Communications, Managing in a Unionized Environment) to help develop her supervisory skills and expose herself to new ideas.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | 1/24/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 2-11-05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☒ Group III    ☐ Group IV    ☐ Group V

**Brownfield v. Bair, 05-cv-2468-EGS**
**Defendant's Exhibit 31**

00749

Federal Deposit Insurance Corporation

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Belew, Teresa | Administrative Specialist | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

Teresa strives to further advance the proficiency of this Division through an unparalleled work ethic. In achieving Divisional and Corporation goals, Teresa has managed to perform many tasks requiring coordination and reorganization. These tasks include; mini-reorganizations for CSB and ASB, student intern programs, T&A issues, employees' moves, computer/telephone access for employees, updating the UPF files, new position descriptions, training registrations, posting vacancies, notarizing official documents, CHRIS actions to keep the system and individual records up to date, scheduled all DOA/Corporate University employees in mandatory Ethics Training, worked with DOF on newly created NFE training requirements, and many other facets of administrative work. Teresa serves as the main administrative contact point for the Corporate Services Brach and the Acquisition Services Branch. She also assists as back-up in supporting the Management Services Branch, Human Resources Branch, Office of the DOA Director, and Corporate University when the Specialist assigned to those offices is unavailable. The work that she performs extends beyond that of administrative duties, for many coworkers seek Teresa's assistance in areas such as travel and T&A issues as well.

Teresa is one of the first to volunteer when new projects occur. When on leave, she leaves telephone numbers where she can be reached if needed. Teresa readily goes that extra step when researching for a project so that the end product can be the best.

Teresa consistently works to aid in the proficient running of this Division and others within the Corporation. In doing so, she maintains a positive attitude and friendly manner. She is easily approachable, an exceptionally positive trait, thus fostering a sense of trust among co-workers and other employees. Teresa's advice is constantly sought and she willingly provides an open ear with which to listen. Not only is she likable, but she is an extremely dedicated employee as well.

The positive attitude of Teresa is demonstrated not only in the completion of her work, but can be illustrated on the faces of her co-workers as well. As an integral piece of the Corporation's staff, Teresa is not only reliable and readily available, but consistently pleasant as well. Her accomplishments that further allow the smooth running of this division and the corporation as a whole exceed expectations and are therefore worthy of admiration.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | 1/14/2005 |
| SIGNATURE OF REVIEWING OFFICIAL | DATE 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |

### SECTION V - FINAL GROUP ASSIGNMENT

☐ Group I   ☐ Group II   ☐ Group III   ☒ Group IV   ☐ Group V

FDIC 2420/27 (11-04) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00750

Federal Deposit Insurance Corporation

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☒ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Pearmon, Karen | Administrative Assistant | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

The tasks requested of Karen are at times tedious and time consuming, but she manages to not only complete them, but excels in doing so. One of her many responsibilities involves routing the voluminous DOA FOIA requests to the Human Resources Branch, Acquisition Services Branch, and Management Services Branch. In addition to this demanding task, Karen is responsible for the registering and processing of training requests for DOA/ Corporate University, T&A training in addition to audits, and T&A inputting/transmitting for all employees in the management Services Branch. She performs her tasks with ease.

Other tasks of Karen's, in which her work ethic is displayed, include assisting HR in performing leave audits on DOA employees for Leave Transfer Recipients and assistance to the Administrative Specialists in areas such as preparation of award certificates, reconcilement of VISA statements and setting up the Interdivisional VTC meetings. Karen's role is demanding, but regardless of the stress placed on her, she is always willing to volunteer to assist in other areas as well. Karen has even taken several courses designed to further her understanding of administrative matters. She is an asset to this division as attested above. Karen strives for quality in the performance of her responsibilities and this makes Karen an ideal candidate for recognition.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR (NOMINATING OFFICIAL) *[signature]* | 1/14/2005 |
| SIGNATURE OF REVIEWING OFFICIAL *[signature]* | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR (OR DESIGNEE) *[signature]* | 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☐ Group III    ☒ Group IV    ☐ Group V

FDIC 2420/27 (11-04) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☐ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☒ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Nelson, Annette | Administrative Specialist | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

Annette brings to the office not only a rigorous work ethic, but a positive attitude as well. In many years of employment, she has managed to build an impressive resume with a wide variety of accomplishments, further advancing the attainment of corporation and division goals. She has relentlessly worked to achieve the completion of several projects vital to the inner workings of this corporation. These projects include; the mini- reorganization of Corporate University, employee office moves, computer/telephone access for employees, updating the UPF files, new position descriptions, training registrations, setting up Interdivisional VTC meetings, process/print awards for employees in DOA/Corporate University, posting vacancies, CHRIS actions to keep system and individual records up to date, reconcilement of bank card statements which includes notifying/ resolving disputes with merchants, coordinating of employee 35 year Board Resolutions, POC for Corporate University on contract issues, Oversight Manager for IAA with US OPM for Management Plan contract, ISO Security Officer for TS access and the many other facets of administrative work.

Annette serves as the main administrative contact point for the Management Services branch, Human Resources Branch, Office of the DOA Director and Corporate University. She also acts as back- up support for Corporate Services Branch and Acquisition Services Branch when the Specialist assigned to those Branches is out of the office. Annette's proficiency extends well beyond the confines of personnel actions, for she has played many managerial and administrative roles as attested above. The nature of her job requires interaction with many different people and services, thus demanding high levels of patience and tolerance.

Annette readily volunteers when new projects occur. When away from the office, she makes sure that she leaves telephone numbers where she can be reached if needed. Annette goes that extra step when working or researching a project so that the end product can be the best.

Annette always completes her assigned tasks, often with more efficiency and effort than expected. The tasks assigned to her require persistence, organization and dedication; all of which she displays with ease. The gamut of her work experience and accomplishments in addition to the wide variety of positions she is able to hold are clearly admirable. Annette conveys flexibility, reliability, and an unmatched work ethic in addition to a cheerful disposition; a difficult combination to find in such a work environment and she is therefore worthy of merit.

### SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE |
|---|---|
| *[signature]* | 1/14/2005 |
| SIGNATURE OF REVIEWING OFFICIAL | DATE |
| *[signature]* | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE |
| *[signature]* | 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☒ Group I    ☐ Group II    ☐ Group III    ☐ Group IV    ☐ Group V

FDIC 2420/27 (11-04) Page 1

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00752

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

INSTRUCTIONS: Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☐ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Paul Robinson | Student Intern CG303-04 | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

Mr. Robinson has been a student intern with the Information Support Section for 3 1/2 years. During this time he has become very familiar with the duties and responsibilities of the staff and is well known for his hard work and can do attitude. The staff is very appreciative of the support he provides and they look forward to working with him to provide him with valuable experience and to obtain high quality valuable assistance on projects. Even though Mr. Robinson is a part-time employee, his contributions are significant. Among his 2004 accomplishments are:

**DOA Website Alpha Index** – Mr. Robinson collected information from the internal website and created the first alphabetical index of all DOA web products. This project was challenging because he was responsible for ensuring that all products were correctly listed, validating that sites included on the index were current and organizing information to maximize usability.

**2003 Annual Awards Ceremony Web Page** – Mr. Robinson contributed to the design of this web site by assisting with the plan and layout of the web site.

**Web site Testing** – Mr. Robinson is responsible for quality control testing of web sites prior to their placement in production. Mr. Robinson has been instrumental in identifying problem links and typographical errors in web pages.

**"Orphan" Files** – Mr. Robinson designed and maintained a database of orphan web files which are web pages that are either not on the production web site or are links that do not lead to a web page. This is a very important part of the overall plan to conduct periodic maintenance of the DOA web site.

**T&A Audit Assistance** – Mr. Robinson developed a spreadsheet to facilitate completion of Time and Attendance audits in preparation for the transition to the new Time and Attendance system in 2005. His contribution to this effort saved senior staff countless hours in review time. In addition, Mr. Robinson conducted file reviews to ensure that information was complete and accurate.

**Material Safety Data Sheets (MSDS)** – Mr. Robinson has assisted on a project to make MSDS information available to the Corporate Services Branch. He has researched the availability of relevant information on the web and is assisting with development of a plan to make this information available within CSB.

### SECTION IV - APPROVAL

| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* | DATE 1/13/05 |
|---|---|
| SIGNATURE OF REVIEWING OFFICIAL | DATE 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* | DATE 2-22-05 |

### SECTION V - FINAL GROUP ASSIGNMENT

☐ Group I ☐ Group II ☐ Group III ☒ Group IV ☐ Group V

FDIC 2420/27 (11-04) Page 1

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

**INSTRUCTIONS:** Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☐ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☐ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Richard Marlatt | Lead Info. Sys. Specialist CG-301-14 | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

Within the section responsibility for development, enhancement and maintenance activities for Acquisition and Corporate Services Branch applications is shared between two teams. However, due to the increased demand for staff resources associated with the New Financial Environment (NFE) project and the temporary reassignment of a team leader to this project, Mr. Marlatt been tasked with all non-website related work to support the current inventory of applications while simultaneously leading his team through various activities associated with the NFE project.

Mr. Marlatt has had to take on additional responsibilities with minimal to no staff support to ensure that ISS met its obligations to other parts of DOA that are less affected by the NFE project. Mr. Marlatt was a key participant in the development of the Business Operations Transition Plan for Leasing which details operational, technical and security-related planning required for a successful transition to NFE. In addition, he has made significant contributions to the FDIC's Corporate Data Sharing initiative. Mr. Marlatt served as DOA's representative on two data sharing working groups and completed a significant number of detailed assignments that were required to make the Administrative Support Services and Facilities Operations its own group within the FDIC Corporate data structure.

Mr. Marlatt was responsible for ensuring DOA participation in the testing of all of its applications and software packages (over 40 in total) prior to the migration to Windows 2000, SQL 2000 and Server 2000. This effort required significant planning and coordination for DIRM and DOA employees to ensure that testing timeframes were scheduled and met. In instances were DOA staff were not available to test, Mr. Marlatt took it upon himself to complete testing to guarantee that DOA met its obligations.

Due to resource constraints Mr. Marlatt was also a key participant on several systems development projects including the Facilities Services Helpdesk System that replaced the Automated Customer Request System, the Property Management System to replace the aging reservation management system at the Student Residence Center, the On-line Public Information Center, to digitize documents stored in the Public Information Center as well as systems enhancements for the Fitness and Integrity Tracking System, the Parking Application Tracking System and Sungard's E-Planner solution for business continuity planning.

In addition to his own achievements mentioned above, Mr. Marlatt led the ISS teams in activities associated with maintaining the current aging procurement system, ensuring timely payment of procurement invoices to avoid or reduce Prompt Payment interest penalties and with completing numerous NFE activities including development of various plans and requirements documents and evaluation of add-on software for leasing, contract authoring and p-card.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* *Constance Ann Young* | 1/13/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* *Arleas Upton Kea* | 2-22-05 |

### SECTION V – FINAL GROUP ASSIGNMENT

☐ Group I    ☐ Group II    ☒ Group III    ☐ Group IV    ☐ Group V

Brownfield v. Bair, 05-cv-2468-EGS
Defendant's Exhibit 31

00754

## CONTRIBUTION-BASED COMPENSATION (CBC) NOMINATION

INSTRUCTIONS: Place an "X" in the corresponding box(es) to indicate the appropriate CBC Criteria in Section I. In Section II, type in the employee's full name, position title, series, grade, Division/Office, and location. Describe how the employee contributed toward the accomplishment of the CBC Criteria in Section III. Limit the justification to the space provided. The supervisor (nominating official) and reviewing official must sign and enter the current date in Section IV. The Division/Office Director (or designee) must also sign and date Section IV, and indicate the final group assignment in Section V.

### SECTION I - CBC CRITERIA

☒ **Business Results:** Consistently displays a high level of initiative, creativity, and innovation to produce results that reflect important contributions to the Corporation and/or its organizational components.

☒ **Competency:** Demonstrates an exceptional degree of competency within his/her position, and is frequently relied upon by others for advice, assistance, and/or judgment that reflect important contributions to the Corporation and/or its organizational components.

☒ **Working Relationships:** Builds extremely productive working relationships with co-workers, other Divisions/Offices, or other public or private sector agencies based on mutual respect that reflect important contributions to the Corporation and/or its organizational components.

☐ **Learning and Development:** Takes an active part in developing personal skills and competencies and applies newly acquired skills and competencies that reflect important contributions to the Corporation and/or its organizational components.

### SECTION II - NOMINEE INFORMATION

| NAME OF EMPLOYEE | POSITION TITLE/SERIES/GRADE | DIVISION/OFFICE | LOCATION |
|---|---|---|---|
| Nancy Matzke | Lead Info. Sys. Specialist CG-301-14 | DOA | Washington, DC |

### SECTION III - JUSTIFICATION

During the rating period, Ms. Matzke has been the New Financial Environment (NFE) project lead for Procurement to Payment. As such she is responsible for leading DOA through and representing DOA on, all NFE related activities for requisitioning, procurement, contracts, P-card and procurement related functions for workflow, reporting, vendor maintenance and payables. Ms. Matzke has successfully managed a significant number of tasks and very limited resources to meet numerous aggressive timelines associated with NFE milestones. She has willingly given up countless nights, weekends and vacation days to ensure that DOA meets its obligations. The NFE Project Leaders and the DOF Deputy Director and Project Sponsor (NFE Leaders) have said that Ms. Matzke is "a wonderful representative for DOA and an absolutely critical part of our team....Nancy is such a key contributor to NFE. We are very fortunate to have her as part of the team."

Ms. Matzke led DOA, DOF, the NFE team and DOA's major procurement clients (DIRM, DRR and other parts of DOA including CSB) through various business process re-engineering activities. Her most significant challenge during this portion of the project was to gain consensus on a significant number of process changes for groups of business owners with very different priorities. One such example was devising a solution for tracking multi-year contracts in PeopleSoft. DOF Budget, program offices and ASB have very different management information priorities. Through artful negotiation, compromise and an in-depth understanding of the PeopleSoft software, Ms. Matzke was able to develop a solution that was acceptable to all three groups. Her success in this area has been commended by the NFE Leaders.

Ms. Matzke has led a team of DOA ASB staff and procurement clients in the development of test scenarios, conditions and scripts to cover systems integration and user acceptance testing for nearly 200 procurement-related requirements and has led the ASB and program office teams through the various levels of testing. The NFE Leaders have provided significant positive feedback about Ms. Matzke's exceptional performance in leading the DOA testing effort. The DOF Deputy Director has stated that "...organization and structure with which she guided her testing work has been highlighted as a model for other team leaders".

Ms. Matzke has represented DOA on the NFE project in a manner that is exemplary. On a daily basis, she demonstrates the breadth and depth of DOA's commitment to the project and its success by achieving significant business results, demonstrating competency in her field and forging highly productive working relationships. She is well-regarded for her knowledge of the PeopleSoft software for procurement and for her expertise in the business process changes that will be required to support the new system. All of these factors have contributed to her overall success as a team leader on the NFE project.

### SECTION IV - APPROVAL

| | DATE |
|---|---|
| SIGNATURE OF SUPERVISOR *(NOMINATING OFFICIAL)* *Constance Ann Young* | 1/13/05 |
| SIGNATURE OF REVIEWING OFFICIAL | 1/24/05 |
| SIGNATURE OF DIVISION/OFFICE DIRECTOR *(OR DESIGNEE)* *Arleas Upton Kea* | 2-22-05 |

### SECTION V - FINAL GROUP ASSIGNMENT

☒ Group I   ☐ Group II   ☐ Group III   ☐ Group IV   ☐ Group V

FDIC 2420/27 (11-04) Page 1