UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA A. BROWNFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02468-EGS |
| ) | |
| SHEILA C. BAIR, ) | |
|   Chairman, ) | |
|   Federal Deposit Insurance Corporation ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The clerk will please withdraw the appearance of Sarah L. Riger and enter the appearance of Ellen K. Renaud as the attorney of record in this case. David H. Shapiro and Richard L. Swick remain the lead attorneys of record in this case.

Respectfully submitted,

/S/
Sarah L. Riger

/S/
David H. Shapiro, D.C. Bar No. 961326
Richard L. Swick, D.C. Bar No. 936930
Ellen K. Renaud, D.C. Bar No. 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff