UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
PAMELA A. BROWNFIELD,          )
                               )
            Plaintiff,         )
                               )
       v.                      )  Civil Action No. 05-2468(EGS)
                               )
SHEILA C. BAIR,                )
Chairman, Federal Deposit      )
Insurance Corporation,         )
                               )
            Defendant.         )
_____)
```

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. Upon consideration of the Motion, the response and reply thereto, the applicable law and the entire record, and for the reasons stated in the accompanying Memorandum Opinion issued this day, it hereby **ORDERED** that Defendant's Motion on Plaintiff's hostile work environment claim is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's Motion on Plaintiff's race discrimination claim is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion on Plaintiff's retaliation claim is **DENIED**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 26, 2008**