UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAMELA A. BROWNFIELD,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SHEILA C. BAIR,**<br>   Chairman,<br>   Federal Deposit Insurance Corporation<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-cv-02468-EGS<br>) Next Event: TBD<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SET PRETRIAL CONFERENCE

Plaintiff respectfully requests that the Court set a date for a pretrial conference. Plaintiff filed this lawsuit on December 20, 2005 and, after several attempts at settlement, the parties completed discovery on March 15, 2007. Shortly thereafter, defendant moved for summary judgment. On March 26, 2008, the Court granted in part, and denied in part, defendant's motion. Plaintiff therefore requests that the Court schedule a pretrial conference so that the parties may proceed towards trial without further delay. Counsel for defendant has indicated that he consents to this motion.

Respectfully submitted,

/S/
David H. Shapiro, D.C. Bar No. 961326
Richard L. Swick, D.C. Bar No. 936930
Ellen K. Renaud, D.C. Bar No. 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff